IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| TOMMY D. BARRON, now known as TAZ DAYS BURCH and wife, PATSY BARRON <br><br> Plaintiff, <br><br> v. <br><br> WALKER COUNTY, ALABAMA ET AL <br><br> Defendant. | **Summons** <br> (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) <br><br> CIVIL ACTION CASE NUMBER: <br><br> CV-06-BE-0331-S |

TO DEFENDANT:   SHERIFF JOHN MARK TIREY
2001 2nd AVENUE
JASPER, AL  35501

You are hereby summoned and required to serve upon plaintiff's attorney(s):

ANTHONY PIAZZA, P.C.,
P. O. BOX 550217,
BIRMINGHAM, AL  35255-0217

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**  A signed copy of your response MUST also be filed with the court.

DATE: 3/20/06

SHARON HARRIS, ACTING CLERK

By: /s/ Kecia Lightner

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| TOMMY D. BARRON, now known as TAZ DAYS BURCH and wife, PATSY BARRON )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALKER COUNTY, ALABAMA ET AL )<br>)<br>Defendant. ) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>CV-06-BE-0331-S |

TO DEFENDANT:     WALKER COUNTY SHERIFF DEPARTMENT
           2001 2nd AVENUE
           JASPER, AL  35501

You are hereby summoned and required to serve upon plaintiff's attorney(s):

ANTHONY PIAZZA, P.C.,
P. O. BOX 550217,
BIRMINGHAM, AL  35255-0217

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**  A signed copy of your response MUST also be filed with the court.

DATE: 3/24/06

SHARON HARRIS, ACTING CLERK

By: /s/ Kevin Lighton
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| TOMMY D. BARRON, now known as TAZ DAYS BURCH and wife, PATSY BARRON<br><br>                 Plaintiff,<br><br>v.<br><br>WALKER COUNTY, ALABAMA ET AL<br><br>                 Defendant. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br><br>CV-06-BE-0331-S |

TO DEFENDANT:    DEPUTY SHERIFF DERANE INGLE
                            2001 2nd AVENUE
                            JASPER, AL  35501

You are hereby summoned and required to serve upon plaintiff's attorney(s):

ANTHONY PIAZZA, P.C.,
P. O. BOX 550217,
BIRMINGHAM, AL  35255-0217

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 3/20/06

SHARON HARRIS, ACTING CLERK

By: /s/ Kelcia Lightner

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOMMY D. BARRON, now known as TAZ DAYS BURCH and wife, PATSY BARRON | ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil |
| Plaintiff, | ) ) | Procedure or other appropriate law.) |
| v. | ) ) | |
| WALKER COUNTY, ALABAMA ET AL | ) ) ) | CIVIL ACTION CASE NUMBER: CV-06-BE-0331-S |
| Defendant. | ) | |

TO DEFENDANT:   ANDREW ARCHIE, CHAIRMAN
CIVIL SERVICE BOARD OF WALKER COUNTY
1801 3rd AVENUE
JASPER, AL  35501

You are hereby summoned and required to serve upon plaintiff's attorney(s):

ANTHONY PIAZZA, P.C.,
P. O. BOX 550217,
BIRMINGHAM, AL  35255-0217

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 3/20/06

SHARON HARRIS, ACTING CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOMMY D. BARRON, now known as TAZ DAYS BURCH and wife, PATSY BARRON | ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil |
| Plaintiff, | ) ) | Procedure or other appropriate law.) |
| v. | ) ) ) | CIVIL ACTION CASE NUMBER: |
| WALKER COUNTY, ALABAMA ET AL | ) ) | CV-06-BE-0331-S |
| Defendant. | ) | |

TO DEFENDANT:    WALKER COUNTY, ALABAMA
1801 3rd AVENUE
JASPER, AL 35501

You are hereby summoned and required to serve upon plaintiff's attorney(s):

ANTHONY PIAZZA, P.C.,
P. O. BOX 550217,
BIRMINGHAM, AL 35255-0217

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 3/20/06

SHARON HARRIS, ACTING CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203