# EXHIBIT A

Findings of the Civil Service Board of Walker County, Alabama From Hearing of March 7, 2005, "Findings"

WALKER COUNTY COURTHOUSE              )

WALKER COUNTY CIVIL SERVICE BOARD     )

## FINDINGS OF THE CIVIL SERVICE BOARD
## OF WALKER COUNTY, ALABAMA
## FROM HEARING OF March 7, 2005

This matter was brought before the Walker County Civil Service Board of Walker County, Alabama by Letter of Complaint of a citizen of Walker County, Alabama, namely Taz Day Burch (Tommy Barron).

According to the Walker County Civil Service Board Rules and Regulations, this matter was referred to the hiring authority, Sheriff John Mark Tirey, on April 21, 2004 for investigation. There was no report of investigation made to the Civil Service Board. The Civil Service Board scheduled this complaint for hearing. The Letter of Complaint is attached hereto.

Hearings were conducted by the Civil Service Board with Mr. Taz Burch always being present, along with his attorney, Anthony Piazza. The hiring authority, Sheriff John Mark Tirey, was always present, along with his attorney, Mr. Gary Willford. There were three Walker County Civil Service Board members who were present at every session and those same three Board members deliberated and rendered a decision in this matter. The Civil Service Board members are, Andrew Archie, David Kelly and Doyle Cummings.

The hearings were conducted on July 12, 2004, October 26, 2004, December 6, 2004 and March 7, 2005. These hearings span eight months because of scheduling difficulty and working around Mr. Burch's attorney, Mr. Anthony Piazza, who is in the United States

Military and was involved in deployment of troops concerning the war in Iraq. During this same span of time, a Civil Service Board member's term expired and he was without authority to serve until he was re-appointed by the Governor.

As a result of the hearings, the Board made the following findings:

That Derane Ingle was a deputy sheriff of Walker County, Alabama on February 16, 2004, which was the date of the incident in question. Mr. Ingle had previously served as a police officer with Carbon Hill Police Department and had actually known Mr. Burch ten or twelve years and had arrested Mr. Burch on previous occasions. On February 6, 2004 at 1:50 a.m., Officer Ingle was dispatched to the Burch residence in response to a 911 call placed by Mr. Burch, the complainant in this matter. The call of a domestic violence nature. When Officer Ingle arrived, the person placing the call, i.e. Mr. Burch was in the back of the house, out of view and Mr. Ingle was advised by the wife that he was not needed, that everything was okay. Officer Ingle had been trained to speak to the person placing the 911 call and insisted on speaking with Mr. Burch. He encountered a combative and apparently intoxicated Mr. Burch. Officer Ingle placed Mr. Burch under arrest and had difficulty placing handcuffs on Mr. Burch and because of resistance from Mr. Burch had difficulty placing him in the patrol car. Officer Ingle transported Mr. Burch to the Walker County Jail for detention and he was placed in a drunk tank and held until making bond the next day. There were complaints by Mr. Burch of injury to

his hand. Mr. Burch had a cast and/or bandage on his hand at the time of the arrest and at the time he was delivered to the Walker County Jail. Apparently, he had suffered some injury the day before to his hand and had gone to Winfield for medical treatment and the cast/bandage was placed on his right hand at that time. There was also evidence of an earlier injury suffered by Mr. Burch when he had slammed his arm through a plate glass window and had suffered serious cuts and lacerations to the arm leaving it somewhat disabled. Mr. Burch's medical records and testimony showed Mr. Burch had a history of mental illness, had suffered from a bipolar condition and had been diagnosed as schizophrenia. On the night of the incidence, Mr. Burch had taken Darvocet 500 and drank several beers. After arrival at the Walker County Jail, Mr. Burch continued to be combative, appeared intoxicated and was placed in a drunk tank.

Based upon the evidence presented to the Board and the findings of the Board, the Board is of the opinion that Officer Derane Ingle acted properly under the circumstances and did not violate the rights of Mr. Burch and did not use excessive force in perfecting the arrest of Mr. Burch.

Thusly, the Civil Service Board finds no fault on the part of the hiring authority, Sheriff John Mark Tirey, in his review and handling of this matter.

IT IS THEREFORE THE ORDER OF THE WALKER COUNTY CIVIL SERVICE BOARD THAT Officer Derane Ingle did not violate the rights of Mr. Taz Burch, nor did he use excessive force.

- 4 -

IT IS THE FURTHER ORDER THAT the hiring authority, Sheriff John Mark Tirey, acted properly in conducting a review of this matter.

DONE this the 12th day of April, 2005.

CIVIL SERVICE BOARD OF
WALKER COUNTY, ALABAMA

BY: _____
Andrew Archie, Chairman

March 12, 2004

Walker County Civil Service Board
P.O. Box 493
Jasper, Alabama 35502 - 0493

| | |
|---|---|
| Mr. Taz Day Burch, (Tommy Barron) | Complaint: Taz D. Burch (Tommy Barron) |
| 2651 Leonard Chapel Road | Plaintiff |
| Carbon Hill, AL 35549 | Honorable Walker County Sheriff/ |
| Phone: (205) 924-9266 | Deputy Sheriff Derane Ingle |
| Alt: (205) 924-9125 | Defendant |

Regarding: The brutality, excessive force, false accusations (made up by Deputy Derane Ingle), verbal harassment to my wife (Patsy Barron) by Derane Ingle, beating and breaking of Mr. Taz Burch fingers by Deputy Derane Ingle.

Deputy Ingle came into my home, woke me up, (after my wife telling him everything was all right, that I had been drinking when I made the call, but later, I lay down and went to sleep. She asked him not to bother me. Deputy Ingle screamed cursing words at my wife and told her to shut the (f word up). He woke me, handcuffed me, threw me around and pushed me into the floor (in front of my wife, while she was crying and begging him not to do me that way, and while he had me handcuffed. He forced me out of my trailer into the police car. On the way to the jail, he would hit the brakes real quick and fast, which threw me into the glass that separated the back from the front.

Deputy Ingle would burst into a big laugh. He did the quick stops 3 – 4 times with my hands in handcuffs. Each time my body would be thrown forward into the glass petition. Each time he would laugh about what he did. (This happened on the way to the jail from Carbon Hill to Jasper). Next, he stopped the car, got out of the car, opened the door took my fingers pulled them back, (I was hollering in pain, and begging him to stop). He broke my fingers. The doctor had to amputate part of my finger, and I might not be able to move the others at all.

My brother, Gene Barron, retired as a county sheriff in Walker County, left messages with Janet Butler, to get in touch with him about this situation. Honorable John Mark Tirey has not responded. Tommy Barron was handcuffed, disabled and helpless. Its time Deputy Ingle's abuse is stopped. Deputy Ingle worked in Carbon Hill as the chief of police for years, his in-laws and Taz Burch; (Tommy Barron) had several disputes over land adjoining each other. The Ingles made threats and harassed Taz Burch, (Tommy Barron) when he worked in Carbon Hill. He knows Taz Burch, (Tommy Barron) has mental problems and that he is disabled (use of one arm). I have lost a finger over this incident.

Page 2: Tax D. Burch (Tommy Barron) complaint.

I am making this complaint against the Walker County Sheriff Department. And against Deputy Sheriff Derane Ingle personally. I am asking that Deputy Ingle be removed from any type of law enforcement before he breaks someone's limbs or kills someone.

I am sending a copy of this complaint to the Walker County Civil Service Board, Alabama State Attorney General Office, Mr. Charles Baker, and Honorable Sheriff John Mark Tirey.

Respectfully yours,

*Mr. Taz days Burch (Tommy Barron)*

Taz D. Burch, (Tommy Barron)

April 6, 2004

*Judy Swindle*

My Commission Expires Oct. 17, 200_

RECEIVED 4-7-04
WALKER CO. CIVIL SERVICE
Meeting 4-12-04



CARBON HILL AL 35549-9998
APR -6 2004
USPS