FILED
2006 Apr-10 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

**SJIS print of CC-05-304**



*alacourt.com's*

*Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 64 WALKER | Case Number | CC 2005 000304 00 | JID | JCB | DEF Status | J JAIL ESTS: A |
| Name | BARRON TOMMY DURAND | | | Alias | | | |
| Address 1 | 2651 LEONARD'S CHAPEL RD | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 35549 0000 CARBON HILL AL US | | | AS | | PR | 0000 000000 00 |
| DLNO | AL | DOB | 06211957 | SSN | | Race/Sex | W/M |
| Height | 6 02 | Weight | 195 | Eyes | BLU | Hair | BRO |
| Filed | 03152005 | AAGCY | C | Muni# | 00 | City | DISTRICT |
| Arrest | 02162004 | OffDT | 02162004 | ORI | 064015J | OFFC | INGLE |
| Indict | | Grand Jury | | Atty 1 | PIA001 R | Tkt# | |
| Bond | 0000500000 | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | Y | APPL | D |
| Tracking No's | DC 2004 000544 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 08082005 | Que | 001 | Time | 0130 P | Desc | ARRG |
| Charge 1 | REST | RESISTING ARREST | | 13A-010-041 | M PE | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | M | Case Cat | PE |
| Comment | | | | | | | |
| Settings | | | | | | | |
| Date 1 | 08082005 | Que | 001 | Time | 0130 P | Desc | ARRG ARRAIGNMENT |
| Date 2 | | Que | 000 | Time | 0000 | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | BAKER CHARLES D | Atty 1 | PIAZZA ANTHONY J | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |
| Disposition | | | | | | | |
| CRT ACT | | CADATE | | Jury | Y | More | N |
| Charge 1 | | | | Counts | 001 | CA | |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:000 | Updated | 08162005 |
| Sentence | | | | | | | |
| Sent | | Begin | | End | | PRB BEG | |
| IMP CONF | | SUSP CONF | | TOTAL CONF | | JAIL CRED | |
| LICN SUSP | | PROBATION | | PRB REV | | | |
| Monetary: | COST | FINE IMP: | SUSP: | | CVCC | HIS | |
| | WCCS | MCOS | JFEE | | DRGF | ASU | |
| | WCDA | REMB | 3CVC | | WARR | USF | |
| | PREL | DRUG | RCUP | | SUBP | | |
| | RES1 | | RES2 | | RES3 | | |
| | RES4 | | RES5 | | RES6 | | |
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT | EMON |
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV | SAPP |
| | FTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB | | HOOF | |

|  | DRUG CODE: | MEAS: | VOL: |  |
|---|---|---|---|---|
| SEC/CUR: | | | | |
| Comment: | | | | |
| BAL DUE | DUE | | CRO | Updated |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 06102005 | 1119 | JUDG | ASSIGNED TO: (JCB) JAMES C. BROTHERTON (AR01) | DEC |
| 06102005 | 1119 | FILE | CHARGE 01: RESISTING ARREST/#CNTS: 001 (AR01) | DEC |
| 06102005 | 1119 | ARRS | DEFENDANT ARRESTED ON: 02/16/2004 (AR01) | DEC |
| 06102005 | 1119 | BOND | BOND SET AT: $5000.00 (AR01) | DEC |
| 06102005 | 1119 | ATY1 | ATTORNEY FOR DEFENDANT: PIAZZA ANTHONY J (AR01) | DEC |
| 06102005 | 1119 | FILE | FILED ON: 03/15/2005 (AR01) | DEC |
| 06102005 | 1119 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | DEC |
| 06102005 | 1119 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | DEC |
| 07082005 | 0056 | DOCK | NOTICE SENT: 07/08/2005 PIAZZA ANTHONY J | DEC |
| 07082005 | 0056 | DOCK | NOTICE SENT: 07/08/2005 BARRON TOMMY DURAND | DEC |
| 07082005 | 0931 | DAT1 | CASE SET ON 08/08/2005 FOR ARRAIGNMENT (SS07) | DEC |
| 07082005 | 0931 | NOTF | NOTICE FLAG SET TO: Y (SS07) | DEC |
| 08092005 | 1524 | TEXT | PLEA OF NG & MOTION TO DISMISS / PIAZZA | DEC |