# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TOMMY D. BARRON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WALKER COUNTY, ALABAMA, )<br>et al., )<br>)<br>Defendants. ) | Civil Action No. 2:06-cv-0331-KOB |

### DEFENDANT WALKER COUNTY DEPUTY SHERIFF
### DERANE INGLE'S EVIDENTIARY MATERIALS IN SUPPORT OF
### <u>MOTION FOR SUMMARY JUDGMENT</u>

COMES NOW the Defendant, Walker County Deputy Sheriff Derane Ingle, and submit the evidentiary materials described below in support of their contemporaneously filed Motion for Summary Judgment:

A.   1994 Ala. Acts 200;

B.   Complaint of Tommy Barron a.k.a. Taz Burch, dated March 12, 2004;

C.   Transcript of Walker County Civil Service Board Hearing dated 7/12/04;

D.   Transcript of Walker County Civil Service Board Hearing dated 10/26/04;

E.   Transcript of Walker County Civil Service Board Hearing dated 12/6/04;

1

F.     Transcript of Walker County Civil Service Board Hearing dated 3/7/05;

G.     Exhibits from Walker County Civil Service Board Hearing Regarding Derane Ingle;

H.     Findings of the Civil Service Board of Walker County, Alabama From Hearing of March 7, 2005;

I.     A copy of the recording of the phone call made to the 911 system on February 16, 2004 by Tommy Barron; and

J.     A transcript of the 911 call of February 16, 2004.

Respectfully submitted this the 21st day of August, 2006.

                        **s/ Gary L. Willford, Jr.**
                        DARYL L. MASTERS Bar No. MAS018
                        GARY L. WILLFORD, JR. Bar No. WIL198
                        Attorneys for Defendants
                        WEBB & ELEY, P.C.
                        7475 Halcyon Pointe Drive (36117)
                        Post Office Box 240909
                        Montgomery, Alabama  36116
                        Telephone:  (334) 262-1850
                        Fax:  (334) 262-1889
                        E-mail:  gwillford@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of August, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants:

>Anthony J Piazza, Esquire
>Attorney at Law
>P. O. Box 550217
>Birmingham, AL 35255-0217

>**s/Gary L. Willford, Jr.**
>OF COUNSEL