1    mail them, we had to come and get them.

2         Q.   Okay.  And was this from -- resulted from

3    the referral that Walker Regional and Dr. Shipman gave

4    you?

5         A.   Dr. Shipman.

6         Q.   Does this show your right hand, both views

7    of your right hand; is that correct?

8         A.   Right.

9              THE COURT:   What date is on those?

10             MR. PIAZZA:  February 27.

11             MR. WILLFORD:  I have no objection to

12   those.

13        Q.   Now, these x-rays are marked Walker Regional

14   but they're dated February 23.  Why is that?

15        A.   Dated the 23rd.  Whoever the X-ray

16   technician is or whoever is operating that emergency

17   room over there --

18        Q.   You didn't go --

19        A.   I got out of jail and went straight over

20   there, and that's on the 17th.

21        Q.   All right.

22        A.   They made an error on the date, but I had to

23   go back over there again, and I don't know how they --

24   I'm over there on the 17th.

25        Q.   All right.

1          A.   As soon as I got out of jail is the day to

2    the emergency I went.

3               THE COURT:   Wait until he asks you another

4    question.

5          Q.   Okay, Taz.  You also picked up some medical

6    records?

7          A.   Yes, sir.

8          Q.   From that date?

9          A.   On that paper.

10         Q.   That would have been the 17th; is that

11   correct?

12         A.   That's correct.

13         Q.   I'm going to show you these -- are these the

14   records that you and Patsy picked up?

15         A.   The 2nd and 17th right there.  I can't see.

16         Q.   I've got two sets of records here.

17         A.   That is dated the 17th, and it shows my

18   fingers right there where I got my finger marked.

19         Q.   How many times did you go back to Walker

20   Regional?

21         A.   I went on the 17th, and the next day I went

22   back down there again because my finger ain't got no

23   better, so he sent me to Princeton, and Princeton sent

24   me to Brookwood.

25         Q.   So you went twice; is that correct?

1         A.   Yes.  He gave me a pain shot.

2         Q.  Were there several days in between your

3  trips?

4         A.   Yes.  You just can't walk in over at

5  Princeton and get an x-ray.  You've got to call ahead

6  and get an appointment over there to get x-rays, and

7  then you have to call ahead over at Brookwood to get to

8  see the doctor over there, because they've got

9  appointments.

10         John Mark, I'm sorry all this happened.  I

11  just want to let you know.  It has nothing to do with

12  you.

13         MR. PIAZZA:  If there is no objection, I'm

14     going to show these to the panel.

15         MR. WILLFORD:  I have no objection to those.

16         THE COURT:   Okay.

17        Q.  Now, it's your testimony, Taz, that your mid

18  finger -- your mid finger on your right hand was injured

19  as a direct result of the actions of Mr. Derane Ingle?

20        A.   Correct.

21        Q.   Is that correct?

22        A.   That's correct.

23        Q.   And when you went to see Dr. Ostrowski, he

24  told you that it needed to be amputated.

25        A.   He said it would cost me up to nearly a

1  million dollars to even get it fixed in a straight

2  position.  I decided that I didn't want to walk around

3  with it like that.  He couldn't fix it unless he fixed

4  it straight.  I said this is causing me so much pain

5  that I left it up to him to make a decision, and he said

6  the best decision he could come up with -- he don't like

7  taking parts off of people.  He explained that very,

8  very well to me.  He does not like having to take toes

9  or fingers or whatever off of nobody.  If he can save

10  them, that's what he's there for.  He said the best

11  thing was to remove it or I would have more trouble and

12  more trouble out of it.

13       Q.  Do you have any use of your small finger and

14  the next to the last finger there?

15       A.  I got a little use in this one here and a

16  little bit in those.

17       Q.  Now, prior to this incident --

18       A.  I got to where I can move this one some.

19  You see, it needs another surgery.

20       Q.  Prior to this incident, did you have full

21  use of all four fingers?

22       A.  I had some.  I didn't have all the good use

23  of them.  I'm just glad he didn't break my good hand.

24       Q.  You didn't have all -- you didn't have full

25  use of all four fingers on that hand?

1          A.   I had all four fingers in contact, you know,
2    they were there.
3          Q.   You've been injured before on that arm is
4    what you're testifying to?
5          A.   Yes.   I got cut right there (indicating).
6          Q.   All right.   And as a result of that cut you
7    lost some use of those fingers; is that correct?
8          A.   Right.
9          Q.   But you could still use them, they were
10   still functional?
11         A.   I could pick up a little.   I could pick up
12   maybe about five -- maybe four or five pounds with my
13   little finger.
14         Q.   Let me ask you this:   Did Mr. Ingle -- was
15   he aware that you had limited use of your right arm and
16   your right hand?
17         A.   I don't know what he knew.   He never asked
18   me nothing.   He didn't know my condition, and like I
19   said, all he knew, he knew something was the matter with
20   my right arm.
21         Q.   When you left the jail that day, were you
22   given anything or told what you were being charged with?
23         A.   Yes.   I was being charged with disorderly
24   conduct in bed asleep and resisting arrest.
25         Q.   Resisting arrest and disorderly conduct, all

```
 1    right.
 2              A.   While I'm at home asleep.
 3              Q.   My next question is when you moved from
 4    Carbon Hill -- now, you heard Ms. Haley testify that
 5    most of those charges over there were dismissed.  Now,
 6    she said that there was an agreement reached between the
 7    prosecutor, yourself, and another party; what was that
 8    agreement?
 9              A.   Steven Thomas told me --
10              Q.   That was the judge?
11              A.   Right.
12              Q.   So what was the agreement?
13              A.   If I moved -- I got tired of going to jail.
14    Been taking me to jail all the time, going to jail.  I
15    got tired of going to jail, and I realized -- I wanted
16    to stay where I was at, and that Judge said -- I can't
17    beat the police.
18              Q.   What was the agreement?
19              A.   For me to move and he would drop all the
20    charges.
21              Q.   Now, how long had you lived in that house?
22              A.   Sixteen years.
23              Q.   How many acres did you have?
24              A.   I lived there four years --
25              Q.   How many acres did you have?
```

1          A.   I just had two lots.

2          Q.   Two lots.  Did you have a garden?

3          A.   I tried to have one.  A friend helped me.

4     He passed away, and I can't do it.

5          Q.   So you had to put your house on the market

6     and sell it?

7          A.   Not really.  It was mine and it was paid

8     for, but I sold it.  I didn't have to put it on the

9     market.

10         Q.   You sold it?

11         A.   I sold it to some people about a block away

12    that needed it.  They were hunting a place for a

13    trailer, their daughter was, and so I sold it to her.

14         Q.   Okay.  Did you get a good market price for

15    it?

16         A.   Pretty decent price.

17         Q.   Did you get the market value for it?

18         A.   Yes.

19         Q.   Did you want to move or did you feel like

20    you had to move?

21         A.   No.  I had a wonderful place.  Why would I

22    want to move from a pretty place to an ugly place I'm at

23    now.

24         Q.   So you live in a trailer now?

25         A.   In a cheap trailer.

```
1              MR. PIAZZA:  I think that's all the
2       questions I have for the time being.
3              THE COURT:   Do y'all want to continue on
4       with cross right now?  Does anybody need to take a
5       break?
6              (Short break.)
7                    CROSS-EXAMINATION
8  BY MR. WILLFORD:
9          Q.  Good evening, Mr. Burch.  You had testified
10 in your direct that you had been drinking, and I'm going
11 to talk about -- I guess this happened -- it was
12 actually the morning of the 16th, correct?
13         A.  Correct.
14         Q.  Early in the morning of the 16th?
15         A.  I didn't get home to about 9:30 or 10:00.
16         Q.  That would have been on the 15th, correct?
17         A.  Right.
18         Q.  And you testified that you drank, you said,
19 about four beers, correct?
20         A.  (Witness nods head.)
21         Q.  When did you start drinking those beers?
22         A.  As soon as I got home.
23         Q.  So that would have been about 9:30 --
24         A.  Something like that.
25         Q.  -- that about right?  And when would you
```

1  have finished the last one?

2          A.   Somewhere about 12:30, I guess.

3          Q.   Okay.  So between 9:30 and 12:30 you drank

4  four beers?

5          A.   That's all I had in the refrigerator.

6          Q.   That's all you had in the refrigerator.  Did

7  you drink anything besides beer that night?

8          A.   Other than meat I eat and I had drank some

9  milk.

10          Q.   Let me ask that question a better way.  Did

11  you drink anything else alcoholic besides beer?

12          A.   No.

13          Q.   So four beers.  Were you on any kind of

14  medication at that time?

15          A.   Sure.

16          Q.   What kind of medication were you on?

17          A.   Some pain pills.

18          Q.   Do you know what kind of pain pills they

19  were?

20          A.   Darvocet 500 milligrams.

21          Q.   And had you taken any of those Darvocets

22  that day?

23          A.   When I got home I took one.

24          Q.   You took one at 9:30; is that correct?

25          A.   Yes.

1        Q.   And then you started drinking your beer at

2    9:30, correct?

3        A.   I was hurting.

4        Q.   How many of those Darvocets did you take?

5        A.   One.

6        Q.   One Darvocet.   Between 9:30 and the time

7    Deputy Ingle got there, did you take any more of those

8    Darvocets?

9        A.   No.

10       Q.   Did you take any other kind of pain

11   medication?

12       A.   No.

13       Q.   Did you take any other kind of medication,

14   period, between 9:30 and when Deputy Ingle got there?

15       A.   No, sir.

16       Q.   Had you taken any other kind of medication

17   that day --

18       A.   Yes.

19       Q.   -- before 9:30?

20       A.   Yes.

21       Q.   What had you taken?

22       A.   I had taken two different kinds of heart

23   medication, Altace -- anyway, I brought all my medicines

24   with me in case I couldn't pronounce the word.

25       Q.   Okay.   But that was for your heart, correct?

1        A.   Yeah.   I had my daily script, I got to go

2   get my heart medicine, blood pressure medicine.   I have

3   to take one cramp pill and --

4        Q.   One what kind of pill?   I'm sorry, I didn't

5   hear that.

6        A.   Cramp.

7        Q.   Cramp pill, okay.

8        A.   That time I thought I had --

9             (Short interruption.)

10        Q.   Now, while we were changing the tape you

11   pulled an Albuterol inhaler out of your pocket?

12        A.   Yes.

13        Q.   And you were taking the Albuterol on the

14   15th of February?

15        A.   That's all the medicine I had.

16        Q.   Okay.   And you had taken some of that

17   Albuterol that day?

18        A.   I have to take two aspirin too everyday,

19   baby aspirin.

20        Q.   Do you recall reading the label on that

21   Darvocet that you took?

22        A.   Yes.

23        Q.   Did it say anything about drinking alcohol

24   with that medication?

25        A.   It said it would enhance the effects of it.

```
1          Q.  And you drank a beer anyway?

2          A.  I drank beer and took one of them.

3          Q.  Did it enhance the effects?

4          A.  Pain was still hurting.

5          Q.  Did you take any other kind of drugs?

6          A.  No, sir.

7          Q.  Anything that would be illegal?

8          A.  No, sir.  The doctor said take one if you

9   want to.

10          MR. PIAZZA:   Taz, just answer his

11  questions.

12          Q.  Now, I think you testified that you got into

13  a little argument with your wife, is that correct, after

14  you got home?

15          A.  Nicky nack.

16          Q.  Nicky nack.

17          A.  Nicky nack.

18          Q.  Do you remember I think you testified it

19  was about her wanting to go to bed and you not wanting

20  her to go to bed?

21          A.  Yes.  I wanted her to stay up with me.  She

22  wanted to go to bed.  I decided -- I don't know why, I

23  have a bad habit of calling 911 when I lived where I

24  did.  Lived for 15 years over there trying to get that

25  farm moved.  I went to jail over one of them phone calls
```

1   trying to get the farm moved, but I just had grown a bad

2   habit of dialing 911.  And they told me at mental health

3   that I had bipolar disorder.  It would cause me to do

4   stuff like that.  Silly stuff.  Never really hurt

5   nobody.

6           Q.  Was that the only thing that you were

7   arguing about was her staying up?

8           A.  Yes.  I wanted her to stay up with me and

9   she won't.

10          Q.  And so you called 911 because of that?

11          A.  Yeah.  I said, "Well, I'm going to bed."  I

12  hung the phone up and she got on the other phone, was

13  talking, said, "We don't need nobody out here.  We're

14  not fighting.  He is going to bed."

15          Q.  All right.  Do you recall telling the

16  dispatcher you wanted her out of your house?

17          A.  Yes, sir.

18          Q.  Why did you want her out of the house if you

19  wanted her to stay up with you?

20          A.  I reckon I stayed up farting around and

21  stupid.

22          Q.  Okay.

23          A.  Just stupid, something stupid.  It was no

24  meaning to it at all.

25          Q.  Do you recall telling her or telling the

1    dispatcher that you were going to hit your wife if they

2    didn't come get her out?

3            A.   I wouldn't hit her for a million dollars.

4            Q.   That wasn't my question.  Did you tell the

5    dispatcher that you were going to hit her if they didn't

6    come get her out of your house?

7            A.   No, I never told the dispatcher I was going

8    to hit her.

9            Q.   You never told the dispatcher that?

10           A.   No.

11           Q.   You never told the dispatcher that?

12           A.   I didn't tell them that I was going to hit

13   her.

14           Q.   I'm not talking about her.  Did you tell the

15   dispatcher that you were going to hit your wife?

16           A.   I never hit her and I never will.

17           Q.   You're not answering my question.

18           A.   I didn't tell the dispatcher I was going to

19   hit her.

20           Q.   Okay.  That's the answer.

21           A.   It never crossed my mind.

22           Q.   You said just a minute ago that you had been

23   diagnosed as being bipolar?

24           A.   Yes, and schizophrenia.

25           Q.   Do you take any kind of medication for that?

1       A.   Yes, I was taking it.

2       Q.   Were you taking it that night?

3       A.   Look that stuff made me so goofy, I just

4  laid off of it because I can't walk around on -- I got

5  to be at myself.

6       Q.   Listen to my question.  Did you take any of

7  that medication for your bipolar disorder that night,

8  February 15?

9       A.   No.

10       Q.   How long had you been off of it on February

11  15?

12       A.   Pretty good while.

13       Q.   Months?

14       A.   Everything they give me didn't have my name

15  on the label or how --

16            MR. PIAZZA:  Just answer his question.

17       A.   It came in boxes --

18            MR. PIAZZA:  Taz, just answer his question.

19       A.   Give me so much of it I just throwed it

20  away.

21       Q.   How long had you been off of it on February

22  15?

23       A.   I couldn't tell you that.  I can't remember

24  days.

25       Q.   Was it months, was it a period of months?

1          A.   Probably a month.

2          Q.   A month?

3          A.   Something like that.

4          Q.   Did you tell your doctor you were getting

5     off the medication?

6          A.   No.   I hadn't got in touch -- I went down

7     and got in touch with him.   He was supposed to write my

8     lawyer a letter explaining my condition that I didn't

9     know I had.   He said he would.   I don't know if he sent

10    it to him.

11         Q.   What's that doctor's name?

12         A.   David Dixon.

13         Q.   Dennison?

14         A.   David Dixon.

15         Q.   So you're not on any kind of medication for

16    your bipolar disorder now?

17         A.   Correct.   I'm on medicine for it.

18         Q.   You are now?

19         A.   Yes.

20         Q.   Today?

21         A.   That's right.   I got -- I didn't even have a

22    doctor to go to besides the Oakman Clinic and mental

23    health, but I got on this H.M.O.   I got Dr. Tai, is my

24    family doctor.   Since this happened I have been seeing

25    Dr. Miller over here.   He's an orthopaedic specialist.

1       Q.   Okay.  But you now today are taking
2   medication for your bipolar disorder; is that correct?
3       A.   Right.   You say I take it -- I take three
4   Xanax tens a day.
5       Q.   Do you take anything else?
6       A.   Three pain pills a day, Lortab 50.
7       Q.   Have you taken those pills today?
8       A.   I took one when I get up and one of my cramp
9   pills and my heart medication, and I took one of Xanax
10  and the cramp pill at around 12:00.
11      Q.   And have you had anything to drink alcoholic
12  today?
13      A.   Coming down here, no.
14      Q.   Just want to make sure we weren't
15  exacerbating any effects.
16           Have you ever been voluntarily committed to
17  a mental institution?
18      A.   Not that I recall.  I did check myself into
19  Pierson Hall.
20      Q.   When was that?
21      A.   Stayed 33 days.
22      Q.   When?
23      A.   I can't remember the date of that.  Let's
24  see.  Somewhere in '97 -- '96 to '97, somewhere in
25  there.  Social Security office sent me there.

1    Q.  Okay.  I want to make sure I understand the

2  sequence as far as the call to 911 is concerned, that

3  morning of the 16th.  You said you got into a little bit

4  of a -- I think you phrased it as a nick nack with your

5  wife about her not wanting to stay up with you, right?

6    A.  No screaming, no fussing, no hollering, no

7  fighting, just talking like you're talking to me.

8    Q.  So you called 911, correct?

9    A.  It was a bad habit I have.

10    Q.  And you told them that you wanted her out of

11  your house, correct?

12    A.  Well, I told her that but, you know, she

13  said something and I said, "Well, I don't blame you.

14  You're my wife."  She spent the night with me, and she

15  plainly told him we didn't need --

16    Q.  We're not to that point yet, Mr. Burch,

17  we're not to that point yet.  I'll get to it in a

18  minute.

19    A.  She's still with me.  I ain't never hit

20  her.

21    Q.  And you went to bed right after that

22  conversation with 911, correct?

23    A.  She was on the phone with them trying to

24  tell them we didn't need no officer out here and

25  everything was fine.

1          Q.   Why did you go to bed after that?

2          A.   Because I was sleepy.

3          Q.   Your were tired?

4          A.   It was 3:00 o'clock in the morning, about

5     2:30.

6          Q.   So you went to sleep, correct?

7          A.   Yes.  I was tired.

8          Q.   And what was the next awareness that you

9     had?  What was the next thing that you knew about?

10         A.   That man right there, Derane Ingle, cussing

11    in my living room, screaming and cussing and hollering

12    at my wife, hollering at me to get out of bed, you come

13    in this living room.

14         Q.   Did he come into your bedroom?

15         A.   He didn't come down to the bedroom.  He just

16    kept staying in the living room.

17         Q.   So when you say in your complaint that he

18    woke you, you mean by his voice; is that correct?

19         A.   Bad loud voice, bang and hollering.  It

20    scared my wife, and I didn't know what in the world was

21    breaking lose in there, but he was hollering.

22         Q.   What specifically did he say?

23         A.   Well, to me at that time the only words he

24    said to me when I said --

25         Q.   I'm not asking what he told you.  You said

1  that you woke up when you heard him out in your living

2  room.  What did you hear him say?

3        A.  I didn't hear what he said after that.

4  You'll have to ask my wife because she met him outside.

5        Q.  Okay.  So then at that point you got up and

6  went out in the living room to see what was going on,

7  correct?

8        A.  He followed her in the house.  She thought

9  he was going to leave and he barged right in behind her,

10  didn't ask could he come in.  He just barged on in

11  behind her.

12        Q.  But you didn't see that, did you?

13        A.  She did.

14        Q.  I'm asking you what you saw.  You didn't see

15  that.

16        A.  I didn't see it.  He was the first face I

17  seen when I come out of my bedroom, standing up, jumping

18  up and down in my bedroom raising all kind of --

19        Q.  Follow my question, Mr. Burch.  You heard

20  the noise out in the living room.  Then you got up to go

21  see what was going on, correct?

22        A.  Right.

23        Q.  When you got out into the living room, what

24  did you see?

25        A.  I seen him standing in the middle of my

1   living room, and he said, "Your ass is going to jail."

2   And he reached behind Patsy and sprayed me with that

3   stuff.  Didn't tell me why I was going to jail, and I

4   didn't know until John Mark got back to work.

5          Q.   How did you come out of the bedroom?

6          A.   Well, I come out of my bedroom and walked up

7   the hallway.  It's got a hallway in the trailer in there

8   to the living room.

9          Q.   Did you run?

10         A.   No.

11         Q.   Where were your hands?

12         A.   When I came in there my hand was just like

13  this (indicating), and I was standing there in my

14  underwear.

15         Q.   You walk like this?

16         A.   I had my hands just like this (indicating).

17         Q.   When you were walking up towards him you had

18  your hands like this?

19         A.   I was walking down the hallway like this

20  (indicating), and I put my hands like this thinking, oh,

21  me, you know.

22         Q.   All right.  I think you testified that you

23  had a bandage on your right hand, correct?

24         A.   I had it on that Sunday the 15th.

25         Q.   For the thumb?

1    A.    I had a fracture here.   I was trying to

2    tighten up a pipe on the water heater.   It was leaking,

3    and the wrench slipped, and I hurt -- fractured my thumb

4    trying to push on it with both hands.   I ain't got a

5    whole bunch of use with this hand.

6    Q.    Did it actually break the bone?

7    A.    It shows on the x-ray right here or right

8    here one, one knuckle is barely fractured, and I kind of

9    figure you're going to use this saying my hand was

10   already hurt.

11   Q.    Let me show you if I can -- do you recognize

12   this?

13   A.    Yeah, I reckon I do.

14   Q.    What is that?

15   A.    That's the complaint.

16   Q.    That's the complaint you filed that started

17   this grievance here today, correct?

18   A.    That's correct.

19   Q.    Did you prepare this yourself?

20   A.    No, I didn't.

21   Q.    Is that your signature there on the second

22   page?

23   A.    That's correct.

24   Q.    Taz D. Burch.   Who prepared this for you?

25   A.    Bank of Carbon Hill.

1     Q.   The Bank of Carbon Hill wrote this?

2     A.   (Witness nods head.)

3     Q.   Who at the Bank of Carbon Hill wrote this?

4     A.   A Notary Public.

5     Q.   Did she notarize it, the Notary Public at

6  the Bank of Carbon Hill?

7     A.   She should have.

8     Q.   Okay.  You're saying -- there's supposed to

9  be a notary mark on here, correct?

10     A.   Yes.

11     Q.   What I'm asking you is who wrote this, not

12  who notarized it, but who wrote this?

13     A.   All I can tell you the banker's secretary.

14     Q.   How did the banker's secretary know what to

15  say in here?

16     A.   Because I already had it jibbered down on

17  paperwork for her to go over.

18     Q.   Okay.  So you wrote it down, you handwrote

19  it?

20     A.   Correct.

21     Q.   And she typed it into that?

22     A.   Yes.

23     Q.   Is that right?

24     A.   Correct.

25     Q.   Okay.  And did she put down then in here

1    everything that you said in your handwritten notes?

2         A.   I don't know if he's got that -- that may be

3    a copy.  I don't remember, but I think she pretty -- I'm

4    pretty well sure she notarized it and didn't charge me

5    for doing it, but she said she wouldn't do it again

6    because she must be some kind of kin folks with him and

7    has to work at the bank and the bank gets paid to do

8    that.

9         Q.   Did she put down everything in this

10   document, this complaint, that you told her to put in

11   there?

12        A.   I think she kind of mixed one thing just a

13   little.

14        Q.   So she put everything in there that you had

15   in your handwritten notes, correct?

16        A.   All except pushed me down in the jail and

17   throwing cold water on me.

18        Q.   Okay.  And the date on this is March 12,

19   2004, right?  That's when you had this prepared.

20        A.   Yes.  It took me a little while to get --

21        Q.   Okay.

22        A.   -- the paperwork going.

23        Q.   That's fine.

24        A.   And get me a good lawyer.

25        Q.   And you reviewed it before you signed it,

1    correct?

2          A.   Correct.

3          Q.   Signed it in front of a Notary and

4    everything on here is true and correct?

5          A.   A Notary Public.

6          Q.   And you understood that when you signed it

7    that everything on here was true and correct; is that

8    right?

9          A.   She put her name, but it came from the Bank

10   of Carbon Hill and I think her name was Sheila.  Patsy

11   can tell you who it is.

12         Q.   Let me leave that and let me ask you, does

13   it say anything in there about Deputy Ingle spraying you

14   with pepper spray?

15         A.   Yes.  I forgot to put that in here.  That

16   was one thing I forgot to put in here.

17         Q.   Does it say anything in there about him

18   punching you in the ribs as he was trying to take you

19   out of the car?

20         A.   I know I forgot to put him spraying all that

21   stuff on me.  I meant to.  Forgot to put that in there.

22   Like I said, I've got a sixth-grade education.  I done

23   the best I could, and it might not be in here, but Patsy

24   seen it.  It's all over the ground.  It's all over me.

25   He sprayed me with it.  He admitted spraying me with it.

1    That's good enough for me, but he ain't even admitted

2    spraying me with it.

3         Q.   But your testimony is -- Mr. Burch, your

4    testimony is that he sprayed you basically from the

5    living room all the way out to the car and sprayed you

6    again and sprayed you in the jail?

7         A.   Sprayed me in the police car, sprayed me

8    some more, sprayed -- I thought when is he going to run

9    out of spray.

10        Q.   And as much as he sprayed you --

11        A.   That stuff hurt.

12        Q.   That wasn't something that stuck out in your

13   mind to put in your complaint?

14        A.   Well, I've got a sixth-grade education and

15   I'm prone to make a little bitty mistake like that.

16        Q.   Okay.

17        A.   It was brought to my attention by my

18   brother, you didn't put that in there.  Well, he was on

19   probation when they hired him and this happened before

20   his probation was up, and done had this so we just

21   tookwhat I could get gathered up.  I have a sixth-grade

22   education, not no high school education.

23        Q.   Does that affect your ability to feel pain?

24        A.   That affects my ability to write and put

25   down stuff on paper.

1    Q. Does that affect your memory?

2    A. No. I've got a good memory.

3    MR. PIAZZA: I'm going to have to object to

4    this. He's arguing with the witness.

5    THE COURT: He's just cross-examining him.

6    Let's go ahead.

7    Q. When you came out of the bedroom and saw

8    Deputy Ingle in your living room, did you tell him he

9    wasn't wanted in your house?

10    A. I didn't say that. I said, "My past has

11    come to haunt me."

12    Q. Did you ask him to leave?

13    A. I didn't have time to. He told me to sit

14    down and reached around there and sprayed me with that

15    stuff, and I couldn't see nothing, turn me around and

16    started throwing me every which way.

17    Q. So it's -- make sure I understand. The only

18    thing that you said was, "Oh, Lord, my past is coming

19    back to haunt me." You didn't say anything else?

20    A. He admitted spraying me with it. It might

21    not be in here, but he had done admitted spraying me

22    with it. I might have forgot to put it in there.

23    Q. Mr. Burch, we're moving beyond that. I'm

24    just wanting to make sure that I understand what it was

25    that you said when you came of the bedroom. The only

1  thing that you said before you got sprayed was, "My,

2  God, my past is coming back to haunt me."

3        A.  "My past is coming back to haunt me."  After

4  I moved away from him.

5        Q.  Just like that.  Did you raise your hands?

6        A.  I put it over my eyes like that, and I said,

7  "Oh, me."  I was in my underwear and that's all I had

8  on.

9        Q.  Was your hands still over your eyes when you

10  got sprayed?

11        A.  No.  He hit me right square in the eyes with

12  it because I wasn't expecting it.  My eyes was opened

13  that big when he hit me, but I couldn't see.

14        Q.  Did you threatened to whop his ass?

15        A.  He said I pushed him.

16        Q.  I'm not asking you what he said.

17        A.  I can't push him between my wife and him.

18  I'm not about to push my wife.

19        Q.  Mr. Burch, answer my question.

20        THE COURT:  Mr. Burch, listen, he asked a

21  simple question --

22        A.  I didn't push him.  I didn't threaten him.

23        THE COURT:  Answer his questions like that

24  and we'll get through this a lot quicker.  Listen to him

25  and answer his questions.

1    Q.  Did you threaten to whop his ass?

2    A.  I ain't able to whop his ass and I didn't

3  threaten to whop his ass.

4    Q.  Did you tell him you were going to knock the

5  hell out of him?

6    A.  No.  That's his -- his say so on that.

7    Q.  Did you have a watch on that night?

8    A.  Yes.  They broke it and tore it off.

9    Q.  Which hand?

10    A.  Broke the band, a $20 band.

11    Q.  Who is "they"?

12    A.  Him and that jailer right there, that was at

13  the front window when we got down there.

14    Q.  So you went to bed that night in your

15  underwear and your watch; is that correct?

16    A.  Right.

17    Q.  So when you got up, you didn't put anything

18  on, correct?

19    A.  I walked in the living room with my

20  underwear and watch on.

21    Q.  Did you happen to look at your watch as you

22  were coming down the hall?

23    A.  I seen him and I stalled.

24    Q.  So you didn't look at your watch, right?

25    A.  I didn't look at my watch.

1    Q.  Did you look at any clock in the living

2  room?

3    A.  I looked at him and then I said, "Oh, my

4  past has come back to haunt me," and hit me in the face

5  with that and -- after you get sprayed in the face with

6  that, you're not going to see no clock, no watch.

7    Q.  Before you got sprayed, did you look at a

8  clock?

9    A.  Nun-uh.  I done been asleep when he got in

10  there hollering and screaming.

11    Q.  Sir, it's a simple question.  Did you look

12  at a clock before you got sprayed?

13    A.  I didn't look at a clock before he sprayed

14  me.

15    MR. PIAZZA:  He's answered the question.

16    He's asked it about three or four times.  He's

17    answered it.

18    THE COURT:   He qualifies it every time.

19    It's kind of hard to follow what he's saying.

20    A.  I didn't look at the clock.

21    Q.  At some point in time Deputy Ingle placed

22  you in handcuffs, correct?

23    A.  (Witness nods head.)

24    THE COURT:  Now you're doing better, but

25  say it where this lady can write it down.  That nod

1    would be yes.

2                    THE WITNESS:  Okay.

3                    THE COURT:    Well, answer his questions.

4          Q.  Were you placed in handcuffs?

5          A.  Yes.

6          Q.  And it was your testimony that he handcuffed

7    you behind your back; is that correct?

8          A.  That is correct.

9          Q.  When he placed the handcuffs on you, were

10   you standing up or were you on the floor?

11         A.  I was standing up.

12         Q.  Did you cooperate with him?

13         A.  Yes.

14         Q.  And then he took you outside the trailer,

15   correct?

16         A.  Throwed me.

17         Q.  And put you in the car?

18         A.  Not yet.  He throwed me back in the house.

19         Q.  That's when you got a coat; is that right?

20         A.  Patsy got a pair of pants on me and she

21   throwed a t-shirt on me.

22         Q.  Back outside the trailer.

23         A.  Throwed me back out again, pushing me down

24   all the way to the car.  About 35 feet of pushing me

25   down, told me to get in the car.  I couldn't see how to

1    get in no car.

2            Q.   And while he's pushing you, he's still

3    continuing to spray you with the spray?

4            A.   Correct.   It's all over the driveway.

5            Q.   And he put you in the car at that point?

6            A.   Got me in the car.

7            Q.   Did you cooperate with him getting you in

8    the car?

9            A.   I couldn't help but cooperate with him

10   getting me in the car.

11           Q.   Do you remember him putting his hand on your

12   head helping your head get inside the car?

13           A.   All I remember is him just shoving me in

14   there.

15           Q.   Did you hit your head on anything when you

16   were going in there?

17           A.   I ain't for sure if I hit my head on

18   anything going in there.   I get slung around like a rag

19   doll.

20           Q.   And you testified that he did not put a

21   seat belt on you; is that right?

22           A.   He did not put a seat belt on me so help me

23   God.

24           Q.   And as he's taking you back towards the

25   jail, you said he kept slamming on the brakes and making

1  you hit that screen?

2          A.   Yes.

3          Q.   What part of your body hit the screen?

4          A.   Several parts.   Head.

5          Q.   Did your face?

6          A.   (Witness nods head.)

7          Q.   Your forehead?

8          A.   Yes.

9          Q.   Did you suffer any injuries as a result of

10 that?

11         A.   I had some bruises and knots.

12         Q.   All right.   I refer you back to your

13 pictures that you took and testified to, the day after

14 you were released from jail.   I've got two pictures of

15 you here, and both of them show your face pretty good.

16 Show me on there where your bruises are from hitting

17 that screen.

18         A.   Well, they're mostly in my hairline on top

19 of my head.   See, I was like that (indicating).   I got

20 it this way and I got it that way.   In my hairline there

21 were knots and bruises but you would have to, you know,

22 sit down and look through my hair to see it.

23         Q.   Now, you just testified, though, a minute

24 ago that your face hit the screen too.

25         A.   My face hit the screen too.

1    Q.  But there's no marks on the pictures are

2    there?

3    A.  Take a good close look right there and right

4    above my eyebrow.  And my brain was not etched up in

5    a -- looks like attention.  My face is just as plain and

6    relaxed as can be.  Can you not see the red on my face

7    right there?  And under that eye right there and under

8    this eye (indicating)?

9    Q.  I tell you what, we'll let the Board decide.

10   Do you remember telling Deputy Ingle while you were in

11   the car that you were going to get out of this?

12   A.  No, never said a word in the car to him at

13   all.

14   Q.  Never said a word while you were in the car?

15   A.  Two words.

16   Q.  What were those two words?

17   A.  Or maybe three.  I said, "You couldn't hurt

18   a fly."  Every time he tried to hurt me, he'd laugh,

19   "Ha, ha, did that hurt?"  And about two times, I tell

20   him, "You couldn't hurt a fly."  I've been hurt bad.

21   I've been through a bunch of pain and stuff, but I

22   wasn't about to tell him that he had hurt me, if he had

23   killed me.

24   Q.  Did you yell at him?

25   A.  He had it in his mind to kill me anyhow.

1       Q.   Did you yell at him?

2       A.   No, never did raise my voice.

3       Q.   Now, you were charged that night with

4   disorderly conduct and resisting arrest, correct?

5       A.   At home asleep in my bed charged with

6   disorderly conduct.

7       Q.   And resisting arrest.

8       A.   Yes.

9       Q.   You haven't gone to trial on those charges

10  yet, have you?

11      A.   Trying to get this mess dealt with, and

12  that's all I can tell you.

13      Q.   It's been continued several times; is that

14  correct?

15      A.   Uh-huh.

16      Q.   I need you to answer out loud so the court

17  reporter can take it down.

18           All right.   I think you also testified

19  earlier that you heard someone call and ask Deputy Ingle

20  what was taking him so long; is that right?

21      A.   On the radio when he was trying to drag me

22  out of the back of the car.

23      Q.   Was it a male or a female calling?

24      A.   It was a woman.

25      Q.   It was a woman.

1    A.  I was a dispatcher for three years.  I know

2  something about dispatching, or two and a half years.

3  He had to call back in right then.  They wanted to know

4  how long -- how come it was taking him so long to get to

5  the jail house.  He said he run into traffic.  There was

6  no traffic on that back road.  He was going to make it

7  look like I escaped and then pop a cap in me.

8    Q.  He didn't shoot you, though, did he?

9    A.  He would have if he got me out of the car

10  and I done my handcuffs, he shot me.  I knew this

11  because he had a buddy he practiced with.  Dan Tucker

12  shot a man -- one of his buddies, Dan Tucker, shot and

13  killed, and didn't ask him.  His own buddy.  They had a

14  kung fu shop together, was working together and he shot

15  and killed, a mental case.

16    Q.  When you got to the jail, did you tell

17  anybody at the jail that Deputy Ingle had abused you?

18    A.  Oh, yes.

19    Q.  Who did you tell?

20    A.  When I got the opportunity.

21    Q.  Who did you tell?

22    A.  I told the nurse.  I told Lonny I wanted to

23  know what I was in there for, couldn't figure out what I

24  was in there for, until John Mark got back on Tuesday

25  the 16th.  And he said, you look rough, so he got the

1  nurse.

2          Q.  So you told the Sheriff; is that right?

3          A.  I didn't -- I didn't get in contact with

4  John Mark.  My brother left a message with John Mark's

5  secretary for John Mark to call my brother back.  He

6  wanted me checked on to see if I was beat up before they

7  let me out of jail.

8          Q.  Let me see if I can maybe help just a little

9  bit.  What I'm looking to see is when you got to the

10  jail on the morning of the 16th, you testified that you

11  told the nurse.

12          A.  I didn't get to see the nurse till the next

13  morning when Lonny Devito came on.

14          Q.  Okay.  But that still would have been the

15  16th, correct?

16          A.  Yes, that would have been the 16th.

17          Q.  Because all this happened on the morning of

18  the 16th, the early morning hours, right?

19          A.  True.  The nurse got to come see me around

20  9:00 o'clock I guess.  I couldn't see the watch.  When

21  Lonny come on checking prisoners, he opened my door and

22  he thought I was dead because I was balled up in a ball.

23          Q.  Did you tell Mr. Devito about what had

24  happened with Deputy Ingle?

25          A.  Yes.

1      Q.   What did you tell him happened?

2      A.   I told him the same thing I've been telling

3   all of y'all; he come to check out a call and come

4   hollering and screaming in my house.  He was not

5   invited.

6      Q.   Let's not go back through it.  You told Mr.

7   Devito everything that you had testified to tonight?

8      A.   My wife asked him to leave three or four

9   times.

10     Q.   Mr. Burch, I'm just asking you what you told

11  Mr. Devito, and I think you said that you told him

12  everything you testified to here, right?

13     A.   You need to see the nurse.  He went and got

14  the nurse.

15     Q.   And then you told the nurse, right?

16     A.   I didn't have to tell the nurse.  She looked

17  at me --

18          THE COURT:   Mr. Burch, look, you run these

19     answers way out real long and they're not really

20     responsive.  Listen to his question and try to

21     answer the best you can.

22     A.   I try to answer the best I can.

23     Q.   Did you tell Nurse Gold what Deputy Ingle

24  supposedly did to you?

25     A.   That's correct.

1     Q.  So we've got Nurse Gold and we've got Mr.

2   Devito.  Did you tell anybody else on the morning of the

3   16th what you claim Deputy Ingle did to you?

4     A.  I decided to keep my mouth shut, and she

5   decided I needed to see the doctor.  She let me go see

6   the doctor and they put me back in there until I got

7   bonded out.

8     Q.  Okay.  How long does it take you to get from

9   your house to the jail when you drive it?

10    A.  Probably around -- having to go a little cut

11  off to get to -- what do you call it?

12    Q.  Just how long?

13    A.  Fourteen minutes.

14    Q.  Fourteen minutes.  Now, you testified at

15  length that you had a little bit of a history with

16  Deputy Ingle.

17    A.  A whole bunch.

18    Q.  I want to ask you, have you ever had any

19  kind of a history like that with Charlie Skalnik?

20    A.  I don't know no Charlie Skalnik.

21    Q.  What about Ms. Chapman that works at the

22  jail, ever had any problems like that with her?

23    A.  I don't know Ms. Chapman.

24    Q.  What about Joey Darty, did you have any

25  problems like that --

```
1            A.   That nurse?

2            Q.   You don't recognize the name?

3            A.   The first time I ever met him I was naked.

4            Q.   Nurse Gold, have you had any kind of history

5     with her, negative history?

6            A.   Never seen her before in my life until then.

7            Q.   Donald Shuggart, ever had any kind of

8     negative history with him?

9            A.   Unless he was one -- that jailer having fun

10    with me.

11           Q.   I'm not asking you about that night.  I'm

12    talking about any time before that.

13           A.   I don't know that man's name.

14           Q.   All right.  I'm curious about something that

15    you testified to earlier when you said that the

16    Sheriff's Department knew that they shouldn't have sent

17    Deputy Ingle to your house.

18           A.   Correct.

19           Q.   How should they have known that?

20           A.   He should have told them I had problems in

21    the past with him, and if there was another officer on,

22    he should have sent another officer.

23           Q.   You're confusing me with your pronouns here.

24    Which he are you talking about?

25           A.   He done had in his head he was going to do
```