FILED
2006 Aug-21  PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT G

**Exhibits from Walker County Civil Service Board Hearing Regarding Derane Ingle**

**THE EXHIBIT PICTURES ARE FILED CONVENTIONALLY**

SUBPOENA

THE CIVIL SERVICE BOARD OF WALKER COUNTY, ALABAMA

To: Any Sheriff of the State of Alabama – Greeting:

You are hereby commanded to summon ____Derane Ingle_____

_____724 Old Flatwood Road Nauvoo, AL 35578_____

personally, to be and appear before the CIVIL SERVICE BOARD OF WALKER

COUNTY at the Walker County Courthouse on the _12th____ day of ____July_____,

200_2_, at _7:15 PM_____ o'clock and until discharged by due course of law, and to

give evidence and truth to speak in the matter of ___Taz Burch (Tommy Barron)___.

Witness my hand this _____29th___ day of ____June_____, 200_2_.

_Sharon Tucker_____
Clerk, Civil Service Board of Walker County

_____
_____

    I have executed this writ by leaving a copy of the within Subpoena with the within
witness.

    This _____ day of _____, 200___.

_____, Sheriff

By:_____

```
06/25/2004              *** A D D R E S S   I N Q U I R Y ***         00:37:58
================================================================================
LN  CASE #      P SIG S SIG    DATE       TIME      DAY  UNIT   DISPATCH ADDRESS
--  ---- -----  ----- -----  --------   --------    ---  -----  --------------------
01  0301 00767  67            01/17/03 03:30:24     FRI  309    2651 LEONARDS CHAPEL
02  0303 01266  38A   38B     03/23/03 23:37:22     SUN  311    2651 LEONARDS CHAPEL
03  0307 01279  72            07/25/03 00:47:20     FRI  325    2651 LEONARDS CHAPEL
04  0308 01238  94            08/25/03 11:10:17     MON  304    2651 LEONARDS CHAPEL
05  0310 00274  32B           10/07/03 08:27:25     TUE  317    2651 LEONARDS CHAPEL
06  0310 00646  97D           10/14/03 16:55:22     TUE  319    2651 LEONARDS CHAPEL
07  0402 00788  97D   15C     02/16/04 01:41:04     MON  318    2651 LEONARDS CHAPEL
```

/                 72           12/27/00              1012 NW 6th St

                    7 CALLS        LN# OR ESC __

```
622              ** JAIL - PERSONAL INFORMATION **     BOOKING SCREEN 1 OF 4
=============================================================================
 BOOKING# - 040000416                          STATUS  - RELEASED
                                               FACILITY- COUNTY JAIL
INMATE    - BARRON TOMMY DURAND
ALIAS     -                         DOB     - 06/21/1957  AGE:  47
ALIAS     -                         PLCE\BIR- WALKER CO           ST - AL
ADDRESS   - 2651 LEONARDS CHAPEL RD  RACE    - W         SEX- M
CITY      - CARBON HILL       ST-AL  HEIGHT  - 6`02"
ZIP       - 35549                    WEIGHT  - 195
HOME PH   - 205 924 0691             HAIR    - BRO
M. STATUS- DIVORCED                  EYES    - BLU
RELIGION -                           COMPLEX - MED
GANG AFF -
SCARS/TAT- MUTIPLE SCARS ON LOWER RIGHT ARM
ENEMIES  -
REMARKS  -
-----------------------------------------------------------------------------
SSN      - 420 84 2332               SID     -
DLN ST   -        DLN-               LOCID   - 08942


-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE    F12=INMATES CHARGES    ESC TO QUIT
```

```
635              ** JAIL - INMATE RELEASE **              RELEASE SCREEN 1 OF 1
==============================================================================
BOOKING# - 030000868                         STATUS  - RELEASED
INMATE   - BARRON TOMMY DURAND               FACILITY- COUNTY JAIL
BOOK-IN DATE- 04/02/2003
PROJ RELEASE- 00/00/0000
SSN        - 420 84 2332
HOLDS      - N
AGENCY   -                        REASON
AGENCY   -                        REASON
AGENCY   -                        REASON
AGENCY   -                        REASON
==============================================================================
RELEASE OFFICER- WILLIAMS              RELEASE DATE- 04/03/2003  TIME- 15:08
RELEASE TYPE    -
REMARKS - BOND PER 104 GENE BARRON SIGNED
REMARKS -
REMARKS -

ALERTS  - N
DETAILS -
DETAILS -
DETAILS -
-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE    F12=INMATES CHARGES     ESC TO QUIT
```

```
635              ** JAIL - BOOKING INFORMATION **      BOOKING SCREEN 4 OF 4
=============================================================================
BOOKING# - 030000868                           STATUS  - RELEASED
INMATE   - BARRON TOMMY DURAND
=============================================================================
                          FACILITY    - 01 COUNTY JAIL
                          TYPE BOOKING- N
ARREST DATE - 04/02/2003  BKNG AGENCY - 01
ARREST OFFCR- DUNN         BKNG OFFICER- WOODLEY
ARREST  DEPT- STATE        BOOKING DATE- 04/02/2003  TIME- 15:22
PROJ.RLSDATE- 00/00/0000   CLASS.      -
CELL ASGN   -              WORK RELEASE- N      WEEKEND INMATE - N
SEARCH OFFCR- WOODLEY      INTOX RESULT-
TYPE SEARCH - UNDRESSED    SSA STATUS  - C  CONVICTED - 00/00/0000
-----------------------------------------------------------------------------
HOLDS- N     AGENCY-           REASON-
             AGENCY-           REASON-
             AGENCY-           REASON-
             AGENCY-           REASON-
NOTES -
NOTES -
NOTES -

-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE    F12=INMATES CHARGES    ESC TO QUIT
```

```
635                ** JAIL - PROPERTY/COURT INFO **        BOOKING SCREEN 3 OF 4
===============================================================================
BOOKING# - 030000868                          STATUS  - RELEASED
INMATE   - BARRON TOMMY DURAND                FACILITY- COUNTY JAIL
===============================================================================
PROPERTY
CASH -        $157.82       DESC-
ADD PROP - BALL CAP, BLUE JEANS, TENNIS SHOES
ADD PROP -
ADD PROP -
BIN #    - 218

VEH IMPND- YES
IMPND LOT- GORDON
REMARKS  - REFUSED BREATH MUST STAY 24 HRS
REMARKS  - CAN BOND AT 14:45 HRS 4/3/03
-------------------------------------------------------------------------------
COURT INFORMATION
COURT    -                        ATTORNEY -
JUDGE    -                        PHONE    - 000 000 0000
REMARKS  -
REMARKS  -

-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE     F12=INMATES CHARGES      ESC TO QUIT
```

```
635                ** JAIL - CONTACT/MED/EMPLOYER **        BOOKING SCREEN 2 OF 4
===================================================================================
BOOKING# - 030000868                          STATUS   - RELEASED
INMATE   - BARRON TOMMY DURAND                FACILITY- COUNTY JAIL
===================================================================================
NEXTOFKIN- ALIJEAN BARRON                RELATION - BROTHER
STREETADD-                               PHONE    - 000 924 9125
CITY- CARBON HILL      ST- AL ZIP-
REMARKS  -
-----------------------------------------------------------------------------------
HANDICAP- Y    REQUIREMENTS- BREATHING MACHINE
GLASSES -       SMOKE   - Y
MED PROBLEMS/NEEDS- Y    PHYSICIAN- DR.CAMP              PH - 000 000 0000
NEEDS/PROBLEMS/CONCERNS- HEART ATTACK,LUNG COLAPSED,
REMARKS   - BREATHING PROBLEMS
REMARKS   -
REMARKS   -
-----------------------------------------------------------------------------------
EMPLOYED - N
EMPLOYER -
ADDRESS  -
CITY-                   ST-    ZIP-
PHONE    - 000 000 0000
-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE    F12=INMATES CHARGES    ESC TO QUIT
```

```
635              ** JAIL - PERSONAL INFORMATION **       BOOKING SCREEN 1 OF 4
================================================================================
BOOKING# - 030000868                          STATUS   - RELEASED
                                              FACILITY- COUNTY JAIL
INMATE    - BARRON TOMMY DURAND
ALIAS     -                      DOB       - 06/21/1957  AGE:  47
ALIAS     -                      PLCE\BIR- WALKER CO            ST - AL
ADDRESS   - 2651 LEONARDS CHAPEL RD   RACE    - W         SEX- M
CITY      - CARBON HILL      ST-AL    HEIGHT  - 6`02"
ZIP       - 35549                     WEIGHT  - 195
HOME PH   - 205 924 0691              HAIR    - BRO
M. STATUS- DIVORCED                   EYES    - BLU
RELIGION -                            COMPLEX - MED
GANG AFF -
SCARS/TAT- MUTIPLE SCARS ON LOWER RIGHT ARM
ENEMIES  -
REMARKS  -
--------------------------------------------------------------------------------
SSN      - 420 84 2332               SID     -
DLN ST   -        DLN-               LOCID   - 08942


-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE    F12=INMATES CHARGES    ESC TO QUIT
```



```
  114            ** W A R R A N T   M A I N T E N A N C E **            (INQ)
================================================================================
WARRANT NUM- LOC        98CC98180      SEX      - M        RACE   -
NAME        - BARRON TOMMY DURAND      BIRTH DTE- 06/21/1957
ADDRESS     - P O BOX 818              HAIR     -          EYES   -
ADDRESS     -                          HEIGHT   - 6'03"    WEIGHT - 000
CITY/STATE  - CARBON HILL        AL    SS NUMBER- 420 84 2332
ZIP +4      - 35549                    ALIAS    -
DL ST/DLN   -                          ALIAS    -

COMMENTS    - RECALLED PER BROTHERTON
--------------------------------------------------------------------------------
OFFNSE DATE- 00/00/0000                BOND AMT -    $10,000
ISSUE DATE - 11/16/1998                AGENCY   - THOMPSON
CHARGE      - ALIAS FTA UP PYROTECHNI  ST/CO/CI -
STATUTE     -                          PHONE #  -
TYPE        - VIO        KIND -        COURT DTE- 00/00/0000  TIME -   :
--------------------------------------------------------------------------------
STATUS      - R                        LOCATION -
STATUS DATE- 11/17/1998 LOCAL CODE -   OFFICER  - WEST
COMMENTS    -
COMMENTS    -
COMMENTS    -
-- PRESS ANY KEY WHEN FINISHED --                                        _
```

Arrest

```
 114            ** W A R R A N T   M A I N T E N A N C E **           (INQ)
=================================================================================
WARRANT NUM- LOC        98CC98181      SEX      - M        RACE    -
NAME         - BARRON TOMMY            BIRTH DTE- 06/21/1957
ADDRESS      - P O BOX 818             HAIR     -          EYES    -
ADDRESS      -                         HEIGHT   - 6'03"    WEIGHT  - 000
CITY/STATE   - CARBON HILL      AL     SS NUMBER- 420 84 2332
ZIP +4       - 35549                   ALIAS    -
DL ST/DLN    -                         ALIAS    -

COMMENTS     - RECALLED PER BROTHERTON
---------------------------------------------------------------------------------
OFFNSE DATE- 00/00/0000                BOND AMT -    $10,000
ISSUE DATE - 11/16/1998                AGENCY   - THOMPSON
CHARGE     - ALIAS FTA PUBLIC INTOXICA ST/CO/CI -
STATUTE    -                           PHONE #  -
TYPE       - VIO        KIND -         COURT DTE- 00/00/0000  TIME -   :
---------------------------------------------------------------------------------
STATUS     - R                         LOCATION -
STATUS DATE- 11/17/1998 LOCAL CODE -   OFFICER  - WEST
COMMENTS   -
COMMENTS   -
COMMENTS   -
-- PRESS ANY KEY WHEN FINISHED --                                    _
```

Arrest

```
622                ** JAIL - CONTACT/MED/EMPLOYER **      BOOKING SCREEN 2 OF 4
===============================================================================
BOOKING# - 040000416                             STATUS  - RELEASED
INMATE  - BARRON TOMMY DURAND                    FACILITY- COUNTY JAIL
===============================================================================
NEXTOFKIN- ALIJEAN BARRON               RELATION - BROTHER
STREETADD-                              PHONE    - 000 924 9125
CITY- CARBON HILL      ST- AL ZIP-
REMARKS  -
-------------------------------------------------------------------------------
HANDICAP- Y    REQUIREMENTS- BREATHING MACHINE
GLASSES -       SMOKE   - Y
MED PROBLEMS/NEEDS- Y    PHYSICIAN- DR.CAMP            PH - 000 000 0000
NEEDS/PROBLEMS/CONCERNS- HEART ATTACK,LUNG COLAPSED,
REMARKS  - BREATHING PROBLEMS, BRACE ON RT ARM, BUSTED LIP
REMARKS  -
REMARKS  -
-------------------------------------------------------------------------------
EMPLOYED - N
EMPLOYER -
ADDRESS  -
CITY-                  ST-    ZIP-
PHONE    - 000 000 0000
-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE      F12=INMATES CHARGES     ESC TO QUIT
```

ACS0370   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
DISTRICT CRIMINAL          CASE: DC 95 000541.00

IN THE DISTRICT COURT OF    WALKER   COUNTY                    JUDGE: LEL
STATE  OF  ALABAMA              VS      BARRON  TOMMY  D
                                       PO BOX 818
CASE: DC 95 000541.00
                                    CARBON HILL, AL  35549 0000

DOB: 06/21/57  RACE: W  SEX:    M        HT:   6 03  WT: 190  HR:  BRO  EYE: BLU
SSN:420842332   ALIAS NAMES:

CHARGE1:CARRYING CONCEALED W          CODE1: CCWE LIT:CARRYING CONCEA TYPE:M
CHARGE2:                              CODE2:                          TYPE:
CHARGE3:                              CODE3:                          TYPE:
MORE?:      OFFENSE DATE: 03/11/95  AGENCY/OFFICER:         BATEMON

DATE WAR/CAP ISS:                     DATE ARRESTED: 04/08/95
DATE    INDICTED:                     DATE    FILED: 04/11/95
DATE    RELEASED:                     DATE   HEARING:
    BOND AMOUNT:          $300.00                SURETIES:

DATE 1: 05/02/95 DESC:   TRAL         TIME:   0900 A
DATE 2:          DESC:   0000         TIME:   0000

DEF/ATY:                              TYPE:                          TYPE:
PROSECUTOR:

OTH CSE: 0000000000    CHK/TICKET NO: AST0100           GRAND JURY:
COURT REPORTER                     SID NO: 000000000
DEF STATUS: BOND        DEMAND:                         OPID: DEC

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 5-1-95 | WRITTEN ORDER FILED |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

STATE OF ALABAMA,          *    IN THE DISTRICT COURT OF

      PLAINTIFF,        *    WALKER COUNTY, ALABAMA

VS.                     *    CRIMINAL DIVISION

TOMMY D. BARRON,        *    CASE NO.  DC-95-95-541

      DEFENDANT.        *


<u>ORDER</u>


    This cause  coming on for hearing before this Court on this date and it being made known to this Court that said cause should be dismissed and upon consideration of the same, it is,

    THEREFORE, THE ORDER OF THIS COURT, That said cause shall be and is hereby dismissed; DEFENDANT TO PAY COURT COST BY JUNE 1, 1995.

    DONE AND ORDERED, This the 1ST day of MAY, 1995.

_____
JUDGE LARRY E. LAPKOVITCH

ACS0370   A L A B A M A    J U D I C I A L    I N F O R M A T I O N    C E N T E R

CASE ACTION SUMMARY
DISTRICT  CRIMINAL          CASE: DC 95 000542.00

IN THE DISTRICT COURT OF    WALKER  COUNTY                    JUDGE: LEL
STATE  OF  ALABAMA             VS    BARRON  TOMMY D
                                     PO BOX 818
CASE: DC 95 000542.00

                                     CARBON HILL, AL  35549 0000

DOB: 06/21/57  RACE: W  SEX:    M        HT:  6 03  WT: 190  HR:  BRO  EYE: BLU
SSN: 420842332   ALIAS NAMES:

CHARGE1: PUBLIC INTOXICATION                CODE1: PINT LIT: PUBLIC INTOXICA TYPE: V
CHARGE2:                                    CODE2:                          TYPE:
CHARGE3:                                    CODE3:                          TYPE:
MORE?:         OFFENSE DATE: 03/11/95  AGENCY/OFFICER:            BATEMON

DATE WAR/CAP ISS:                    DATE ARRESTED: 04/08/95
DATE    INDICTED:                    DATE    FILED: 04/11/95
DATE    RELEASED:                    DATE  HEARING:
     BOND AMOUNT:        $300.00              SURETIES:

DATE 1: 05/02/95 DESC:  TRAL         TIME:   0900 A
DATE 2:          DESC:  0000         TIME:   0000

DEF/ATY:                             TYPE:                        TYPE:
PROSECUTOR:

OTH CSE: 0000000000    CHK/TICKET NO: AST0100        GRAND JURY:
COURT REPORTER                SID NO: 000000000
DEF STATUS: BOND       DEMAND:                       OPID: DEC

   DATE          ACTION, JUDGMENTS, CASE NOTES

              RETURN ON THIS COPY!

              WRITTEN ORDER FILED

STATE OF ALABAMA,           *    IN THE DISTRICT COURT OF

    PLAINTIFF,               *    WALKER COUNTY, ALABAMA

VS.                           *    CRIMINAL DIVISION

TOMMY BARRON,               *    CASE NO.  DC-95-542

    DEFENDANT.               *

## ORDER

    After  full  rights  given  by  the  Court,  Defendant voluntarily and intelligently pleads guilty, Judgment guilty and  Defendant  fined  $50.00,  $25.00  Victim Crime Fee and Court Cost and Defendant not having presently paid fine, VCF and Court Cost,

    IT  IS,  THE  ORDER  OF  THIS COURT, That imposition of sentence  be  and  the  same  is  hereby suspended for final payment  through  the  CSO  Office  with disbursement to the Circuit Clerk's Office upon final payment.

    DONE AND ORDERED, This the 2ND day of MAY, 1995.

_____
JUDGE LARRY E. LAPKOVITCH

FILED
1995 JUN 15 PH 4: 08
WILLIA D. THOMPSON
CIRCUIT CLERK
WALKER COUNTY, AL

**CRIMINAL HISTORY INDEX**

| IDENT NO. | | F.P. CLASS |
|---|---|---|

| LAST NAME | FIRST NAME | MIDDLE NAME | DRIVERS LICENSE NO. |
|---|---|---|---|
| Barron | Tommy | Durand | 3684829 |

| ALIAS | SOCIAL SECURITY NO. | RACE | SEX | AGE |
|---|---|---|---|---|
| | 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 | W | m | |

ADDRESS: ___ ___ Carbon Hill, AL. 35549

| HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | MARITAL STATUS |
|---|---|---|---|---|---|
| 6'3 | 196 | Blu | Bro | Wed | Married |

| OCCUPATION (OR SCHOOL ATTENDED) | SCARS OR MARKS |
|---|---|
| | |

6-39 ___ Jasper, Walker Alabama

| NEXT OF KIN | ADDRESS | PHONE NO. |
|---|---|---|
| | | 924-0420 |

(SEE OTHER SIDE FOR ARREST RECORD)



Tommy Barron

| DATE | NUMBER | CHARGE | DISPOSITION |
|---|---|---|---|
| | 3572 | CH-5 | Ch-5 ____ Jailed |
| | 95 | CH-7 | DUI + R.D. Jailed |
| | | | Warning Communications Jailed |
| | | | |
| | | | |



| DATE | NUMBER | CHARGE | DISPOSITION |
|---|---|---|---|
| 7-25-72 | CH-5 | Disturbing Peace | Jailed |
| 9-10-95 | CH-7 | DUI + F.T.D. | Jailed |
| | | Warrants & Contempt | Jailed |

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATIO

**IDENTIFICATION**

| 1 ORI 0,6,4,0,0,0,0 | 2 AGENCY NAME Walker Co. Sheriff Dept. | 3 CASE # 0,4,0,2,0,0,7,8,8 | 4 SFX |
|---|---|---|---|

| 5 LAST, FIRST, MIDDLE NAME Barron Tommy Durand | 6 ALIAS AKA |
|---|---|

| 7 SEX [X]M [ ]F | 8 RACE [X]W | 9 HGT. 6'2" | 10 WGT. 195 | 11 EYE Blue | 12 HAIR Bro | 13 SKIN | 14 | [1] SCARS | [2] MARKS | [3] TATOOS | [4] AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) Walker Al. | 16 SSN 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 | 17 DATE OF BIRTH 06-21-57 | 18 AGE 46 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS KEY MAJOR PRIMARY SCDV. SUB-SECONDARY FINAL | 22 DL # | 23 ST |
|---|---|---|---|

| 24 FBI # | HENRY CLASS / NCIC CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|

| 26 [1] RESIDENT [2] NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 2651 Leonards Chapel Rd. C'Hill | 28 RESIDENCE PHONE 924-0691 | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Disabled | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 2651 Leonards chapel Rd. C'Hill | 34 SECTOR West | 35 ARRESTED FOR YOUR JURISDICTION? [X] YES [ ] NO [X] IN STATE [ ] OUT OF STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: [X] DRUNK [ ] SOBER [ ] DRINKING [ ] DRUGS | 37 RESIST ARREST? [X] YES [ ] NO | 38 INJURIES? [ ] OFFICER [ ] ARRESTEE [X] NONE | 39 ARMED? [ ] Y [X] N | 40 DESCRIPTION OF WEAPON [1] HANDGUN [2] RIFLE [3] SHOTGUN [ ] OTHER FIREARM [ ] OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST 04-21-06 | 42 TIME OF ARREST 2:06 [X] 1. AM [ ] 2. PM [ ] MIL. | 43 DAY OF ARREST S M [T] W T F S 1 2 3 4 5 6 7 | 44 TYPE ARREST [ ] ON VIEW [ ] CALL [X] WARRANT | 45 ARRESTED BEFORE? [ ] YES [X] NO [ ] UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 [ ] FEL [X] MISD Disorderly Conduct | 47 UCR CODE | 48 CHARGE—2 [ ] FEL [X] MISD Resisting Arrest | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 [ ] FEL [ ] MISD | 57 UCR CODE | 58 CHARGE—4 [ ] FEL [ ] MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION [X] HELD [2] BAIL [3] RELEASED [4] TOT—LE [5] OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | [ ] CONTINUED IN NARRATIVE |
|---|---|

| 82 JUVENILE DISPOSITION: [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY [5] REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

| 91 DATE AND TIME OF RELEASE M D Y : [1] AM [2] PM [ ] MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

LOCAL USE
STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|

| 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE [ ] Y [ ] N |
|---|---|---|---|---|---|---|

ADDITIONAL ARREST
NARRATIVE CONTINUED

| 117 DATE AND TIME OF ARREST | | 118 CASE # |
|---|---|---|
| 0 21 06 04 2 06 | AM / PM / MIL | 04 02 00 788 |

20 ADDITIONAL ARREST INFORMATION

RECEIVED

I was dispatched through 911 to 2651 Leonards Chapel Road to a domestic. When I arrived the female resident came to the door and I asked what was wrong, she stated that her husband was drunk and disorderly and had been cussing her, As I entered the residence there was food thrown in the floor, and she stated that he got mad and throwed the food in the floor. She stated that he was in the bed, And then Mr. Barron started cussing and asked what in the hell is going on. Mr. Barron came to the living room where I was and started cussing me and and asking why the hell was I at his house. Mr. Barron told me that I wasn't wanted at his house. Mr. Barron then stated that he was going to whip my ass and he was going to knock the hell out of me, I asked Mr. Barron to step back, he failed to do so, I sprayed Mr. Barron and then place him on the floor. I attempted to arrest Mr. Barron and he was resisting and failed to comply. Mr. Barron would placed his hands where I could see them, I placed the handcuffs on Mr. Barron in the front because of a bandage on his right hand. I had to force Mr. Barron to the car. Upon traveling to the County Jail, Mr. Barron became combative again and started hitting his head on the screen in the car, Mr. Barron was cussing and hollering, Mr. Barron stated that he would get out of this, that he would have my job. Upon arrival at the jail, Mr. Barron would not get out of the car, I had to take Mr. Barron out of the car, Mr. Barron was still threatning myself. Mr. Barron was arrested for Disorderly Conduct, Resisting Arrest.

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

March 12, 2004

Walker County Circuit Clerk Office
Walker County Court House Building
Downtown Jasper
Jasper, AL 35501


Attention: Mr. Charles Baker, (Walker County District Attorney)


Mr. Taz Day Burch, (Tommy Barron)        Complaint: Taz D. Burch (Tommy Barron)
2651 Leonard Chapel Road                                      Plaintiff
Carbon Hill, AL 35549                         Honorable Walker County Sheriff/
Phone: (205) 924-9266                           Deputy Sheriff Derane Ingle
Alt: (205) 924-9125                                            Defendant


Regarding: The brutality, excessive force, false accusations (made up by Deputy Derane Ingle),
verbal harassment to my wife (Patsy Barron) by Derane Ingle, beating and breaking of Mr. Taz
Burch fingers by Deputy Derane Ingle.

Deputy Ingle came into my home, woke me up, (after my wife telling him everything was all
right, that I had been drinking when I made the call, but later, I lay down and went to sleep.  She
asked him not to bother me.  Deputy Ingle screamed cursing words at my wife and told her to
shut the (f word up).  He woke me, handcuffed me, threw me around and pushed me into the floor
(in front of my wife, while she was crying and begging him not to do me that way, and while he
had me handcuffed.  He forced me out of my trailer into the police car.  On the way to the jail, he
would hit the brakes real quick and fast, which threw me into the glass that separated the back
from the front.

Deputy Ingle would burst into a big laugh.  He did the quick stops 3 – 4 times with my hands in
handcuffs.  Each time my body would be thrown forward into the glass petition.  Each time he
would laugh about what he did.  (This happened on the way to the jail from Carbon Hill to
Jasper).  Next, he stopped the car, got out of the car, opened the door took my fingers pulled them
back, (I was hollering in pain, and begging him to stop).  He broke my fingers.  The doctor had to
amputate part of my finger, and I might not be able to move the others at all.

My brother, Gene Barron, retired as a county sheriff in Walker County, left messages with Janet
Butler, to get in touch with him about this situation.  Honorable John Mark Tirey has not
responded.  Tommy Barron was handcuffed, disabled and helpless.  Its time Deputy Ingle's abuse
is stopped.  Deputy Ingle worked in Carbon Hill as the chief of police for years, his in-laws and
Taz Burch; (Tommy Barron) had several disputes over land adjoining each other.  The Ingles
made threats and harassed Taz Burch, (Tommy Barron) when he worked in Carbon Hill.  He
knows Taz Burch, (Tommy Barron) has mental problems and that he is disabled (use of one arm).
I have lost a finger over this incident.

Page 2: Tax D. Burch (Tommy Barron) complaint.

I am making this complaint against the Walker County Sheriff Department.  And against Deputy Sheriff Derane Ingle personally.  I am asking that Deputy Ingle be removed from any type of law enforcement before he breaks someone's limbs or kills someone.

I am sending a copy of this complaint to the Walker County Civil Service Board, Alabama State Attorney General Office, Mr. Charles Baker, and Honorable Sheriff John Mark Tirey.

Respectfully yours,

Taz D. Burch, (Tommy Barron)

**Tuesday, July 06, 2004**                                                                                        **Page 1**

*********************** **Response 1 of 6** ***********************

```
07/06/04 02:20
DR.ALOLN0000.AL0640001.
TXT
BARRON,TOMMY DURAND
1012 NW 6TH ST                    CARBON HILL            AL 35549
RAC/W. SEX/M. DOB/06211957. HGT/602. WGT/195. HAI/BRO. EYE/BLU.
OLN/3684829. OLT/OPERATOR. EXP/06302005. SOC/420842332
NON-COMMERCIAL STATUS/SUSPENDED.   05/19/03 CLASS/DMV
COMMERCIAL STATUS/UNLICENSED  BOAT STATUS/VALID
REASON(S): 05/19/03-PER SE REFUSAL


NOTE: MORE NAMES TO FOLLOW WITH SOC NO 420842332
SEQ # 0027 MRI # 014708
```

*********************** **Response 2 of 6** ***********************

```
07/06/04 02:20
DR.ALOLN0000.AL0640001.
TXT
BURCH,TAZ DAYS
PO BOX 45                         CARBON HILL            AL 35549
RAC/W. SEX/M. DOB/06211957. HGT/601. WGT/200. HAI/BRO. EYE/BLU.
OLN/7643485. OLT/OPERATOR. EXP/04052008. SOC/420842332
RSTR/  CORRECTIVE LENSES
NON-COMMERCIAL STATUS/CURRENT. CLASS/D
COMMERCIAL STATUS/UNLICENSED  BOAT STATUS/UNLICENSED

NOTE: END OF NAMES WITH SOC NO 420842332
SEQ # 0028 MRI # 014709
```

*********************** **Response 3 of 6** ***********************

```
07/06/2004 02:20
AL0640001

NO ACJIC PERSON WANTS NAM/BARRON,TOMMY DURAND DOB/06211957 SEX/M RAC/W
NO ACJIC PERSON WANTS OLN/3684829
NO ACJIC PERSON WANTS SOC/420842332
SEQ # 0029 MRI # 014711
```

*********************** **Response 4 of 6** ***********************

```
02:23 07/06/2004 014712

AL0640001

NO NCIC WANT SOC/420842332
NO NCIC WANT OLN/3684829
NO NCIC WANT NAM/BARRON,TOMMY DURAND DOB/19570621 RAC/W SEX/M

SEQ # 0030 MRI # 014712
```

**Tuesday, July 06, 2004**                                                                                          **Page 2**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Response 5 of 6** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
07/06/2004 02:20
AL0640001

NO ACJIC PERSON WANTS NAM/BURCH,TAZ DAYS DOB/06211957 SEX/M RAC/W
NO ACJIC PERSON WANTS OLN/7643485
NO ACJIC PERSON WANTS SOC/420842332
SEQ # 0031 MRI # 014715
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Response 6 of 6** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
02:23 07/06/2004 014716

AL0640001

NO NCIC WANT SOC/420842332
NO NCIC WANT OLN/7643485
NO NCIC WANT NAM/BURCH,TAZ DAYS DOB/19570621 RAC/W SEX/M

SEQ # 0032 MRI # 014716
```
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Report** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
07/06/2004                  *** CALL ACTIVITY LOG ***                02:36:43
==============================================================================
   CASE #   UNIT    DATE      TIME    SIGNAL         TRANSACTION NOTES         USER
  ---- -----  ----  --------  --------  ------  --------------------------------  ----
  0402 00788  318   02/16/04  01:44:40  10-84                                     W909
  0402 00788  318   02/16/04  01:51:43  10-23                                     W909
  0402 00788  318   02/16/04  02:06:06  10-15C  1WM 10-84 TO CNTY JAIL            W906
  0402 00788  318   02/16/04  02:16:17  10-18    CAGE                             W909
  0402 00788  318   02/16/04  02:16:17  10-18   BARRON BEATING HEAD ON BACK OF    W909
  0402 00788  318   02/16/04  02:21:42  10-23   AT CJ                             W909
  0402 00788  318   02/16/04  03:05:01  10-24   X1                               W906
```

PRESS ANY KEY TO CONTINUE - ESC=EXIT

```
 ** UNITS ON THIS CALL **                                          |
 -----  -----  -----  -----  -----  -----  -----  -----  -----  -----  |
 318                                                               |
=========================================================================
CASE #: 040200788          RECEIVED: 02/16/04 01:41    ARRIVED: 02/16/04 01:51
OPER #: W909           DISPATCHED: 02/16/04 01:44  COMPLETED: 02/16/04 03:05
=========================================================================
P SIGNAL: 97D  CIVIL DISTURBANCE - DOMESTIC     SUP CASE#:
S SIGNAL: 15C  HAVE IN POSSESSION - PRISONER    SUP CASE#:

ADDRESS : 2651 LEONARDS CHAPEL RD       COMPLNT: BARON TOMMY
CITY/ST : CARBON HILL              AL  PHONE  : 205 924 0691
DESCRIPT: T BGE/BRO                    ADDRESS: 2651 LEONARDS CHAPEL RD
ZONE    : W                            CITY/ST: CARBON HILL             AL
NOTES   : HE IS DRUNK FIGHTING WITH WIFE PAT WILKERSON
NOTES   :
IN PROGRESS: Y  PRIORITY: H  METHOD RECVD: 9        DISPOSITION: N
-------------------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:    RACE:    SEX:
WEAPON INVOLVED :    DESCRIPTION:            HAZARDOUS MATERIALS:
OFFICER INJURY  :    SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                   ESC=EXIT
```

```
 ** UNITS ON THIS CALL **                                        |
 _____  _____  _____  _____  _____  _____  _____  _____  _____  _____ |
319                                                             |
===================================================================
CASE #: 031000646          RECEIVED: 10/14/03 16:55    ARRIVED: 10/14/03 17:28
OPER #: W908             DISPATCHED: 10/14/03 16:59  COMPLETED: 10/14/03 17:28
===================================================================
P SIGNAL: 97D  CIVIL DISTURBANCE - DOMESTIC     SUP CASE#:
S SIGNAL:                                       SUP CASE#:

ADDRESS : 2651 LEONARDS CHAPEL RD      COMPLNT: BARRON TOMMY
CITY/ST : ELDRIDGE              AL  PHONE  :    924 0691
DESCRIPT: BRO/BEIGE M/H             ADDRESS: 2651 LEONARDS CHAPEL RD
ZONE    : W                        CITY/ST: ELDRIDGE              AL
NOTES   :
NOTES   :
IN PROGRESS: Y  PRIORITY: H  METHOD RECVD:          DISPOSITION: A
-------------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:     RACE:    SEX:
WEAPON INVOLVED :    DESCRIPTION:          HAZARDOUS MATERIALS:
OFFICER INJURY  :    SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                    ESC=EXIT
```

```
07/06/2004                   *** CALL ACTIVITY LOG ***                    02:34:03
==================================================================================

   CASE #     UNIT    DATE       TIME    SIGNAL        TRANSACTION NOTES         USER
  ---- ----- -----  --------   --------  ------  ------------------------------  -----
  0310 00274 317    10/07/03   08:30:14  10-84                                   W909
  0310 00274 317    10/07/03   09:04:07  10-23   2651 LEONARDS CHAPEL RD/MAN WI  W907
  0310 00274 317    10/07/03   09:04:07  10-23   TH 10-32B.                      W907
  0310 00274 317    10/07/03   09:46:59  10-24   (32B)LEONARDS CHAPEL RD.        W907
```

                    PRESS ANY KEY TO CONTINUE - ESC=EXIT

```
 ** UNITS ON THIS CALL **                                      |
 -----  -----  -----  -----  -----  -----  -----  -----  -----  -----  |
 317                                                           |
================================================================================
CASE #: 031000274          RECEIVED: 10/07/03 08:27     ARRIVED: 10/07/03 09:04
OPER #: W909             DISPATCHED: 10/07/03 08:30   COMPLETED: 10/07/03 09:46
================================================================================
P SIGNAL: 32B  PERSON WITH GUN - RIFLE          SUP CASE#:
S SIGNAL:                                       SUP CASE#:

ADDRESS : 2651 LEONARDS CHAPEL RD       COMPLNT: BARRON TOMMY
CITY/ST : CARBON HILL             AL    PHONE  :    924 0691
DESCRIPT: BEIGE/BRO TR                  ADDRESS: 2651 LEONARDS CHAPEL RD
ZONE    : WEST                          CITY/ST: CARBON HILL              AL
NOTES   : TOLD 911 OP THAT HE HAD AN UZI AND WAS GOING TO START KILLIN
NOTES   : G PEOPLE WITH IT
IN PROGRESS: Y  PRIORITY: H  METHOD RECVD: 9          DISPOSITION: A
--------------------------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:     RACE:    SEX:
WEAPON INVOLVED :     DESCRIPTION:          HAZARDOUS MATERIALS:
OFFICER INJURY  :     SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                    ESC=EXIT
```

```
 ** UNITS ON THIS CALL **                                           |
 -----  -----  -----  -----  -----  -----  -----  -----  -----  ----- |
 304                                                                |
=====================================================================
CASE #: 030801238          RECEIVED: 08/25/03 11:10    ARRIVED: 08/25/03 11:38
OPER #: W906            DISPATCHED: 08/25/03 11:17  COMPLETED: 08/25/03 11:57
=====================================================================
P SIGNAL: 94   THEFT                        SUP CASE#:
S SIGNAL:                                   SUP CASE#:

ADDRESS : 2651 LEONARDS CHAPEL RD      COMPLNT: BARRON TOMMY
CITY/ST : NAUVOO                  AL  PHONE  :    924 0691
DESCRIPT: BEIGE/LT BRO  MH             ADDRESS: 2651 LEONARDS CHAPEL RD
ZONE    : W                            CITY/ST: NAUVOO                    AL
NOTES   : PISTOL STOLEN-  38 DERRINGER SER D139478
NOTES   : BLUE CAR IN YARD   CLOSE TO INT WITH PROSPECT RD
IN PROGRESS: Y  PRIORITY: H  METHOD RECVD: P        DISPOSITION: R
---------------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:    RACE:   SEX:
WEAPON INVOLVED :    DESCRIPTION:         HAZARDOUS MATERIALS:
OFFICER INJURY  :    SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                ESC=EXIT
```

```
^^ UNITS ON THIS CALL **
----- ----- ----- ----- ----- ----- ----- ----- ----- ----- |
325                                                          |
=============================================================
CASE #: 030701279        RECEIVED: 07/25/03 00:47   ARRIVED: 07/25/03 01:05
OPER #: W904          DISPATCHED: 07/25/03 00:49  COMPLETED: 07/25/03 01:20
=============================================================
P SIGNAL: 72   MEET COMPLAINANT              SUP CASE#:
S SIGNAL:                                    SUP CASE#:

ADDRESS : 2651 LEONARDS CHAPEL RD     COMPLNT: BARON TOMMY
CITY/ST : CARBON HILL           AL    PHONE  :    000 0000
DESCRIPT: BGE/BRO MH                  ADDRESS: 2651 LEONARDS CHAPEL RD
ZONE    : W                           CITY/ST: CARBON HILL           AL
NOTES   : CALLED WANTING AMBULANCE BECAUSE HE IS HAVING CHEST PAINS
NOTES   : RPS REQUESTS DEPUTY BECAUSE HE MENTIONED GUNS
IN PROGRESS: Y  PRIORITY: L  METHOD RECVD: 9        DISPOSITION: A
-------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:     RACE:    SEX:
WEAPON INVOLVED :     DESCRIPTION:         HAZARDOUS MATERIALS:
OFFICER INJURY  :     SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                  ESC=EXIT
```

```
 ** UNITS ON THIS CALL **
 -----  -----  -----  -----  -----  -----  -----  -----  -----  -----  |
311                                                                    |
=======================================================================
CASE #: 030301266          RECEIVED: 03/23/03 23:37   ARRIVED: 03/24/03 00:13
OPER #: W903             DISPATCHED: 03/23/03 23:53 COMPLETED: 03/24/03 00:25
=======================================================================
P SIGNAL: 38A  INVESTIGATE - VEHICLE        SUP CASE#:
S SIGNAL: 38B  INVESTIGATE - PERSON         SUP CASE#:

ADDRESS : 2651 LEONARDS CHAPEL RD    COMPLNT: BARRON TOMMY
CITY/ST : CARBON HILL            AL   PHONE  :     924 0691
DESCRIPT: 2 TONE BGE TR/OFF THE RD    ADDRESS: 2651 LEONARDS CHAPEL RD
ZONE    : W                          CITY/ST: CARBON HILL              AL
NOTES   : REPORTED FEAMLE IN RED MUSTANG IN HIS YD //YELLED AT HIM
NOTES   : APPEARED TO BE 10-79 OR 10-56
IN PROGRESS: Y  PRIORITY: M  METHOD RECVD: 9          DISPOSITION: A
-----------------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:     RACE:    SEX:
WEAPON INVOLVED :     DESCRIPTION:            HAZARDOUS MATERIALS:
OFFICER INJURY  :     SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                    ESC=EXIT
```

```
** UNITS ON THIS CALL **                                              |
----- ----- -----  ----- ----- ----- ----- ----- ----- ----- |
309                                                                  |
=========================================================================
CASE #: 030100767         RECEIVED: 01/17/03 03:30    ARRIVED: 01/17/03 04:00
OPER #: W910             DISPATCHED: 01/17/03 03:40  COMPLETED: 01/17/03 04:01
=========================================================================
P SIGNAL: 67   PROWLER REPORT                    SUP CASE#:
S SIGNAL:                                        SUP CASE#:
                 *** ADDITIONAL NOTES - PRESS F12 TO VIEW ***
ADDRESS : 2651 LEONARDS CHAPEL RD        COMPLNT: BARRON TOMMY
CITY/ST : CARBON HILL              AL   PHONE  : 205 924 0691
DESCRIPT: CREAM COLOR SINGLE WIDE        ADDRESS: 2651 LEONARDS CHAPEL RD
ZONE    : W                              CITY/ST: CARBON HILL              AL
NOTES   : 4 OR 5 WITH FLASHLIGHTS AT END OF HIS DRIVE WHEN CAR GOES BY
NOTES   : TURN OFF LIGHTS JUMP IN DITCH 2 ARE BY HIS MAIL BOX HE HAS
IN PROGRESS: Y  PRIORITY: M  METHOD RECVD: 9        DISPOSITION: M
-------------------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:      RACE:    SEX:
WEAPON INVOLVED :      DESCRIPTION:            HAZARDOUS MATERIALS:
OFFICER INJURY  :      SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                      ESC=EXIT
```

```
  ** UNITS ON THIS CALL **                                    |
----- ----- ----- ----- ----- ----- ----- ----- ----- ----- |
309                                                          |
================================================================
CASE #: 030100767          RECEIVED: 01/17/03 03:30    ARRIVED: 01/17/03 04:00
OPER #: W910             DISPATCHED: 01/17/03 03:40  COMPLETED: 01/17/03 04:01
================================================================
P SIGNAL: 67   PROWLER REPORT                   SUP CASE#:
S S ┌────────────────── ADDITIONAL NOTES ──────────────────┐
    │                                                       │
ADD │ NOTES: 10-32A 38 I ADVISED HIM TO PUT IT UP           │
CIT │ NOTES:                                                │
DES │ NOTES:                                                │
ZON │ NOTES:                                                │   AL
NOT │ NOTES:                                                │
NOT │                                                       │
IN  │                                                       │
--- │                                                       │   -----
PER │            PRESS ANY KEY TO CONTINUE                  │
TYP └───────────────────────────────────────────────────────┘
WEAPON INVOLVED :    DESCRIPTION:           HAZARDOUS MATERIALS:
OFFICER INJURY  :    SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                  ESC=EXIT
```

```
5510              C O D E S   A N D   T E X T
ACT:   CODE: DISO   PARA: A CITE: 13A-011-007              TYPE: M CLASS: C
LIT: DISORDERLY CONDUCT                  AUTHORIZATION:
CAT: GP RULE 20:                                                        COM:
FINE: 0000000000   BOND: 0000000000 0000000000      OPR:      DATE: 12202000
```

DID ON OR ABOUT _____, INTENTIONALLY ENGAGE IN DISORDERLY
CONDUCT WITH INTENT TO CAUSE PUBLIC INCONVENIENCE, ANNOYANCE OR ALARM OR
RECKLESSLY CREATED A RISK THEREOF BY:

( ) ENGAGING IN FIGHTING OR IN VIOLENT, TUMULTUOUS OR THREATENING BEHAVIOR,

( ) IN A PUBLIC PLACE, TO-WIT:_____USING ABUSIVE
    OR OBSCENE LANGUAGE OR GESTURES, TO-WIT:_____.

( ) WITHOUT LAWFUL AUTHORITY, DISTURBING A LAWFUL ASSEMBLY OR MEETING OF
    PERSONS TO-WIT:_____,

( ) OBSTRUCTING VEHICULAR OR PEDESTRIAN TRAFFIC, TO-WIT: _____,

( ) CONGREGATING WITH _____ IN A PUBLIC PLACE, TO-WIT:
    _____AND REFUSING TO COMPLY WITH A LAWFUL
    ORDER TO DISBURSE OR,

( ) MAKES UNREASONABLE NOISE,

*** HERES YOUR RECORD ***
DATE: 07/09/2004  TIME:        , USER:-        TERM:

```
                   WALKER COUNTY SHERIFF'S OFFICE
02/16/2004    03:05:11    MEDICAL SCREENING FORM              PAGE 1
=============================================================================
Booking No: 040000416  Date: 02/16/2004  Time: 02:28  Type: NORMAL
Agency to Bill: WALKER COUNTY           Facility: COUNTY JAIL

Inmate Name: BARRON TOMMY DURAND                 Race: W        Sex: M
     DOB: 06/21/1957 Age:  46  SSN: 420 84 2332  Height: 6'02" Weight: 195
-----------------------------------------------------------------------------
```

_N_  1.  Is inmate unconscious?

_N_  2.  Does inmate have any visible signs of trauma, illness, obvious pain
         and bleeding, requiring immediate emergency or doctor's care?

_N_  3.  Is there obvious fever, swollen lymph nodes, jaundice or other
         evidence of infection that might spread through the facility?

_N_  4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_Y_  5.  Does inmate appear to be under the influence of drugs or alcohol?

_N_  6.  Any visible signs of alcohol or drug withdrawal?

_N_  7.  Does inmate's behavior suggest the risk of suicide or assault?

_N_  8.  Is inmate carrying any medication?

_N_  9.  Does the inmate have any physical deformities?

_N_ 10.  Does inmate appear to have psychiatric problems?

11.  Do you have or have you ever had or has anyone in your family
     ever had any of the following?

_Y_ a. Allergies      _N_ f. Fainting Spells      _N_ k. Seizures

_Y_ b. Arthritis      _Y_ g. Hearing Condition    _N_ l. Tuberculosis

_N_ c. Asthma         _N_ h. Hepatitis            _N_ m. Ulcers

_N_ d. Diabetes       _Y_ i. High Blood Pressure  _N_ n. Venereal Disease

_N_ e. Epilepsy       _N_ j. Psychiatric Disorder _Y_ o. Other (Specify)

Other:  Finger appears blue & swollen _____

_____

_____


12.  For females only:

     _____ a. Are you pregnant?

     _____ b. Do you take birth control pills?               3/7/2005
                                                             TB#2
     _____ c. Have you recently delivered?

```
                        WALKER COUNTY SHERIFF'S OFFICE
02/16/2004    03:05:11     MEDICAL SCREENING FORM              PAGE 2
========================================================================
Booking No: 040000416  Date: 02/16/2004  Time: 02:28  Type: NORMAL
Agency to Bill: WALKER COUNTY              Facility: COUNTY JAIL

Inmate Name: BARRON TOMMY DURAND              Race: W       Sex: M
      DOB: 06/21/1957 Age:  46  SSN: 420 84 2332  Height: 6'02"  Weight: 195
------------------------------------------------------------------------
```

Y   13.  Have you recently been hospitalized or treated by a doctor?

Y   14.  Do you currently take any non-prescription medication or medication
         prescribed by a doctor?

N   15.  Are you allergic to any medication?

Y   16.  Do you have any handicaps or conditions that limit activity?

Y   17.  Have you ever attempted suicide or are you thinking about it now?

Y   18.  Do you regularly use alcohol or street drugs?

N   19.  Do you have any problems when you stop drinking or using drugs?

N   20.  Do you have a special diet prescribed by a physician?

Y   21.  Do you have any problems or pain with your teeth?

Y   22.  Do you have any other medical problems we should know about?

         _Finger appears to be broken_

         _____

         _____

         _____

         _____

         _____

         _____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _Tommy Barron_____    DATE: _2-16-04_    TIME: _1037_

BOOK OFFICER: _____   DATE: _2-16-04_    TIME: _1037_

                                                    3/7/2005
                                                    TR #1