FILED
2006 Aug-21 PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT I

A copy of this recording of the phone call made to the 911 system on February 16, 2004 by Tommy Barron

**THIS EXHIBIT IS FILED CONVENTIONALLY**