FILED

2006 Aug-21  PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT J

**A transcript of the 911 call of February 16, 2004**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMY D. BARRON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-0331-KOB |
| | ) | |
| WALKER COUNTY, ALABAMA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## TRANSCRIPTION OF 911 AUDIO TAPE

911 operator:  911, what is your emergency?

Taz Burch:  Get my damn, my wife and uh, you see I own everything I got.

911 operator:  uh huh.

Taz Burch:  and if you trying to take me for a big ride. The best thing she can do is the hell out of here.

911 operator:  Your wife is there?

Taz Burch:  Yep and she's got to be moved from out the premises.

911:  and you want her gone from your address correct?

Taz Burch:  I want her to be gone from my address.

911 operator:  2651 Leonard's Chapel Road?

Taz Burch:  That is correct.

911 operator:  Is this Mr. Tommy Barron?

Taz Burch:  Yes sir and I ain't never here, but now I married her and just can't stand her to stay here. So … Look I can't, I don't want to be mean to her but I

911 operator:  9240691

| | |
|---|---|
| Taz Burch: | She forgot me and gone on a tangent I want her out of here. |
| 911 operator: | Okay, 9240691? |
| Taz Burch: | Yes sir. |
| 911 operator: | Stay on the phone and I'll get the Sheriff on the line with you |
| Taz Burch: | She married to me and uhh |
| Taz Burch: | You better get you some clothes baby; they're coming to get you.  (Inaudible) |

The operator is transferring a call to the County Sheriff's office.

| | |
|---|---|
| Sheriff's Office: | County Sheriff's office |
| 911 operator: | Walker, I have a transfer, go ahead Mr. Barron |
| Inaudible | |
| 911 operator: | I've got a combative wife |
| DISPATCH: | you've got a what? |
| Taz Burch: | A combative wife. I want her out of here and we'll deal with it later. |
| Patricia Wilkerson: | Officer, he's just, he's drunk and he's just talking, I'm not, there is no problem here what so ever. |
| Taz Burch: | Look, I'm at home, I drank a beer, if she don't get the hell out of here, I'm gone beat her up |
| Patricia Wilkerson | Inaudible |
| DISPATCH | Sir! I tell you what sir, you put a hand on her you gone go to jail how do you like that? |
| Patricia Wilkerson: | I haven't done anything. |
| Taz Burch: | Well, I'll tell you what, I'm at home, I own everything and she's got to get out of here. |
| Patricia Wilkerson: | I haven't fussed at him we haven't been fussing |
| Taz Burch: | Oh, listen at her; she's trying to chill now. |

| | |
|---|---|
| Patricia Wilkerson: | I haven't said a harsh word to him all night. To nobody. |
| Taz Burch: | That's a lie, two lies, three lies four lies. |
| Patricia Wilkerson: | Because I don't do that. |
| DISPATCH: | What's your name ma'am? |
| Patricia Wilkerson: | uh, Patricia Wilkerson |
| Taz Burch: | yeah, my name is Tommy Derane Barron, and I want her the hell off my premises |
| Patricia Wilkerson: | He don't mean that he's done that before, and I don't know why. |
| Taz Burch: | yes I do sir. |
| DISPATCH: | Your name is Patricia Wilkerson? |
| Patricia Wilkerson: | yes sir. |
| DISPATCH: | Okay what's your address ma'am? |
| Patricia Wilkerson: | Uh, well I did live. |
| Taz Burch: | She ain't got one. |
| DISPATCH: | Where you're at right now. |
| Patricia Wilkerson: | Oh, this address? |
| DISPATCH: | Yes ma'am |
| 911 operator: | Walker County |
| Dispatch: | Yes ma'am. |
| 911 operator: | 2651 Leonard's Chapel Road |
| DISPATCH: | Ma'am |
| Taz Burch: | If you don't get the hell out of here? |
| DISPATCH: | Tommy hush a minute. |
| Patricia Wilkerson: | There's not no problem here. |

3

DISPATCH:                  I'm gonna send an officer out there we're gone stop this.

Patricia Wilkerson:        I haven't had no problem all night I promise

DISPATCH:                  What is the address 911?

911 operator               2651 Leonard's Chapel Road, Carbon Hill

Inaudible

911 operator:              Tommy Barron

Patricia Wilkerson:        I haven't given him no trouble tonight.

DISPATCH:                  No ma'am I know you hadn't, but uh

Patricia Wilkerson:        He hasn't either, and I don't know what is the matter with him

DISPATCH:                  Well we gone find out when an officer gets up there.

Patricia Wilkerson:        Cause I

DISPATCH:                  What's the phone number?

Patricia Wilkerson:        This phone number?

DISPATCH:                  yeah

Patricia Wilkerson:        924-0691.  I don't know why he called anybody for, because we haven't had no trouble.

DISPATCH:                  Okay it's 2651 Leonard's Chapel Road.

Patricia Wilkerson:        Yeah.

DISPATCH:                  Do you live in a house or a trailer ma'am?

Patricia Wilkerson:        A trailer

DISPATCH:                  What color is it?

Taz Burch:                 She broke my damn thumb.

DISPATCH:                  What color is it?  What color is the trailer ma'am?

4

911 operator:           Walker County?

Patricia Wilkerson:     I did not; I don't know that it's about 300 hundred feet off the road

DISPATCH:               go-ahead 911.

911 operator:           beige and brown trailer off the road.

Taz Burch:              I ain't gone hurt her.  I will not hurt her.

Patricia Wilkerson:     He hasn't never hurt me, and we haven't said a harsh word to each other tonight.

DISPATCH:               Well that's what you get when you call 911 on an emergency line; I'll have an officer up there in a few minutes.

Patricia Wilkerson:     Well there's no emergency

DISPATCH:               Yes ma'am they are if you call through 911 that's the emergency.

Patricia Wilkerson:     Oh honey I didn't call.

DISPATCH:               Ya'll are abusing the 911 system

Patricia Wilkerson:     Yes.

DISPATCH:               So I'm gone have an officer came out and put a stop to it.

Patricia Wilkerson:     No, I didn't call

DISPATCH:               Well who ever called

Patricia Wilkerson:     Well he did

DISPATCH:               What's your name sir?

Taz Burch:              She made me call.

Patricia Wilkerson:     His name is Tommy Barron, but I didn't call.

DISPATCH:               Tommy Barron?

Patricia Wilkerson:     Yes, but I did not call, I've been up washing and see he's been drinking beer.

Taz Burch:              I can't sleep.

DISPATCH            He's been drinking beer all night long, I don't care you called through 911 it's
                    an emergency line so I have an officer en route.

Patricia Wilkerson:    I don't drank beer

DISPATCH:              Okay, yes ma'am I understand I'll have an officer there in just a minute

Taz Burch:             This is my home this is my house

DISPATCH:              Yes sir, I'll have an officer there in a minute, thank you

Patricia Wilkerson:    All right

The phone hangs up.