# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TOMMY D. BARRON, et al.,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-0331-KOB |
| ) | |
| **WALKER COUNTY, ALABAMA,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANT INGLE'S MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, Tommy D. Barron (now Taz D. Burch) and Patsy Barron and submit their response to Defendant Derane Ingle's Motion for Summary Judgment, and state that there are genuine issues of material facts and that the Defendant is not entitled to qualified immunity and judgment as a matter of law, and as grounds therefore, Plaintiffs submit their Memorandum Brief, and the complete transcripts of the Civil Service Board hearings from July 12, 2004 to March 7, 2005, the Board's findings dated, April 12, 2005, the Walker County Civil Service Rules,

WHEREFORE, Plaintiffs respectfully request the opportunity to be heard orally on Defendant's Motion for Summary Judgment.

/s/Anthony Piazza
Anthony Piazza, ASB-6593-A47A
Attorney for the Plaintiffs
P. O. Box 550217
Birmingham, AL   35255-0217
(205) 933-1155

## CERTIFICATION OF SERVICE

      This is to certify that I have this day, the 27th September 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants:

    Gary L. Willford, Jr., Esquire
    Daryl L. Masters, Esquire
    WEBB & ELEY, P.C.
    7475 Halcyon Pointe Drive (36117)
    P. O. Box 240909
    Montgomery,  AL   36116

                                              /s/ Anthony Piazza
                                              Anthony Piazza