# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

TOMMY D. BARRON, et al.,     )

       )

    Plaintiffs,     )

       )

v.       )    **Civil Action No. 2:06-cv-0331-KOB**

       )

WALKER COUNTY, ALABAMA, )

et al.,     )

       )

    Defendants.     )

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on April 11, 2007 and was attended by:

    a.    Plaintiffs:  Anthony Piazza, Esq.

    b.    Defendants:  Gary L. Willford, Jr., Esq.

**1.**    **Pre-Discovery Disclosures**.  The parties will exchange by May 1, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

**2.**    **Discovery Plan**.  The parties jointly propose to the Court the following discovery plan:

    a.    Discovery will be needed on the following subjects:

        i.    Plaintiff's claims occurring on or after February 16, 2004

        ii.    Damages

iii.    Defendants' defenses plus any facts associated with the claims and defenses.

b.    All discovery commenced in time to be complete by March 31, 2008.

c.    The parties agree to the following discovery:

i.    Maximum of 40 interrogatories by any each party to any other party.  Responses due 30 days after service.

ii.    Maximum of 40 requests for admission by each party to any other party.  Responses due 30 days after service.

iii.    Maximum of 40 requests for production of documents by each party to any other party.  Responses due 30 days after service.

iv.    Maximum of ten (10) depositions by each party.  Each deposition limited to a maximum of eight (8) hours unless extended by agreement of the parties.

d.    Reports from retained experts under Rule 26(a)(2) due:

i.    From Plaintiff by October 31, 2007.

ii.    From Defendants by November 30, 2007.

e.    Supplementations under Rule 26(e) deadline no later than thirty (30) days prior to the discovery deadline.

**3.** **Other Items.**

a.     The parties do not request a conference with the court before entry of the scheduling order.

b.     The parties request a pretrial conference thirty (30) days after the Court's ruling on any dispositive motions.

c.     Plaintiff should be allowed until August 31, 2007, to join parties and amend pleadings.

d.     Defendants should be allowed until September 30, 2007, to join additional parties and amend pleadings.

e.     All potentially dispositive motions should be filed by April 15, 2008.

f.     Settlement is being evaluated.  Plaintiffs believe this case is appropriate for ADR; however, Defendants disagree.

g.     Final lists of witnesses and exhibits under Rule 26(a)(3) should be due 30 days prior to trial from each party.

h.     Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

**4.** **Proposed Trial Date.**     The case should be ready for trial by July 2008, and at this time is expected to take approximately 5 days.

Counsel for all parties have reviewed this Report and have given counsel for

the Defendants permission to submit their electronic signature to the Court below.

Respectfully submitted this the 19th day of April, 2007.


ANTHONY J PIAZZA, Bar No. PIA001
Attorney for Plaintiffs
ANTHONY PIAZZA, P.C.
P. O. Box 550217
Birmingham, AL 35255-0217
Telephone (205) 6176211
Fax (205) 323-2720
Voice Mail (205) 933-1155
E-mail: anthonypiazza0326@hotmail.com

DARYL L. MASTERS, Bar No. MAS018
GARY L. WILLFORD, JR., Bar No. WIL198
Attorneys for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: rcoleman@webbeley.com