# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TOMMY D. BARRON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-0331-KOB |
| | ) |
| WALKER COUNTY, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT WALKER COUNTY SHERIFF'S DEPUTY DERANE INGLE'S EVIDENTIARY MATERIALS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Walker County Sheriff's Deputy Derane Ingle, and submit the evidentiary materials described below in support of his contemporaneously filed Motion for Summary Judgment:

| Exhibit | Description |
|---|---|
| A | Deposition of Patricia Wilkerson |
| B | Transcript of Walker County Civil Service Board Hearing dated 7/12/04 |
| C | A copy of the recording of the phone call made to the 911 system on February 16, 2004 by Tommy Barron |
| D | A transcript of the 911 call of February 16, 2004 |

1

| Exhibit | Description |
|---------|-------------|
| E | Transcript of Walker County Civil Service Board Hearing dated 10/26/04 |
| F | Transcript of Walker County Civil Service Board Hearing dated 3/7/05 |
| G | Deposition of Taz Burch |
| H | Call Activity Log regarding 02/16/04 |
| I | Transcript of Walker County Civil Service Board Hearing dated 12/6/04 |
| J | Complaint of Tommy Barron a.k.a. Taz Burch, dated March 12, 2004 |
| K | Arrest Report Case No. 040200788 |
| L | Medical Screening Form |
| M | Walker Baptist Medical Center Records dated 2/17/04 |
| N | Walker Baptist Medical Center Records dated 2/23/04 |
| O | Brookwood Medical Center Records dated 3/5/04 |
| P | Dr. David M. Ostrowski Records |
| Q | Walker Baptist Medical Center Records dated 11/7/02 |
| R | Walker Baptist Medical Center Records dated 11/11/02 |
| S | Walker Baptist Medical Center Records dated 7/25/03 |

| Exhibit | Description |
|---|---|
| T | Walker Baptist Medical Center Records dated 7/31/03 |
| U | Walker Baptist Medical Center Records dated 8/12/03 |
| V | 1994 Ala. Acts 200 |
| W | Exhibits from Walker County Civil Service Board Hearing Regarding Derane Ingle |
| X | Findings of the Civil Service Board of Walker County, Alabama from Hearing of March 7, 2005 |

Respectfully submitted this the 28th day of July, 2008.

                    **s/ Gary L. Willford, Jr.**
                    DARYL L. MASTERS Bar No. MAS018
                    GARY L. WILLFORD, JR. Bar No. WIL198
                    Attorneys for Defendant
                    WEBB & ELEY, P.C.
                    7475 Halcyon Pointe Drive (36117)
                    Post Office Box 240909
                    Montgomery, Alabama 36116
                    Telephone: (334) 262-1850
                    Fax: (334) 262-1889
                    E-mail: gwillford@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 28th day of July, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participant, **Anthony J Piazza, Esquire**.

                                          **s/Gary L. Willford, Jr.**
                                          OF COUNSEL