FILED

2008 Jul-28  PM 05:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A
# Deposition of Patricia Wilkerson

**1**

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE NORTHER DISTRICT OF ALABAMA
3  SOUTHERN DIVISION
4
5  CASE NUMBER:  2:06-CV-0331-KOB
6  TOMMY BARRON; et al.,
7      Plaintiffs,
8      vs.
9  DERANE INGLE; et al.,
10     Defendants.
11
12     STIPULATION
13     IT IS STIPULATED AND AGREED by
14 and between the parties through their
15 respective counsel that the deposition of
16 PATRICIA WILKERSON may be taken before
17 Tanya D. Cornelius, Certified Shorthand
18 Reporter and Notary Public, at Freedom
19 Court Reporting, 367 Valley Avenue,
20 Birmingham, Alabama 35209, on the 10th day
21 of July, 2008.
22     IT IS FURTHER STIPULATED AND
23 AGREED that the signature to and the

**2**

1  reading of the deposition by the witness is
2  waived, the deposition to have the same
3  force and effect as if full compliance had
4  been had with all laws and rules of Court
5  relating to the taking of depositions.
6      IT IS FURTHER STIPULATED AND
7  AGREED that it shall not be necessary for
8  any objections to be made by counsel to any
9  questions, except as to form or leading
10 questions, and that counsel for the parties
11 may make objections and assign grounds at
12 the time of the trial, or at the time said
13 deposition is offered in evidence, or prior
14 thereto.
15     IT IS FURTHER STIPULATED AND
16 AGREED that notice of filing of the
17 deposition by the Commissioner is waived.
18
19
20
21
22
23

**3**

1      I N D E X
2  EXAMINATION BY:      PAGE NUMBER:
3  Mr. Willford      6
4  Mr. Piazza      23
5  Mr. Willford      39
6  Mr. Piazza      44
7
8      E X H I B I T S
9  DEFENDANT'S EXHIBITS:      PAGE NUMBER:
10 1 - 12-6-04 Testimony of
11     Deponent before
12     Civil Service Board of
13     Walker County      16
14 2 - 3-7-05 Testimony of
15     Deponent before
16     Civil Service Board of
17     Walker County      17
18
19 PLAINTIFFS EXHIBITS:
20 74 - List of Prescription
21     Medications      30
22
23

**4**

1      A P P E A R A N C E S
2
3  FOR THE PLAINTIFF:
4  PIAZZA LAW OFFICE, PC
5  BY Mr. Anthony J. Piazza
6  1030 16th Avenue South
7  Birmingham, Alabama 35205
8
9  FOR THE DEFENDANT:
10 WEBB & ELEY, PC
11 BY Mr. Gary L. Willford, Jr.
12 7475 Halcyon Pointe Drive
13 Montgomery, Alabama 36117
14
15 ALSO PRESENT:
16 Mr. Taz Burch
17
18
19
20
21
22
23

1 (Pages 1 to 4)

**5**

1    I, Tanya D. Cornelius,
2    Certified Shorthand Reporter and Notary
3    Public, acting as Commissioner, certify
4    that on this date, as provided by the
5    Federal Rules of Civil Procedure, and the
6    foregoing stipulation of counsel, there
7    came before me at Freedom Court Reporting,
8    367 Valley Avenue, Birmingham, Alabama
9    35209, beginning at 11:30 a.m., PATRICIA
10   WILKERSON, witness in the above cause, for
11   oral examination, whereupon the following
12   proceedings were had:
13
14
15        PATRICIA WILKERSON,
16        being first duly sworn
17   was examined and testified as follows:
18
19
20        THE REPORTER: Will this be
11:36:13 21   usual stipulations?
11:36:13 22        MR. WILLFORD: Yes, ma'am.
11:36:14 23        MR. PIAZZA: Yes, ma'am.

**7**

11:36:54 1   him, correct, when I talked to him about,
11:36:57 2   you know, verbal responses --
11:36:59 3        A. Yes.
11:36:59 4        Q. -- and all of that? Do you
11:37:01 5   remember those?
11:37:01 6        A. Yes.
11:37:01 7        Q. Do you have any questions about
11:37:02 8   those?
11:37:03 9        A. No.
11:37:03 10       Q. Okay. One that I need to kind
11:37:05 11  of highlight here before we go on, because
11:37:07 12  you're kind of breaking it already, is
11:37:09 13  don't talk over top of me, okay? Wait
11:37:13 14  until I finish my question and then respond
11:37:15 15  if you would. Again, it helps the court
11:37:17 16  reporter get an accurate transcript.
11:37:19 17       A. Yes.
11:37:19 18       Q. Okay. I guess the first
11:37:35 19  question I have for you is: Did you
11:37:37 20  prepare a list of relatives for me?
11:37:39 21       A. No.
11:37:39 22       Q. You did not?
11:37:40 23       MR. PIAZZA: Gary, you're not

**6**

11:36:14 1        EXAMINATION
11:36:14 2   BY MR. WILLFORD
11:36:14 3        Q. Would you please state your name
11:36:15 4   for the record, ma'am?
11:36:17 5        A. Patricia Ann Wilkerson.
11:36:22 6        Q. And where do you live, Ms.
11:36:23 7   Wilkerson?
11:36:25 8        A. 110 Northwest Second Way,
11:36:33 9   Apartment One, Carbon Hill, Alabama.
11:36:35 10       Q. Okay. Is that a different
11:36:37 11  address than where Mr. Burch lives?
11:36:40 12       A. Yes.
11:36:40 13       Q. So y'all don't live together
11:36:42 14  anymore?
11:36:42 15       A. No.
11:36:44 16       Q. Did you hear the -- you were in
11:36:46 17  here earlier when I deposed Mr. Burch,
11:36:49 18  correct?
11:36:49 19       A. Yes.
11:36:49 20       Q. And you were in here and heard
11:36:51 21  all the questions that I asked him?
11:36:52 22       A. Yes.
11:36:52 23       Q. And heard the rules that I gave

**8**

11:37:42 1   going to have many. She's not going to
11:37:44 2   have many at all.
11:37:45 3        Q. You're not going to have many at
11:37:46 4   all? Then let's just go through them,
11:37:48 5   then. Do you have any adult relatives of
11:37:51 6   voting age in the northern district of
11:37:53 7   Alabama? And you heard how I described
11:37:55 8   that?
11:37:56 9        A. Yes.
11:37:56 10       Q. Basically Jefferson County,
11:37:58 11  Shelby County north is going to be the
11:38:01 12  northern district.
11:38:01 13       A. Walker County.
11:38:02 14       Q. You have relatives in Walker
11:38:04 15  County?
11:38:04 16       A. Yes.
11:38:05 17       Q. How many relatives would you say
11:38:06 18  that fit that description do you have in
11:38:08 19  Walker County?
11:38:08 20       A. I have three grown children.
11:38:11 21       Q. Is that it?
11:38:13 22       A. Well, my mother and father is
11:38:17 23  deceased, and that's the only close

**9**

11:38:22 1 relatives I have.

11:38:23 2 Q. All right. Let's approach it

11:38:24 3 that way. What are your children's names?

11:38:27 4 A. Timothy Scott Wilkerson.

11:38:32 5 Q. Okay.

11:38:33 6 A. Christy Renae Pearson.

11:38:39 7 Q. Okay.

11:38:40 8 A. Rebecca Ann Pruitt.

11:38:45 9 Q. All right. Timothy, is he

11:38:47 10 married?

11:38:48 11 A. No.

11:38:48 12 Q. Does he have any children, adult

11:38:51 13 children?

11:38:51 14 A. No.

11:38:52 15 Q. Okay. Christy Pearson, is she

11:38:57 16 married?

11:38:57 17 A. Yes.

11:38:57 18 Q. And what's her husband's first

11:39:00 19 name?

11:39:00 20 A. Dustin.

11:39:00 21 Q. Is his last name Pearson?

11:39:02 22 A. Yes.

11:39:03 23 Q. Do they have any adult children?

**10**

11:39:05 1 A. No.

11:39:22 2 Q. All right. And I think you said

11:39:28 3 Rebecca Pruitt. Is she married?

11:39:28 4 A. Yes.

11:39:28 5 Q. And what's her husband's name?

11:39:31 6 A. Gary Pruitt.

11:39:32 7 Q. Do they have any adult children?

11:39:34 8 A. No.

11:39:34 9 Q. So you have no brothers and

11:39:36 10 sisters in the northern district?

11:39:37 11 A. No.

11:39:37 12 Q. Any aunts and uncles in the

11:39:39 13 northern district?

11:39:40 14 A. Yes.

11:39:40 15 Q. Who would they be?

11:39:42 16 A. Gene and Arlene McDaniel of

11:39:47 17 Nauvoo.

11:39:53 18 Q. All right. Anybody else?

11:39:55 19 A. Harold and Inez Smith of Nauvoo.

11:40:04 20 Euline Smith of Nauvoo.

11:40:05 21 Q. I'm sorry. Did you say Euline?

11:40:08 22 A. You lean.

11:40:08 23 Q. Could you spell that?

**11**

11:40:09 1 A. E-l -- I don't know.

11:40:15 2 E-u-l-e-n-e.

11:40:16 3 Q. And that last name again?

11:40:18 4 MR. PIAZZA: If I could just

11:40:20 5 interject. I've always known the name

11:40:22 6 Euline to be spelled E-u-l-i-n-e. I could

11:40:28 7 be wrong.

11:40:29 8 Q. And Euline's last name?

11:40:30 9 A. Smith.

11:40:31 10 Q. Thank you. Any other aunts or

11:40:33 11 uncles?

11:40:33 12 A. Huh-uh (negative response).

11:40:34 13 Q. Gene and Arlene, do they have

11:40:36 14 any adult children in the northern

11:40:39 15 district?

11:40:41 16 A. I don't believe they live in the

11:40:42 17 State of Alabama.

11:40:43 18 Q. Okay. Harold and Inez Smith,

11:40:48 19 any adult children?

11:40:50 20 A. Yes.

11:40:50 21 Q. In the northern district?

11:40:52 22 A. Yes, Jeffrey Smith and Lisa

11:40:57 23 Edmonds.

**12**

11:41:01 1 Q. Is Jeffrey married?

11:41:03 2 A. Yes.

11:41:03 3 Q. And what's his wife's name?

11:41:05 4 A. Terry Smith.

11:41:06 5 Q. Do they have any adult children?

11:41:08 6 A. No.

11:41:09 7 Q. Lisa Edmonds, is she married?

11:41:12 8 A. Yes.

11:41:13 9 Q. What's her husband's name?

11:41:15 10 A. Mark.

11:41:15 11 Q. Do they have any adult children?

11:41:17 12 A. No.

11:41:26 13 Q. Does Euline have any adult

11:41:26 14 children?

11:41:26 15 A. No.

11:41:26 16 Q. All right. Any other adult

11:41:30 17 relatives that you can think of sitting

11:41:32 18 here --

11:41:32 19 A. No.

11:41:33 20 Q. Let me finish my question. Any

11:41:36 21 other adult relatives in the northern

11:41:38 22 district of Alabama that you can think of

11:41:40 23 sitting here today?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**13**

| | |
|---|---|
| 11:41:41 1 | A. No. |
| 11:41:45 2 | Q. Do you go to church? |
| 11:41:47 3 | A. No. |
| 11:41:49 4 | Q. Are you a member of any civic |
| 11:41:52 5 | organization? |
| 11:41:53 6 | A. No. |
| 11:41:54 7 | Q. Any groups that you regularly |
| 11:41:56 8 | meet with? |
| 11:41:57 9 | A. No. |
| 11:42:01 10 | Q. Do you work? |
| 11:42:02 11 | A. No. |
| 11:42:03 12 | Q. When was the last time you |
| 11:42:05 13 | worked, if you did? |
| 11:42:17 14 | A. I'm not sure. Maybe '97. |
| 11:42:18 15 | Q. Okay. Where was the last place |
| 11:42:22 16 | that you worked? |
| 11:42:25 17 | A. Haleyville Nursing Home in |
| 11:42:28 18 | Winston County. |
| 11:42:32 19 | Q. Were you a nurse? |
| 11:42:34 20 | A. No, laundry. |
| 11:42:41 21 | Q. What did you do there? |
| 11:42:42 22 | A. Laundry department. |
| 11:42:44 23 | Q. Do you remember giving testimony |

**14**

| | |
|---|---|
| 11:42:54 1 | in this case earlier before the Walker |
| 11:42:57 2 | County Personnel Board? |
| 11:42:58 3 | A. Yes. |
| 11:42:59 4 | Q. And you gave testimony on two |
| 11:43:02 5 | different occasions; is that not correct? |
| 11:43:06 6 | A. Yes. |
| 11:43:07 7 | Q. All right. And those dates were |
| 11:43:09 8 | December 6th, 2004 and March 7th, 2005? |
| 11:43:14 9 | Would you agree with me on that? |
| 11:43:16 10 | A. Yes. |
| 11:43:16 11 | Q. Okay. You don't have any reason |
| 11:43:19 12 | to dispute that those are the days, do you? |
| 11:43:29 13 | A. No. |
| 11:43:29 14 | Q. And do you remember both times |
| 11:43:29 15 | when you gave testimony at the Personnel |
| 11:43:29 16 | Board that you were under oath like you are |
| 11:43:30 17 | here today? |
| 11:43:31 18 | A. Yes. |
| 11:43:31 19 | Q. Raised your right hand, swore to |
| 11:43:34 20 | tell the -- |
| 11:43:34 21 | A. Yes. |
| 11:43:35 22 | Q. -- truth? Let me finish my |
| 11:43:36 23 | question. Is that correct? |

**15**

| | |
|---|---|
| 11:43:37 1 | A. Yes. |
| 11:43:38 2 | Q. All right. And when you gave |
| 11:43:40 3 | that testimony, it was truthful at the |
| 11:43:44 4 | time; is that correct? |
| 11:43:45 5 | A. Yes. |
| 11:43:45 6 | Q. And it was accurate to the best |
| 11:43:47 7 | of your ability at the time? |
| 11:43:48 8 | A. To the best of my ability. |
| 11:43:50 9 | Q. All right. And when you gave |
| 11:43:54 10 | that testimony -- let's start with the one |
| 11:43:56 11 | on December 6th, 2004. That was, again, |
| 11:44:01 12 | roughly ten months after the incident that |
| 11:44:05 13 | we're here about today; is that correct? |
| 11:44:07 14 | A. Yes. |
| 11:44:07 15 | Q. From February to December of the |
| 11:44:10 16 | same year? |
| 11:44:12 17 | A. Yes. |
| 11:44:12 18 | Q. And is it fair to say that your |
| 11:44:14 19 | recollection of the event was fresher in |
| 11:44:17 20 | December of 2004 than it is sitting here |
| 11:44:21 21 | today? |
| 11:44:21 22 | A. Yes. |
| 11:44:21 23 | |

**16**

| | |
|---|---|
| 11:44:21 1 | (Whereupon, Defendant's Exhibit 1 was |
| 11:44:21 2 | marked for identification and same |
| 11:44:21 3 | is attached hereto.) |
| 11:44:22 4 | |
| 11:44:23 5 | Q. Okay. We're going to admit at |
| 11:44:26 6 | this time Defendant's Exhibit 1, which is |
| 11:44:27 7 | the transcript of just your testimony |
| 11:44:30 8 | before the Walker County Civil Service |
| 11:44:33 9 | Board on December 6th, 2004. And we talked |
| 11:44:38 10 | about, a minute ago, you gave testimony |
| 11:44:40 11 | again before the Board on March 7th, 2005, |
| 11:44:43 12 | correct? |
| 11:44:44 13 | A. Yes. |
| 11:44:45 14 | Q. All right. And at that time, |
| 11:44:47 15 | again, you were under oath, right? |
| 11:44:49 16 | A. Yes. |
| 11:44:50 17 | Q. And the testimony that you gave |
| 11:44:52 18 | was truthful, correct? |
| 11:44:54 19 | A. Yes. |
| 11:44:55 20 | Q. All right. And it was accurate |
| 11:44:56 21 | to the best of your ability? |
| 11:44:57 22 | A. To the best of my ability. |
| 11:44:59 23 | Q. All right. Now, we're a little |

4 (Pages 13 to 16)

**17**

11:45:02 1 bit later. It's about a year and a month
11:45:04 2 after the incident in March of 2005, but is
11:45:08 3 it still fair to say that your recollection
11:45:11 4 of what happened in February 2004 was
11:45:13 5 fresher in March of 2005 than it is sitting
11:45:16 6 here in July of 2008?
11:45:22 7    A. Yes.
11:45:28 8    Q. And we'll admit Defendant's
11:45:31 9 Exhibit 2, which, again, is just your
11:45:32 10 testimony from the Personnel Board hearing
11:45:34 11 on March 7th, 2005.
12
13    (Whereupon, Defendant's Exhibit 2 was
14    marked for identification and same
15    is attached hereto.)
16
11:45:48 17    Q. And, again, just to be clear,
11:45:50 18 you were in here the entire time that Mr.
11:45:52 19 Burch was giving testimony earlier here
11:45:54 20 today, correct?
11:45:54 21    A. Yes.
11:45:55 22    Q. And you heard the list of
11:45:56 23 medications that he gave that he was taking

**18**

11:45:58 1 today; is that right?
11:45:59 2    A. Yes.
11:46:01 3    Q. Well, y'all don't live together
11:46:02 4 anymore, right?
11:46:03 5    A. No.
11:46:03 6    Q. So you have no way of knowing
11:46:05 7 what medications he's currently taking, do
11:46:08 8 you, other than what he said this morning?
11:46:11 9    A. Well, I saw his medication
11:46:15 10 bottles.
11:46:16 11    Q. Today?
11:46:17 12    A. Two of them.
11:46:18 13    Q. Okay. What were those two
11:46:20 14 medication bottles that you saw today?
11:46:24 15    A. Xanax and -- I don't know.
11:46:42 16    Q. Okay. This is probably a
11:46:46 17 question I should have asked you first.
11:46:47 18 When did y'all stop living together?
11:46:58 19    A. I'm not sure. At the very -- it
11:47:17 20 was in July of maybe 205. I'm not
11:47:41 21 positive.
11:47:41 22    Q. 2005?
11:47:42 23    A. Yes. I'm not positive.

**19**

11:47:45 1    Q. So roughly July 2005?
11:47:48 2    A. To the best I can remember.
11:47:51 3    Q. Now, Mr. Burch just said
11:47:52 4 something a second ago about divorce
11:47:55 5 papers. Were y'all divorced?
11:47:57 6    A. Yes, after that.
11:47:59 7    Q. Okay. So you --
11:48:01 8    A. We separated.
11:48:01 9    Q. You separated before the
11:48:04 10 divorce; is that right?
11:48:04 11    A. Yes.
11:48:06 12    Q. When was your divorce finalized?
11:48:16 13    A. I'm not sure.
11:48:19 14    Q. Do you have an estimate as to
11:48:21 15 how long after July 2005 it would have
11:48:23 16 been?
11:48:23 17    A. After we separated?
11:48:25 18    Q. Just your best guess.
11:48:29 19    A. It was about a year or
11:48:30 20 something.
11:48:31 21    Q. Okay. And what were the grounds
11:48:34 22 for the divorce?
11:48:37 23    A. Just incompatibility. We just

**20**

11:48:40 1 -- I mean, we just wound up talking about
11:48:45 2 this every night.
11:48:56 3    Q. Okay. Are you currently taking
11:49:04 4 any medication?
11:49:05 5    A. Yes.
11:49:05 6    Q. What medication do you take?
11:49:19 7    A. Diabetes.
11:49:19 8    Q. Is that insulin or a pill?
11:49:19 9    A. No, just a pill. High blood
11:49:40 10 pressure. I've got a list.
11:49:41 11    Q. Please, if you would. Oh, you
11:49:46 12 actually have a physical list?
11:49:48 13    A. Yes.
11:49:48 14    Q. Oh, okay. With you?
11:49:49 15    A. Yes. My purse, please.
11:49:58 16    Q. If you would show that to me.
11:50:00 17    A. Okay. Maybe I don't.
11:51:04 18    MR. PIAZZA: Is that it?
11:51:06 19    THE WITNESS: Yes.
11:51:07 20    MR. PIAZZA: Can I see that?
11:51:24 21 Just one page.
11:51:25 22    THE WITNESS: Okay.
11:51:26 23    MR. WILLFORD: Thank you.

5 (Pages 17 to 20)

## Page 21

11:51:46 1     Q. Okay. I've been handed a list
11:51:46 2 of medications that has one, two, three,
11:51:47 3 four, five, six, seven, eight, nine, ten
11:51:50 4 different medications on it. And I'm going
11:51:54 5 to try to pronounce these and then I'll
11:51:57 6 give them to the court reporter so that she
11:52:01 7 can spell them correctly. Lisinopril,
11:52:03 8 Hydrochlorothiazide, Klor, Niaspan,
11:52:11 9 Metformin, Lortab, Naproxin, Seroquel,
11:52:17 10 Zoloft, and Clonazepam. Have you taken all
11:52:23 11 these medications today, Ms. Wilkerson?
11:52:25 12     A. No.
11:52:25 13     Q. Which ones have you taken today?
11:52:28 14     A. One Lortab 7.5.
11:52:30 15     Q. Okay. That's the only
11:52:32 16 medication that you've taken today?
11:52:34 17     A. Yes.
11:52:35 18     Q. All right. And when did you
11:52:36 19 take that Lortab?
11:52:37 20     A. Seven o'clock.
11:52:39 21     Q. This morning?
11:52:39 22     A. Yes.
11:52:41 23     Q. Okay. Is that Lortab affecting

## Page 22

11:52:45 1 your ability to understand my questions?
11:52:48 2     A. No.
11:52:49 3     Q. Is it affecting your ability to
11:52:51 4 answer my questions?
11:52:52 5     A. No.
11:52:52 6     Q. Okay. We'll give this back to
11:52:58 7 you. I'm just going to set it over here so
11:53:00 8 that she can get the spelling. Those
11:53:03 9 things can be tricky sometimes.
11:53:08 10     Okay. Let me go back to
11:53:08 11 Defendant's Exhibit 1 and 2. Again, you
11:53:11 12 were in here when Mr. Burch was testifying,
11:53:13 13 and there were some things that he wanted
11:53:14 14 to change about his testimony before the
11:53:17 15 personnel board, and I gave him an
11:53:19 16 opportunity to do that. Is there anything
11:53:21 17 in either Defendant's 1 or 2 that, sitting
11:53:30 18 here today, you need to change?
11:53:35 19     A. No.
11:53:38 20     MR. WILLFORD: Okay. I think
11:54:02 21 that's all the questions I have.
11:54:05 22     MR. PIAZZA: Let me see that
11:54:08 23 list.

## Page 23

11:54:08 1     EXAMINATION
11:54:12 2 BY MR. PIAZZA:
11:54:12 3     Q. Ms. Wilkerson, this list that
11:54:16 4 you just handed to us which has listed all
11:54:21 5 of your medications, are you currently take
11:54:24 6 all of these medications?
11:54:26 7     A. Yes.
11:54:27 8     Q. And are these all prescribed by
11:54:32 9 the same doctor or different doctors?
11:54:33 10     A. I go to two doctors.
11:54:36 11     Q. You go to two doctors? Which
11:54:38 12 doctors do you go to?
11:54:40 13     A. I go to the Jasper Family
11:54:44 14 Clinic. I see a nurse practitioner named
11:54:46 15 Kevin Grooms.
11:54:47 16     Q. Kevin Grooms?
11:54:48 17     A. Yes.
11:54:58 18     Q. Now, Kevin Grooms doesn't have
11:54:58 19 the authority to prescribe any of these
11:55:01 20 medications?
11:55:03 21     A. Yes, some of them.
11:55:05 22     Q. He would?
11:55:05 23     A. Yes.

## Page 24

11:55:06 1     Q. Okay. And what do you go there
11:55:09 2 for, Jasper Family Clinic?
11:55:11 3     A. My diabetes, my blood pressure.
11:55:18 4     Q. How long have you been going
11:55:20 5 there? Let me rephrase that. Were you
11:55:31 6 going there before the incident that we're
11:55:32 7 here on today?
11:55:33 8     A. Yes.
11:55:33 9     Q. And have you continued to go
11:55:35 10 there after the incident?
11:55:36 11     A. Yes.
11:55:38 12     Q. And your diabetes and your blood
11:55:43 13 pressure. Is there anything else they
11:55:45 14 treat you for?
11:55:46 15     A. That's mainly it at the family
11:55:55 16 clinic.
11:55:56 17     Q. Okay. And where else do you go?
11:55:58 18     A. Lorn Miller.
11:56:03 19     Q. And what does Dr. Miller treat
11:56:06 20 you for?
11:56:10 21     A. Nerve damage and depression and
11:56:31 22 my mental -- just my mental status.
11:56:34 23     Q. Okay. And how long have you

**25**

11:56:44 1  been going to Dr. Miller -- let me rephrase
11:56:55 2  that. Were you going to Dr. Miller prior
11:56:56 3  to the incident?
11:56:58 4      A. Yes.
11:56:59 5      Q. Have you continued to go to Dr.
11:57:00 6  Miller after the incident?
11:57:10 7      MR. PIAZZA: Do we need to take
11:57:10 8  a break?
11:57:11 9      MR. WILLFORD: I think you need
11:57:12 10 to talk to your client, because he's
11:57:15 11 signaling me.
11:57:16 12     MR. PIAZZA: Can we go off for a
11:57:18 13 second?
11:59:21 14
11:59:21 15     (Whereupon, a brief recess was
11:59:21 16 taken.)
11:59:21 17
11:59:45 18     Q. We were talking about Dr.
11:59:48 19 Miller, and you continue to see Dr. Miller
11:59:50 20 after this incident, correct?
11:59:52 21     A. Yes.
11:59:53 22     Q. Were you being treated for nerve
11:59:57 23 damage prior to the incident we're here on

**26**

11:59:59 1  today?
11:59:59 2      A. Yes.
12:00:00 3      Q. What about depression, the same
12:00:04 4  question?
12:00:04 5      A. Yes.
12:00:06 6      Q. And what about your mental --
12:00:09 7  your general mental state, was he treating
12:00:12 8  you for that prior to the incident today --
12:00:17 9  prior to the incident that we're here on
12:00:27 10 today? Excuse me.
12:00:27 11     A. Yes.
12:00:27 12     Q. And were you being treated for
12:00:27 13 diabetes and blood pressure by Jasper
12:00:29 14 Family Clinic prior to the incident we're
12:00:31 15 here on today?
12:00:32 16     A. Yes.
12:00:33 17     Q. Okay. And you've been
12:00:36 18 continually treated by these clinics after
12:00:40 19 the incident for the same mental or
12:00:43 20 physical conditions?
12:00:45 21     A. Yes.
12:00:46 22     Q. Is that correct? Okay. All
12:00:48 23 right. As a result of the incident that

**27**

12:00:51 1  we're here on today, did any of these
12:00:53 2  conditions get worse? I'll ask you that
12:00:57 3  first.
12:00:58 4      A. Yes.
12:00:59 5      Q. Were they aggravated by the
12:01:00 6  incident?
12:01:01 7      A. Yes.
12:01:01 8      Q. And if so, how?
12:01:03 9      A. My nerves, my mental condition
12:01:08 10 got worse, and, therefore, it caused a
12:01:13 11 chain reaction.
12:01:15 12     Q. In other words, your blood
12:01:17 13 pressure --
12:01:17 14     A. Diabetes.
12:01:19 15     Q. -- got worse and your diabetes
12:01:21 16 got worse?
12:01:22 17     A. Yes.
12:01:22 18     Q. Did you have to change or alter
12:01:24 19 or take any new medications as a result of
12:01:29 20 the incident we're here on today?
12:01:32 21     A. Yes.
12:01:34 22     Q. Okay. Are any of these
12:01:38 23 medications as a result of -- that you're

**28**

12:01:44 1  taking today as a result of the incident
12:01:47 2  that we're here on today?
12:01:48 3      A. The Zoloft and Seroquel.
12:01:51 4      Q. Zoloft and Seroquel?
12:01:54 5      A. Yes.
12:01:55 6      Q. So you were not taking those
12:01:58 7  prior to the incident?
12:01:59 8      A. No.
12:01:59 9      Q. Prior to February 16, 2004?
12:02:02 10     A. No.
12:02:03 11     Q. Are there any other medications
12:02:08 12 which you were not taking or you were
12:02:11 13 taking less of prior to the incident?
12:02:15 14     A. No.
12:02:16 15     Q. Okay. So all the other
12:02:17 16 medications you've got listed here, you
12:02:20 17 were taking prior to the incident?
12:02:22 18     A. Well, no.
12:02:24 19     Q. All right.
12:02:26 20     A. I wasn't taking that
12:02:27 21 (indicating). I wasn't taking that
12:02:29 22 (indicating).
12:02:29 23     Q. Can you say those out loud for

7 (Pages 25 to 28)

| | |
|---|---|
| 29 | 31 |

**Page 29**

12:02:32 1 the record?

12:02:32 2     A. I don't know what the name of

12:02:33 3 them are.

12:02:33 4     Q. Go ahead and pronounce these.

12:02:36 5 You weren't taking the first one here,

12:02:43 6 Lisin -- how do you pronounce that?

12:02:44 7 Lisinopril?

12:02:44 8     A. These are generic names for

12:02:46 9 other medications.

12:02:49 10     Q. All right. Why don't we do

12:02:51 11 this: Why don't we make this an exhibit

12:02:56 12 and put a number by each of these and that

12:02:59 13 way we can refer to them by numbers.

12:02:59 14

12:02:59 15     (Whereupon, a brief recess was

12:02:59 16     taken.)

12:02:59 17

12:04:22 18     Q. All right. Ms. Wilkerson, I'm

12:04:23 19 going to mark this Plaintiff's Exhibit 74,

12:04:25 20 which you have described as a list of

12:04:27 21 medications that you are taking today; is

12:04:31 22 that correct?

12:04:31 23     A. Yes.

**Page 30**

12:04:31 1     (Whereupon, Plaintiff's Exhibit 74

12:04:31 2     was marked for identification and

12:04:31 3     same is attached hereto.)

12:04:33 4

12:04:33 5     Q. Okay. When I say taking today,

12:04:36 6 I mean taking as of July the 10th, 2008?

12:04:42 7     A. Yes.

12:04:43 8     Q. Okay. What I'm going to do is

12:04:45 9 ask you to put a star on the left side of

12:04:49 10 these medications of those medications that

12:04:54 11 you were not taking or that you have been

12:05:00 12 prescribed since the incident that we're

12:05:02 13 here about today. Do you understand my

12:05:05 14 question?

12:05:06 15     A. Yes.

12:05:08 16     Q. Or which you're taking as a

12:05:11 17 result of the incident we're here on today.

12:05:17 18 Do you understand my question?

12:05:26 19     MR. WILLFORD: I'm going to

12:05:26 20 object to the form because you gave her two

12:05:26 21 different criteria.

12:05:26 22     Q. Okay. Let's start with all the

12:05:26 23 medications that you're taking today that

**Page 31**

12:05:29 1 you started taking after February 16th of

12:05:32 2 2004. If you would just put a star to the

12:05:35 3 left side of those.

12:05:53 4     A. (Witness complies.)

12:05:53 5     Q. All right. And you've put a

12:05:53 6 star to the left of Seroquel and Zoloft?

12:05:54 7     A. Yes.

12:05:55 8     Q. Is that correct?

12:05:57 9     A. Yes.

12:05:57 10     Q. What do you take the Zoloft for?

12:06:02 11     A. For depression.

12:06:05 12     Q. All right. And what do you take

12:06:07 13 the Seroquel for?

12:06:11 14     A. For my mental state, status.

12:06:14 15     Q. For your mental state. All

12:06:18 16 right. And you were not taking either of

12:06:20 17 those medications prior to February 16th of

12:06:22 18 2004?

12:06:23 19     A. No.

12:06:24 20     Q. Now, as to these other

12:06:27 21 medications, were you taking lower dosages

12:06:32 22 of any of the other medications listed on

12:06:35 23 this exhibit than you're taking today,

**Page 32**

12:06:44 1 prior to February 16th, 2004?

12:06:50 2     A. There's medication on here that

12:06:52 3 I wasn't taking before, but the main two

12:06:59 4 that had a result of this incident was

12:07:01 5 those two, Seroquel and Zoloft.

12:07:04 6     Q. All right. What other two that

12:07:06 7 you weren't taking before, or what other

12:07:13 8 ones were you referring to?

12:07:16 9     A. This one.

12:07:17 10     Q. Hydrochlorothiazide?

12:07:19 11     A. Uh-huh (positive response), and

12:07:21 12 that one.

12:07:22 13     Q. And Klor-Con?

12:07:23 14     A. Uh-huh (positive response).

12:07:24 15     Q. These two?

12:07:25 16     A. Uh-huh (positive response).

12:07:26 17     Q. You weren't taking either of

12:07:29 18 those prior to February 16th, 2004?

12:07:30 19     A. Huh-uh (negative response).

12:07:31 20     Q. All right. Would you put a star

12:07:33 21 by those two?

12:07:35 22     A. (Witness complies.)

12:07:36 23     Q. All right. Let's start with

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**33**

12:07:38 1 this one. What do you take the

12:07:39 2 Hydrochlorothiazide for?

12:07:42 3     MR. WILLFORD: Anthony, let me

12:07:44 4 suggest something just to keep the record

12:07:47 5 clear, because she said these two weren't a

12:07:49 6 result of what Deputy Ingle did. Could we

12:07:53 7 put a circle around those stars to

12:07:56 8 differentiate?

12:07:57 9     MR. PIAZZA: Let me clarify

12:07:58 10 that.

12:07:58 11     MR. WILLFORD: Just so it's

12:07:59 12 clear on the document. I know the

12:08:01 13 testimony is going to back it up.

12:08:03 14     MR. PIAZZA: I'm not sure she

12:08:04 15 said that. Can you go back and repeat --

12:08:05 16 can you tell me what she said, her

12:08:06 17 testimony?

12:08:06 18

12:08:27 19     (Whereupon, record read.)

12:08:27 20

12:08:27 21     Q. Okay. So these are the main two

12:08:29 22 that were a result of the incident?

12:08:31 23     A. Yes.

**34**

12:08:31 1     Q. Now, is that to say that these

12:08:36 2 -- maybe they were not the main two

12:08:38 3 medications, but are these two medications

12:08:41 4 also the result of this incident? Let me

12:08:47 5 ask you this way: What do you take the

12:08:50 6 Hydrochlorothiazide for?

12:09:01 7     A. I believe it's a blood pressure

12:09:05 8 pill.

12:09:05 9     Q. A blood pressure pill?

12:09:07 10     A. Uh-huh (positive response).

12:09:07 11     Q. What do you take the Klor-Con

12:09:09 12 for?

12:09:11 13     A. I'm not certain of these, but

12:09:17 14 they are both for blood pressure and fluid,

12:09:35 15 I think.

12:09:35 16     Q. Blood pressure and fluid?

12:09:35 17     A. I believe so.

12:09:35 18     Q. Okay. And you weren't taking

12:09:35 19 either one of these prior to the incident

12:09:37 20 with Derane Ingle?

12:09:38 21     A. Huh-uh (negative response).

12:09:39 22     MR. WILLFORD: Was that a no?

12:09:41 23 You said huh-uh. Was that a no?

**35**

12:09:44 1     A. No.

12:09:56 2     Q. And do you -- was your blood

12:09:58 3 pressure and your fluid -- were you taking

12:10:01 4 blood pressure medication prior to the

12:10:03 5 incident with Derane Ingle? I'm not

12:10:15 6 necessarily referring to this medication,

12:10:17 7 but a different medication?

12:10:21 8     A. No, not on a daily basis. I

12:10:24 9 have over the years.

12:10:26 10     Q. All right. What were you taking

12:10:30 11 prior to the incident with Derane Ingle for

12:10:33 12 your blood pressure?

12:10:37 13     A. None, nothing.

12:10:41 14     Q. You weren't taking any

12:10:43 15 medication for your blood pressure prior to

12:10:46 16 the incident with Derane Ingle?

12:10:48 17     A. Right.

12:10:48 18     Q. But your testimony today is that

12:10:52 19 your blood pressure was aggravated?

12:10:57 20     MR. WILLFORD: Object to the

12:10:58 21 form.

12:10:58 22     Q. Did your blood pressure increase

12:11:01 23 or did you begin to have problems with your

**36**

12:11:04 1 blood pressure after the incident with

12:11:05 2 Derane Ingle?

12:11:07 3     MR. WILLFORD: Object to the

12:11:07 4 form.

12:11:11 5     A. Yes.

12:11:12 6     Q. Did you begin to have to take

12:11:16 7 medication for your blood pressure as a

12:11:19 8 result of the incident with Derane Ingle?

12:11:22 9     A. Yes.

12:11:26 10     Q. What were you taking the Lortab

12:11:33 11 for?

12:11:35 12     A. For my nerve damage in my left

12:11:39 13 leg and back.

12:11:42 14     Q. And the Naproxen?

12:11:44 15     A. That's for nerve damage.

12:11:46 16     Q. And the Metformin?

12:11:48 17     A. Sugar, diabetes.

12:11:50 18     Q. Were you taking any type of

12:11:52 19 diabetes medication prior to the incident

12:11:55 20 with Derane Ingle?

12:11:57 21     A. Yes.

12:11:57 22     Q. What were you taking?

12:12:00 23     A. Metformin.

Page 37

| | |
|---|---|
| 12:12:01 1 | Q. Metformin? |
| 12:12:03 2 | A. Uh-huh (positive response). |
| 12:12:03 3 | Q. Five hundred milligrams? |
| 12:12:05 4 | A. Yes. |
| 12:12:05 5 | Q. So you've been taking that -- |
| 12:12:07 6 | A. Yeah. |
| 12:12:08 7 | Q. -- before and after the incident |
| 12:12:11 8 | with Derane Ingle? |
| 12:12:13 9 | A. Yes. |
| 12:12:13 10 | Q. Okay. That's what it is today, |
| 12:12:17 11 | the five hundred milligrams; is that |
| 12:12:19 12 | correct? |
| 12:12:19 13 | A. Yes. |
| 12:12:20 14 | Q. And that has not changed? |
| 12:12:22 15 | A. No. |
| 12:12:23 16 | Q. What about the Niaspan, what do |
| 12:12:28 17 | you take it for? |
| 12:12:29 18 | A. For my nerve damage. |
| 12:12:31 19 | Q. So you take the Lortab, Naproxen |
| 12:12:34 20 | and the Niaspan for nerve damage? |
| 12:12:38 21 | A. Yes. |
| 12:12:39 22 | Q. And were you taking those prior |
| 12:12:40 23 | to the incident also? |

Page 38

| | |
|---|---|
| 12:12:51 1 | A. Yes. |
| 12:12:51 2 | Q. And when I say incident, with |
| 12:12:51 3 | Derane Ingle I'm referring? |
| 12:12:53 4 | A. Yes. |
| 12:12:55 5 | Q. So tell me about your nerve |
| 12:12:57 6 | damage. |
| 12:13:01 7 | A. It's in my back, and it goes |
| 12:13:04 8 | down my left leg. |
| 12:13:05 9 | Q. Okay. So you've had that for a |
| 12:13:07 10 | long time? |
| 12:13:08 11 | A. Yes. |
| 12:13:11 12 | Q. Did it get worse after the |
| 12:13:13 13 | incident with Derane Ingle? |
| 12:13:16 14 | A. No, it didn't affect it. |
| 12:13:20 15 | Q. Okay. And did you tell us what |
| 12:13:23 16 | the first medication up here is, |
| 12:13:31 17 | Lisinopril? |
| 12:13:31 18 | A. I'm not certain. |
| 12:13:33 19 | Q. You don't know what that one is? |
| 12:13:34 20 | A. Huh-uh (negative response). |
| 12:13:48 21 | That's a generic for one of my other |
| 12:13:48 22 | medicines. I don't -- right now, I'm not |
| 12:13:48 23 | aware of what it is. |

Page 39

| | |
|---|---|
| 12:13:48 1 | Q. Any other doctors you've seen |
| 12:13:50 2 | other than Jasper Family Clinic and Dr. |
| 12:13:53 3 | Lorn Miller for any type of medication |
| 12:13:57 4 | treatment as a result of the incident made |
| 12:13:59 5 | the basis of this suit? |
| 12:14:01 6 | A. No. |
| 12:14:04 7 | MR. PIAZZA: Gary, I think |
| 12:14:05 8 | that's all I've got. |
| 12:14:05 9 | |
| 12:14:05 10 | RE-EXAMINATION |
| 12:14:05 11 | BY MR. WILLFORD: |
| 12:14:07 12 | Q. I've got some follow-up, Ms. |
| 12:14:09 13 | Wilkerson. When were you first prescribed |
| 12:14:11 14 | Zoloft? |
| 12:14:15 15 | A. This year. |
| 12:14:29 16 | Q. 2008? |
| 12:14:31 17 | A. Yes. |
| 12:14:32 18 | Q. Who was it that prescribed that |
| 12:14:34 19 | for you? |
| 12:14:36 20 | A. Lorn Miller. |
| 12:14:41 21 | Q. And when were you first |
| 12:14:43 22 | prescribed Seroquel? |
| 12:14:59 23 | A. After this incident, I'm sure. |

Page 40

| | |
|---|---|
| 12:15:02 1 | Q. How long after it? |
| 12:15:04 2 | A. I'm not sure. |
| 12:15:05 3 | Q. Was it a matter of months? |
| 12:15:18 4 | A. Yes. |
| 12:15:18 5 | Q. Okay. More than five? |
| 12:15:20 6 | A. I'm not sure. |
| 12:15:21 7 | Q. Okay. And who was it that |
| 12:15:23 8 | prescribed the Seroquel for you? |
| 12:15:26 9 | A. Dr. Miller. |
| 12:15:39 10 | Q. Are you prescribed Seroquel as a |
| 12:15:39 11 | sleep aid? |
| 12:15:41 12 | A. Yes, and mental. |
| 12:15:51 13 | Q. So you have problems sleeping; |
| 12:15:54 14 | is that true? |
| 12:15:55 15 | A. Yeah, after this happened. I |
| 12:15:58 16 | didn't before. |
| 12:15:58 17 | Q. You never had problems sleeping |
| 12:16:00 18 | prior to this incident? |
| 12:16:02 19 | A. I don't believe so. |
| 12:16:07 20 | Q. Okay. But you did have problems |
| 12:16:10 21 | prior to this incident with your blood |
| 12:16:12 22 | pressure, correct? |
| 12:16:13 23 | A. No. |

| | |
|---|---|
| **41** | **43** |

**Page 41**

12:16:14 1     Q. Okay. I understood your
12:16:16 2 testimony to be that you were taking blood
12:16:20 3 pressure medication but not on a regular
12:16:22 4 basis. Had you ever been prescribed a
12:16:27 5 blood pressure medication prior to February
12:16:28 6 16th, 2004?
12:16:32 7     A. Back in the early '90s.
12:16:34 8     Q. Okay. So you did have blood
12:16:37 9 pressure problems in the early '90s?
12:16:38 10     A. When I got sick.
12:16:41 11     Q. Is that a yes?
12:16:42 12     A. Yes.
12:16:46 13     Q. When did you stop taking the
12:16:48 14 blood pressure medication that you were
12:16:50 15 prescribed in the early '90s?
12:16:52 16     A. After I had a surgery.
12:16:54 17     Q. And when was that surgery as
12:17:06 18 best as you can recall. I'm not holding
12:17:06 19 you to an exact date.
12:17:08 20     A. I hope not.
12:17:10 21     Q. I'm not.
12:17:22 22     MR. PIAZZA: To the best of your
12:17:23 23 recollection.

**Page 42**

12:17:24 1     A. The last surgery --
12:17:30 2     MR. PIAZZA: That's probably
12:17:31 3 going to be in the medical records, too.
12:17:33 4     A. It will, I guess.
12:17:34 5     Q. Was it in the '90s? Was the
12:17:37 6 surgery in the '90s?
12:17:41 7     A. No. I think it was in the
12:17:45 8 2000s, the last surgery I had. When I get
12:17:49 9 sick, my blood pressure goes up real high,
12:17:52 10 and I'm on medication. And then when I
12:17:55 11 have my surgeries done, you know, I don't
12:17:57 12 have to take it.
12:17:58 13     Q. Okay. Now you've said a couple
12:18:00 14 of times now when you get sick. What is
12:18:03 15 the sickness that you're referring to?
12:18:05 16     A. I had tumors in '83, and I had
12:18:12 17 to have a hysterectomy. My blood pressure
12:18:15 18 was high during that time. In like maybe
12:18:24 19 -- I'm not certain of the date. Maybe 2000
12:18:34 20 and something I had to have kidney surgery.
12:18:36 21     Q. So when you say when you get
12:18:38 22 sick, you're talking about different kinds
12:18:40 23 of medical problems, correct?

**Page 43**

12:18:42 1     A. Yes.
12:18:42 2     Q. Not just one kind or one
12:18:44 3 particular problem?
12:18:45 4     A. Right.
12:18:46 5     Q. Okay.
12:18:47 6     A. When I had kidney surgery.
12:18:49 7     Q. Okay.
12:18:51 8     A. And after my surgery, when I
12:18:54 9 got, you know, okay, I didn't have to take
12:18:56 10 it anymore.
12:18:56 11     Q. So sometime around 2001, in that
12:18:59 12 time frame, was the last time you had taken
12:19:02 13 it?
12:19:02 14     A. Yes.
12:19:03 15     Q. Blood pressure medication, I
12:19:05 16 mean?
12:19:05 17     A. No. I take it every day now.
12:19:12 18     Q. I'm sorry. Let me ask you a
12:19:15 19 better question, okay? Prior to the
12:19:18 20 incident on February 16th, 2004, the last
12:19:24 21 time you had taken blood pressure
12:19:24 22 medication, you told me, was after your
12:19:27 23 last surgery, which was sometime roughly in

**Page 44**

12:19:30 1 2001; is that correct?
12:19:33 2     A. Yes.
12:19:50 3     MR. WILLFORD: All right. I
12:19:50 4 think that's all I've got.
12:19:50 5     MR. PIAZZA: I think I need to
12:19:51 6 clarify something, Gary.
12:19:52 7     MR. WILLFORD: Okay.
12:19:52 8
12:19:52 9     RE-EXAMINATION
12:19:59 10 BY MR. PIAZZA:
12:19:59 11     Q. You said after your last surgery
12:20:01 12 you didn't have to take blood pressure
12:20:03 13 medication?
12:20:04 14     A. Right.
12:20:04 15     Q. Until after this incident?
12:20:06 16     A. Right.
12:20:07 17     Q. Is that correct?
12:20:09 18     A. Correct.
12:20:10 19     Q. Okay. But you had to take it up
12:20:14 20 to your last surgery, which was sometime
12:20:17 21 after 2000? I'm talking about just the
12:20:22 22 blood pressure medication, right?
12:20:24 23     A. Yes. After surgery, no.

11 (Pages 41 to 44)

---

**45**

12:20:26 1    Q.   Okay.  And do you take anything
12:20:31 2  to control your weight?
12:20:35 3    A.   I have took different
12:20:36 4  medications.
12:20:37 5    Q.   Are any of these medications
12:20:40 6  that are listed on Exhibit 74, any of those
12:20:44 7  to control your weight?
12:20:48 8    A.   No.  I take Lipozene for that.
12:20:57 9    Q.   You take what?
12:20:58 10    A.   Lipozene.
12:20:59 11    Q.   Is that listed on this Exhibit
12:21:01 12  74?
12:21:01 13    A.   No, it's not.
12:21:02 14    Q.   Did you forget to put it on this
12:21:04 15  list?
12:21:04 16    A.   No.  This is my prescribed
12:21:06 17  medicine from my two doctors.  I take that
12:21:10 18  medicine -- my doctor knows about it, but I
12:21:13 19  take it on my own over-the-counter.
12:21:16 20    Q.   It's an over-the-counter?
12:21:17 21    A.   Yes.
12:21:18 22    Q.   It's called Lipozene?
12:21:20 23    A.   Uh-huh (positive response).

---

**46**

12:21:22 1    Q.   And you take that to help with
12:21:24 2  your weight?
12:21:25 3    A.   Yes.
12:21:27 4    Q.   How long have you been taking
12:21:30 5  it?
12:21:37 6    A.   About six months.
12:21:38 7    Q.   Six months?
12:21:39 8    A.   Yeah -- or, no, a year or
12:21:42 9  something.  I'm not sure.
12:21:53 10    Q.   Were you taking anything for
12:21:54 11  your weight prior to the incident we're
12:21:57 12  here on today?
12:22:00 13    A.   Yes.
12:22:01 14    Q.   What were you taking?
12:22:05 15    A.   Stackers 2s.
12:22:09 16    Q.   Stackers?
12:22:09 17    A.   Uh-huh (positive response).
12:22:10 18    Q.   What is that?
12:22:11 19    A.   It's a diet medication.
12:22:12 20    Q.   Is that an over-the-counter diet
12:22:15 21  medication?
12:22:15 22    A.   Yes.
12:22:25 23    Q.   And did you take -- were you

---

**47**

12:22:25 1  taking that up to February or on February
12:22:25 2  16th, 2004?
12:22:25 3    A.   No, I had stopped.
12:22:26 4    Q.   You had stopped?
12:22:27 5    A.   Uh-huh (positive response).
12:22:29 6    Q.   And did you begin taking it
12:22:39 7  again after February 16th, 2004?
12:22:40 8    A.   No.
12:22:40 9    Q.   Did you experience a weight
12:22:42 10  increase after February 16th, 2004?
12:22:44 11    A.   Oh, yes, yes.
12:22:56 12    Q.   Did you begin taking any
12:22:56 13  medication to control your weight increase
12:22:57 14  after February 16th, 2004, other than this
12:23:02 15  Lipozene?
12:23:03 16    A.   No.
12:23:11 17    MR. PIAZZA:  All right.  I think
12:23:12 18  that's all, Gary.
12:23:13 19    MR. WILLFORD:  I have nothing
12:23:15 20  further.
21
22
23    FURTHER DEPONENT SAITH NOT

---

**48**

1    C E R T I F I C A T E
2
3  STATE OF ALABAMA  )
4  JEFFERSON COUNTY  )
5
6    I HEREBY CERTIFY that the
7  above and foregoing transcript was taken
8  down by me in stenotype, and the questions
9  and answers thereto were transcribed by
10  means of computer-aided transcription, and
11  that the foregoing represents a true and
12  correct transcript of the testimony given
13  by said witness.
14    I FURTHER CERTIFY that I am
15  neither of counsel, nor of any relation to
16  the parties to the action, nor am I anywise
17  interested in the result of said cause.
18
19
20
21    TANYA D. CORNELIUS
22    CCR No. 378
23

---

12  (Pages 45 to 48)

FREEDOM COURT REPORTING

49

**A**
ability 15:7,8
16:21,22 22:1
22:3
accurate 7:16
15:6 16:20
acting 5:3
action 48:16
address 6:11
admit 16:5 17:8
adult 8:5 9:12
9:23 10:7
11:14,19 12:5
12:11,13,16,21
affect 38:14
age 8:6
aggravated 27:5
35:19
ago 16:10 19:4
agree 14:9
AGREED 1:13
1:23 2:7,16
ahead 29:4
aid 40:11
al 1:6,9
Alabama 1:2,20
4:7,13 5:8 6:9
8:7 11:17
12:22 48:3
alter 27:18
Ann 6:5 9:8
answer 22:4
answers 48:9
Anthony 4:5
33:3
Anybody 10:18
anymore 6:14
18:4 43:10
anywise 48:16
Apartment 6:9
approach 9:2
Arlene 10:16
11:13
asked 6:21

18:17
assign 2:11
attached 16:3
17:15 30:3
aunts 10:12
11:10
authority 23:19
Avenue 1:19 4:6
5:8
aware 38:23
a.m 5:9

**B**
B 3:8
back 22:6,10
33:13,15 36:13
38:7 41:7
BARRON 1:6
Basically 8:10
basis 35:8 39:5
41:4
beginning 5:9
believe 11:16
34:7,17 40:19
best 15:6,8
16:21,22 19:2
19:18 41:18,22
better 43:19
Birmingham
1:20 4:7 5:8
bit 17:1
blood 20:9 24:3
24:12 26:13
27:12 34:7,9
34:14,16 35:2
35:4,12,15,19
35:22 36:1,7
40:21 41:2,5,8
41:14 42:9,17
43:15,21 44:12
44:22
board 3:12,16
14:2,16 16:9
16:11 17:10

22:15
bottles 18:10,14
break 25:8
breaking 7:12
brief 25:15
29:15
brothers 10:9
Burch 4:16 6:11
6:17 17:19
19:3 22:12

**C**
C 4:1 48:1,1
called 45:22
Carbon 6:9
case 1:5 14:1
cause 5:10 48:17
caused 27:10
CCR 48:22
certain 34:13
38:18 42:19
Certified 1:17
5:2
certify 5:3 48:6
48:14
chain 27:11
change 22:14,18
27:18
changed 37:14
children 8:20
9:12,13,23
10:7 11:14,19
12:5,11,14
children's 9:3
Christy 9:6,15
church 12:2
circle 33:7
civic 13:4
Civil 3:12,16 5:5
16:8
clarify 33:9 44:6
clear 17:17 33:5
33:12
client 25:10

clinic 23:14 24:2
24:16 26:14
39:2
clinics 26:18
Clonazepam
21:10
close 8:23
Commissioner
2:17 5:3
compliance 2:3
complies 31:4
32:22
computer-aided
48:10
condition 27:9
conditions 26:20
27:2
continually
26:18
continue 25:19
continued 24:9
25:5
control 45:2,7
47:13
Cornelius 1:17
5:1 48:21
correct 6:18 7:1
14:5,23 15:4
15:13 16:12,18
17:20 25:20
26:22 29:22
31:8 37:12
40:22 42:23
44:1,17,18
48:12
correctly 21:7
counsel 1:15 2:8
2:10 5:6 48:15
County 3:13,17
8:10,11,13,15
8:19 13:18
14:2 16:8 48:4
couple 42:13
court 1:1,19 2:4

5:7 7:15 21:6
criteria 30:21
currently 18:7
20:3 23:5

**D**
D 1:17 3:1 5:1
48:21
daily 35:8
damage 24:21
25:23 36:12,15
37:18,20 38:6
date 5:4 41:19
42:19
dates 14:7
day 1:20 43:17
days 14:12
deceased 8:23
December 14:8
15:11,15,20
16:9
DEFENDANT
4:9
Defendants 1:10
Defendant's 3:9
16:1,6 17:8,13
22:11,17
department
13:22
Deponent 3:11
3:15 47:23
deposed 6:17
deposition 1:15
2:1,2,13,17
depositions 2:5
depression
24:21 26:3
31:11
Deputy 33:6
Derane 1:9
34:20 35:5,11
35:16 36:2,8
36:20 37:8
38:3,13

**367 VALLEY AVENUE**
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

described 8:7 29:20
description 8:18
diabetes 20:7 24:3,12 26:13 27:14,15 36:17 36:19
diet 46:19,20
different 6:10 14:5 21:4 23:9 30:21 35:7 42:22 45:3
differentiate 33:8
dispute 14:12
district 1:1,2 8:6 8:12 10:10,13 11:15,21 12:22
DIVISION 1:3
divorce 19:4,10 19:12,22
divorced 19:5
doctor 23:9 45:18
doctors 23:9,10 23:11,12 39:1 45:17
document 33:12
dosages 31:21
Dr 24:19 25:1,2 25:5,18,19 39:2 40:9
Drive 4:12
duly 5:16
Dustin 9:20

**E**

E 3:1,8 4:1,1 48:1,1
earlier 6:17 14:1 17:19
early 41:7,9,15
Edmonds 11:23 12:7

effect 2:3
eight 21:3
either 22:17 31:16 32:17 34:19
ELEY 4:10
entire 17:18
estimate 19:14
et 1:6,9
Euline 10:20,21 11:6 12:13
Euline's 11:8
event 15:19
evidence 2:13
exact 41:19
examination 3:2 5:11 6:1 23:1
examined 5:17
Excuse 26:10
exhibit 16:1,6 17:9,13 22:11 29:11,19 30:1 31:23 45:6,11
EXHIBITS 3:9 3:19
experience 47:9
E-l 11:1
E-u-l-e-n-e 11:2
E-u-l-i-n-e 11:6

**F**

F 48:1
fair 15:18 17:3
family 23:13 24:2,15 26:14 39:2
father 8:22
February 15:15 17:4 28:9 31:1 31:17 32:1,18 41:5 43:20 47:1,1,7,10,14
Federal 5:5
filing 2:16

finalized 19:12
finish 7:14 12:20 14:22
first 5:16 7:18 9:18 18:17 27:3 29:5 38:16 39:13,21
fit 8:18
five 21:3 37:3,11 40:5
fluid 34:14,16 35:3
following 5:11
follows 5:17
follow-up 39:12
force 2:3
foregoing 5:6 48:7,11
forget 45:14
form 2:9 30:20 35:21 36:4
four 21:3
frame 43:12
Freedom 1:18 5:7
fresher 15:19 17:5
full 2:3
further 1:22 2:6 2:15 47:20,23 48:14

**G**

Gary 4:11 7:23 10:6 39:7 44:6 47:18
Gene 10:16 11:13
general 26:7
generic 29:8 38:21
give 21:6 22:6
given 48:12
giving 7:2 13:23

17:19
go 7:11 8:4 13:2 22:10 23:10,11 23:12,13 24:1 24:9,17 25:5 25:12 29:4 33:15
goes 38:7 42:9
going 8:1,1,3,11 16:5 21:4 22:7 24:4,6 25:1,2 29:19 30:8,19 33:13 42:3
Grooms 23:15 23:16,18
grounds 2:11 19:21
groups 13:7
grown 8:20
guess 7:18 19:18 42:4

**H**

H 3:8
Halcyon 4:12
Haleyville 13:17
hand 14:19
handed 21:1 23:4
happened 17:4 40:15
Harold 10:19 11:18
hear 6:16
heard 6:20,23 8:7 17:22
hearing 17:10
help 46:1
helps 7:15
hereto 16:3 17:15 30:3
high 20:9 42:9 42:18
highlight 7:11

Hill 6:9
holding 41:18
Home 13:17
hope 41:20
huh-uh 11:12 32:19 34:21,23 38:20
hundred 37:3,11
husband's 9:18 10:5 12:9
Hydrochlorot... 21:8 32:10 33:2 34:6
hysterectomy 42:17

**I**

identification 16:2 17:14 30:2
incident 15:12 17:2 24:6,10 25:3,6,20,23 26:8,9,14,19 26:23 27:6,20 28:1,7,13,17 30:12,17 32:4 33:22 34:4,19 35:5,11,16 36:1,8,19 37:7 37:23 38:2,13 39:4,23 40:18 40:21 43:20 44:15 46:11
incompatibility 19:23
increase 35:22 47:10,13
indicating 28:21 28:22
Inez 10:19 11:18
Ingle 1:9 33:6 34:20 35:5,11 35:16 36:2,8

36:20 37:8 38:3,13
insulin 20:8
interested 48:17
interject 11:5

**J**

J 4:5
Jasper 23:13 24:2 26:13 39:2
Jefferson 8:10 48:4
Jeffrey 11:22 12:1
Jr 4:11
July 1:21 17:6 18:20 19:1,15 30:6

**K**

keep 33:3
Kevin 23:15,16 23:18
kidney 42:20 43:6
kind 7:10,12 43:2
kinds 42:22
Klor 21:8
Klor-Con 32:13 34:11
know 7:2 11:1 18:15 29:2 33:12 38:19 42:11 43:9
knowing 18:6
known 11:5
knows 45:18

**L**

L 1:12 4:11
laundry 13:20 13:22
LAW 4:4

laws 2:4
leading 2:9
lean 10:22
left 30:9 31:3,6 36:12 38:8
leg 36:13 38:8
let's 8:4 9:2 15:10 30:22 32:23
Lipozene 45:8 45:10,22 47:15
Lisa 11:22 12:7
Lisin 29:6
Lisinopril 21:7 29:7 38:17
list 3:20 7:20 17:22 20:10,12 21:1 22:23 23:3 29:20 45:15
listed 23:4 28:16 31:22 45:6,11
little 16:23
live 6:6,13 11:16 18:3
lives 6:11
living 18:18
long 19:15 24:4 24:23 38:10 40:1 46:4
Lorn 24:18 39:3 39:20
Lortab 21:9,14 21:19,23 36:10 37:19
loud 28:23
lower 31:21

**M**

main 32:3 33:21 34:2
March 14:8 16:11 17:2,5 17:11

mark 12:10 29:19
marked 16:2 17:14 30:2
married 9:10,16 10:3 12:1,7
matter 40:3
ma'am 5:22,23 6:4
McDaniel 10:16
mean 20:1 30:6 43:16
means 48:10
medical 42:3,23
medication 8:19 18:14 20:4,6 21:16 32:2 35:4,6,7,15 36:7,19 38:16 39:3 41:3,5,14 42:10 43:15,22 44:13,22 46:19 46:21 47:13
medications 3:21 17:23 18:7 21:2,4,11 23:5,6,20 27:19,23 28:11 28:16 29:9,21 30:10,10,23 31:17,21,22 34:3,3 45:4,5
medicine 45:17 45:18
medicines 38:22
meet 13:8
member 13:4
mental 24:22,22 26:6,7,19 27:9 31:14,15 40:12
Metformin 21:9 36:16,23 37:1
Miller 24:18,19 25:1,2,6,19,19

39:3,20 40:9
milligrams 37:3 37:11
minute 16:10
Montgomery 4:13
month 17:1
months 15:12 40:3 46:6,7
morning 18:8 21:21
mother 8:22

**N**

N 1:12 3:1 4:1
name 6:3 9:19 9:21 10:5 11:3 11:5,8 12:3,9 29:2
named 23:14
names 9:3 29:8
Naproxen 36:14 37:19
Naproxin 21:9
Nauvoo 10:17 10:19,20
necessarily 35:6
necessary 2:7
need 7:10 22:18 25:7,9 44:5
negative 11:12 32:19 34:21 38:20
neither 48:15
nerve 24:21 25:22 36:12,15 37:18,20 38:5
nerves 27:9
never 40:17
new 27:19
Niaspan 21:8 37:16,20
night 20:2
nine 21:3

north 8:11
NORTHER 1:2
northern 8:6,12 10:10,13 11:14 11:21 12:21
Northwest 6:8
Notary 1:18 5:2
notice 2:16
number 1:5 3:2 3:9 29:12
numbers 29:13
nurse 13:19 23:14
Nursing 13:17

**O**

O 1:12
oath 14:16 16:15
object 30:20 35:20 36:3
objections 2:8 2:11
occasions 14:5
offered 2:13
OFFICE 4:4
Oh 20:11,14 47:11
okay 6:10 7:10 7:13,18 9:5,7 9:15 11:18 13:15 14:11 16:5 18:13,16 19:7,21 20:3 20:14,17,22 21:1,15,23 22:6,10,20 24:1,17,23 26:17,22 27:22 28:15 30:5,8 30:22 33:21 34:18 37:10 38:9,15 40:5,7 40:20 41:1,8 42:13 43:5,7,9

43:19 44:7,19
45:1
ones 21:13 32:8
opportunity
22:16
oral 5:11
organization
13:5
over-the-coun...
45:19,20 46:20
o'clock 21:20

**P**

P 1:12 4:1,1
page 3:2,9 20:21
papers 19:5
particular 43:3
parties 1:14
2:10 48:16
Patricia 1:16 5:9
5:15 6:5
PC 4:4,10
Pearson 9:6,15
9:21
personnel 14:2
14:15 17:10
22:15
physical 20:12
26:20
Piazza 3:4,6 4:4
4:5 5:23 7:23
11:4 20:18,20
22:22 23:2
25:7,12 33:9
33:14 39:7
41:22 42:2
44:5,10 47:17
pill 20:8,9 34:8,9
place 13:15
PLAINTIFF 4:3
Plaintiffs 1:7
Plaintiff's 3:19
29:19 30:1
please 6:3 20:11

20:15
Pointe 4:12
positive 18:21
18:23 32:11,14
32:16 34:10
37:2 45:23
46:17 47:5
practitioner
23:14
prepare 7:20
prescribe 23:19
prescribed 23:8
30:12 39:13,18
39:22 40:8,10
41:4,15 45:16
Prescription
3:20
PRESENT 4:15
pressure 20:10
24:3,13 26:13
27:13 34:7,9
34:14,16 35:3
35:4,12,15,19
35:22 36:1,7
40:22 41:3,5,9
41:14 42:9,17
43:15,21 44:12
44:22
prior 2:13 25:2
25:23 26:8,9
26:14 28:7,9
28:13,17 31:17
32:1,18 34:19
35:4,11,15
36:19 37:22
40:18,21 41:15
43:19 46:11
probably 18:16
42:2
problem 43:3
problems 35:23
40:13,17,20
41:9 42:23
Procedure 5:5

proceedings
5:12
pronounce 21:5
29:4,6
provided 5:4
Pruitt 9:8 10:3,6
Public 1:18 5:3
purse 20:15
put 29:12 30:9
31:2,5 32:20
33:7 45:14

**Q**

question 7:14,19
12:20 14:23
18:17 26:4
30:14,18 43:19
questions 2:9,10
6:21 7:7 22:1,4
22:21 48:8

**R**

R 4:1 48:1
Raised 14:19
reaction 27:11
read 33:19
reading 2:1
real 42:9
reason 14:11
Rebecca 9:8
10:3
recall 41:18
recess 25:15
29:15
recollection
15:19 17:3
41:23
record 6:4 29:1
33:4,19
records 42:3
refer 29:13
referring 32:8
35:6 38:3
42:15
regular 41:3

regularly 13:7
relating 2:5
relation 48:15
relatives 7:20
8:5,14,17 9:1
12:17,21
remember 7:5
13:23 14:14
19:2
Renae 9:6
repeat 33:15
rephrase 24:5
25:1
reporter 1:18
5:2,20 7:16
21:6
Reporting 1:19
5:7
represents 48:11
respective 1:15
respond 7:14
response 11:12
32:11,14,16,19
34:10,21 37:2
38:20 45:23
46:17 47:5
responses 7:2
result 26:23
27:19,23 28:1
30:17 32:4
33:6,22 34:4
36:8 39:4
48:17
RE-EXAMIN...
39:10 44:9
right 9:2,9 10:2
10:18 12:16
14:7,19 15:2,9
16:14,15,20,23
18:1,4 19:10
21:18 26:23
28:19 29:10,18
31:5,12,16
32:6,20,23

35:10,17 38:22
43:4 44:3,14
44:16,22 47:17
roughly 15:12
19:1 43:23
rules 2:4 5:5
6:23

**S**

S 1:12 3:8 4:1
SAITH 47:23
saw 18:9,14
Scott 9:4
second 6:8 19:4
25:13
see 20:20 22:22
23:14 25:19
seen 39:1
separated 19:8,9
19:17
Seroquel 21:9
28:3,4 31:6,13
32:5 39:22
40:8,10
Service 3:12,16
16:8
set 22:7
seven 21:3,20
Shelby 8:11
Shorthand 1:17
5:2
show 20:16
sick 41:10 42:9
42:14,22
sickness 42:15
side 30:9 31:3
signaling 25:11
signature 1:23
sisters 10:10
sitting 12:17,23
15:20 17:5
22:17
six 21:3 46:6,7
sleep 40:11

sleeping 40:13 40:17
Smith 10:19,20 11:9,18,22 12:4
sorry 10:21 43:18
South 4:6
SOUTHERN 1:3
spell 10:23 21:7
spelled 11:6
spelling 22:8
Stackers 46:15 46:16
star 30:9 31:2,6 32:20
stars 33:7
start 15:10 30:22 32:23
started 31:1
state 6:3 11:17 26:7 31:14,15 48:3
STATES 1:1
status 24:22 31:14
stenotype 48:8
STIPULATED 1:13,22 2:6,15
stipulation 5:6
stipulations 5:21
stop 18:18 41:13
stopped 47:3,4
Sugar 36:17
suggest 33:4
suit 39:5
sure 13:14 18:19 19:13 33:14 39:23 40:2,6 46:9
surgeries 42:11
surgery 41:16

41:17 42:1,6,8 42:20 43:6,8 43:23 44:11,20 44:23
swore 14:19
sworn 5:16

## T

T 1:12,12 3:8 48:1,1
take 20:6 21:19 23:5 25:7 27:19 31:10,12 33:1 34:5,11 36:6 37:17,19 42:12 43:9,17 44:12,19 45:1 45:8,9,17,19 46:1,23
taken 1:16 21:10 21:13,16 25:16 29:16 43:12,21 48:7
talk 7:13 25:10
talked 7:1 16:9
talking 20:1 25:18 42:22 44:21
Tanya 1:17 5:1 48:21
Taz 4:16
tell 14:20 33:16 38:5,15
ten 15:12 21:3
Terry 12:4
testified 5:17
testifying 22:12
testimony 3:10 3:14 13:23 14:4,15 15:3 15:10 16:7,10 16:17 17:10,19 22:14 33:13,17 35:18 41:2

48:12
Thank 11:10 20:23
thereto 2:14 48:9
things 22:9,13
think 10:2 12:17 12:22 22:20 25:9 34:15 39:7 42:7 44:4 44:5 47:17
three 8:20 21:2
time 2:12,12 13:12 15:4,7 16:6,14 17:18 38:10 42:18 43:12,12,21
times 14:14 42:14
Timothy 9:4,9
today 12:23 14:17 15:13,21 17:20 18:1,11 18:14 21:11,13 21:16 22:18 24:7 26:1,8,10 26:15 27:1,20 28:1,2 29:21 30:5,13,17,23 31:23 35:18 37:10 46:12
told 43:22
TOMMY 1:6
top 7:13
transcribed 48:9
transcript 7:16 16:7 48:7,12
transcription 48:10
treat 24:14,19
treated 25:22 26:12,18
treating 26:7
treatment 39:4

trial 2:12
tricky 22:9
true 40:14 48:11
truth 14:22
truthful 15:3 16:18
try 21:5
tumors 42:16
two 14:4 18:12 18:13 21:2 23:10,11 30:20 32:3,5,6,15,21 33:5,21 34:2,3 45:17
type 36:18 39:3

## U

U 1:12
Uh-huh 32:11 32:14,16 34:10 37:2 45:23 46:17 47:5
uncles 10:12 11:11
understand 22:1 30:13,18
understood 41:1
UNITED 1:1
usual 5:21

## V

Valley 1:19 5:8
verbal 7:2
voting 8:6
vs 1:8

## W

Wait 7:13
waived 2:2,17
Walker 3:13,17 8:13,14,19 14:1 16:8
wanted 22:13
wasn't 28:20,21 32:3

way 6:8 9:3 18:6 29:13 34:5
WEBB 4:10
weight 45:2,7 46:2,11 47:9 47:13
weren't 29:5 32:7,17 33:5 34:18 35:14
we'll 17:8 22:6
we're 15:13 16:5 16:23 24:6 25:23 26:9,14 27:1,20 28:2 30:12,17 46:11
wife's 12:3
Wilkerson 1:16 5:10,15 6:5,7 9:4 21:11 23:3 29:18 39:13
Willford 3:3,5 4:11 5:22 6:2 20:23 22:20 25:9 30:19 33:3,11 34:22 35:20 36:3 39:11 44:3,7 47:19
Winston 13:18
witness 2:1 5:10 20:19,22 31:4 32:22 48:13
words 27:12
work 13:10
worked 13:13 13:16
worse 27:2,10 27:15,16 38:12
wound 20:1
wrong 11:7

## X

X 3:1,8
Xanax 18:15

**Y**

**Yeah** 37:6 40:15
46:8
**year** 15:16 17:1
19:19 39:15
46:8
**years** 35:9
**y'all** 6:13 18:3
18:18 19:5

**Z**

**Zoloft** 21:10
28:3,4 31:6,10
32:5 39:14

**1**

**1** 3:10 16:1,6
22:11,17
**10th** 1:20 30:6
**1030** 4:6
**11:30** 5:9
**110** 6:8
**12-6-04** 3:10
**16** 3:13 28:9
**16th** 4:6 31:1,17
32:1,18 41:6
43:20 47:2,7
47:10,14
**17** 3:17

**2**

**2** 3:14 17:9,13
22:11,17
**2s** 46:15
**2:06-CV-0331...**
1:5
**2000** 42:19
44:21
**2000s** 42:8
**2001** 43:11 44:1
**2004** 14:8 15:11
15:20 16:9
17:4 28:9 31:2
31:18 32:1,18

41:6 43:20
47:2,7,10,14
**2005** 14:8 16:11
17:2,5,11
18:22 19:1,15
**2008** 1:21 17:6
30:6 39:16
**205** 18:20
**23** 3:4

**3**

**3-7-05** 3:14
**30** 3:21
**35205** 4:7
**35209** 1:20 5:9
**36117** 4:13
**367** 1:19 5:8
**378** 48:22
**39** 3:5

**4**

**44** 3:6

**6**

**6** 3:3
**6th** 14:8 15:11
16:9

**7**

**7th** 14:8 16:11
17:11
**7.5** 21:14
**74** 3:20 29:19
30:1 45:6,12
**7475** 4:12

**8**

**83** 42:16

**9**

**90s** 41:7,9,15
42:5,6
**97** 13:14