# Exhibit C
# A copy of the recording of the phone call made to the 911 system on February 16, 2004 by Tommy Barron

# Previously filed with the Court on 08/21/06 as Exhibit I