FILED
2008 Jul-28 PM 05:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Exhibit D**
**A transcript of the 911 call of February 16, 2004**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY D. BARRON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-0331-KOB |
| | ) |
| WALKER COUNTY, ALABAMA, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## TRANSCRIPTION OF 911 AUDIO TAPE

| | |
|---|---|
| 911 operator: | 911, what is your emergency? |
| Taz Burch: | Get my damn, my wife and uh, you see I own everything I got. |
| 911 operator: | uh huh. |
| Taz Burch: | and if you trying to take me for a big ride. The best thing she can do is the hell out of here. |
| 911 operator: | Your wife is there? |
| Taz Burch: | Yep and she's got to be moved from out the premises. |
| 911: | and you want her gone from your address correct? |
| Taz Burch: | I want her to be gone from my address. |
| 911 operator: | ████████████ |
| Taz Burch: | That is correct. |
| 911 operator: | Is this Mr. Tommy Barron? |
| Taz Burch: | Yes sir and I ain't never here, but now I married her and just can't stand her to stay here. So ... Look I can't, I don't want to be mean to her but I |
| 911 operator: | ████ |

| | |
|---|---|
| Taz Burch: | She forgot me and gone on a tangent I want her out of here. |
| 911 operator: | Okay, ~~████~~ |
| Taz Burch: | Yes sir. |
| 911 operator: | Stay on the phone and I'll get the Sheriff on the line with you |
| Taz Burch: | She married to me and uhh |
| Taz Burch: | You better get you some clothes baby; they're coming to get you. (Inaudible) |

The operator is transferring a call to the County Sheriff's office.

| | |
|---|---|
| Sheriff's Office: | County Sheriff's office |
| 911 operator: | Walker, I have a transfer, go ahead Mr. Barron |
| Inaudible | |
| 911 operator: | I've got a combative wife |
| DISPATCH: | you've got a what? |
| Taz Burch: | A combative wife. I want her out of here and we'll deal with it later. |
| Patricia Wilkerson: | Officer, he's just, he's drunk and he's just talking, I'm not, there is no problem here what so ever. |
| Taz Burch: | Look, I'm at home, I drank a beer, if she don't get the hell out of here, I'm gone beat her up |
| Patricia Wilkerson | Inaudible |
| DISPATCH | Sir! I tell you what sir, you put a hand on her you gone go to jail how do you like that? |
| Patricia Wilkerson: | I haven't done anything. |
| Taz Burch: | Well, I'll tell you what, I'm at home, I own everything and she's got to get out of here. |
| Patricia Wilkerson: | I haven't fussed at him we haven't been fussing |
| Taz Burch: | Oh, listen at her; she's trying to chill now. |

| | |
|---|---|
| Patricia Wilkerson: | I haven't said a harsh word to him all night. To nobody. |
| Taz Burch: | That's a lie, two lies, three lies four lies. |
| Patricia Wilkerson: | Because I don't do that. |
| DISPATCH: | What's your name ma'am? |
| Patricia Wilkerson: | uh, Patricia Wilkerson |
| Taz Burch: | yeah, my name is Tommy Derane Barron, and I want her the hell off my premises |
| Patricia Wilkerson: | He don't mean that he's done that before, and I don't know why. |
| Taz Burch: | yes I do sir. |
| DISPATCH: | Your name is Patricia Wilkerson? |
| Patricia Wilkerson: | yes sir. |
| DISPATCH: | Okay what's your address ma'am? |
| Patricia Wilkerson: | Uh, well I did live. |
| Taz Burch: | She ain't got one. |
| DISPATCH: | Where you're at right now. |
| Patricia Wilkerson: | Oh, this address? |
| DISPATCH: | Yes ma'am |
| 911 operator: | Walker County |
| Dispatch: | Yes ma'am. |
| 911 operator: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| DISPATCH: | Ma'am |
| Taz Burch: | If you don't get the hell out of here? |
| DISPATCH: | Tommy hush a minute. |
| Patricia Wilkerson: | There's not no problem here. |

3

| | |
|---|---|
| DISPATCH: | I'm gonna send an officer out there we're gone stop this. |
| Patricia Wilkerson: | I haven't had no problem all night I promise |
| DISPATCH: | What is the address 911? |
| 911 operator | █████████████ |
| Inaudible | |
| 911 operator: | Tommy Barron |
| Patricia Wilkerson: | I haven't given him no trouble tonight. |
| DISPATCH: | No ma'am I know you hadn't, but uh |
| Patricia Wilkerson: | He hasn't either, and I don't know what is the matter with him |
| DISPATCH: | Well we gone find out when an officer gets up there. |
| Patricia Wilkerson: | Cause I |
| DISPATCH: | What's the phone number? |
| Patricia Wilkerson: | This phone number? |
| DISPATCH: | yeah |
| Patricia Wilkerson: | ██████ I don't know why he called anybody for, because we haven't had no trouble. |
| DISPATCH: | Okay it's ██████████ |
| Patricia Wilkerson: | Yeah. |
| DISPATCH: | Do you live in a house or a trailer ma'am? |
| Patricia Wilkerson: | A trailer |
| DISPATCH: | What color is it? |
| Taz Burch: | She broke my damn thumb. |
| DISPATCH: | What color is it? What color is the trailer ma'am? |

4

| | |
|---|---|
| 911 operator: | Walker County? |
| Patricia Wilkerson: | I did not; I don't know that it's about 300 hundred feet off the road |
| DISPATCH: | go-ahead 911. |
| 911 operator: | beige and brown trailer off the road. |
| Taz Burch: | I ain't gone hurt her. I will not hurt her. |
| Patricia Wilkerson: | He hasn't never hurt me, and we haven't said a harsh word to each other tonight. |
| DISPATCH: | Well that's what you get when you call 911 on an emergency line; I'll have an officer up there in a few minutes. |
| Patricia Wilkerson: | Well there's no emergency |
| DISPATCH: | Yes ma'am they are if you call through 911 that's the emergency. |
| Patricia Wilkerson: | Oh honey I didn't call. |
| DISPATCH: | Ya'll are abusing the 911 system |
| Patricia Wilkerson: | Yes. |
| DISPATCH: | So I'm gone have an officer came out and put a stop to it. |
| Patricia Wilkerson: | No, I didn't call |
| DISPATCH: | Well who ever called |
| Patricia Wilkerson: | Well he did |
| DISPATCH: | What's your name sir? |
| Taz Burch: | She made me call. |
| Patricia Wilkerson: | His name is Tommy Barron, but I didn't call. |
| DISPATCH: | Tommy Barron? |
| Patricia Wilkerson: | Yes, but I did not call, I've been up washing and see he's been drinking beer. |
| Taz Burch: | I can't sleep. |

| | |
|---|---|
| DISPATCH | He's been drinking beer all night long, I don't care you called through 911 it's an emergency line so I have an officer en route. |
| Patricia Wilkerson: | I don't drank beer |
| DISPATCH: | Okay, yes ma'am I understand I'll have an officer there in just a minute |
| Taz Burch: | This is my home this is my house |
| DISPATCH: | Yes sir, I'll have an officer there in a minute, thank you |
| Patricia Wilkerson: | All right |

The phone hangs up.