FILED

2008 Jul-28  PM 05:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Exhibit E**
**Transcript of Walker County Civil Service Board**
**Hearing dated 10/26/04**
**(Part II)**

1       Q.   Tell me what's directly outside your door,

2   your living room door.

3       A.   Car and --

4       Q.   Is it ground level?

5       A.   Pretty level, but I hit her car and I

6   bounced back on my door step, grabbed me behind -- right

7   under here and then dragged me to get me back on my feet

8   and said walk.

9       Q.   He grabbed you up under your armpits?

10      A.   Yeah.   Trying to tell me to get in the car.

11  I don't see no car to get in.   He sprayed me some more

12  on the way to the car.

13      Q.   So you still couldn't see?

14      A.   He made sure I couldn't see nothing.

15      Q.   Okay.

16      A.   I couldn't see.

17      Q.   Were you trying to fight him?

18      A.   There wouldn't be no use to.   I probably

19  would have hit one of them trees out there if I was

20  going to swing at anything.

21      Q.   Okay.

22      A.   I got plenty of trees in the yard.

23      Q.   You were not trying to fight him, you

24  weren't threatening?

25      A.   I done know --

```
 1          Q.  Did you use any threatening language?

 2          A.  No.  And I done know when he put them

 3   handcuffs on me and he sprayed me and I couldn't see

 4   nothing, I was helpless.  Anyway I'm disabled and

 5   crippled.

 6          Q.  All right.  Stop right there.

 7          A.  There's no way I could whop him.

 8          Q.  Stop right there, Taz.

 9          A.  I didn't make no threats.

10          Q.  So you're outside now, you're outside of

11   your trailer; is that right?

12          A.  For the second time.

13          Q.  Was it cold outside?

14          A.  Oh, yes, it was cold outside.

15          Q.  The first time he pushed you back into the

16   house?

17          A.  He told her --

18          Q.  Were you blinded at that time?

19          A.  Yes.  He said --

20          Q.  Were you in handcuffs at that time?

21          A.  He said the D word like damn --

22          Q.  So he was going to take you to jail in your

23   underwear; is that right?

24          A.  Yeah, damn, going like this.

25          Q.  And Patsy talked him into letting you put
```

1    some clothes on?

2         A.   Right.

3         Q.   The day before you had been to the doctor;

4    is that correct?

5         A.   That's correct.

6         Q.   Did you have a bandage on your hand, your

7    right hand?

8         A.   Yeah.  On this thumb I had a fracture right

9    here where I hurt my -- I had a hot water leak --

10         Q.   What kind of bandage did you have on it?

11         A.   Just a little splint with an ace bandage you

12    can take off and on.

13         Q.   You had a splint on your thumb with an ace

14    bandage?

15         A.   Yeah.

16         MR. WILLFORD:  Charlie, I'm sorry.  I need

17      to interrupt for a minute.  We've got a witness

18      standing there by the door.  I would appreciate it

19      if he would be moved away.

20         Q.   You had an ace bandage around your wrist and

21    you had your thumb in a splint; is that correct?

22         A.   The doctor in Winfield emergency room did

23    that.

24         Q.   Did anyone remove the splint, did Officer

25    Ingle remove the splint or the ace bandage before he put

1   the handcuffs on you?

2        A.   No.   They removed it down at the jail.

3        Q.   They removed it at the jail.   You still had

4   the splint and the ace bandage on when you got to the

5   jail?

6        A.   (Witness nods head.)

7        Q.   Did you have any bandages or a bandage over

8   any of your fingers on your right hand?

9        A.   Wasn't nothing wrong with none of them.

10        Q.   Was he able to get the handcuffs around your

11   wrists, both wrists?

12        A.   Yeah, he put them on there.

13        Q.   Now, let me ask you this:  Was there any

14   part of that ace bandage underneath the handcuff on your

15   right arm, or was it just skin underneath the handcuff?

16        A.   The ace bandage came to about right here and

17   the cuffs was over the bandage.

18        Q.   The cuff was over the bandage, okay.   You

19   didn't have any bandages on your left hand?

20        A.   No.

21        Q.   Okay.

22        A.   This finger here and on this thumb.

23        Q.   Okay.   After you got your clothes on and he

24   took you out to the car, you say he sprayed you some

25   more when you got outside the house?

1        A.  Three more times before I got to the car.

2        Q.  Three more times?

3        A.  Right.

4        Q.  Where did he spray you, in the face?

5        A.  In the face.

6        Q.  Were you feeling any pain at this time?

7        A.  Oh, yes.

8        Q.  Where were you feeling the pain?

9        A.  I was feeling so much pain I couldn't

10  explain it.

11        Q.  Where were you feeling it, in your face, in

12  your hands, or where?

13        A.  Yes.  I already had one heart attack.

14        Q.  You've already had a heart attack?

15        A.  Right.  And I was having to take medication

16  for it.  I brought all my medication with me.  The

17  medication was necessary.

18        Q.  Did Mr. Ingle ask you if you needed to take

19  any medication to the jail with you?

20        A.  No.

21        Q.  Did he ask you if you were sick?

22        A.  No.

23        Q.  Did he know that you had had a heart attack?

24        A.  No.

25        Q.  How long ago had you had that heart attack?

1          A.   Been about three years ago.

2          Q.   But you say he did not -- he was not aware

3    of that?

4          A.   He wasn't aware.  He didn't ask me about my

5    physical condition.

6          Q.   How far was his cruiser or patrol car from

7    your front door?

8          A.   About thirty-five feet I imagine.

9          Q.   Thirty-five feet.  All right.  When he put

10   you in the patrol car, he put you in the back seat?

11         A.   Yes.

12         Q.   You were still handcuffed from behind?

13         A.   Correct.

14         Q.   Did he put a seat belt on you?

15         A.   No.

16         Q.   No seat belt.  Was there one back there?

17         A.   I don't know.  They supposed to be, but he

18   didn't put one on me, I guarantee you that.

19         Q.   Once he got into his patrol car did he call

20   his dispatcher, did he call the dispatcher, did he make

21   a call on his radio?

22         A.   Yes.

23         Q.   Do you recall what he said?

24         A.   I'm on the way, 3-18 is on the way.

25         Q.   3-18?

1        A.  Or something, one time.

2        Q.  He used the number 3-18?

3        A.  Yeah, three one eight.

4        Q.  Three one eight?

5        A.  And they said going to check to see, what's

6 taking him so long about getting to the jail house.

7        Q.  What time was that?

8        A.  Somewhere around 2:30.  It shouldn't take

9 him 20 minutes to get from there down to the jail house.

10       Q.  How long did it take from the moment you got

11 up from your sleep until the time that he pulled off out

12 of your front yard?

13       A.  Around about 3:00.

14       Q.  3:00 o'clock, so that would have been half

15 an hour?

16       A.  I guess.  I couldn't see the clock.

17       Q.  You have no idea?

18       A.  He kept me blinded.  When I got down the

19 road, my eyesight was trying to come back to me, and he

20 slammed the brakes and --

21       Q.  All right.  We're going to get to point.

22 Just hold on.  We'll get to that point, Taz.  How far is

23 it from your house to the courthouse -- to the jail?

24       A.  About thirteen miles.

25       Q.  Thirteen miles.  How was your sight once you

1 got into the car?

2     A. I still couldn't see nothing.

3     Q. Pardon me?

4     A. I still couldn't see nothing.

5     Q. You still couldn't see?

6     A. About the time I got -- my eyesight was

7 trying to come back to me is when he started slamming

8 the brakes on, and I was hitting that back glass or

9 whatever it is.

10     Q. How long had you been in the car, how long

11 was it before he started slamming on the brakes?

12     A. After he left the yard, he's still on the

13 back roads when he did it. He was on the back roads

14 where nobody could see him.

15     Q. Was your eyesight coming back?

16     A. My eyesight was starting to come back. It

17 was blurry; I'm getting to where I could see again a

18 little bit. He started slamming the brakes on and then

19 he got out and tried to --

20     Q. What happened when he would slam on the

21 brakes?

22     A. Well, I was handcuffed liked this right

23 here, ram.

24     Q. So you hit the retainer, the petition,

25 between --

1        A.  And every time he would do it he would laugh
2   and say, "Ha, ha, ha.  Is that funny?"
3        Q.  What kind of petition was that?
4        A.  Screen or Plexiglas or cage wall or
5   Plexiglas or something like that.
6        Q.  Plexiglas?
7        A.  Screen or cage looking wall.
8        Q.  How many times do you figure that happened?
9        A.  Five.
10       Q.  Five times?
11       A.  It would be five times.  Then he got mad and
12  stopped the car completely, and got out and opened the
13  back door trying to jerk me out.
14       Q.  Why did he try to jerk you out?
15       A.  I thought he was going to shoot me, make it
16  look like I escaped.
17       Q.  Hold on a second.  How long had you been in
18  the car, if you have a judgment, how long had you been
19  in the car, his car, before he stopped the car and tried
20  to pull you out?
21       A.  Six or seven -- about seven or eight
22  minutes.
23       Q.  Seven or eight minutes?
24       A.  He didn't make it back to the main road
25  to --

1    Q.   Now, tell me where -- which door did he

2    open?

3         A.   Opened the back.  He opened the driver's

4    side back door.

5         Q.   Driver's side back door.  And where were you

6    sitting?

7         A.   I was sitting in the back seat like this

8    here (indicating).

9         Q.   Where were you sitting in the back seat?

10        A.   In the back seat like this (indicating).

11        Q.   Were you sitting behind the driver's side or

12   behind the passenger's side?

13        A.   Driver's side and my feet was hanging on the

14   --

15        Q.   So when you were hitting the petition, you

16   were hitting the petition directly behind him?

17        A.   Yes.

18        Q.   Okay.  You hadn't slid over to the

19   passenger's side?

20        A.   No, I never get over to the passenger's

21   side.

22        Q.   You stayed on that side?

23        A.   Every time I do that, I'd get back up, and I

24   was a little bit orientated, I guess is the way you say

25   it.  I didn't get but a sixth-grade education, but I

1 know what was going on.

2       Q. You were disoriented?

3       A. All that slamming brakes on and stuff, I

4 could have probably bounced around to both sides. I

5 can't remember. When he slammed them on that last time,

6 he opened that back door up trying to get me out. And

7 he got a hold of this finger just like this

8 (indicating), and popped it back like that right there

9 and fixed it to where I had to wear it like this from

10 now on, because they couldn't fix it.

11       Q. All right. Once he stopped the car, did

12 he -- he was not successful in throwing you out?

13       A. No. If he pulled me out --

14       Q. He did pull you out?

15       (Mr. Piazza and Mr. Burch talking over one

16 another.)

17       A. -- and shot me. I knew he would.

18       Q. He shot you with some more --

19       A. He would have shot me with a bullet if he

20 got me out without messing up his car.

21       Q. All right.

22       A. He didn't want no blood in the back seat of

23 his car.

24       Q. Hold on one second. So he got you out?

25       A. He didn't get me out. I hung my feet under

1   that back seat.

2       Q.  So you hung your feet so he couldn't get

3   you out?

4       A.  And he got a call on the radio checking in,

5   "3-18, everything 10-4," and he would have to check in

6   with them.  They was wondering how come it was taking

7   him so long to get to that jail house.  He said he run

8   into traffic.  Wasn't a car behind us, in front of us,

9   side, nowhere.  We were on a back country road over

10  there.

11      Q.  He used those words, "running into traffic"?

12      A.  Yes.  And they wondered how come he ain't

13  got to the jail house yet.

14      Q.  Is that the only communication that you

15  heard from his headquarters or dispatcher?

16      A.  I heard that real plain.

17      Q.  Did you hear any others?

18      A.  I heard them talking a little bit down the

19  road, jibber-jabber.  I couldn't make out all of that.

20      Q.  You couldn't make it out?

21      A.  Because some of it was like numbers.

22      Q.  Would you go ahead and stand up and get in

23  front of the personnel Board over here and show them

24  exactly how your hands were and show them how he tried

25  to pull you out of the car.

1    A.   (Witness complies.)  This here would be the

2    back seat and here is his seat.  And that's -- he sits

3    here and here's the driver's side back door.  When he

4    starts slamming that thing, about five times of that,

5    and he kept saying, "Does that hurt?"

6    Q.   Taz, what I want you to do is show them --

7    put your hands behind your back.

8    A.   My hands are cuffed behind my back like that

9    (indicating).

10   Q.   All right.  And show them --

11   A.   Kind of like this in the back seat.  When he

12   stopped that car about like that --

13   Q.   I want you to use -- I want you to sit in

14   this chair.  What I want you to do, take Rocky and

15   pretend that Rocky is you.  Okay.  I want you to sit in

16   the chair.  Put your hands behind your back.  I want you

17   to pull on him like Deputy Ingle pulled on you.

18   A.   Well, he opened the door.  Sprayed some more

19   in the face.  That didn't do it so he wanted to hit me a

20   couple of times.  I turned my head that way, so he

21   wouldn't hit me in the face, and then he turned around

22   and hit my hand and he punched me right there

23   (indicating).

24   Q.   He punched you in the shoulder here?

25   A.   Grabbed my hand trying to grab me out of the

1   car.  He had a hard time --

2           Q.  You said something about his --

3           A.  -- then he got my finger just like this

4   right here and he broke it.

5           Q.  He broke your finger?

6           A.  Then he had a call on the radio, "What's

7   taking you so long to get to the jail house?"

8           Q.  All right.  And you had your -- is it your

9   right foot or your left foot caught --

10          A.  I had my right foot and left foot both

11  trying to hang in under that seat where he couldn't pull

12  me out.

13          Q.  And he never did get you out?

14          A.  He never did get me out, though, he had to

15  check in on the radio.

16          Q.  Okay.

17          A.  Taking too long to get to the jail house.

18          Q.  After that incident that you just described,

19  what happened next?

20          A.  Well, by the time we got to the jail house,

21  he had a little help waiting on him.

22          Q.  Tell me who was at the jail house --

23          A.  I don't know.

24          Q.  -- if you know.

25          A.  As far as I know there was one jailer on.  I

1  couldn't see because he kept spraying me with that

2  stuff.

3         Q.  He continued to spray you once you got back

4  into the car?

5         A.  When he drug me out at the jail house.

6         Q.  Oh, after he got you out of the car?

7         A.  Yeah.  I was still handcuffed --

8         Q.  He sprayed you again --

9         A.  -- and put me in a holding tank.

10        Q.  All right.  Were you giving him any trouble?

11        A.  No.

12        Q.  Were you threatening him, were you acting

13  badly?

14        A.  Who in their right mind would do anything

15  like that when you're already getting beat up?

16        Q.  Okay.

17        A.  Pushed down, beat up, throwed around.

18        Q.  So you didn't threaten him.  There wasn't

19  any reason for him to continue spraying you?

20        A.  There wasn't a reason to start with him

21  spraying me.

22        Q.  All right.  So, once you got out of the car

23  at the jail house, what happened next?

24        A.  Jerked me all around and one of the jailers

25  was trying to help him --

1          Q.    How about pushing that microphone over this

2    way, Taz.

3          A.    I don't think it works.    Hello.    It don't

4    work.

5          Q.    After you got to the jail house, what

6    happened?

7          A.    Him and the jailer jerked me in the holding

8    tank, what they call them.    He still had the handcuffs

9    on me.    And he was still laughing, pushing me down on

10   the cement, which I busted this elbow.    I've had

11   problems with it and had to have fluid drained off my

12   left elbow.    All this --

13         Q.    Is this when he knocked you down to the

14   cement at the jail house?

15         A.    Yeah.    Kind of stand up with your handcuffs

16   up like this right here (indicating), and let somebody

17   push you down backwards.    See if you don't land on your

18   elbows.

19         Q.    Show me -- just fall and show us, show the

20   panel here how you fell.

21         A.    I'm not going to fall and hurt myself.

22         Q.    Well, you don't have to fall hard, but just

23   fall and show them how you fell.

24         A.    They didn't know that at that time, I had

25   two back surgeries and the second one was --

```
 1          Q.   Taz, listen to what I'm telling you.
 2          A.   That hurt my back all that pushing down.
 3          Q.   Listen to me.
 4          A.   That cement is hard.
 5          Q.   Show them exactly how you fell.
 6          A.   I ain't going to fall, but I'll get down
 7    here like this.  My head hit the cement first and then
 8    my elbows.
 9          Q.   Did he push you from the front?
10          A.   Yes, about five times in there.
11          Q.   So you injured your elbows?
12          A.   And whoever was on -- whoever the jailer was
13    was getting cold water and throwing on me and they was
14    laughing about it.
15          Q.   Was this after you got inside the jail?
16          A.   Yes.  Derane needed his handcuffs back, so
17    he took them off, slammed the door out, and they was
18    still laughing about it, thought it was funny, but I am
19    fixing to be a hundred percent disabled medically.  A
20    hundred percent disabled.
21          Q.   We're not here for that testimony.
22          A.   That ain't no way to treat nobody.
23          Q.   Listen to me.  We're not here for that
24    testimony.
25               Now, I'm going to show you some
```

1    photographs.   This first photograph here, this is the

2    bandage on your right hand.   Is that your hand there?

3              A.   That's my hand.

4              Q.   Is this a photograph that your wife took?

5              A.   It is.

6              Q.   Was this photograph taken after you got back

7    home from the jail?

8              A.   After I got out of jail, I went to the

9    emergency room, which they put another splint on my

10   thumb.

11             Q.   This is the splint that they put on you?

12             A.   Right.   And after I get out of the jail

13   house, that's the way them fingers looked, and they said

14   they couldn't fix it.

15             Q.   This is your mid finger that you're pointing

16   to?

17             A.   Right.   That one there (indicating).   They

18   couldn't fix it.

19             Q.   And this is the bandage that they put --

20             A.   At Walker Regional.

21             Q.   At Walker Regional after you got out of

22   jail?

23             A.   After I got out of jail since they didn't

24   have me checked out.

25             Q.   Now, this photograph here, did Patsy take

1    that one too?

2         A.   See --

3         Q.   Answer my question.  Did Patsy take this one

4    too?

5         A.   Yes, I'm pretty sure.

6         Q.   Was this taken after you got out of jail?

7         A.   Patsy took most of them.

8         Q.   And do you see any bruises there in that

9    photograph?

10         A.   That one right there under my arm, right

11   there (indicating)

12         Q.   On your arm?

13         A.   Under my arm.

14         Q.   Okay.

15         A.   You can see my finger right there.  That was

16   removed, splint was removed.

17         Q.   So y'all removed the splint.

18         A.   I removed the splint.  I have to put it back

19   on and take it back off.

20         Q.   What does this photograph show?  Did Patsy

21   take that one too?

22         A.   That's where he punched me in the back.

23   When I turned my head that way back in the car, he

24   punched me in the back.

25         Q.   What you just demonstrated to the Board?

```
1          A.   Right.   I forget to punch him.

2          Q.   You punched him.

3          A.   Yeah.   I forgot to give on each side.

4          Q.   And those show your bruises from that punch;

5     is that correct?

6          A.   I turned my head where he couldn't hit me

7     and he hit me right there.

8          Q.   And this is another photograph of your hand?

9          A.   Yes.

10         Q.   That's with the bandage taken off.  This

11    bandage here that we first saw in the first photograph,

12    that bandage could be removed by yourself or Patsy; is

13    that correct?

14         A.   I had one on from the Winfield hospital.

15         Q.   Right.   We know that.   But this is the

16    second bandage that you're talking about.

17         A.   I went straight from the jail house to the

18    emergency room, and they put me another one on here.

19         Q.   This is another angle of your hand showing

20    your busted or broken --

21         A.   It was about to pop, it was killing me.

22         Q.   Tell me what this photograph here shows.

23         A.   That shows my black elbow from hitting the

24    cement.

25         Q.   Okay.   And Patsy took this one?
```

          A.  And they took -- had to drain the fluid out
of it.

          Q.  How long was this one taken after you got
home from the jail?

          A.  That day.

          Q.  When you got home?

          A.  The day I got home.

          Q.  Had Patsy picked you up from the jail?

          A.  Yeah.

          Q.  And picked up some cameras --

          A.  Took -- went straight home and took
pictures.

          Q.  Okay.  She also took this picture of you?

          A.  Yeah.

          Q.  This shows the bruise on your arm here?

          A.  Yes.

          Q.  Under your armpit from another angle?

          A.  Yes.  My whole hand --

          Q.  Tell me what these -- where did y'all take
these pictures here?  Have you ever seen these
photographs here?

          A.  When I got out of jail.

          Q.  You took these after you got out of jail.
Explain to the Board what those pictures show.

          A.  Them she had of the trees.  This is my

1  driveway.  That's the stuff that he sprayed on me.

2        Q.  What kind of driveway do you have?

3        A.  The kind with dirt.  Dirt and a little

4  gravel.  It ain't real fancy.  That's a picture of them

5  two fingers.

6        Q.  Okay.  Tell me what this is here in the

7  circle?

8        A.  I backed up, and them two picture here, I

9  backed on up trying to get picture of my trailer.

10        Q.  Did you take these pictures or did Patsy

11  take these?

12        A.  Right there is the bottom of my trailer.

13  That's how far away from my trailer he parked the car,

14  and that's where he sprayed me and throwed me in the

15  back seat.

16        Q.  What circle --

17        A.  That right here, see that red?

18        Q.  What does that red indicate?

19        A.  That's where he sprayed me.

20        Q.  That's why you took these pictures of the

21  red stuff on the ground.

22        A.  I thought it was pepper spray.

23        Q.  Whatever it was he was spraying you with?

24        A.  Yes, he blinded me.  He was keeping me

25  blind.

1          MR. PIAZZA:  I would like the Board to see

2     these.

3          THE COURT:  Are they marked?

4          MR. PIAZZA:  They are marked.  They are

5     marked number 1 through 8.

6          MR. WILLFORD:  No objection.

7          MR. PIAZZA:  1 through 10 actually.

8          THE COURT:  Are you offering them?

9          MR. PIAZZA:  Yes.

10         THE COURT:  Okay.

11         MR. PIAZZA:  Well, actually I'll have Patsy

12    identify them because she took them.

13         THE COURT:  Okay.

14         MR. PIAZZA:  Unless he wants to waive his

15    objection.

16         MR. WILLFORD:  I'm sorry.  I didn't hear.

17         MR. PIAZZA:  Patsy took these photographs.

18    Do you want to waive your objection?

19         MR. WILLFORD:  Not for the purposes of this

20    hearing, no.

21         Q.  Now, after you got to the jail, did they --

22    did anyone tell you what you were being charged with?

23         A.  No, not in the jail.

24         Q.  Did anybody read your rights to you, your

25    Miranda Rights to you?

A. No.

Q. Were you -- did they remove the handcuffs?

A. After about five gallons of water and pushing me in the floor, pushed me to the cement floor five times, they removed the handcuffs.

Q. They put you in the drunk tank?

A. They throwed me.

Q. Did they take fingerprints?

A. Yes, took the fingerprints.

Q. Did they take a mug shot?

A. Yes.

Q. They did?

A. (Witness nods head.)

Q. They took a mug shot and fingerprints. Did you have any clothes on?

A. No.

Q. When did they remove your clothes?

A. They took my clothes off of me just as soon as I got in there, frisked me down.

Q. Who all was at the jail that you can recall?

A. I don't work down there. I don't know.

Q. Would you recognize them if you saw them?

A. Every time I got to where I could really see again, they would hit me with some more of that spray.

Q. All right. Would you recognize the people

1    who worked at the jail if you saw them tonight?

2           A.   I tried to find out who was -- the only way

3    I could find out who that -- there was one jailer on

4    post when Derane took me in there, one jailer on, and

5    they could find out somehow or another who was the

6    jailer on when he took me to jail because I couldn't

7    see.

8           Q.   So you really don't know?

9           A.   I couldn't see.  Every time I got to where I

10   could see, he kept me blinded with that spray.

11          Q.   Okay.  After you got in the jail and they

12   removed all your clothing, they put you in the drunk

13   tank?

14          A.   Yes.

15          Q.   How long did you stay there?

16          A.   They had about, I would say about 30 minutes

17   of throwing cold water on me, pushing me down and

18   pushing me down and pushing me down and pushing me down

19   and pushing me down, five times.  And I was --

20          Q.   While you were in the drunk tank?

21          A.   Yes.

22          Q.   Who was doing that?

23          A.   They was just laughing.  They thought it was

24   all funny.

25          Q.   Who was doing that?

1      A. Derane and that jailer. The jailer was

2 getting water.

3      Q. Did you still have your handcuffs on or

4 were they off?

5      A. Still had them on.

6      Q. Handcuffs were still on?

7      A. I decided I wouldn't get back up out of the

8 floor no more. It didn't do me no good.

9      Q. What time did you get to the jail? What

10 time did you get to the jail, do you remember, do you

11 have any idea, do you have any judgment whatsoever?

12      A. What time? I guess somewhere around 3:00 or

13 after 2:00 o'clock.

14      Q. What do you base that on?

15      A. Just the time it takes me to get to Jasper.

16      Q. You testified earlier that you left -- that

17 you got up at 2:30 and it was about 30 minutes between

18 the time you got up and the time you left. Did it take

19 that long for all this to happen at your house?

20      A. It took him around 3:00 o'clock to get me to

21 Jasper, and they keyed up and wanted to know if

22 everything was 10-4, what was taking him so long to

23 bring me.

24      Q. So it took him 30 minutes to get from your

25 house to the jail?

1      A.   Yes.   That's including that pit stop.   There
2  wasn't no traffic jam that night.
3      Q.   Now, how long did you stay in the drunk
4  tank?
5      A.   About seven, maybe eight hours.
6      Q.   How many hours?
7      A.   Around seven to eight hours.
8      Q.   Seven to eight hours.   What time did you get
9  out of the drunk tank?
10     A.   Devito come on shift.   He had to go around
11 and look around.   I was balled up in the floor, and he
12 opened the door to check on me.   And he said, "Are you
13 all right?"   I was balled up in a ball to keep from
14 trying to freeze to death.
15     Q.   What time was this?
16     A.   Whenever he comes on.
17     Q.   8:00 o'clock?
18     A.   8:00 o'clock or 9:00 o'clock.
19     Q.   Did you see anyone before Lonny Devito came
20 on shift?
21     A.   No.
22     Q.   You know him, right?
23     A.   Yeah, and he opened the door.
24     Q.   Did you see anyone before he came --
25     A.   He said, "Boy, you look bad," and went and

```
 1    got the nurse, and the nurse brought me outside naked.
 2            Q.   He told you you looked bad?
 3            A.   I was naked and I was doing my best to cover
 4    my privates up, because I'm standing here in front of a
 5    strange lady I don't know.  The nurse --
 6            Q.   Okay.
 7            A.   -- checked me out and then give me a
 8    mattress --
 9            Q.   Who was the nurse?
10            A.   I can't remember her name.
11            Q.   Was her name Gold?
12            A.   Suppose to have it wrote down somewhere.
13            Q.   Is that her name, Gold?
14            A.   I'm sure some of them know the nurse's name.
15            Q.   When Officer Devito found you, it was about
16    8:00 o'clock, he went and got the nurse.  Was she
17    already on duty or do you know?
18            A.   I guess she whenever she --
19            Q.   Do you know what time she got on duty?
20            A.   I know he opened the door and checked on me.
21    He said, "You look rough."  And he said, "What you in
22    here for?"  I said, "I don't know."  I said I need to go
23    see -- I need to go to the emergency room.  And he said,
24    "I'll go get the nurse."  And he come back and got the
25    nurse and moved me out of that cold -- it was about 45
```

1  degrees in them rooms. Then he moved me into another

2  room with -- at least it had a commode and something to

3  drink out of, and he give me a mattress and a blanket.

4          Q.  All right.

5          A.  And he still didn't know what I was in there

6  for.

7          Q.  When did you -- when did you finally get

8  your jail uniform, orange uniform?

9          A.  When Lonny come on shift on -- that morning

10  on the 16th.

11          Q.  Were you allowed to take a shower or were

12  you allowed to do anything like that?

13          A.  I had done had my shower, believe me.  Five

14  buckets of that cold water, I had my shower.

15          Q.  Okay.

16          A.  I didn't like it.

17          Q.  And when -- what did the nurse do when you

18  saw her?

19          A.  Well, she got me out of there.  She said I

20  looked pitiful, and she got me to another room.  She

21  said, "You need to see the doctor."  I said, "No, I need

22  to go to the emergency room."  I was denied going to the

23  emergency room.  The nurse finally come get me up to see

24  the doctor and put me right back in the room.

25          Q.  How long did you -- when you say put you

1  right back in the room, are you talking about the drunk
2  tank or another --

3         A.  No, the cold cell, the one with the commode
4  and drinking thing.

5         Q.  How long did you stay in your cell?

6         A.  I stayed in there -- I made one phone call
7  to Jan Guthrie and she relayed the message to Patsy.

8         Q.  Who is Dan Guthrie?

9         A.  A friend of mine.

10         Q.  You made a phone call to him.  Who told you
11  you could make a phone call?

12         A.  They let me make one phone call.

13         Q.  Who told you you could do that?

14         A.  He's pretty old.  He ought to be getting
15  time for retirement.  He's a jailer, and it wasn't Lonny
16  but it's that old one.  He was pretty old jailer.

17         Q.  An old jailer?

18         A.  He was pretty old jailer, but it wasn't
19  Lonny.  He let me make a phone call.

20         Q.  After you made the phone call, what happened
21  next?  Let me ask you this:  Up to that point in time
22  were you fighting with any of them or being
23  argumentative or giving them -- or being a problem
24  prisoner of any way, shape, or form?

25         A.  I knowed better.  I didn't need another knot

1  on my head or on my knee or busted elbow or busted

2  stuff.  He had intentions of hurting me, and I know that

3  for a fact.

4      Q.  Okay.  Tell me what -- tell the personnel

5  Board what happened next.

6      A.  You mean after I got out and made the phone

7  call?

8      Q.  Yeah.  Once she put you back into the cell,

9  what happened next to you?

10     A.  Well, later on?

11     Q.  How long did you stay in the cell?

12     A.  It's hard to see a clock in there and I

13 didn't have a watch.

14     Q.  Your best judgment.

15     A.  Six, seven, eight.  I know I was in there

16 about six.

17     Q.  Did you have breakfast that morning?

18     A.  Six to ten hours.

19     Q.  Did they serve you breakfast that morning?

20     A.  See, John Mark was off on that Monday and it

21 was the 17th before he came back to work, and Derane had

22 to give that to John Mark to file a charge on me.

23     Q.  Once you got back in the cell, did they ever

24 serve you breakfast after you got your uniform on?

25     A.  I went and -- they didn't have no meal for

1    me.  I couldn't hardly eat that stuff anyhow.

2          Q.  What time did they try to serve you a meal?

3          A.  They brought meals around.  They could do

4    better with their food there is all I can say.

5          Q.  Do you know what time it was?

6          A.  Stuff taste awful, ain't got no taste to it.

7          Q.  How many meals did they attempt to serve you

8    while you were there in the jail?

9          A.  About every time everybody got through,

10   wouldn't eat much, or I couldn't.  Nobody goes there for

11   -- nobody goes down there for food.

12         Q.  So you stayed in jail for at least another

13   eight or ten hours?

14         A.  Well, it was about 1:30 or 2:00 o'clock.

15   Patsy was -- Gene left me from having checked out before

16   they let me out.

17         Q.  Who picked you up from jail?

18         A.  My wife.

19         Q.  Patsy, and what time was that, do you

20   recall?

21         A.  Well, she waited up to see John Mark.  I

22   believe she said it was about 1:30 or 2:00 o'clock.

23         Q.  1:30 or 2:00 o'clock.  But you don't have

24   any -- you don't have any recollection yourself of the

25   exact time, you didn't have a watch.  Did you have a

1  clock in your cell?

2          A.  You don't have nothing in those cells.

3          Q.  Let me ask you this:  Did you receive any

4  treatment whatsoever once you got to the jail house for

5  your busted middle finger?  You didn't receive any

6  treatment from the nurse?

7          A.  No.

8          Q.  But she knew about it at 8:00 o'clock that

9  morning?

10         A.  I told her I had a heart problem and I had

11 heart medications.

12         Q.  Did they give you an opportunity to get your

13 medication there?

14         A.  Somehow I managed -- Gene managed to get it

15 through.

16         Q.  Your brother Gene?

17         A.  Gene managed to be able to get my medicine I

18 need, heart medicine and stuff that I've got to have.

19 It's like I got to go get that everyday or I'm going to

20 die.  I've done had one heart attack.

21         Q.  Gene brought it to you?

22         A.  My medicine to me, my main --

23         Q.  Did you get to see Gene?

24         A.  No, he was --

25         Q.  Did you get to see Patsy while you were in

1  jail?

2          A.  No.  They wouldn't let them visit.

3          Q.  They just released you and you didn't

4  receive any treatment?

5          A.  (Witness shakes head.)

6          Q.  They did take a photograph of you though,

7  right?

8          A.  No.

9          Q.  They didn't take a mug shot?

10         A.  They took a mug shot of my head, I think.

11  It was one way or another, and I had to go --

12         Q.  They took a mug shot, and you didn't receive

13  any treatment for your busted hand?

14         A.  No.  They take --

15         Q.  Just answer my question.

16         A.  I didn't receive no treatment at all.

17         Q.  No treatment.  They didn't dress it with

18  anything?

19         A.  No.

20         Q.  What happened to your ace bandage that you

21  had?

22         A.  They took it off.

23         Q.  They took it off?

24         A.  You can't have nothing in jail unless they

25  give it to you.

```
1        Q.   So they took your ace bandage off?

2        A.   Most time you stay 24 hours in a place naked

3   and then you --

4        Q.   Taz, answer my questions, please.

5        A.   All right.

6        Q.   Did they give you your ace bandage back on

7   your release?

8        A.   Yes, in a sack.

9        Q.   In a sack.  They gave you your clothes back,

10  your pants, and was it a shirt?

11       A.   They give me my shirt and my britches back,

12  and they had that thing took off, my splint for my

13  thumb, in a sack, and I took it straight over to the

14  emergency room when I left.

15       Q.   All right.  We'll get there.  Once you left

16  the jail, Patsy picked you up and took you to the

17  emergency room, Walker Regional?

18       A.   Yes.

19       Q.   How long did you stay there?

20       A.   About three hours.

21       Q.   They took some x-rays?

22       A.   (Witness nods head.)

23       Q.   They took x-rays at Walker Regional; is that

24  correct?

25       A.   Correct.
```

Q. They treated you with -- did they put you in a cast or a splint or what?

A. They reput the same one that I had put on at Winfield, on the thumb and wrapped it up, because he said he couldn't fix it.

Q. Wait. Let me find the photograph. Is that the bandage they put on that had the nurse --

A. I take that when I got back home.

Q. Is the bandage they put on at the emergency room?

A. They put it on.

Q. All right. Now, after you and Patsy left the emergency room, where did y'all go?

A. I went to Wal-Mart and bought two disposable cameras.

Q. Where did you go after that?

A. I went home.

Q. You went directly home?

A. Directly home.

Q. You didn't stop off at your brother's house?

A. No. I went straight home.

Q. Okay. How long did you stay at home?

A. I pretty well needed some rest. I reckon I remember -- I stayed up until we got pictures took and then I had to go to bed. I didn't get no sleep down

1   there.

2          Q.   When did you see your brother next, Gene?

3          A.   The next day.

4          Q.   The next day?

5          A.   After I got out of the hospital and I got

6   some rest.

7          Q.   Wait a minute.  You went back to the

8   hospital?

9          A.   After I got out of the hospital, I went

10  home.

11         Q.   Right.

12         A.   And at home I went to sleep again, or tried

13  to go back to sleep.

14         Q.   All right.

15         A.   And got some sleep that night.  The next day

16  I went to see my brother.

17         Q.   But you said -- did you go back to -- you

18  didn't go back to the hospital before you went to see

19  your brother that day?

20         A.   Nuh-uh.  My finger was killing me so bad,

21  the next day I had to go back to the hospital.

22         Q.   That's what I'm trying to get at, Taz.  You

23  had to go back to the hospital the next day?

24         A.   Yes.

25         Q.   Where did you go?

```
 1           A.   He said to put a thing on there on my -- he
 2     said he tried to set it and it got to hurting so bad.
 3           Q.   Where did you go?
 4           A.   I went back over here.
 5           Q.   Walker Regional?
 6           A.   They bandaged it again.  He said the only
 7     way he could fix it, it would be like this right here
 8     (indicating).
 9           Q.   What doctor told you that?
10           A.   Ostrowski.
11           Q.   I'm not talking about Ostrowski.  You're
12     getting ahead of me now.
13           A.   I'm talking about --
14           Q.   I'm talking about Walker Regional.
15           A.   Dr. Shipman.
16           Q.   Could they do anything for you there, Dr.
17     Shipman?
18           A.   He couldn't fix it.
19           Q.   He couldn't fix it.  Did he refer you to
20     anybody?
21           A.   Princeton.
22           Q.   He referred you to Princeton?
23           A.   Right.
24           Q.   All right.  Is this -- did they take x-rays
25     at Princeton?
```

```
 1            A.   That's correct.

 2            Q.   And when did you go to Princeton?

 3            A.   They had to make me a scheduled appointment

 4      to go over there.

 5            Q.   How long was it?

 6            A.   A couple of days later.  I can't hardly

 7      remember.

 8            Q.   Was it February 27?

 9            A.   There was so much pain I couldn't hardly

10      remember stuff.

11            Q.   Is that the x-ray that was taken at

12      Princeton?  Are you familiar with these x-rays here?

13            A.   Princeton.  Is the date the 25th, that would

14      be about right.

15            Q.   Did you and Patsy pick these x-rays up from

16      Princeton and Walker Regional?

17            A.   Yes.

18            Q.   I'm going to let you look at this x-ray

19      here.  Where was that x-ray taken?  Can you read the

20      date on that, Taz?

21            A.   6/25.

22            Q.   Right up here (indicating).

23            A.   The 2nd and the 15th.

24            Q.   The 2nd and the 15th.  Now, that's the day

25      that you said you went to the emergency room the first
```

1    time?

2           A.   Yes.   The 15th.

3           Q.   Where did you go?

4           A.   This one that -- I went the 2nd and the

5    15th.

6           Q.   Where did you go?

7           A.   Winfield emergency room.

8           Q.   Winfield emergency room.   You didn't go to

9    Walker Regional?

10          A.   Not on that one.

11          Q.   But it's your testimony that you went to

12   Winfield emergency room?

13          A.   Yes.   It used to be Carraway and then they

14   changed it to something else.

15               MR. WILLFORD:   Charlie, I'm going to object

16       to this one.   There's no identifying mark on it in

17       terms of where it was taken.   We have no medical

18       testimony here.   We have Mr. Burch testifying that

19       he had x-rays taken.

20               THE WITNESS:   Right.

21               MR. PIAZZA:   He's going to testify he picked

22       it up there.

23               THE WITNESS:   I went and got it.

24               THE COURT:   This is a little bit out of the

25       scope of admission of the medical records.   If he

```
 1        objects and there's not any identifying marks on

 2        here -- and you got them from different places?

 3               MR. PIAZZA:  There's three sets of records

 4        here.

 5               MR. WILLFORD:  The ones where the hospital

 6        is marked, I don't object to.  That one I do

 7        (indicating).

 8               THE WITNESS:  It shows plainly nothing wrong

 9        with this finger right here.

10               MR. PIAZZA:  Hold on, Mr. Burch.

11               He can testify as to where he picked it up

12        and as to where it was taken, and for purposes of

13        this hearing, from what I understand, this is

14        pretty much an administrative type hearing.

15               THE COURT:   It's got an identifying mark on

16        it showing Tommy Barron 6/10 -- 6/15/04 -- or

17        2/15/04.

18               Mr. Burch, be quiet until somebody asks you

19        a question, okay.

20               MR. WILLFORD:  The objection is that there

21        -- I understand it has his name and it has the date

22        on there, but it does not have the facility where

23        it was taken.  I mean, no doctor, nothing

24        indicating where it was taken.

25
```

THE WITNESS:  It was the emergency room --

MR. PIAZZA:  Mr. Burch, be quiet, please.

THE COURT:  Are you going to agree that those can be reviewed by the Board?

MR. WILLFORD:  Yeah.  I don't have a problem with that because, again, they do have the hospital that's indicated on there from what I saw -- or what I've seen.

THE COURT:  I don't see where this is going to be prejudicial.  If he identifies it as part of the x-rays he picked up and says where he got it from, I'm going to let the Board look at it.

Q.  Where did you pick this x-ray up?

A.  Carraway emergency room in Winfield, Alabama.  And me and Patsy, my wife, went to get it.

Q.  And other than --

MR. PIAZZA:  I don't know how to mark these, but I guess they're so identifiable.  They're all marked differently.  Is that acceptable to the Board?

THE COURT:  The only thing the record is going to show is that the Board looked at these, and I don't think they would want to keep them as a part of the report.

MR. PIAZZA:  I understand that.

THE COURT: So however they are marked will probably be sufficient as marked already.

Q. Now, this was -- this x-ray was taken before you were arrested, is that correct, and it shows your right hand --

A. Around 3:00 o'clock on the 15th of Sunday --

Q. But it's got Tommy Barron on here.

A. That's right.

Q. Is that your identification?

A. I changed my name on the 10th -- 2nd and 10th of '04 to Taz Burch, but I haven't had time to get all my paperwork and everything changed over and all that.

Q. All that was done on the 10th of February?

A. Medicaid card is still in my name and insurance stuff. I haven't had time to change it all yet, but I've got it changed now.

Q. Now, these x-rays were taken at Baptist Medical Center Princeton, I believe. I want you to look at that one and read the identifying marks up there (indicating).

A. Correct.

Q. Did you also pick these x-rays up, you and your wife?

A. That's correct. They said they wouldn't

1    mail them, we had to come and get them.

2              Q.   Okay.   And was this from -- resulted from

3    the referral that Walker Regional and Dr. Shipman gave

4    you?

5              A.   Dr. Shipman.

6              Q.   Does this show your right hand, both views

7    of your right hand; is that correct?

8              A.   Right.

9              THE COURT:   What date is on those?

10             MR. PIAZZA:   February 27.

11             MR. WILLFORD:   I have no objection to

12   those.

13             Q.   Now, these x-rays are marked Walker Regional

14   but they're dated February 23.   Why is that?

15             A.   Dated the 23rd.   Whoever the X-ray

16   technician is or whoever is operating that emergency

17   room over there --

18             Q.   You didn't go --

19             A.   I got out of jail and went straight over

20   there, and that's on the 17th.

21             Q.   All right.

22             A.   They made an error on the date, but I had to

23   go back over there again, and I don't know how they --

24   I'm over there on the 17th.

25             Q.   All right.

1        A.  As soon as I got out of jail is the day to

2  the emergency I went.

3        THE COURT:  Wait until he asks you another

4  question.

5        Q.  Okay, Taz.  You also picked up some medical

6  records?

7        A.  Yes, sir.

8        Q.  From that date?

9        A.  On that paper.

10        Q.  That would have been the 17th; is that

11  correct?

12        A.  That's correct.

13        Q.  I'm going to show you these -- are these the

14  records that you and Patsy picked up?

15        A.  The 2nd and 17th right there.  I can't see.

16        Q.  I've got two sets of records here.

17        A.  That is dated the 17th, and it shows my

18  fingers right there where I got my finger marked.

19        Q.  How many times did you go back to Walker

20  Regional?

21        A.  I went on the 17th, and the next day I went

22  back down there again because my finger ain't got no

23  better, so he sent me to Princeton, and Princeton sent

24  me to Brookwood.

25        Q.  So you went twice; is that correct?

1    A. Yes. He gave me a pain shot.

2    Q. Were there several days in between your

3 trips?

4    A. Yes. You just can't walk in over at

5 Princeton and get an x-ray. You've got to call ahead

6 and get an appointment over there to get x-rays, and

7 then you have to call ahead over at Brookwood to get to

8 see the doctor over there, because they've got

9 appointments.

10    John Mark, I'm sorry all this happened. I

11 just want to let you know. It has nothing to do with

12 you.

13    MR. PIAZZA: If there is no objection, I'm

14  going to show these to the panel.

15    MR. WILLFORD: I have no objection to those.

16    THE COURT: Okay.

17    Q. Now, it's your testimony, Taz, that your mid

18 finger -- your mid finger on your right hand was injured

19 as a direct result of the actions of Mr. Derane Ingle?

20    A. Correct.

21    Q. Is that correct?

22    A. That's correct.

23    Q. And when you went to see Dr. Ostrowski, he

24 told you that it needed to be amputated.

25    A. He said it would cost me up to nearly a