FILED

2008 Jul-28  PM 05:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit G
# Deposition of Taz Burch

**1**

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHER DISTRICT OF ALABAMA

3    SOUTHERN DIVISION

4

5    CASE NUMBER: 2:06-CV-0331-KOB

6    TOMMY BARRON; et al.,

7        Plaintiffs,

8        vs.

9    DERANE INGLE; et al.,

10       Defendants.

11

12       S T I P U L A T I O N

13       IT IS STIPULATED AND AGREED by

14   and between the parties through their

15   respective counsel that the deposition of

16   TAZ DAYS BURCH may be taken before Tanya D.

17   Cornelius, Certified Shorthand Reporter and

18   Notary Public, at Freedom Court Reporting,

19   367 Valley Avenue, Birmingham, Alabama

20   35209, on the 10th day of July, 2008.

21       IT IS FURTHER STIPULATED AND

22   AGREED that the signature to and the

23   reading of the deposition by the witness is

**2**

1    waived, the deposition to have the same

2    force and effect as if full compliance had

3    been had with all laws and rules of Court

4    relating to the taking of depositions.

5        IT IS FURTHER STIPULATED AND

6    AGREED that it shall not be necessary for

7    any objections to be made by counsel to any

8    questions, except as to form or leading

9    questions, and that counsel for the parties

10   may make objections and assign grounds at

11   the time of the trial, or at the time said

12   deposition is offered in evidence, or prior

13   thereto.

14       IT IS FURTHER STIPULATED AND

15   AGREED that notice of filing of the

16   deposition by the Commissioner is waived.

17

18

19

20

21

22

23

**3**

1            I N D E X

2    EXAMINATION BY:          PAGE NUMBER:

3    Mr. Willford        6

4    Mr. Piazza          49

5    Mr. Willford        59

6    Mr. Piazza          69

7

8        E X H I B I T S

9    DEFENDANT'S EXHIBITS:     PAGE NUMBER:

10   1 - 10-26-04 Transcript

11       Before Civil Service

12       Board of Walker County    29

13

14   PLAINTIFF'S EXHIBITS:

15   37 - Warrant          49

16   38 - Complaint for Criminal

17       Trespass          49

18   73 - Order            52

19

20

21

22

23

**4**

1        A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4    PIAZZA LAW OFFICE, PC

5    BY Mr. Anthony J. Piazza

6    1030 16th Avenue South

7    Birmingham, Alabama 35205

8

9    FOR THE DEFENDANT:

10   WEBB & ELEY, PC

11   BY Mr. Gary L. Willford, Jr.

12   7475 Halcyon Pointe Drive

13   Montgomery, Alabama 36117

14

15   ALSO PRESENT:

16   Ms. Patricia Wilkerson

17

18

19

20

21

22

23

1 (Pages 1 to 4)

**5**

1        I, Tanya D. Cornelius,

2   Certified Shorthand Reporter and Notary

3   Public, acting as Commissioner, certify

4   that on this date, as provided by the

5   Federal Rules of Civil Procedure, and the

6   foregoing stipulation of counsel, there

7   came before me at Freedom Court Reporting,

8   367 Valley Avenue, Birmingham, Alabama

9   35209, beginning at 9:00 a.m., TAZ DAYS

10   BURCH, witness in the above cause, for oral

11   examination, whereupon the following

12   proceedings were had:

13

14

15       TAZ DAYS BURCH,

16     being first duly sworn, was

17    examined and testified as follows:

18

19     COURT REPORTER: Will this be

10:15:21 20  usual stipulations?

10:15:21 21     MR. WILLFORD: Yes, ma'am.

10:15:23 22     MR. PIAZZA: Yes.

10:15:23 23

**6**

10:15:23 1      EXAMINATION

10:15:24 2  BY MR. WILLFORD:

10:15:24 3    Q. Would you please state your name

10:15:25 4  for the record, sir?

10:15:26 5    A. Taz Days Burch.

10:15:29 6    Q. Where do you live, Mr. Burch?

10:15:31 7    A. 2651 Leonards Chappel Road.

10:15:34 8    Q. You're the plaintiff in this

10:15:36 9  case?

10:15:36 10    A. 35549, zip code.

10:15:38 11    Q. Are you the plaintiff in this

10:15:40 12  case?

10:15:40 13    A. Yes, sir.

10:15:40 14    Q. Have you ever given a deposition

10:15:41 15  before?

10:15:42 16    A. Yes, sir.

10:15:42 17    Q. You have? When have you given a

10:15:44 18  deposition previously?

10:15:46 19    A. At Walker County Courthouse.

10:15:49 20    Q. Are you talking about the board

10:15:51 21  hearing that we went through on this

10:15:55 22  particular case?

10:15:56 23    A. Civil Service Board.

**7**

10:15:57 1    Q. Okay. Have you ever given one

10:15:58 2  in a situation kind of like we're in here

10:16:01 3  today where you were in the room with a

10:16:03 4  court reporter and maybe another attorney

10:16:05 5  or a couple of attorneys asking you

10:16:08 6  questions?

10:16:08 7    A. No, sir, this all right here is

10:16:10 8  brand new.

10:16:10 9    Q. Okay. That's what I was kind of

10:16:11 10  trying to get at. This is going to be

10:16:13 11  pretty short today because, like you said,

10:16:14 12  you've already given testimony in this case

10:16:16 13  before, and we're pretty much going to

10:16:18 14  accept that. We're going to talk about

10:16:20 15  that a little bit and talk about a couple

10:16:22 16  of other small things, but before we get

10:16:24 17  into all that I just want to cover a couple

10:16:26 18  of ground rules with you as we go through

10:16:28 19  today.

10:16:29 20     What I need to do is, because

10:16:30 21  this court reporter here is taking down

10:16:32 22  word for word everything that we're saying,

10:16:35 23  I need to get you to give me verbal

**8**

10:16:37 1  responses to my questions, okay?

10:16:41 2    A. Yes.

10:16:41 3    Q. You're sitting there kind of

10:16:43 4  nodding your head right now like we do in

10:16:45 5  normal conversation. She can't get that

10:16:47 6  down.

10:16:47 7    A. Okay.

10:16:48 8    Q. Just like you're doing right

10:16:49 9  now, if I ask you a question, "okay,"

10:16:50 10  "yes," "no," whatever the answer might be,

10:16:52 11  all right?

10:16:52 12    A. All right.

10:16:53 13    Q. The other thing that we need to

10:16:54 14  try to do is not talk over top of one

10:16:57 15  another. That's another thing that's

10:16:59 16  difficult for her to get down. So if you

10:17:01 17  would just wait for me to finish my

10:17:03 18  question and then answer, it makes it

10:17:07 19  better on the record and makes it easier on

10:17:09 20  our court reporter here, okay?

10:17:10 21    A. Understood.

10:17:11 22    Q. If at any time, and I do have a

10:17:13 23  tendency to ramble sometimes, if I ask a

2 (Pages 5 to 8)

**9**

10:17:16 1 bad question that you don't understand,
10:17:18 2 feel free to stop me and say, "I don't
10:17:19 3 understand the question," and ask me to
10:17:21 4 rephrase it and I'll be happy to do that
10:17:24 5 for you. Is that fair?
10:17:24 6    A. All right.
10:17:25 7    Q. It's not an interrogation. If
10:17:27 8 you need to take a break at any time, need
10:17:29 9 to talk to your attorney, who is here with
10:17:31 10 us, let me know and we can stop and do
10:17:34 11 that. I do think we're going to be out of
10:17:36 12 here pretty quickly, though, so hopefully
10:17:38 13 that won't be necessary, but if you feel
10:17:41 14 the need to do that, that's fine. Okay?
10:17:46 15    A. Yes.
10:17:47 16    Q. All right. Did you review any
10:17:47 17 documents in preparing for your deposition
10:17:47 18 today?
10:17:47 19    A. Yes, sir.
10:17:47 20    Q. What did you review?
10:17:48 21    A. I reviewed the transcript.
10:17:52 22    Q. Okay. Anything else besides the
10:17:54 23 transcript?

**10**

10:17:58 1    A. Yeah, a couple of few pages in
10:18:04 2 the front separate from it, about six
10:18:07 3 pages.
10:18:08 4    Q. What were those pages?
10:18:11 5    A. Them pages there, I don't know
10:18:13 6 what you would call them.
10:18:16 7    Q. Do you have them with you here
10:18:17 8 today?
10:18:18 9    A. They are in there.
10:18:19 10    MR. PIAZZA: He's talking about
10:18:21 11 these exhibits I'm going to show him.
10:18:23 12    MR. WILLFORD: Can I take a look
10:18:24 13 at those real quick?
10:18:25 14    MR. PIAZZA: Yeah.
10:18:46 15    Q. Anything else besides the
10:18:48 16 transcripts and those documents that your
10:18:50 17 attorney has just handed me that you looked
10:18:53 18 at?
10:18:53 19    A. No.
10:18:54 20    Q. Okay. Are you working
10:18:58 21 currently, Mr. Burch?
10:18:58 22    A. No, sir.
10:19:00 23    Q. Have you ever worked?

**11**

10:19:02 1    A. Yes, sir.
10:19:02 2    Q. When was the last time you
10:19:04 3 worked?
10:19:06 4    A. June 11th, 1991.
10:19:12 5    Q. Are you disabled?
10:19:14 6    A. Yes, sir.
10:19:15 7    Q. And why are you disabled? What
10:19:17 8 caused you to be disabled?
10:19:19 9    A. Two major back surgeries, a
10:19:35 10 heart attack and this here (indicating).
10:19:35 11    Q. You're showing us your right
10:19:35 12 arm?
10:19:39 13    A. It liked to have got cut off.
10:19:41 14    Q. And all of that happened prior
10:19:43 15 to 1991?
10:19:43 16    A. (Witness nods head.)
10:19:44 17    Q. Is that a yes?
10:19:45 18    A. That's a yes.
10:19:49 19    Q. Before you had all these medical
10:19:51 20 problems, what kind of work did you do?
10:19:54 21    A. Worked in mobile home plants,
10:19:57 22 trailer plants.
10:20:03 23    Q. All right. One of the things we

**12**

10:20:10 1 were talking about before we got started
10:20:12 2 here today, and your attorney and I talked
10:20:13 3 about a little bit, was a list of your
10:20:16 4 relatives who live in the jurisdiction of
10:20:19 5 the northern district of Alabama. Were you
10:20:22 6 able to prepare that list for me?
10:20:24 7    A. No.
10:20:25 8    Q. Okay. Let me ask you just some
10:20:29 9 questions, then, about that. What I'm
10:20:32 10 looking for are any relatives that you have
10:20:34 11 of voting age. I'm not talking about
10:20:37 12 children, but people who can vote that live
10:20:40 13 in the northern district of Alabama, and
10:20:42 14 those are counties like Walker and
10:20:44 15 Jefferson, Shelby, basically every county
10:20:47 16 north of that in Alabama is in the northern
10:20:51 17 district.
10:20:51 18    A. In other words, you want me to
10:20:52 19 tell you who they are?
10:20:53 20    Q. Yes, sir, that's what I'm going
10:20:55 21 to be asking.
10:20:55 22    A. All right. I've got a sister
10:20:57 23 named Sherry Davis.

3 (Pages 9 to 12)

### 13

```
10:21:00  1        MR. PIAZZA: Give him a chance
10:21:01  2   to write it down.
10:21:02  3        Q.  All right.
10:21:04  4        A.  I've got another sister named
10:21:07  5   Nelda Nelson.
10:21:08  6        Q.  Nelda Nelson?
10:21:09  7        A.  Yes, sir.
10:21:12  8        Q.  Okay.
10:21:15  9        A.  I've got me, and then I've got
10:21:20 10   my brother, Allen Gene Barron, and another
10:21:29 11   brother.
10:21:29 12        Q.  What's the other brother's name?
10:21:31 13        A.  Gerald Burnell -- John Gerald
10:21:37 14   Burnell.
10:21:37 15        Q.  Is Burnell his middle name?
10:21:41 16        A.  Yeah.
10:21:41 17        Q.  His last name is Barron?
10:21:43 18        A.  Burnell.
10:21:44 19        Q.  His last name is Burnell?
10:21:55 20        A.  (Witness nods head.)
10:21:55 21        Q.  Okay.  Is Sherry Davis married?
10:21:55 22        A.  On Jerry, his former name was
10:21:58 23   Jerry Barron.
```

### 14

```
10:22:04  1        Q.  Are you talking about Gerald
10:22:04  2   Burnell?
10:22:06  3        MS. WILKERSON: He's in a
10:22:10  4   nursing home permanently disabled.  He's
10:22:13  5   not necessary.
10:22:14  6        Q.  He's not married?
10:22:16  7        MS. WILKERSON: No.
10:22:18  8        MR. WILLFORD: Let Mr. Burch
10:22:19  9   answer.  Your turn is coming.  I promise.
10:22:21 10        A.  He ain't able to do no jury at
10:22:24 11   all.
10:22:25 12        Q.  I understand.  Does Jerry have
10:22:27 13   any children?  Has he ever had any
10:22:30 14   children?
10:22:30 15        A.  (Witness nods head.)
10:22:31 16        Q.  Are any of those adult children
10:22:32 17   of voting age?
10:22:33 18        A.  (Witness nods head.)
10:22:33 19        Q.  What are their names?
10:22:33 20        MR. PIAZZA: You're going to
10:22:33 21   have to --
10:22:36 22        MS. WILKERSON: Not in Alabama.
10:22:37 23        MR. PIAZZA: Don't, Patsy.
```

### 15

```
10:22:39  1   You're going to have to open your mouth and
10:22:41  2   answer.  You can't shake your head, okay,
10:22:45  3   because she needs to hear your answer.  All
10:22:48  4   right?  Remember, provide an answer.
10:22:51  5        THE WITNESS: I've got you.
10:22:52  6        Q.  I let you get away with it, so
10:22:55  7   that's my fault.
10:22:56  8        MR. PIAZZA: I'm not going to
10:22:57  9   let him get away with it.
10:23:00 10        Q.  Okay.  So I think I understand
10:23:01 11   it.  Jerry has children, but they don't
10:23:03 12   live in Alabama; is that right?
10:23:04 13        A.  Correct.
10:23:04 14        Q.  Let's go back to Sherry Davis.
10:23:07 15   Is she married?
10:23:08 16        A.  Yes.
10:23:08 17        Q.  What is her husband's name?
10:23:09 18        A.  David Davis.
10:23:12 19        Q.  Now, do David and Sherry have
10:23:14 20   any adult children living in Alabama?
10:23:20 21        A.  Yes.
10:23:21 22        Q.  Okay.  And what are their names?
10:23:24 23        A.  Melinda and Timmy.
```

### 16

```
10:23:29  1        Q.  Tibby?
10:23:31  2        A.  Timmy Davis.
10:23:34  3        Q.  Are both of them Davises,
10:23:37  4   Melinda and Timmy?
10:23:39  5        A.  Yeah.
10:23:39  6        Q.  So Melinda is not married?
10:23:41  7        A.  Yes, sir.
10:23:42  8        Q.  She's not married?
10:23:43  9        A.  Yeah, she's married, Melinda is.
10:23:46 10        Q.  Melinda is married?  So she kept
10:23:47 11   her maiden name or she married a Davis?
10:23:51 12        A.  She kept her maiden name.  I
10:23:54 13   don't even know what the fellow's last name
10:23:56 14   is that she married, to tell you the truth.
10:23:58 15        Q.  Do you know what his first name
10:23:59 16   is, the fellow she married?
10:24:01 17        A.  No.
10:24:05 18        Q.  All right.  Nelda, is she
10:24:08 19   married?
10:24:09 20        A.  Yes, sir.
10:24:10 21        Q.  What's her husband's name?
10:24:12 22        A.  Nelson.
10:24:14 23        Q.  Nelson Nelson?  What's his first
```

4 (Pages 13 to 16)

**17**

10:24:19 1   name?

10:24:21 2      A. Rephrase that.

10:24:22 3      Q. Yes, sir. What is Nelda's

10:24:24 4   husband's first name?

10:24:25 5      A. Willie Nelson.

10:24:29 6      Q. Not the singer?

10:24:30 7      A. No. That's Derane's stepfather,

10:24:36 8   father-in-law.

10:24:40 9      Q. Oh, okay. So your sister is

10:24:42 10  married to Derane's father-in-law?

10:24:47 11     A. (Witness nods head.)

10:24:48 12     Q. You're nodding north and south.

10:24:50 13  Is that a yes?

10:24:50 14     A. Yeah, he's married to -- my

10:24:53 15  sister is married to Willie Nelson, which

10:24:58 16  Willie Nelson's brother is Sam Nelson.

10:25:01 17     Q. Okay. And Sam was the one that

10:25:03 18  you had problems with; is that right?

10:25:04 19     A. Sandra. And Sam, I didn't have

10:25:17 20  much trouble out of Sam, but it was Sandra.

10:25:17 21  Sandra.

10:25:17 22     Q. Okay. I got you. All right.

10:25:19 23  Willie and Nelda, do they have any adult

**18**

10:25:22 1   children living in Alabama?

10:25:23 2     A. Yes, sir.

10:25:24 3     Q. Okay. And what are their names?

10:25:35 4     A. Anthony and Melinda Nelson.

10:25:38 5     Q. Are either Anthony or Melinda

10:25:41 6  married?

10:25:42 7     A. Wait just a second here. Did I

10:25:45 8  get that wrong, Patty?

10:25:47 9     MS. WILKERSON: That's right,

10:25:49 10  Anthony and Melinda.

10:25:51 11     THE WITNESS: Okay.

10:25:52 12     Q. Are Anthony -- are they both

10:25:55 13  Nelsons?

10:25:58 14     MS. WILKERSON: Anthony is.

10:26:00 15  Melinda is something else, and I don't know

10:26:02 16  who.

10:26:02 17     Q. So Melinda is married?

10:26:03 18     A. I don't know her last name.

10:26:05 19     Q. You don't know her husband's

10:26:07 20  name?

10:26:07 21     A. No.

10:26:07 22     Q. Is Anthony married, Anthony

10:26:10 23  Nelson?

**19**

10:26:13 1     A. Huh-uh (negative response).

10:26:13 2     Q. Is that a no?

10:26:14 3     A. That's a no.

10:26:15 4     Q. Something else I should have

10:26:16 5  told you. Try not to do "huh-uh" and

10:26:19 6  "uh-huh." That's another one of those hard

10:26:21 7  things for her to get down. So if you

10:26:24 8  could just say yes or no, that would be

10:26:25 9  great.

10:26:25 10    A. Okay.

10:26:25 11    Q. All right. Allen Gene, I think

10:26:27 12  everybody calls him Gene, right?

10:26:29 13    A. Right.

10:26:29 14    Q. Is Gene married?

10:26:30 15    A. Nope.

10:26:31 16    Q. Has he ever been married?

10:26:32 17    A. Yes.

10:26:32 18    Q. What was his last wife's name?

10:26:43 19    A. Shadinger.

10:26:43 20    Q. Could you spell that?

10:26:43 21    A. Huh-uh (negative response).

10:26:45 22    Q. Shadinger?

10:26:46 23    A. Shadinger.

**20**

10:26:47 1    Q. Is that a last name or a first

10:26:50 2  name?

10:26:50 3    A. That's her last name.

10:26:51 4    Q. Shadinger. What was her first

10:26:53 5  name?

10:26:54 6    A. Darlene.

10:26:56 7    Q. Now, does Allen -- excuse me.

10:26:59 8  Does Gene have any children, adult

10:27:01 9  children?

10:27:02 10    A. Yes, sir.

10:27:02 11    Q. Okay. Do they live in the State

10:27:04 12  of Alabama?

10:27:04 13    A. One does.

10:27:05 14    Q. One does. The one that lives in

10:27:07 15  the State of Alabama, what is his or her

10:27:10 16  name?

10:27:12 17    A. Christy -- I mean Crystal.

10:27:17 18    Q. And what's Crystal's last name?

10:27:23 19    A. I don't know it.

10:27:25 20    Q. You don't know what Crystal's

10:27:26 21  last name is? I take it she's married?

10:27:29 22    A. Yeah.

10:27:29 23    Q. Do you know what her husband's

**21**

```
10:27:31  1   first name is?
10:27:36  2        A. I do, but I can't call it off
10:27:40  3   right now.
10:27:40  4        Q. Okay. All right. Those are
10:27:44  5   your brothers and sisters. Are your mother
10:27:46  6   and father still living?
10:27:47  7        A. No. They are both deceased.
10:27:48  8        Q. Do you have any living uncles or
10:27:51  9   aunts?
10:28:05 10        A. That's going to be a tough one
10:28:05 11   right there, because I ain't quite for
10:28:06 12   sure. Most of them has passed on.
10:28:09 13        Q. Okay. Well, if you think of
10:28:11 14   some, you'll tell me as we go along. Is
10:28:14 15   that fair?
10:28:15 16        A. Maybe Gene can answer that
10:28:16 17   question for you, because he's got a little
10:28:19 18   bit better memory than I do.
10:28:21 19        Q. Okay. Now, do you have any
10:28:33 20   children, adult children?
10:28:44 21        A. Yes, sir.
10:28:44 22        Q. And what are their names?
10:28:44 23        A. Jeremy and Mandy. Jeremy's last
```

**22**

```
10:28:47  1   name is still Barron, and Mandy just got
10:28:51  2   married to somebody. I don't know what his
10:28:53  3   last name is or first name.
10:28:55  4        Q. Okay. Is Jeremy married?
10:29:07  5        A. No.
10:29:07  6        Q. Who was Jeremy's mother?
10:29:12  7        A. Teresa Durlene Hallmark.
10:29:17  8        Q. Does she live in Alabama?
10:29:20  9        A. Yes, sir.
10:29:22 10        Q. And Mandy, is she also Teresa's
10:29:28 11   child. Did you say Teresa?
10:29:30 12        A. Teresa.
10:29:31 13        Q. Is she also Teresa's child?
10:29:34 14        A. Yes.
10:29:35 15        Q. How many times have you been
10:29:36 16   married?
10:29:38 17        A. Twice.
10:29:38 18        Q. Twice. So to Teresa and Patsy?
10:29:42 19        A. Yes, sir.
10:29:53 20        Q. Do you go to church, Mr. Barron?
10:29:53 21        A. Occasionally, yes, sir, I do.
10:29:54 22        Q. When you go to church, where do
10:29:57 23   you go?
```

**23**

```
10:29:57  1        A. Over by our house.
10:29:58  2        Q. What's the name of the church?
10:30:00  3        A. Prospect.
10:30:04  4        Q. Prospect? Is it Baptist,
10:30:07  5   Methodist?
10:30:08  6        A. It just says Prospect Church. I
10:30:15  7   believe that's all it says, Prospect
10:30:18  8   Church.
10:30:18  9        Q. And you say over by the house.
10:30:21 10   Where did you tell me you live again, what
10:30:23 11   city?
10:30:24 12        A. I live out of Carbon Hill. I
10:30:27 13   live in --
10:30:33 14        Q. So Prospect Church is in Carbon
10:30:36 15   Hill; is that correct?
10:30:36 16        A. No. It's in Prospect. That's
10:30:39 17   where I live, over in Prospect outside the
10:30:42 18   city limits of Carbon Hill, over at
10:30:44 19   Prospect.
10:30:45 20        Q. So the church is in Prospect,
10:30:47 21   Alabama; is that right?
10:30:48 22        A. Yes, sir. And another church I
10:30:50 23   go to on Sundays ever now and then is
```

**24**

```
10:30:56  1   Pocahontas.
10:31:00  2        Q. Where is that church located?
10:31:04  3        A. Somewhere between -- somewhere
10:31:13  4   between the Parade station and -- Parade
10:31:19  5   station on -- they don't call it 78 no
10:31:24  6   more, old 78.
10:31:25  7        Q. I'm just asking you the city
10:31:26  8   that it's in or the town.
10:31:27  9        A. It's outside the city limits of
10:31:29 10   Carbon Hill.
10:31:30 11        Q. Okay. Are you a member of any
10:31:42 12   social organizations like Kiwanis or Elks
10:31:49 13   Lodge or VFW or anything like that?
10:31:52 14        A. No. I attend -- when I can, I
10:31:59 15   try to, at least once a month, to go to AA
10:32:04 16   meetings.
10:32:04 17        Q. Okay. And where do you attend
10:32:14 18   those at?
10:32:14 19        A. Well, there's several different
10:32:15 20   places all over in Jasper.
10:32:17 21        Q. They are in Jasper?
10:32:18 22        A. Yeah. There's several different
10:32:20 23   places. There's one open every night.
```

6 (Pages 21 to 24)

Page 25

```
10:32:23  1        Q.   So are you telling me that you
10:32:25  2   meet with different groups, or is it the
10:32:29  3   same group every time?
10:32:30  4        A.   No, it's -- I actually have got
10:32:35  5   up to a certain point there to --
10:32:39  6        MR. PIAZZA:  Just answer his
10:32:40  7   question.  Do you meet at one group or
10:32:43  8   several groups?
10:32:44  9        A.   Several groups.
10:32:44 10        Q.   So several different groups?
10:32:46 11        A.   Yes, sir.
10:32:50 12        MR. WILLFORD:  Let's go off the
10:32:54 13   record for a second.
10:32:54 14
10:32:54 15        (Whereupon, a discussion off the
10:32:54 16         record was held.)
10:33:19 17
10:33:19 18        Q.   Okay.  Back on the record.  Now,
10:33:25 19   we were talking about earlier, Mr. Burch,
10:33:27 20   that you had testified before, before the
10:33:29 21   Walker County Personnel Board, correct?
10:33:31 22        A.   Correct.
10:33:32 23        Q.   You remember giving that
```

Page 26

```
10:33:33  1   testimony?
10:33:33  2        A.   Correct.
10:33:36  3        Q.   And do you remember at the time
10:33:38  4   that you gave that testimony that just like
10:33:40  5   you did here today, you raised your right
10:33:42  6   hand and swore to tell the truth?  Do you
10:33:44  7   remember that?
10:33:45  8        A.   That's right.
10:33:45  9        Q.   Okay.  And at the time you
10:33:47 10   testified before the Civil Service Board --
10:33:50 11   excuse me, the Personnel Board, that the
10:33:53 12   testimony that you gave was truthful; is
10:33:59 13   that correct?
10:33:59 14        A.   Yes.
10:34:00 15        Q.   And it was accurate to the best
10:34:02 16   of your ability at the time; is that
10:34:05 17   correct?
10:34:05 18        A.   No.  There's -- on the 911 tape
10:34:22 19   -- on the 911 tape, the call on 911 I made,
10:34:31 20   I heard it, but it said something about
10:34:37 21   telling them my wife broke my thumb, and my
10:34:41 22   wife didn't have nothing to do with
10:34:42 23   breaking my thumb.  We ain't never hit each
```

Page 27

```
10:34:45  1   other and we ain't planning on to.
10:34:47  2        Q.   Okay.  But you corrected that in
10:34:48  3   your testimony, didn't you?
10:34:49  4        A.   No, I didn't get to.
10:34:49  5        Q.   You didn't?
10:34:50  6        A.   I'm trying to correct it now.
10:34:52  7        Q.   Give me just a minute.
10:35:27  8        A.   And there's one more.
10:36:51  9        Q.   All right.  Let me just ask you.
10:36:54 10   We'll get into the other thing in just a
10:36:56 11   minute.  Let me ask you some questions
10:36:57 12   about that.  So you admit that in the Civil
10:37:02 13   Service Board -- excuse me, the Personnel
10:37:04 14   Board, you testified -- or the 911 tape
10:37:09 15   shows that you said she broke your thumb;
10:37:12 16   correct?
10:37:13 17        A.   Correct, and that was wrong.
10:37:14 18   She didn't break my thumb.
10:37:17 19        Q.   So the information that you gave
10:37:19 20   to the 911 operator was incorrect; is that
10:37:22 21   right?
10:37:22 22        A.   Incorrect.
10:37:22 23        Q.   What is the other thing that you
```

Page 28

```
10:37:24  1   wanted to correct?
10:37:26  2        A.   I told them it was my left thumb
10:37:31  3   on that tape, and that was a mistake,
10:37:38  4   because it was my right thumb.
10:37:40  5        Q.   Okay.  So in your 911 call, you
10:37:46  6   told them that Patsy broke your left thumb?
10:37:49  7   Is that what you're saying?
10:37:50  8        A.   Yes, sir.  And I just had been
10:37:52  9   to the doctor, and they gave me a pain
10:37:55 10   shot, and a splint on my thumb and I had a
10:38:03 11   few beers.
10:38:04 12        Q.   Okay.  So you actually had -- at
10:38:06 13   the time, you had a broken right thumb and
10:38:09 14   Patsy didn't do that; is that right?
10:38:10 15        A.   That's right.
10:38:12 16        Q.   Anything else in your testimony
10:38:15 17   that was incorrect that you would like to
10:38:17 18   correct today?
10:38:18 19        A.   As far as I can tell, I don't
10:38:20 20   think so.  I believe the rest of it would
10:38:22 21   be all right.
10:38:23 22        Q.   Okay.  I'm going to enter
10:38:26 23   Defendant's Exhibit 1, which is the
```

7 (Pages 25 to 28)

10:38:28 1 transcript of your testimony before the

10:38:30 2 Walker County Personnel Board or Civil

10:38:34 3 Service Board as it's listed here, dated

10:38:36 4 October 26, 2004.

5

6 (Whereupon, Defendant's Exhibit 1 was

7 marked for identification and same

8 is attached hereto.)

9

10:38:52 10 Q. Mr. Burch, would you agree with

10:38:54 11 me that at the time you gave that testimony

10:38:56 12 with it having been about ten months after

10:38:59 13 the event, that your recollection was

10:39:01 14 fresher then than it would be today?

10:39:07 15 A. Would you --

10:39:09 16 Q. Yes, sir. Sitting here today,

10:39:10 17 we're about, what, four years and four

10:39:12 18 months after the incident with Deputy

10:39:15 19 Ingle; is that about right?

10:39:16 20 A. Yes, sir.

10:39:17 21 Q. And when you testified back in

10:39:19 22 October of 2004, that was only about ten

10:39:21 23 months after it had happened, right?

10:39:23 1 A. (Witness nods head.)

10:39:23 2 Q. Is that a yes?

10:39:24 3 A. Yes, sir.

10:39:25 4 Q. Would you agree with me that

10:39:26 5 when you gave this testimony that's in

10:39:28 6 Defendant's Exhibit 1, that your

10:39:31 7 recollection of the event was fresher then

10:39:33 8 than it is sitting here today?

10:39:35 9 A. Yes, sir.

10:39:36 10 Q. Okay. I just have a few more

10:39:42 11 follow-up questions, some things that,

10:39:44 12 obviously, I didn't get a chance to ask you

10:39:47 13 back during the Personnel Board that I

10:39:49 14 would like to ask you about here today.

10:39:52 15 Since the last testimony in the

10:39:53 16 Personnel Board, have you had any medical

10:39:57 17 treatment with respect to any injuries that

10:39:59 18 you claim that you got from the incident

10:40:01 19 with Deputy Ingle?

10:40:03 20 A. Yes, sir.

10:40:03 21 Q. All right. How many different

10:40:07 22 kinds of medical treatment have you had

10:40:08 23 since our last appearance before the board?

10:40:15 1 MR. PIAZZA: Since March of

10:40:17 2 2005.

10:40:18 3 Q. Yes, since March 2005.

10:40:23 4 A. Other than hurting my own self.

10:40:32 5 Q. I'm asking you about anything

10:40:34 6 that you claim was a result of what Deputy

10:40:37 7 Ingle did to you back in February of 2004

10:40:40 8 that you've had to have medical treatment

10:40:42 9 for since March of 2005.

10:40:44 10 A. Oh, yeah.

10:40:45 11 Q. Not anything that you did to

10:40:47 12 yourself, but something that relates to

10:40:48 13 that.

10:40:49 14 A. Yeah.

10:40:49 15 Q. Okay. What have you had?

10:40:53 16 A. Injury -- he refractured my

10:41:00 17 back. I got a bone fusion in my back, and

10:41:05 18 he fractured it, and I had to see the back

10:41:09 19 doctor.

10:41:09 20 Q. When did you see the back

10:41:11 21 doctor?

10:41:12 22 A. Just as soon as I got through

10:41:14 23 getting my finger took off, because it was

10:41:20 1 setting up gangrene.

10:41:22 2 Q. Your finger, I believe, was

10:41:24 3 amputated in March of '04; is that right?

10:41:28 4 A. I guess it is.

10:41:30 5 Q. Is that your recollection?

10:41:32 6 A. I guess it is, because --

10:41:35 7 Q. Okay. How soon or how long

10:41:37 8 after your finger was amputated did you go

10:41:41 9 to the back doctor?

10:41:42 10 A. After I got through Brookwood, I

10:41:49 11 had to go back over there to get the

10:41:51 12 stitches out of my finger and all. After

10:41:54 13 that, I went and seen my back doctor,

10:41:56 14 because it scared me.

10:41:57 15 Q. Was that a couple of months or

10:41:59 16 was it a year or how long was it?

10:42:01 17 A. No. It was within about two

10:42:10 18 weeks, wasn't it, Patty, would be about

10:42:15 19 right, about two weeks?

10:42:15 20 Q. You need to answer the

10:42:15 21 questions, Mr. Burch.

10:42:16 22 A. I believe I'm going to say --

10:42:17 23 MR. PIAZZA: It's to the best of

**33**

10:42:19 1 your recollection.

10:42:19 2     A. About two weeks.

10:42:20 3     Q. About two weeks?

10:42:21 4     A. Yeah.

10:42:21 5     Q. Now, what was the name of the

10:42:23 6 back doctor you went to see?

10:42:25 7     A. Lorn Miller.

10:42:30 8     Q. Do we have records from him?

10:42:32 9     MR. PIAZZA: Yeah, you've got

10:42:35 10 them.

10:42:35 11     MR. WILLFORD: Was that in the

10:42:35 12 stack that you gave me?

10:42:36 13     MR. PIAZZA: Yeah.

10:42:48 14     Q. All right. Now, what did Dr.

10:42:48 15 Miller do for you?

10:42:48 16     A. He's helped me a whole lot, and

10:42:51 17 he's got sixteen or seventeen plaques on

10:42:54 18 the wall. He's a psychiatrist,

10:42:58 19 neurologist.

10:42:59 20     Q. What did he tell for you with

10:43:01 21 respect to your back, what kind of

10:43:04 22 treatment, what kind of surgery? What did

10:43:06 23 he do for you?

**34**

10:43:07 1     A. He had to put a bunch of -- I

10:43:10 2 don't know. I sat in the chair backwards

10:43:12 3 and he was putting a bunch of needles in

10:43:16 4 there, and he put enough medicine in there

10:43:18 5 to kill a horse, but I didn't feel that

10:43:20 6 back pain no more. And when I got up, I

10:43:24 7 gave him a hug, because I was hurting real

10:43:27 8 bad.

10:43:27 9     Q. How many times did you have to

10:43:28 10 do that?

10:43:37 11     A. About three times, three times.

10:43:38 12     Q. Were those all in 2004, all

10:43:40 13 three times?

10:43:41 14     A. Yeah.

10:43:42 15     Q. Okay. So you haven't had it

10:43:43 16 done since?

10:43:44 17     A. Oh, yeah, I've had it, a couple

10:43:50 18 done since, you know.

10:43:52 19     Q. How many total times since March

10:43:54 20 of '04 and now have you had it done?

10:43:57 21     A. I believe twice. Let's see.

10:44:02 22 No, more than that. About five times.

10:44:06 23     Q. Five total times? When was the

**35**

10:44:08 1 last time you had it done?

10:44:11 2     A. It's been quite a while. Let's

10:44:16 3 see. I would say somewhere around eight --

10:44:21 4 it's been close to a year now.

10:44:23 5     Q. All right. Other than putting

10:44:29 6 the needles and the medicine in your back,

10:44:32 7 has Dr. Miller done anything else for you?

10:44:35 8     A. Yes.

10:44:35 9     Q. What else has he done?

10:44:38 10     A. He's put me on medication for

10:44:43 11 anxiety. I don't know if -- I've got a

10:44:51 12 list of them, but he's supposed to have

10:44:54 13 mailed him a list of them.

10:44:56 14     MR. PIAZZA: You should have

10:44:57 15 those, that list. It was on the records.

10:45:03 16     MR. WILLFORD: That's fine.

10:45:04 17     A. And then he put me on Prozac.

10:45:06 18     Q. That's actually a good question.

10:45:07 19 Sitting here today, what medications, if

10:45:10 20 any, have you taken today?

10:45:12 21     A. I took my blood pressure

10:45:14 22 medicine. I have three different kind, and

10:45:17 23 a heartburn, like a Prilosec pill, a

**36**

10:45:23 1 breathing pill, an Albuterol inhaler,

10:45:32 2 eighty-one milligrams of aspirin, and HTZ,

10:45:47 3 a fluid pill.

10:45:48 4     Q. Is the HTZ the fluid pill or did

10:45:58 5 you say HTZ and a fluid pill?

10:45:58 6     A. HTZ is it. HTZ is a fluid pill.

10:46:10 7     Q. Is that it? Is that all the

10:46:10 8 medications you've taken today?

10:46:12 9     A. Yes, sir.

10:46:13 10     Q. Okay. You said something about

10:46:16 11 a breathing pill. What is that breathing

10:46:19 12 pill for? Is that for your asthma?

10:46:21 13     A. Yeah. I've got COPD.

10:46:24 14     Q. Okay. So you're not on any kind

10:46:33 15 of pain medication today?

10:46:34 16     A. No.

10:46:36 17     Q. Are you currently prescribed any

10:46:38 18 kind of pain medication?

10:46:40 19     A. Yes, sir.

10:46:41 20     Q. What pain medication are you

10:46:43 21 prescribed currently?

10:46:46 22     A. Lortab 10s, Xanax, Corisoprodol,

10:46:59 23 muscle relaxer.

37

10:46:59 1      Q. I'm sorry. What was that last
10:47:01 2 one?
10:47:01 3      A. Corisoprodol. It's a muscle
10:47:04 4 relaxer. Xanax. Did I mention that?
10:47:16 5 Eighty-one milligram of aspirin?
10:47:17 6      Q. Yes, sir, you did.
10:47:18 7      A. And this here Prozac.
10:47:24 8      Q. Prozac?
10:47:26 9      MR. PIAZZA: He's talking about
10:47:27 10 a pain medication.
10:47:28 11      MR. WILLFORD: I think he's just
10:47:29 12 giving me all his medications.
10:47:30 13      A. I did take a Prozac this
10:47:33 14 morning.
10:47:33 15      Q. You did take a Prozac this
10:47:36 16 morning?
10:47:36 17      A. Yeah.
10:47:36 18      Q. Okay. Are any of these
10:47:38 19 medications that you're currently on,
10:47:40 20 sitting here today, affecting your ability
10:47:42 21 to understand my questions?
10:47:43 22      A. Not at all.
10:47:44 23      Q. Are they affecting your ability

38

10:47:46 1 to give me truthful answers to my
10:47:48 2 questions?
10:47:48 3      A. Not at all.
10:47:49 4      Q. Okay. Good. All right. Going
10:47:58 5 back to what we were talking about as far
10:48:00 6 as any medical treatment you got after
10:48:02 7 March of 2005, and, again, I'm just talking
10:48:06 8 about medical treatment that you say is
10:48:08 9 related to the incident with Derane Ingle.
10:48:11 10 Anybody else besides Dr. Miller that you
10:48:14 11 saw for something that you relate to the
10:48:16 12 incident with Derane Ingle?
10:48:20 13      A. (Witness nods head.)
10:48:21 14      MR. PIAZZA: Is that a yes.
10:48:22 15      Q. Is that a yes?
10:48:23 16      A. Yes.
10:48:23 17      Q. Who was the next provider that
10:48:25 18 you've had?
10:48:26 19      A. Straight from the jail house to
10:48:28 20 Walker Regional Baptist Medical Center.
10:48:30 21      Q. I'm talking about after March of
10:48:32 22 2005, the last time.
10:48:36 23      MR. PIAZZA: Listen to his

39

10:48:37 1 question.
10:48:37 2      Q. The last time that we met at the
10:48:39 3 Personnel Board hearing. I got to ask you
10:48:42 4 about all that. We know about all that
10:48:44 5 stuff from the Personnel Board hearing.
10:48:46 6 I'm trying to find out what happened since
10:48:48 7 the last time you and I sat in a room
10:48:50 8 together.
10:48:50 9      A. All right.
10:48:51 10      Q. You remember me being at the
10:48:53 11 personnel hearing?
10:48:54 12      A. Yeah.
10:48:54 13      Q. I had longer hair then.
10:48:57 14      A. Yeah. Something looked a bit
10:48:59 15 different about you.
10:48:59 16      Q. So since that last time we were
10:49:01 17 all in the Personnel Board together, that's
10:49:11 18 what I'm asking you about. You've told me
10:49:11 19 that you've seen Dr. Miller. Okay. Who
10:49:11 20 else have you seen since March of 2005 for
10:49:12 21 medical treatment for something that you
10:49:14 22 relate to the incident with Derane Ingle?
10:49:17 23      A. Dr. Eugene Tai.

40

10:49:22 1      Q. T-i-g-h?
10:49:26 2      MR. PIAZZA: T-a-i, I believe.
10:49:29 3      A. T-a-i. He almost was Tax.
10:49:32 4      Q. And what did Dr. Tai do for you?
10:49:36 5      A. He's the guy that's got my heart
10:49:39 6 medication and stuff, and this here -- and
10:49:53 7 Prozac.
10:49:53 8      Q. What condition did he treat you
10:49:56 9 for that you relate to the incident with
10:49:59 10 Dr. Ingle -- I'm sorry, Derane Ingle?
10:50:03 11      A. He didn't treat me for none of
10:50:06 12 them injuries right there.
10:50:07 13      Q. Okay. I understand. I'm just
10:50:09 14 asking you about doctors that you saw
10:50:11 15 because of something that you say Derane
10:50:13 16 did to you?
10:50:14 17      A. Right. I understand.
10:50:15 18      Q. You understand now?
10:50:16 19      A. Yeah.
10:50:17 20      Q. All right. So you didn't see
10:50:18 21 Dr. Tai for anything that Derane Ingle did
10:50:21 22 to you?
10:50:22 23      A. No, sir.

10 (Pages 37 to 40)

41

10:50:22 1    Q. Okay. But you did see Dr.
10:50:25 2  Miller for your back, and you're relating
10:50:29 3  that back to something that Derane did?
10:50:30 4    A. Let me back that up, because,
10:50:32 5  yeah, I told Dr. Tai about it and what
10:50:36 6  problems it's caused me and that's the
10:50:38 7  reason he went ahead and put me on them --
10:50:44 8  I ain't used to saying that word there,
10:50:46 9  Prozac.
10:50:48 10    Q. Prozac?
10:50:49 11    A. Yeah, because for depression and
10:50:55 12  anxiety.
10:50:59 13    Q. Now, I think you told me at the
10:51:01 14  Personnel Board hearing that you already
10:51:03 15  had anxiety and depression, correct?
10:51:06 16    A. I have severe anxiety attacks.
10:51:08 17    Q. And you had those before the
10:51:10 18  incident with Deputy Ingle, correct?
10:51:12 19    A. Yeah. Yes, sir.
10:51:14 20    Q. Who was treating you before the
10:51:16 21  incident with Deputy Ingle for your anxiety
10:51:20 22  and depression?
10:51:22 23    A. Dr. Miller and Dr. Tai.

42

10:51:25 1    Q. Okay. Had Dr. Tai already
10:51:45 2  prescribed Prozac for you prior to the
10:51:47 3  incident with Deputy Ingle?
10:51:49 4    A. No, sir.
10:51:50 5    Q. When was the first time you ever
10:51:52 6  got a prescription for Prozac?
10:51:55 7    A. After the -- probably about two,
10:52:00 8  three months after the dealing with Derane.
10:52:15 9    Q. What were you taking for your
10:52:17 10  anxiety and depression before the incident
10:52:20 11  with Deputy Ingle, if anything?
10:52:21 12    A. Just Xanax from Dr. Miller for
10:52:25 13  my anxiety and depression.
10:52:28 14    Q. Okay. So Xanax was the only
10:52:30 15  thing you were taking at that time?
10:52:31 16    A. I called you off my medicine I
10:52:34 17  took.
10:52:34 18    Q. At that time. I'm not talking
10:52:36 19  about today. I'm talking about right
10:52:38 20  before the incident with Deputy Ingle.
10:52:40 21    A. All them heart medicines I told
10:52:42 22  you.
10:52:42 23    Q. Yes, sir.

43

10:52:42 1    A. I was already on them.
10:52:45 2    Q. I'm just talking about for your
10:52:47 3  anxiety and depression, not for your other
10:52:55 4  conditions.
10:52:55 5    A. Anxiety and depression?
10:52:55 6    Q. Yes, sir. Was Xanax the only
10:52:55 7  thing you took at that time?
10:52:56 8    A. Yes, before, before he beat me
10:53:00 9  up.
10:53:01 10    Q. All right. So we've got Dr.
10:53:03 11  Miller and Dr. Tai. Anybody else that you
10:53:06 12  have seen, any other medical provider that
10:53:08 13  you've seen since March of 2005 for a
10:53:11 14  condition that you say was caused by Derane
10:53:16 15  Ingle?
10:53:16 16    A. Dr. Miller.
10:53:17 17    Q. Okay. We've got Dr. Miller.
10:53:19 18  We've got Dr. Tai. Anybody else?
10:53:21 19    A. I had to see him several times
10:53:23 20  after that.
10:53:23 21    Q. I understand. You've told me
10:53:25 22  about the five times that you saw him.
10:53:27 23    A. Okay.

44

10:53:27 1    Q. I'm talking about different
10:53:28 2  doctors.
10:53:29 3    A. No, I ain't -- them is the only
10:53:31 4  two doctors I've got.
10:53:32 5    Q. Okay. All right. Now, just to
10:53:48 6  be clear, you're not claiming any lost
10:53:50 7  wages as a result of anything that Deputy
10:53:53 8  Ingle did to you? You didn't lose any time
10:53:55 9  from work or anything like that?
10:53:56 10    A. No. I got hurt in '91, and I've
10:53:58 11  been disabled ever since.
10:53:59 12    Q. I'm just kind of checking some
10:54:04 13  blocks here.
10:54:05 14    A. Okay.
10:54:06 15    Q. All of this medical treatment
10:54:08 16  that you got, who paid for that?
10:54:12 17    A. Medicare mostly, and until I got
10:54:19 18  these other cards, HMO cards or whatever,
10:54:22 19  Medicare Complete to go with it. So that
10:54:29 20  was good. I'm glad I got that. That sure
10:54:31 21  helps out to get my medicine.
10:54:33 22    Q. Have you had to pay anything out
10:54:34 23  of pocket to either Dr. Miller or Dr. Tai?

11 (Pages 41 to 44)

45

10:54:38 1  Do you understand what I mean by out of
10:54:39 2  pocket?
10:54:40 3      A.  No, my insurance covers.
10:54:41 4      Q.  They cover a hundred percent; is
10:54:44 5  that right?
10:54:44 6      A.  That's right.
10:54:45 7      MR. PIAZZA:  I've got some bills
10:54:47 8  that he's been getting I'm going to give
10:54:49 9  you that he's been getting.  It's not all
10:54:53 10  covered.
10:54:54 11      Q.  Okay.  But you haven't actually
10:54:58 12  taken out a checkbook and written a check
10:55:01 13  to either Dr. Tai or Dr. Miller at this
10:55:03 14  point?
10:55:04 15      A.  Huh-uh (negative response).
10:55:04 16      Q.  Is that a no?
10:55:05 17      A.  No, I ain't had to pay them
10:55:09 18  nothing to see them two, but I have what he
10:55:14 19  just mentioned to you -- I guess he's got a
10:55:21 20  way to tell you about it -- from Walker
10:55:23 21  Baptist and Princeton and Brookwood.
10:55:26 22      Q.  Those are the bills that your
10:55:28 23  attorney was referring to?

46

10:55:30 1      A.  I think that's right.
10:55:32 2      Q.  Okay.  Do you know why Medicare
10:55:36 3  didn't pay those?
10:55:37 4      A.  They paid eighty percent of it.
10:55:48 5      Q.  And they are expecting you to
10:55:48 6  pay the other twenty percent; is that
10:55:48 7  right?
10:55:48 8      A.  That's right.
10:55:51 9      Q.  When you were working building
10:56:07 10  mobile homes back in '91, how much did you
10:56:12 11  make?  Was it by hour?  Did you get paid by
10:56:15 12  the hour?
10:56:16 13      A.  Yes, sir.
10:56:25 14      Q.  How much did you make an hour?
10:56:25 15      A.  Seven dollars and thirty-five
10:56:27 16  cents.
10:56:27 17      Q.  Was that the most you were ever
10:56:29 18  paid was seven thirty-five?
10:56:51 19      A.  Yes, sir.
10:56:51 20      MR. PIAZZA:  Did you say paid or
10:56:51 21  make?
10:56:51 22      MR. WILLFORD:  Paid.
10:56:51 23      MR. PIAZZA:  The most you were

47

10:56:52 1  ever paid.
10:56:53 2      Q.  Did you understand my question?
10:56:56 3  Is that the highest wage you were ever paid
10:56:58 4  per hour was seven thirty-five?
10:57:00 5      A.  No.  I've built houses and got
10:57:03 6  paid a lot more than that.
10:57:05 7      Q.  Okay.  When you built houses,
10:57:06 8  what did you get paid?
10:57:08 9      A.  Shoot, somewhere eight dollars a
10:57:14 10  hour.  And if it was a bid job, you know --
10:57:21 11  do you understand what I'm saying, a bid
10:57:23 12  job?
10:57:23 13      Q.  No, sir.  What's a bid job?
10:57:26 14      A.  The fellow that I worked with
10:57:30 15  would go out and look around and see
10:57:31 16  whatever it would need, remodel or
10:57:34 17  whatever, and he would bid on it.
10:57:36 18      Q.  Okay.
10:57:37 19      A.  And they take the lowest bid
10:57:40 20  they can get, and you don't get paid by the
10:57:43 21  hour.  You get the job done and then you
10:57:48 22  get paid.
10:57:50 23      Q.  Is it some percentage of what he

48

10:57:53 1  makes?
10:57:53 2      A.  Yeah, that's right.
10:57:54 3      Q.  All right.
10:57:55 4      A.  Whatever out of the materials
10:57:57 5  and stuff and what's left out of it.
10:58:00 6      Q.  When was the last time you built
10:58:02 7  houses?
10:58:04 8      A.  I started off building houses
10:58:06 9  when I was helping -- I was about twelve
10:58:10 10  years old when I started.
10:58:11 11      Q.  When is the last time you did
10:58:13 12  it?
10:58:13 13      MR. PIAZZA:  Listen to his
10:58:15 14  question.
10:58:15 15      Q.  The last time you worked
10:58:16 16  building houses?
10:58:17 17      A.  The last was 1991.
10:58:19 18      Q.  Okay.
10:58:21 19      A.  I ain't built nothing else.
10:58:53 20      Q.  All right.
10:58:53 21      MR. WILLFORD:  Mr. Burch, I
10:58:53 22  think that's all I've got.  Thank you very
10:58:53 23  much.  Your attorney may have some

49

10:58:55 1 questions for you.

10:58:55 2

10:58:55 3 EXAMINATION

10:59:04 4 BY MR. PIAZZA:

10:59:04 5 Q. I want to show you -- the first

10:59:04 6 thing I want to show you and ask you to

10:59:06 7 identify is what's been marked as

10:59:11 8 Plaintiff's Exhibit No. 38. Do you

10:59:14 9 recognize that document?

10:59:17 10 A. Yes.

11

12 (Whereupon, Plaintiff's Exhibits

13 37-38 having been previously

14 marked for identification are

15 attached hereto.)

10:59:20 16

10:59:20 17 Q. What do you recognize it as?

10:59:27 18 Would you describe for the Court what it

10:59:27 19 is?

10:59:32 20 A. Complaint that Derane had Aaron

10:59:39 21 Tucker to -- not Aaron Tucker, but -- help

10:59:45 22 me out Patsy, right quick.

10:59:47 23 MR. PIAZZA: Do you mind if I --

50

10:59:50 1 Q. Is this the --

10:59:51 2 A. Daryl Atkin. I've got it. It

10:59:54 3 came to me. Derane Ingle got Daryl Atkin,

10:59:58 4 a buddy of his, to fill out a false police

11:00:03 5 report.

11:00:03 6 Q. What I'm asking you about is

11:00:06 7 this right here (indicating).

11:00:06 8 A. Yeah, complainant.

11:00:08 9 Q. What I'm asking about is this

11:00:10 10 right here (indicating).

11:00:10 11 A. Yeah.

11:00:13 12 Q. Is this the complaint that

11:00:15 13 Derane Ingle signed in connection with a

11:00:21 14 criminal trespass charge last year?

11:00:26 15 A. Yep, that's his writing. That's

11:00:29 16 it.

11:00:29 17 Q. That's his signature?

11:00:30 18 A. That's it.

11:00:32 19 Q. All right. And that's his name;

11:00:38 20 is that correct?

11:00:38 21 A. That's it.

11:00:39 22 Q. All right.

11:00:40 23 A. Yes, sir.

51

11:00:52 1 Q. And is this the warrant that was

11:00:52 2 served on you? This is the warrant that

11:00:52 3 was served wherein you were arrested on the

11:00:52 4 criminal charge of -- on the charge of

11:00:54 5 criminal trespassing --

11:00:55 6 A. Correct.

11:00:56 7 Q. -- in the third degree?

11:00:58 8 A. Correct.

11:00:58 9 Q. What I've shown you as

11:01:01 10 Plaintiff's Exhibit No. 37?

11:01:03 11 A. Correct.

11:01:03 12 Q. And it's signed by the

11:01:05 13 magistrate. Do you know her name?

11:01:06 14 A. There's his buddy right there

11:01:08 15 that filled out that complaint right there.

11:01:11 16 Daryl Atkin filled out the complaint for

11:01:14 17 Derane.

11:01:16 18 Q. What I'm asking you -- listen to

11:01:20 19 my question.

11:01:21 20 A. Okay.

11:01:22 21 Q. Is this the -- do you know whose

11:01:25 22 signature this person is, Carol? The

11:01:30 23 magistrate of the district court, do you

52

11:01:32 1 know her?

11:01:36 2 A. I'm not familiar.

11:01:38 3 Q. You're not familiar with her?

11:01:40 4 A. Huh-uh (negative response).

11:01:41 5 Q. Okay. But this is the warrant

11:01:42 6 that was sworn out for your arrest?

11:01:44 7 A. That's correct.

11:01:44 8

11:01:44 9 (Whereupon, Plaintiff's Exhibit 73

11:01:44 10 was marked for identification and

11:01:44 11 same is attached hereto.)

11:01:45 12

11:01:46 13 Q. Okay. And what I've got marked

11:01:50 14 as Plaintiff's Exhibit No. 73, do you

11:01:54 15 recognize that?

11:01:59 16 A. Correct.

11:02:02 17 Q. Would you describe to the Court

11:02:04 18 what it is?

11:02:05 19 A. This right here is a, I guess,

11:02:11 20 court order.

11:02:16 21 Q. Is that the court order finding

11:02:18 22 you not guilty of the charge of criminal

11:02:20 23 trespass?

53

11:02:22 1    A. Yes, that's the order where I
11:02:26 2 was found not guilty of the criminal
11:02:30 3 mischief or that trespassing.
11:02:33 4    Q. Okay.
11:02:34 5    MR. PIAZZA: I would like to
11:02:35 6 enter those.
11:02:37 7    MR. WILLFORD: We object to the
11:02:38 8 admissibility of all of those at this time.
11:02:40 9 It's not relevant. It has nothing to do
11:02:42 10 with the claims that are left in this case
11:02:43 11 and we'll leave it up to the Court to
11:02:45 12 decide at a later time.
11:02:47 13    Q. Now, there's a couple of
11:02:50 14 follow-up questions I want to ask with
11:02:57 15 reference to what Mr. Willford was asking
11:03:27 16 you. Prior to February 16th of 2004, did
11:03:29 17 you already have -- did you have COPD?
11:03:31 18    A. Yes, sir.
11:03:32 19    Q. Did you have heart problems?
11:03:40 20    A. Yes, sir.
11:03:40 21    Q. And you stated that you were
11:03:42 22 also suffering from anxiety and depression?
11:03:50 23    A. Seriously.

54

11:03:52 1    Q. After the incident with Derane
11:03:54 2 Ingle on February the 16th, did these
11:03:58 3 conditions get worse?
11:03:59 4    A. Yes, sir. Yes, sir, yes, sir.
11:04:02 5    Q. Did your heart condition get
11:04:05 6 worse?
11:04:06 7    A. Yes, sir.
11:04:08 8    Q. Did your anxiety and depression
11:04:10 9 get worse?
11:04:11 10    A. Yes, sir.
11:04:13 11    Q. Did the fact that you were
11:04:17 12 sprayed with Freeze Plus, did that affect
11:04:20 13 your breathing?
11:04:24 14    A. It damaged my eyes, and I've got
11:04:27 15 to have eye surgery.
11:04:29 16    Q. Did it aggravate your breathing
11:04:32 17 difficulty, your COPD?
11:04:33 18    A. Oh, yes. I thought I was going
11:04:35 19 to -- I liked to not never got to where I
11:04:40 20 could breathe.
11:04:42 21    Q. Did you have to increase or
11:04:45 22 change any of the medications you were on
11:04:47 23 for your breathing difficulties?

55

11:04:50 1    A. Yeah, he put me on a higher
11:04:54 2 milligram of Albuterol inhaler, a puffer.
11:05:03 3    Q. Did you have to change or
11:05:04 4 increase any medications for your heart?
11:05:09 5    A. Yeah, he added a -- I was just
11:05:13 6 on two, and then he added two more on there
11:05:16 7 to me, two more.
11:05:18 8    Q. For your heart?
11:05:19 9    A. Two more medications to my heart
11:05:23 10 after that.
11:05:27 11    Q. Did you have to add to the
11:05:30 12 medication you were taking for your
11:05:33 13 anxiety? You've already stated you started
11:05:35 14 taking Prozac?
11:05:36 15    A. Yes, sir.
11:05:36 16    Q. But did you have to increase any
11:05:38 17 other medications that you were already
11:05:40 18 taking for your anxiety and depression?
11:05:44 19    A. All I was taking before that is
11:05:48 20 Xanax, and they -- I mean, they wasn't
11:05:53 21 getting the job done, but these right here,
11:05:56 22 I take one of them Prozacs in the morning
11:05:59 23 and one in the evening, I can go to bed and

56

11:06:01 1 go to sleep.
11:06:03 2    Q. All right.
11:06:03 3    A. Without seeing him run across in
11:06:11 4 my dreams or something, nightmares.
11:06:24 5    Q. All right. And that's all the
11:06:24 6 relatives that you can think of that he
11:06:24 7 asked you about; is that correct? If you
11:06:26 8 think of --
11:06:26 9    A. That's correct.
11:06:27 10    Q. -- some aunts and uncles you're
11:06:29 11 going to tell me about those so I can get
11:06:32 12 those to him; is that right, Mr. Barron?
11:06:33 13    A. That's to the best of my ability
11:06:35 14 right there.
11:06:36 15    Q. All right. Other than problems
11:06:45 16 with your back and your middle finger on
11:06:57 17 your right hand, your COPD, your anxiety,
11:07:02 18 and depression, are you being treated for
11:07:04 19 anything else at this time?
11:07:07 20    A. Pain and suffering.
11:07:09 21    Q. Who is treating you for that?
11:07:12 22    A. Dr. Miller.
11:07:16 23    Q. And how is he treating you for

14  (Pages 53 to 56)

**57**

11:07:21 1 your pain and suffering?

11:07:25 2 A. He was writing me out ninety

11:07:33 3 Xanax, and after this happened and our

11:07:38 4 conversation, he wrote me up to a hundred

11:07:41 5 and twenty Xanax, take four a day.

11:07:45 6 Q. A hundred and twenty milligrams?

11:07:47 7 A. No, they are ten milligram

11:07:52 8 Xanax, and take four a day.

11:07:54 9 Q. Four per day?

11:07:56 10 A. Yes, sir.

11:07:56 11 Q. How many were you taking per day

11:08:00 12 prior to the incident?

11:08:01 13 A. Before that?

11:08:01 14 Q. Yes, sir.

11:08:03 15 A. Ninety, and that was three a

11:08:06 16 day. See, he upped me.

11:08:07 17 Q. So they are thirty milligrams

11:08:09 18 each?

11:08:09 19 A. No, they are ten milligrams

11:08:12 20 each, and I was getting ninety.

11:08:14 21 Q. Oh, ninety to a -- for a

11:08:17 22 prescription?

11:08:17 23 A. Yeah.

**58**

11:08:18 1 Q. Okay.

11:08:18 2 A. And after this here mess

11:08:21 3 happened --

11:08:21 4 Q. So you're up to four a day is

11:08:23 5 basically what you're saying?

11:08:24 6 A. Right. He raised it up to four

11:08:26 7 a day.

11:08:26 8 Q. All right. Anything else that

11:08:29 9 you haven't told us about with regard to

11:08:30 10 your medical treatment?

11:08:34 11 A. Yeah.

11:08:42 12 Q. Okay. What is that? What are

11:08:45 13 you referring to?

11:08:46 14 A. When I had -- that right there

11:08:57 15 was about that big around (indicating) and

11:08:57 16 my index finger --

11:08:57 17 Q. You're going to have to show --

11:08:57 18 A. It was turned into setting up

11:08:57 19 gangrene, and had to be took off, and it

11:09:01 20 wasn't no fun. It was plenty enough pain,

11:09:05 21 believe me.

11:09:06 22 Q. Have you had any residual pain

11:09:09 23 from your index finger since the Civil

**59**

11:09:15 1 Service Board hearing?

11:09:16 2 A. Yeah, I still --

11:09:17 3 Q. Is that nub painful?

11:09:19 4 A. I still have aches and pains and

11:09:22 5 the sharp aches and pains in there. I

11:09:27 6 don't know why I do. I have aches and

11:09:30 7 pains.

11:09:30 8 Q. Do you take anything for it?

11:09:33 9 A. Well, I'm on some pain

11:09:36 10 medication, but just every -- it don't do

11:09:39 11 it all the time, but, I don't know, it just

11:09:42 12 does it when it does it. It just feels

11:09:45 13 like somebody is sticking me with a needle.

11:09:49 14 Q. Okay.

11:09:51 15 A. And other than that, I guess

11:09:55 16 that's about all, unless we got some more

11:09:59 17 questions.

11:10:00 18 MR. PIAZZA: Mr. Willford may

11:10:01 19 have some more. That's all I have.

11:10:01 20

11:10:01 21

11:10:03 22 RE-EXAMINATION

11:10:03 22 BY MR. WILLFORD:

11:10:05 23 Q. I do have some. You were asked

**60**

11:10:06 1 some questions by your attorney, Mr. Burch,

11:10:12 2 about your various conditions that you had

11:10:13 3 at the time getting worse, and I'm just

11:10:16 4 going to kind of go through these. The

11:10:17 5 heart condition, you said, got worse after

11:10:19 6 the incident with Deputy Ingle, correct?

11:10:21 7 A. Right.

11:10:22 8 Q. Who -- wait for my question.

11:10:25 9 A. Yes, sir.

11:10:25 10 Q. Who told you that it had gotten

11:10:27 11 worse as a result of what Derane Ingle did?

11:10:31 12 A. Dr. Tai.

11:10:34 13 Q. And what specifically did he

11:10:36 14 tell you caused your heart condition to get

11:10:38 15 worse?

11:10:39 16 A. He sent me --

11:10:41 17 MR. PIAZZA: Hold on one second.

11:10:47 18 I don't think I've got his records, but I'm

11:10:49 19 going to get them, and I'll turn those over

11:10:52 20 to you. I would prefer that we leave that

11:10:57 21 to the records rather than -- I mean, he

11:11:03 22 can respond if he knows, but I'm just --

11:11:07 23 you know, he --

61

11:11:09 1    MR. WILLFORD: Well, I'm asking
11:11:09 2 him what the doctor told him at this point,
11:11:11 3 what he recalls the doctor telling him, and
11:11:14 4 since we don't have the records and,
11:11:15 5 frankly, we don't have a guarantee that
11:11:17 6 we're going to get them before summary
11:11:19 7 judgment is due, I would prefer to go ahead
11:11:21 8 and ask him about it.
11:11:23 9    MR. PIAZZA: I'll go ahead and
11:11:25 10 subpoena the things today.
11:11:26 11    MR. WILLFORD: That doesn't
11:11:26 12 necessarily mean he's going to give them to
11:11:30 13 us, though. We've had some problems
11:11:31 14 already in this case with some doctors not
11:11:32 15 giving us stuff. I would prefer to go
11:11:34 16 ahead and get this on the record and the
11:11:37 17 records will speak for themselves,
11:11:38 18 obviously, once we get them.
11:11:39 19    MR. PIAZZA: That's fair enough.
11:11:40 20    Q. So what did Dr. Tai tell you
11:11:42 21 specifically caused your heart condition to
11:11:43 22 get worse?
11:11:44 23    A. All right. He sent me to Walker

62

11:11:51 1 Baptist to have a test done on my legs.
11:11:53 2    Q. Hold on.
11:11:54 3    A. Pressure cuffs.
11:11:55 4    Q. Let me stop you right there.
11:11:58 5 I'm asking you what Dr. Tai told you caused
11:12:00 6 your heart condition to get worse. I'm not
11:12:01 7 asking you what he did at this point.
11:12:04 8    MR. PIAZZA: Did Dr. Tai tell
11:12:05 9 you your heart condition got worse --
11:12:08 10    THE WITNESS: Yes.
11:12:09 11    MR. PIAZZA: -- because of the
11:12:09 12 incident?
11:12:10 13    Q. He's already said that. He said
11:12:12 14 that. Now I'm asking what he told you
11:12:14 15 caused it to get worse?
11:12:15 16    A. I've got pitting edema, swelling
11:12:17 17 around the ankles, feet are swelling up on
11:12:25 18 me.
11:12:25 19    Q. What does that have to do with
11:12:27 20 your heart?
11:12:28 21    MR. PIAZZA: I'm going to object
11:12:29 22 to that. He's not a medical expert to be
11:12:33 23 able to connect -- I mean, you asked him a

63

11:12:37 1 question.
11:12:37 2    MR. WILLFORD: I asked him --
11:12:38 3 the question was what did he tell him
11:12:41 4 specifically caused his heart condition to
11:12:43 5 get worse, and he's telling me about his
11:12:46 6 feet. And I'm trying to figure out what a
11:12:49 7 problem with your feet has to do with your
11:12:52 8 heart. He associated that --
11:12:55 9    MR. PIAZZA: That's a medical
11:12:56 10 question, Gary.
11:12:57 11    A. I had to show him my feet, and
11:12:59 12 he sent me for the test to get done. I've
11:13:05 13 got poor circulation in my legs and feet,
11:13:07 14 and it's called pete -- not pete -- pitting
11:13:12 15 edema.
11:13:13 16    Q. Okay.
11:13:14 17    A. And they swell up. My feet was
11:13:18 18 swelled up there. I couldn't even get my
11:13:20 19 shoe across, but they are not swelled up
11:13:23 20 too bad right now. I'll have to lay one up
11:13:28 21 there to let you take a peek at it to see.
11:13:31 22    Q. I don't need to see it. Did
11:13:35 23 Deputy Ingle do anything to your legs

64

11:13:37 1 during this incident?
11:13:38 2    A. Besides fracture both knees?
11:13:40 3    Q. He fractured both your knees?
11:13:43 4    A. Yes.
11:13:43 5    Q. How did he do that?
11:13:46 6    A. Pushing me, pushing me down.
11:13:52 7    Q. Okay. Where were you treated,
11:13:54 8 if anywhere, for your fractured knees?
11:13:57 9    A. They couldn't do nothing to me.
11:13:59 10 They just said they was just fractured.
11:14:01 11    Q. Who is they?
11:14:04 12    A. Over here at this -- I keep
11:14:11 13 thinking I'm somewhere in Jasper for some
11:14:14 14 reason.
11:14:15 15    MR. PIAZZA: Are you talking
11:14:16 16 about Walker Regional?
11:14:17 17    A. Yeah. Most of the time on
11:14:21 18 fractures, they just put you a little
11:14:24 19 splint on there you can take off or put
11:14:26 20 back on.
11:14:30 21    MR. PIAZZA: Gary, what was your
11:14:32 22 question?
11:14:34 23    MR. WILLFORD: At this point,

16 (Pages 61 to 64)

65

11:14:35 1 I'm moving on.
11:14:37 2 MR. PIAZZA: Try to listen to
11:14:38 3 his question and just answer his question,
11:14:40 4 okay?
11:14:41 5 Q. Now, I think it was your earlier
11:14:43 6 testimony that it was Dr. Tai who
11:14:46 7 prescribed the Prozac for you, correct?
11:14:49 8 A. Correct.
11:14:50 9 Q. Okay. And was he the one that
11:14:59 10 gave you the Xanax, too, or was that Dr.
11:15:04 11 Miller? I'm trying to read my own notes
11:15:07 12 here. Who gave you the Xanax originally?
11:15:09 13 A. Dr. Miller wrote me out five
11:15:13 14 milligram Xanax. He don't like writing out
11:15:18 15 no narcotics.
11:15:19 16 Q. I understand. I think you just
11:15:20 17 answered my question. Dr. Miller was the
11:15:22 18 one that prescribed you Xanax?
11:15:24 19 A. Yeah, he's solving that problem,
11:15:30 20 because he's got the license to solve that
11:15:32 21 problem with.
11:15:33 22 Q. And Dr. Tai is the one who has
11:15:35 23 prescribed you the Prozac?

66

11:15:37 1 A. Yes, sir.
11:15:50 2 MR. WILLFORD: All right. I've
11:15:50 3 got a couple of other questions, but before
11:15:52 4 I get into these, these questions, Anthony,
11:15:55 5 are being asked subject to my previous
11:15:57 6 objection related to Defendant's (sic) --
11:16:04 7 what is this 37, 38 and 73?
11:16:06 8 MR. PIAZZA: Can we take a small
11:16:08 9 break?
11:16:10 10 MR. WILLFORD: Sure.
11:16:10 11
11:16:10 12 (Whereupon, a brief recess was
11:16:10 13 taken.)
11:16:10 14
11:28:24 15 MR. WILLFORD: Before we went on
11:28:26 16 break, as I was saying, this is subject to
11:28:28 17 our previous objection, because this is the
11:28:29 18 only chance I'm going to get to talk to Mr.
11:28:32 19 Burch in a deposition. I'm going to ask
11:28:35 20 these questions subject, frankly, to my own
11:28:37 21 objection, and if it's sustained, then we
11:28:39 22 won't worry about these questions.
11:28:41 23 Q. But Mr. Burch, you were asked

67

11:28:44 1 about this criminal case involving an
11:28:49 2 allegation that you went over to Deputy
11:28:52 3 Ingle's house, correct?
11:28:55 4 A. Wrong.
11:28:57 5 MR. PIAZZA: What he's referring
11:28:59 6 to --
11:29:00 7 Q. The allegations in Plaintiff's
11:29:05 8 Exhibit 37, 38 and 73 is that you went to
11:29:08 9 Deputy Ingle's house; is that right?
11:29:11 10 That's what they alleged?
11:29:12 11 A. I went by his house, past his
11:29:15 12 house on.
11:29:16 13 MR. PIAZZA: Listen to the
11:29:17 14 question. He said alleged.
11:29:19 15 A. I ain't pulled in his driveway.
11:29:22 16 I ain't got no reason to pull in his
11:29:25 17 driveway. I ain't got no reason to talk to
11:29:28 18 him. I don't want to talk to him.
11:29:29 19 MR. PIAZZA: Listen to his
11:29:30 20 question. He said that's what they were
11:29:32 21 alleging.
11:29:33 22 Q. They claim that you went to his
11:29:36 23 house?

68

11:29:36 1 A. That ain't the first lie he's
11:29:38 2 ever told.
11:29:38 3 Q. Mr. Burch, listen to my
11:29:39 4 question. They said that you went to his
11:29:41 5 house, right?
11:29:41 6 A. That's what they said. Lie.
11:29:43 7 Q. Okay.
11:29:45 8 A. That's a lie.
11:29:46 9 MR. PIAZZA: Just answer his
11:29:47 10 question.
11:29:47 11 Q. And you've already started
11:29:49 12 answering my follow-up questions. You're
11:29:51 13 saying you drove by his house; is that
11:29:52 14 right?
11:29:52 15 A. I was on my way to Nauvoo to get
11:29:55 16 me a barbecue.
11:29:56 17 Q. Did you have a gun in the car at
11:29:58 18 the time?
11:29:58 19 A. Nope.
11:29:59 20 Q. Do you own a gun?
11:30:00 21 A. I do own a shotgun and a
11:30:05 22 twenty-two rifle, but they don't go
11:30:07 23 nowhere. They stay at the house, and they

17 (Pages 65 to 68)

69

11:30:09 1 ain't never been in the car except for one
11:30:13 2 time. That's when they went in the trunk
11:30:20 3 until I got home. They ain't never left
11:30:20 4 the driveway. I live out there in the
11:30:23 5 woods, and folks live out there in the
11:30:25 6 woods, you need to have you something out
11:30:27 7 there to kind of protect yourself with if
11:30:30 8 you have to.
11:30:30 9 Q. But you did go past Deputy
11:30:33 10 Ingle's house, you're admitting that,
11:30:35 11 correct?
11:30:35 12 A. Correct, and there was no gun in
11:30:37 13 my car.
11:30:39 14 MR. WILLFORD: All right.
11:30:40 15 That's all I have.
11:30:40 16
11:30:40 17 RE-EXAMINATION
11:30:40 18 BY MR. PIAZZA:
11:30:42 19 Q. There was one thing I wanted to
11:30:43 20 correct. He testified awhile ago that --
11:30:47 21 Daryl Atkin, is that his name?
11:30:51 22 A. There it is right there.
11:30:53 23 Q. I believe you testified that he

71

11:32:06 1 police or just anybody else.
11:32:08 2 Q. Let me put it another way. Do
11:32:12 3 you know who gave Deputy -- he's a deputy,
11:32:16 4 I assume; is that correct?
11:32:17 5 A. Was.
11:32:18 6 Q. Daryl Atkin is a deputy?
11:32:20 7 A. Yeah, he's still with them.
11:32:22 8 Q. Do you know what information --
11:32:26 9 have you ever seen a copy of the report?
11:32:28 10 A. I believe I did. I believe it
11:32:32 11 was --
11:32:32 12 Q. Did your attorney have one in
11:32:34 13 court?
11:32:34 14 A. I believe I sent you a copy of
11:32:36 15 it.
11:32:37 16 Q. All right. Do you remember if
11:32:41 17 the name of Sam Nelson appeared on the
11:32:44 18 report anywhere?
11:32:45 19 A. Yeah.
11:32:47 20 Q. What was his name?
11:32:49 21 A. On that criminal mischief
11:32:54 22 trespassing thing, yeah.
11:32:55 23 Q. Is that what was on the actual

70

11:30:55 1 was --
11:30:55 2 A. That's his buddy.
11:30:56 3 Q. You testified that he was the
11:30:58 4 one that gave the false statement, but you
11:31:03 5 were --
11:31:03 6 A. Police report. He filled out
11:31:05 7 the police report.
11:31:05 8 Q. He filled out the police report?
11:31:07 9 A. Daryl Atkin filled out a police
11:31:17 10 report for Derane Ingle where Derane Ingle
11:31:24 11 -- that's his buddy. Daryl Atkin is his
11:31:28 12 buddy. He had his buddy to fill out a
11:31:31 13 false police complaint to get that warrant.
11:31:36 14 Q. All right. Who gave him the
11:31:40 15 information to put on the report?
11:31:44 16 MR. WILLFORD: Object to the
11:31:44 17 form.
11:31:46 18 A. Derane must have told him, told
11:31:52 19 him what -- you know, just like if -- I'm
11:31:54 20 trying to say anybody has got a right if
11:31:58 21 somebody gets treated wrong, ain't you got
11:32:01 22 the right to get a police report made out
11:32:03 23 on whoever it is? I don't care if it's a

72

11:32:58 1 incident report?
11:32:59 2 A. Yeah. His father-in-law.
11:33:02 3 Q. So Sam Nelson is Derane Ingle's
11:33:05 4 father-in-law?
11:33:06 5 A. Yes, sir.
11:33:07 6 Q. Was his name listed on the
11:33:10 7 report as a victim?
11:33:13 8 A. Not as a victim.
11:33:16 9 Q. Or the reporting person?
11:33:19 10 A. His name was on there because he
11:33:23 11 -- Derane got his father-in-law to go get a
11:33:34 12 police report filled out on me for that
11:33:36 13 criminal mischief crap over getting me a
11:33:40 14 barbecue sandwich. But he got his
11:33:43 15 father-in-law to fill out the police report
11:33:47 16 where he could get a warrant and the next
11:33:59 17 morning two deputies come and got me. I
11:33:59 18 didn't have no problem with them.
11:33:59 19 MR. PIAZZA: That's all.
11:33:59 20 MR. WILLFORD: Nothing further.
11:34:00 21 THE WITNESS: But I ain't been
11:34:01 22 on his property and he ain't got nothing I
11:34:03 23 need.

18 (Pages 69 to 72)

73

11:34:03 1      MR. PIAZZA: Nothing further.
11:34:05 2  All right. He's done with you. We're done
11:34:07 3  with you.

4

5      FURTHER DEPONENT SAITH NOT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

---

74

1     C E R T I F I C A T E

2

3  STATE OF ALABAMA )

4  JEFFERSON COUNTY )

5

6     I HEREBY CERTIFY that the

7  above and foregoing transcript was taken

8  down by me in stenotype, and the questions

9  and answers thereto were transcribed by

10  means of computer-aided transcription, and

11  that the foregoing represents a true and

12  correct transcript of the testimony given

13  by said witness.

14     I FURTHER CERTIFY that I am

15  neither of counsel, nor of any relation to

16  the parties to the action, nor am I anywise

17  interested in the result of said cause.

18

19

20

21     TANYA D. CORNELIUS

22     CCR No. 378

23

19 (Pages 73 to 74)

## A

AA 24:15
Aaron 49:20,21
ability 26:16
  37:20,23 56:13
able 12:6 14:10
  62:23
accept 7:14
accurate 26:15
aches 59:4,5,6
acting 5:3
action 74:16
actual 71:23
add 55:11
added 55:5,6
admissibility
  53:8
admit 27:12
admitting 69:10
adult 14:16
  15:20 17:23
  20:8 21:20
affect 54:12
age 12:11 14:17
aggravate 54:16
ago 69:20
agree 29:10 30:4
AGREED 1:13
  1:22 2:6,15
ahead 41:7 61:7
  61:9,16
ain't 14:10
  21:11 26:23
  27:1 41:8 44:3
  45:17 48:19
  67:15,16,17
  68:1 69:1,3
  70:21 72:21,22
al 1:6,9
Alabama 1:2,19
  4:7,13 5:8 12:5
  12:13,16 14:22
  15:12,20 18:1
  20:12,15 22:8

23:21 74:3
Albuterol 36:1
  55:2
allegation 67:2
allegations 67:7
alleged 67:10,14
alleging 67:21
Allen 13:10
  19:11 20:7
amputated 32:3
  32:8
ankles 62:17
answer 8:10,18
  14:9 15:2,3,4
  21:16 25:6
  32:20 65:3
  68:9
answered 65:17
answering 68:12
answers 38:1
  74:9
Anthony 4:5
  18:4,5,10,12
  18:14,22,22
  66:4
anxiety 35:11
  41:12,15,16,21
  42:10,13 43:3
  43:5 53:22
  54:8 55:13,18
  56:17
anybody 38:10
  43:11,18 70:20
  71:1
anywise 74:16
appearance
  30:23
appeared 71:17
arm 11:12
arrest 52:6
arrested 51:3
asked 56:7
  59:23 62:23
  63:2 66:5,23

asking 7:5 12:21
  24:7 31:5
  39:18 40:14
  50:6,9 51:18
  53:15 61:1
  62:5,7,14
aspirin 36:2
  37:5
assign 2:10
associated 63:8
assume 71:4
asthma 36:12
Atkin 50:2,3
  51:16 69:21
  70:9,11 71:6
attached 29:8
  49:15 52:11
attack 11:10
attacks 41:16
attend 24:14,17
attorney 7:4 9:9
  10:17 12:2
  45:23 48:23
  60:1 71:12
attorneys 7:5
aunts 21:9 56:10
Avenue 1:19 4:6
  5:8
awhile 69:20
a.m 5:9

## B

B 3:8
back 11:9 15:14
  25:18 29:21
  30:13 31:7,17
  31:17,18,20
  32:9,11,13
  33:6,21 34:6
  35:6 38:5 41:2
  41:3,4 46:10
  56:16 64:20
backwards 34:2
bad 9:1 34:8

63:20
Baptist 23:4
  38:20 45:21
  62:1
barbecue 68:16
  72:14
Barron 1:6
  13:10,17,23
  22:1,20 56:12
basically 12:15
  58:5
beat 43:8
bed 55:23
beers 28:11
beginning 5:9
believe 23:7
  28:20 32:2,22
  34:21 40:2
  58:21 69:23
  71:10,10,14
best 26:15 32:23
  56:13
better 8:19
  21:18
bid 47:10,11,13
  47:17,19
big 58:15
bills 45:7,22
Birmingham
  1:19 4:7 5:8
bit 7:15 12:3
  21:18 39:14
blocks 44:13
blood 35:21
board 3:12 6:20
  6:23 25:21
  26:10,11 27:13
  27:14 29:2,3
  30:13,16,23
  39:3,5,17
  41:14 59:1
bone 31:17
brand 7:8
break 9:8 27:18

66:9,16
breaking 26:23
breathe 54:20
breathing 36:1
  36:11,11 54:13
  54:16,23
brief 66:12
broke 26:21
  27:15 28:6
broken 28:13
Brookwood
  32:10 45:21
brother 13:10
  13:11 17:16
brothers 21:5
brother's 13:12
buddy 50:4
  51:14 70:2,11
  70:12,12
building 46:9
  48:8,16
built 47:5,7 48:6
  48:19
bunch 34:1,3
Burch 1:16 5:10
  5:15 6:5,6
  10:21 14:8
  25:19 29:10
  32:21 48:21
  60:1 66:19,23
  68:3
Burnell 13:13
  13:14,15,18,19
  14:2

## C

C 4:1 74:1,1
call 10:6 21:2
  24:5 26:19
  28:5
called 42:16
  63:14
calls 19:12
car 68:17 69:1

69:13
Carbon 23:12
  23:14,18 24:10
cards 44:18,18
care 70:23
Carol 51:22
case 1:5 6:9,12
  6:22 7:12
  53:10 61:14
  67:1
cause 5:10 74:17
caused 11:8 41:6
  43:14 60:14
  61:21 62:5,15
  63:4
CCR 74:22
Center 38:20
cents 46:16
certain 25:5
Certified 1:17
  5:2
certify 5:3 74:6
  74:14
chair 34:2
chance 13:1
  30:12 66:18
change 54:22
  55:3
Chappel 6:7
charge 50:14
  51:4,4 52:22
check 45:12
checkbook
  45:12
checking 44:12
child 22:11,13
children 12:12
  14:13,14,16
  15:11,20 18:1
  20:8,9 21:20
  21:20
Christy 20:17
church 22:20,22
  23:2,6,8,14,20

23:22 24:2
circulation
  63:13
city 23:11,18
  24:7,9
Civil 3:11 5:5
  6:23 26:10
  27:12 29:2
  58:23
claim 30:18 31:6
  67:22
claiming 44:6
claims 53:10
clear 44:6
close 44:6
code 6:10
come 72:17
coming 14:9
Commissioner
  2:16 5:3
complainant
  50:8
complaint 3:16
  49:20 50:12
  51:15,16 70:13
Complete 44:19
compliance 2:2
computer-aided
  74:10
condition 40:8
  43:14 54:5
  60:5,14 61:21
  62:6,9 63:4
conditions 43:4
  54:3 60:2
connect 62:23
connection
  50:13
conversation 8:5
  57:4
COPD 36:13
  53:17 54:17
  56:17
copy 71:9,14

Corisoprodol
  36:22 37:3
Cornelius 1:17
  5:1 74:21
correct 15:13
  23:15 25:21,22
  26:2,13,17
  27:6,16,17
  28:1,18 41:15
  41:18 50:20
  51:6,8,11 52:7
  52:16 56:7,9
  60:6 65:7,8
  67:3 69:11,12
  69:20 71:4
  74:12
corrected 27:2
counsel 1:15 2:7
  2:9 5:6 74:15
counties 12:14
county 3:12 6:19
  12:15 25:21
  29:2 74:4
couple 7:5,15,17
  10:1 32:15
  34:17 53:13
  66:3
court 1:1,18 2:3
  5:7,19 7:4,21
  8:20 49:18
  51:23 52:17,20
  52:21 53:11
  71:13
Courthouse
  6:19
cover 7:17 45:4
covered 45:10
covers 45:3
crap 72:13
criminal 3:16
  50:14 51:4,5
  52:22 53:2
  67:1 71:21
  72:13

Crystal 20:17
Crystal's 20:18
  20:20
cuffs 62:3
currently 10:21
  36:17,21 37:19
cut 11:13

**D**

D 1:16 3:1 5:1
  74:21
damaged 54:14
Darlene 20:6
Daryl 50:2,3
  51:16 69:21
  70:9,11 71:6
date 5:4
dated 29:3
David 15:18,19
Davis 12:23
  13:21 15:14,18
  16:2,11
Davises 16:3
day 1:20 57:5,8
  57:9,11,16
  58:4,7
Days 1:16 5:9,15
  6:5
dealing 42:8
deceased 21:7
decide 53:12
DEFENDANT
  4:9
Defendants 1:10
Defendant's 3:9
  28:23 29:6
  30:6 66:6
degree 51:7
DEPONENT
  73:5
deposition 1:15
  1:23 2:1,12,16
  6:14,18 9:17
  66:19

depositions 2:4
depression
  41:11,15,22
  42:10,13 43:3
  43:5 53:22
  54:8 55:18
  56:18
deputies 72:17
deputy 29:18
  30:19 31:6
  41:18,21 42:3
  42:11,20 44:7
  60:6 63:23
  67:2,9 69:9
  71:3,3,6
Derane 1:9 38:9
  38:12 39:22
  40:10,15,21
  41:3 42:8
  43:14 49:20
  50:3,13 51:17
  54:1 60:11
  70:10,10,18
  72:3,11
Derane's 17:7
  17:10
describe 49:18
  52:17
different 24:19
  24:22 25:2,10
  30:21 35:22
  39:15 44:1
difficult 8:16
difficulties
  54:23
difficulty 54:17
disabled 11:5,7
  11:8 14:4
  44:11
discussion 25:15
district 1:1,2
  12:5,13,17
  51:23
DIVISION 1:3

**doctor** 28:9
  31:19,21 32:9
  32:13 33:6
  61:2,3
**doctors** 40:14
  44:2,4 61:14
**document** 49:9
**documents** 9:17
  10:16
**doing** 8:8
**dollars** 46:15
  47:9
**Dr** 33:14 35:7
  38:10 39:19,23
  40:4,10,21
  41:1,5,23,23
  42:1,12 43:10
  43:11,16,17,18
  44:23,23 45:13
  45:13 56:22
  60:12 61:20
  62:5,8 65:6,10
  65:13,17,22
**dreams** 56:4
**Drive** 4:12
**driveway** 67:15
  67:17 69:4
**drove** 68:13
**due** 61:7
**duly** 5:16
**Durlene** 22:7

**E**

**E** 3:1,8 4:1,1
  74:1,1
**earlier** 25:19
  65:5
**easier** 8:19
**edema** 62:16
  63:15
**effect** 2:2
**eight** 35:3 47:9
**eighty** 46:4
**eighty-one** 36:2

  37:5
**either** 18:5
  44:23 45:13
**ELEY** 4:10
**Elks** 24:12
**enter** 28:22 53:6
**et** 1:6,9
**Eugene** 39:23
**evening** 55:23
**event** 29:13 30:7
**everybody** 19:12
**evidence** 2:12
**examination** 3:2
  5:11 6:1 49:3
**examined** 5:17
**excuse** 20:7
  26:11 27:13
**Exhibit** 28:23
  29:6 30:6 49:8
  51:10 52:9,14
  67:8
**exhibits** 3:9,14
  10:11 49:12
**expecting** 46:5
**expert** 62:22
**eye** 54:15
**eyes** 54:14

**F**

**F** 74:1
**fact** 54:11
**fair** 9:5 21:15
  61:19
**false** 50:4 70:4
  70:13
**familiar** 52:2,3
**far** 28:19 38:5
**father** 21:6
**father-in-law**
  17:8,10 72:2,4
  72:11,15
**fault** 15:7
**February** 31:7
  53:16 54:2

**Federal** 5:5
**feel** 9:2,13 34:5
**feels** 59:12
**feet** 62:17 63:6,7
  63:11,13,17
**fellow** 16:16
  47:14
**fellow's** 16:13
**figure** 63:6
**filing** 2:15
**fill** 50:4 70:12
  72:15
**filled** 51:15,16
  70:6,8,9 72:12
**find** 39:6
**finding** 52:21
**fine** 9:14 35:16
**finger** 31:23
  32:2,8,12
  56:16 58:16,23
**finish** 8:17
**first** 5:16 16:15
  16:23 17:4
  20:1,4 21:1
  22:3 42:5 49:5
  68:1
**five** 34:22,23
  43:22 65:13
**fluid** 36:3,4,5,6
**folks** 69:5
**following** 5:11
**follows** 5:17
**follow-up** 30:11
  53:14 68:12
**force** 2:2
**foregoing** 5:6
  74:7,11
**form** 2:8 70:17
**former** 13:22
**found** 53:2
**four** 29:17,17
  57:5,8,9 58:4,6
**fracture** 64:2
**fractured** 31:18

  64:3,8,10
**fractures** 64:18
**frankly** 61:5
  66:20
**free** 9:2
**Freedom** 1:18
  5:7
**Freeze** 54:12
**fresher** 29:14
  30:7
**front** 10:2
**full** 2:2
**fun** 58:20
**further** 1:21 2:5
  2:14 72:20
  73:1,5 74:14
**fusion** 31:17

**G**

**gangrene** 32:1
  58:19
**Gary** 4:11 63:10
  64:21
**Gene** 13:10
  19:11,12,14
  20:8 21:16
**Gerald** 13:13,13
  14:1
**getting** 31:23
  45:8,9 55:21
  57:20 60:3
  72:13
**give** 7:23 13:1
  27:7 38:1 45:8
  61:12
**given** 6:14,17
  7:1,12 74:12
**giving** 25:23
  37:12 61:15
**glad** 44:20
**go** 7:18 15:14
  21:14 22:20,22
  22:23 23:23
  24:15 25:12

  32:8,11 44:19
  47:15 55:23
  56:1 60:4 61:7
  61:9,15 68:22
  69:9 72:11
**going** 7:10,13,14
  9:11 10:11
  12:20 14:20
  15:1,8 21:10
  28:22 32:22
  38:4 45:8
  54:18 56:11
  58:17 60:4,19
  61:6,12 62:21
  66:18,19
**good** 35:18 38:4
  44:20
**gotten** 60:10
**great** 19:9
**ground** 7:18
**grounds** 2:10
**group** 25:3,7
**groups** 25:2,8,9
  25:10
**guarantee** 61:5
**guess** 32:4,6
  45:19 52:19
  59:15
**guilty** 52:22
  53:2
**gun** 68:17,20
  69:12
**guy** 40:5

**H**

**H** 3:8
**hair** 39:13
**Halcyon** 4:12
**Hallmark** 22:7
**hand** 26:6 56:17
**handed** 10:17
**happened** 11:14
  29:23 39:6
  57:3 58:3

| | | | | |
|---|---|---|---|---|
| **happy** 9:4 | 69:10 | 40:10,10,21 | **kill** 34:5 | **listed** 29:3 72:6 |
| **hard** 19:6 | **houses** 47:5,7 | 41:18,21 42:3 | **kind** 7:2,9 8:3 | **listen** 38:23 |
| **head** 8:4 11:16 | 48:7,8,16 | 42:11,20 43:15 | 11:20 33:21,22 | 48:13 51:18 |
| 13:20 14:15,18 | **HTZ** 36:2,4,5,6 | 44:8 50:3,13 | 35:22 36:14,18 | 65:2 67:13,19 |
| 15:2 17:11 | 36:6 | 54:2 60:6,11 | 44:12 60:4 | 68:3 |
| 30:1 38:13 | **hug** 34:7 | 63:23 70:10,10 | 69:7 | **little** 7:15 12:3 |
| **hear** 15:3 | **huh-uh** 19:1,5 | **Ingle's** 67:3,9 | **kinds** 30:22 | 21:17 64:18 |
| **heard** 26:20 | 19:21 45:15 | 69:10 72:3 | **Kiwanis** 24:12 | **live** 6:6 12:4,12 |
| **hearing** 6:21 | 52:4 | **inhaler** 36:1 | **knees** 64:2,3,8 | 15:12 20:11 |
| 39:3,5,11 | **hundred** 45:4 | 55:2 | **know** 9:10 10:5 | 22:8 23:10,12 |
| 41:14 59:1 | 57:4,6 | **injuries** 30:17 | 16:13,15 18:15 | 23:13,17 69:4 |
| **heart** 11:10 40:5 | **hurt** 44:10 | 40:12 | 18:18,19 20:19 | 69:5 |
| 42:21 53:19 | **hurting** 31:4 | **Injury** 31:16 | 20:20,23 22:2 | **lives** 20:14 |
| 54:5 55:4,8,9 | 34:7 | **insurance** 45:3 | 34:2,18 35:11 | **living** 15:20 18:1 |
| 60:5,14 61:21 | **husband's** 15:17 | **interested** 74:17 | 39:4 46:2 | 21:6,8 |
| 62:6,9,20 63:4 | 16:21 17:4 | **interrogation** | 47:10 51:13,21 | **located** 24:2 |
| 63:8 | 18:19 20:23 | 9:7 | 52:1 59:6,11 | **Lodge** 24:13 |
| **heartburn** 35:23 | | **involving** 67:1 | 60:23 70:19 | **long** 32:7,16 |
| **held** 25:16 | **I** | | 71:3,8 | **longer** 39:13 |
| **help** 49:21 | **identification** | **J** | **knows** 60:22 | **look** 10:12 47:15 |
| **helped** 33:16 | 29:7 49:14 | **J** 4:5 | | **looked** 10:17 |
| **helping** 48:9 | 52:10 | **jail** 38:19 | **L** | 39:14 |
| **helps** 44:21 | **identify** 49:7 | **Jasper** 24:20,21 | **L** 1:12 4:11 | **looking** 12:10 |
| **hereto** 29:8 | **incident** 29:18 | 64:13 | **LAW** 4:4 | **Lorn** 33:7 |
| 49:15 52:11 | 30:18 38:9,12 | **Jefferson** 12:15 | **laws** 2:3 | **Lortab** 36:22 |
| **higher** 55:1 | 39:22 40:9 | 74:4 | **lay** 63:20 | **lose** 44:8 |
| **highest** 47:3 | 41:18,21 42:3 | **Jeremy** 21:23 | **leading** 2:8 | **lost** 44:6 |
| **Hill** 23:12,15,18 | 42:10,20 54:1 | 22:4 | **leave** 53:11 | **lot** 33:16 47:6 |
| 24:10 | 57:12 60:6 | **Jeremy's** 21:23 | 60:20 | **lowest** 47:19 |
| **hit** 26:23 | 62:12 64:1 | 22:6 | **left** 28:2,6 48:5 | |
| **HMO** 44:18 | 72:1 | **Jerry** 13:22,23 | 53:10 69:3 | **M** |
| **Hold** 60:17 62:2 | **incorrect** 27:20 | 14:12 15:11 | **legs** 62:1 63:13 | **magistrate** |
| **home** 11:21 14:4 | 27:22 28:17 | **job** 47:10,12,13 | 63:23 | 51:13,23 |
| 69:3 | **increase** 54:21 | 47:21 55:21 | **Leonards** 6:7 | **maiden** 16:11,12 |
| **homes** 46:10 | 55:4,16 | **John** 13:13 | **Let's** 15:14 | **mailed** 35:13 |
| **hopefully** 9:12 | **index** 58:16,23 | **Jr** 4:11 | 25:12 34:21 | **major** 11:9 |
| **horse** 34:5 | **indicating** 11:10 | **judgment** 61:7 | 35:2 | **Mandy** 21:23 |
| **hour** 46:11,12 | 50:7,10 58:15 | **July** 1:20 | **license** 65:20 | 22:1,10 |
| 46:14 47:4,10 | **information** | **June** 11:4 | **lie** 68:1,6,8 | **March** 31:1,3,9 |
| 47:21 | 27:19 70:15 | **jurisdiction** 12:4 | **liked** 11:13 | 32:3 34:19 |
| **house** 23:1,9 | 71:8 | **jury** 14:10 | 54:19 | 38:7,21 39:20 |
| 38:19 67:3,9 | **Ingle** 1:9 29:19 | | **limits** 23:18 24:9 | 43:13 |
| 67:11,12,23 | 30:19 31:7 | **K** | **list** 12:3,6 35:12 | **marked** 29:7 |
| 68:5,13,23 | 38:9,12 39:22 | **keep** 64:12 | 35:13,15 | 49:7,14 52:10 |
| | | **kept** 16:10,12 | | |

52:13
married 13:21
  14:6 15:15
  16:6,8,9,10,11
  16:14,16,19
  17:10,14,15
  18:6,17,22
  19:14,16 20:21
  22:2,4,16
materials 48:4
ma'am 5:21
mean 20:17 45:1
  55:20 60:21
  61:12 62:23
means 74:10
medical 11:19
  30:16,22 31:8
  38:6,8,20
  39:21 43:12
  44:15 58:10
  62:22 63:9
Medicare 44:17
  44:19 46:2
medication
  35:10 36:15,18
  36:20 37:10
  40:6 55:12
  59:10
medications
  35:19 36:8
  37:12,19 54:22
  55:4,9,17
medicine 34:4
  35:6,22 42:16
  44:21
medicines 42:21
meet 25:2,7
meetings 24:16
Melinda 15:23
  16:4,6,9,10
  18:4,5,10,15
  18:17
member 24:11
memory 21:18

mention 37:4
mentioned
  45:19
mess 58:2
met 39:2
Methodist 23:5
middle 13:15
  56:16
Miller 33:7,15
  35:7 38:10
  39:19 41:2,23
  42:12 43:11,16
  43:17 44:23
  45:13 56:22
  65:11,13,17
milligram 37:5
  55:2 57:7
  65:14
milligrams 36:2
  57:6,17,19
mind 49:23
minute 27:7,11
mischief 53:3
  71:21 72:13
mistake 28:3
mobile 11:21
  46:10
Montgomery
  4:13
month 24:15
months 29:12,18
  29:23 32:15
  42:8
morning 37:14
  37:16 55:22
  72:17
mother 21:5
  22:6
mouth 15:1
moving 65:1
muscle 36:23
  37:3
——————
     N

N 1:12 3:1 4:1
name 6:3 13:12
  13:15,17,19,22
  15:17 16:11,12
  16:13,15,21
  17:1,4 18:18
  18:20 19:18
  20:1,2,3,5,16
  20:18,21 21:1
  22:1,3,3 23:2
  33:5 50:19
  51:13 69:21
  71:17,20 72:6
  72:10
named 12:23
  13:4
names 14:19
  15:22 18:3
  21:22
narcotics 65:15
Nauvoo 68:15
necessarily
  61:12
necessary 2:6
  9:13 14:5
need 7:20,23
  8:13 9:8,8,14
  32:20 47:16
  63:22 69:6
  72:23
needle 59:13
needles 34:3
  35:6
needs 15:3
negative 19:1,21
  45:15 52:4
neither 74:15
Nelda 13:5,6
  16:18 17:23
Nelda's 17:3
Nelson 13:5,6
  16:22,23,23
  17:5,15,16
  18:4,23 71:17

72:3
Nelsons 18:13
Nelson's 17:16
neurologist
  33:19
never 26:23
  54:19 69:1,3
new 7:8
night 24:23
nightmares 56:4
ninety 57:2,15
  57:20,21
nodding 8:4
  17:12
nods 11:16
  13:20 14:15,18
  17:11 30:1
  38:13
Nope 19:15
  68:19
normal 8:5
north 12:16
  17:12
NORTHER 1:2
northern 12:5
  12:13,16
Notary 1:18 5:2
notes 65:11
notice 2:15
nub 59:3
NUMBER 1:5
  3:2,9
nursing 14:4
——————
     O

O 1:12
object 53:7
  62:21 70:16
objection 66:6
  66:17,21
objections 2:7
  2:10
obviously 30:12
  61:18

Occasionally
  22:21
October 29:4,22
offered 2:12
OFFICE 4:4
Oh 17:9 31:10
  34:17 54:18
  57:21
okay 7:1,9 8:1,7
  8:9,20 9:14,22
  10:20 12:8
  13:8,21 15:2
  15:10,22 17:9
  17:17,22 18:3
  18:11 19:10
  20:11 21:4,13
  21:19 22:4
  24:11,17 25:18
  26:9 27:2 28:5
  28:12,22 30:10
  31:15 32:7
  34:15 36:10,14
  37:18 38:4
  39:19 40:13
  41:1 42:1,14
  43:17,23 44:5
  44:14 45:11
  46:2 47:7,18
  48:18 51:20
  52:5,13 53:4
  58:1,12 59:14
  63:16 64:7
  65:4,9 68:7
old 24:6 48:10
once 24:15
  61:18
open 15:1 24:23
operator 27:20
oral 5:10
order 3:18 52:20
  52:21 53:1
organizations
  24:12
originally 65:12

| | | | | |
|---|---|---|---|---|
| outside 23:17 24:9 | 39:3,5,11,17 41:14 | Pointe 4:12 | provided 5:4 | quickly 9:12 |
| | | police 50:4 70:6 | provider 38:17 | quite 21:11 35:2 |
| **P** | pete 63:14,14 | 70:7,8,9,13,22 | 43:12 | |
| | Piazza 3:4,6 4:4 | 71:1 72:12,15 | Prozac 35:17 | **R** |
| P 1:12 4:1,1 | 4:5 5:22 10:10 | poor 63:13 | 37:7,8,13,15 | R 4:1 74:1 |
| PAGE 3:2,9 | 10:14 13:1 | prefer 60:20 | 40:7 41:9,10 | raised 26:5 58:6 |
| pages 10:1,3,4,5 | 14:20,23 15:8 | 61:7,15 | 42:2,6 55:14 | ramble 8:23 |
| paid 44:16 46:4 | 25:6 31:1 | prepare 12:6 | 65:7,23 | read 65:11 |
| 46:11,18,20,22 | 32:23 33:9,13 | preparing 9:17 | Prozacs 55:22 | reading 1:23 |
| 47:1,3,6,8,20 | 35:14 37:9 | prescribed | psychiatrist | real 10:13 34:7 |
| 47:22 | 38:14,23 40:2 | 36:17,21 42:2 | 33:18 | reason 41:7 |
| pain 28:9 34:6 | 45:7 46:20,23 | 65:7,18,23 | Public 1:18 5:3 | 64:14 67:16,17 |
| 36:15,18,20 | 48:13 49:4,23 | prescription | puffer 55:2 | recalls 61:3 |
| 37:10 56:20 | 53:5 59:18 | 42:6 57:22 | pull 67:16 | recess 66:12 |
| 57:1 58:20,22 | 60:17 61:9,19 | PRESENT 4:15 | pulled 67:15 | recognize 49:9 |
| 59:9 | 62:8,11,21 | pressure 35:21 | pushing 64:6,6 | 49:17 52:15 |
| painful 59:3 | 63:9 64:15,21 | 62:3 | put 34:1,4 35:10 | recollection |
| pains 59:4,5,7 | 65:2 66:8 67:5 | pretty 7:11,13 | 35:17 41:7 | 29:13 30:7 |
| Parade 24:4,4 | 67:13,19 68:9 | 9:12 | 55:1 64:18,19 | 32:5 33:1 |
| particular 6:22 | 69:18 72:19 | previous 66:5,17 | 70:15 71:2 | record 6:4 8:19 |
| parties 1:14 2:9 | 73:1 | previously 6:18 | putting 34:3 | 25:13,16,18 |
| 74:16 | pill 35:23 36:1,3 | 49:13 | 35:5 | 61:16 |
| passed 21:12 | 36:4,5,6,11,12 | Prilosec 35:23 | | records 33:8 |
| Patricia 4:16 | pitting 62:16 | Princeton 45:21 | **Q** | 35:15 60:18,21 |
| Patsy 14:23 | 63:14 | prior 2:12 11:14 | question 8:9,18 | 61:4,17 |
| 22:18 28:6,14 | places 24:20,23 | 42:2 53:16 | 9:1,3 21:17 | reference 53:15 |
| 49:22 | plaintiff 4:3 6:8 | 57:12 | 25:7 35:18 | referring 45:23 |
| Patty 18:8 32:18 | 6:11 | probably 42:7 | 39:1 47:2 | 58:13 67:5 |
| pay 44:22 45:17 | Plaintiffs 1:7 | problem 63:7 | 48:14 51:19 | refractured |
| 46:3,6 | Plaintiff's 3:14 | 65:19,21 72:18 | 60:8 63:1,3,10 | 31:16 |
| PC 4:4,10 | 49:8,12 51:10 | problems 11:20 | 64:22 65:3,3 | regard 58:9 |
| peek 63:21 | 52:9,14 67:7 | 17:18 41:6 | 65:17 67:14,20 | Regional 38:20 |
| people 12:12 | planning 27:1 | 53:19 56:15 | 68:4,10 | 64:16 |
| percent 45:4 | plants 11:21,22 | 61:13 | questions 2:8,9 | relate 38:11 |
| 46:4,6 | plaques 33:17 | Procedure 5:5 | 7:6 8:1 12:9 | 39:22 40:9 |
| percentage | please 6:3 | proceedings | 27:11 30:11 | related 38:9 |
| 47:23 | plenty 58:20 | 5:12 | 32:21 37:21 | 66:6 |
| permanently | Plus 54:12 | promise 14:9 | 38:2 49:1 | relates 31:12 |
| 14:4 | Pocahontas 24:1 | property 72:22 | 53:14 59:17 | relating 2:4 41:2 |
| person 51:22 | pocket 44:23 | Prospect 23:3,4 | 60:1 66:3,4,20 | relation 74:15 |
| 72:9 | 45:2 | 23:6,7,14,16 | 66:22 68:12 | relatives 12:4,10 |
| personnel 25:21 | point 25:5 45:14 | 23:17,19,20 | 74:8 | 56:6 |
| 26:11 27:13 | 61:2 62:7 | protect 69:7 | quick 10:13 | relaxer 36:23 |
| 29:2 30:13,16 | 64:23 | provide 15:4 | 49:22 | 37:4 |

relevant 53:9
remember 15:4
  25:23 26:3,7
  39:10 71:16
remodel 47:16
rephrase 9:4
  17:2
report 50:5 70:6
  70:7,8,10,15
  70:22 71:9,18
  72:1,7,12,15
reporter 1:17
  5:2,19 7:4,21
  8:20
reporting 1:18
  5:7 72:9
represents 74:11
residual 58:22
respect 30:17
  33:21
respective 1:15
respond 60:22
response 19:1
  19:21 45:15
  52:4
responses 8:1
rest 28:20
result 31:6 44:7
  60:11 74:17
review 9:16,20
reviewed 9:21
RE-EXAMIN...
  59:21 69:17
rifle 68:22
right 7:7 8:4,8
  8:11,12 9:6,16
  11:11,23 12:22
  13:3 15:4,12
  16:18 17:18,22
  18:9 19:11,12
  19:13 21:3,4
  21:11 23:21
  26:5,8 27:9,21
  28:4,13,14,15

28:21 29:19,23
  30:21 32:3,19
  33:14 35:5
  38:4 39:9
  40:12,17,20
  42:19 43:10
  44:5 45:5,6
  46:1,7,8 48:2,3
  48:20 49:22
  50:7,10,19,22
  51:14,15 52:19
  55:21 56:2,5
  56:12,14,15,17
  58:6,8,14 60:7
  61:23 62:4
  63:20 66:2
  67:9 68:5,14
  69:14,22 70:14
  70:20,22 71:16
  73:2
Road 6:7
room 7:3 39:7
rules 2:3 5:5
  7:18
run 56:3

─── S ───
S 1:12 3:8 4:1
SAITH 73:5
Sam 17:16,17,19
  17:20 71:17
  72:3
Sandra 17:19,20
  17:21
sandwich 72:14
sat 34:2 39:7
saw 38:11 40:14
  43:22
saying 7:22 28:7
  41:8 47:11
  58:5 66:16
  68:13
says 23:6,7
scared 32:14

second 18:7
  25:13 60:17
see 31:18,20
  33:6 34:21
  35:3 40:20
  41:1 43:19
  45:18 47:15
  57:16 63:21,22
seeing 56:3
seen 32:13 39:19
  39:20 43:12,13
  71:9
self 31:4
sent 60:16 61:23
  63:12 71:14
separate 10:2
Seriously 53:23
served 51:2,3
Service 3:11
  6:23 26:10
  27:13 29:3
  59:1
setting 32:1
  58:18
seven 46:15,18
  47:4
seventeen 33:17
severe 41:16
Shadinger 19:19
  19:22,23 20:4
shake 15:2
sharp 59:5
Shelby 12:15
Sherry 12:23
  13:21 15:14,19
shoe 63:19
Shoot 47:9
short 7:11
Shorthand 1:17
  5:2
shot 28:10
shotgun 68:21
show 10:11 49:5
  49:6 58:17

63:11
showing 11:11
shown 51:9
shows 27:15
sic 66:6
signature 1:22
  50:17 51:22
signed 50:13
  51:12
singer 17:6
sir 6:4,13,16 7:7
  9:19 10:22
  11:1,6 12:20
  13:7 16:7,20
  17:3 18:2
  20:10 21:21
  22:9,19,21
  23:22 25:11
  28:8 29:16,20
  30:3,9,20 36:9
  36:19 37:6
  40:23 41:19
  42:4,23 43:6
  46:13,19 47:13
  50:23 53:18,20
  54:4,4,4,7,10
  55:15 57:10,14
  60:9 66:1 72:5
sister 12:22 13:4
  17:9,15
sisters 21:5
sitting 8:3 29:16
  30:8 35:19
  37:20
situation 7:2
six 10:2
sixteen 33:17
sleep 56:1
small 7:16 66:8
social 24:12
solve 65:20
solving 65:19
somebody 22:2
  59:13 70:21

soon 31:22 32:7
sorry 37:1 40:10
south 4:6 17:12
SOUTHERN
  1:3
speak 61:17
specifically
  60:13 61:21
  63:4
spell 19:20
splint 28:10
  64:19
sprayed 54:12
stack 33:12
started 12:1
  48:8,10 55:13
  68:11
state 6:3 20:11
  20:15 74:3
stated 53:21
  55:13
statement 70:4
STATES 1:1
station 24:4,5
stay 68:23
stenotype 74:8
stepfather 17:7
sticking 59:13
STIPULATED
  1:13,21 2:5,14
stipulation 5:6
stipulations
  5:20
stitches 32:12
stop 9:2,10 62:4
Straight 38:19
stuff 39:5 40:6
  48:5 61:15
subject 66:5,16
  66:20
subpoena 61:10
suffering 53:22
  56:20 57:1
summary 61:6

Sundays 23:23
supposed 35:12
sure 21:12 44:20
  66:10
surgeries 11:9
surgery 33:22
  54:15
sustained 66:21
swell 63:17
swelled 63:18,19
swelling 62:16
  62:17
swore 26:6
sworn 5:16 52:6

---

**T**

T 1:12,12 3:8
  74:1,1
Tai 39:23 40:4
  40:21 41:5,23
  42:1 43:11,18
  44:23 45:13
  60:12 61:20
  62:5,8 65:6,22
take 9:8 10:12
  20:21 37:13,15
  47:19 55:22
  57:5,8 59:8
  63:21 64:19
  66:8
taken 1:16 35:20
  36:8 45:12
  66:13 74:7
talk 7:14,15 8:14
  9:9 66:18
  67:17,18
talked 12:2
talking 6:20
  10:10 12:1,11
  14:1 25:19
  37:9 38:5,7,21
  42:18,19 43:2
  44:1 64:15
Tanya 1:16 5:1

74:21
tape 26:18,19
  27:14 28:3
Tax 40:3
Taz 1:16 5:9,15
  6:5
tell 12:19 16:14
  21:14 23:10
  26:6 28:19
  33:20 45:20
  56:11 60:14
  61:20 62:8
  63:3
telling 25:1
  26:21 61:3
  63:5
ten 29:12,22
  57:7,19
tendency 8:23
Teresa 22:7,11
  22:12,18
Teresa's 22:10
  22:13
test 62:1 63:12
testified 5:17
  25:20 26:10
  27:14 29:21
  69:20,23 70:3
testimony 7:12
  26:1,4,12 27:3
  28:16 29:1,11
  30:5,15 65:6
  74:12
Thank 48:22
thereto 2:13
  74:9
thing 8:13,15
  27:10,23 42:15
  43:7 49:6
  69:19 71:22
things 7:16
  11:23 19:7
  30:11 61:10
think 9:11 15:10

19:11 21:13
  28:20 37:11
  41:13 46:1
  48:22 56:6,8
  60:18 65:5,16
thinking 64:13
third 51:7
thirty 57:17
thirty-five 46:15
  46:18 47:4
thought 54:18
three 34:11,11
  34:13 35:22
  42:8 57:15
thumb 26:21,23
  27:15,18 28:2
  28:4,6,10,13
Tibby 16:1
time 2:11,11
  8:22 9:8 11:2
  25:3 26:3,9,16
  28:13 29:11
  35:1 38:22
  39:2,7,16 42:5
  42:15,18 43:7
  44:8 48:6,11
  48:15 53:8,12
  56:19 59:11
  60:3 64:17
  68:18 69:2
times 22:15 34:9
  34:11,11,13,19
  34:22,23 43:19
  43:22
Timmy 15:23
  16:2,4
today 7:3,11,19
  9:18 10:8 12:2
  26:5 28:18
  29:14,16 30:8
  30:14 35:19,20
  36:8,15 37:20
  42:19 61:10
told 19:5 28:2,6

39:18 41:5,13
  42:21 43:21
  58:9 60:10
  61:2 62:5,14
  68:2 70:18,18
TOMMY 1:6
top 8:14
total 34:19,23
tough 21:10
town 24:8
trailer 11:22
transcribed 74:9
transcript 3:10
  9:21,23 29:1
  74:7,12
transcription
  74:10
transcripts
  10:16
treat 40:8,11
treated 56:18
  64:7 70:21
treating 41:20
  56:21,23
treatment 30:17
  30:22 31:8
  33:22 38:6,8
  39:21 44:15
  58:10
trespass 3:17
  50:14 52:23
trespassing 51:5
  53:3 71:22
trial 2:11
trouble 17:20
true 74:11
trunk 69:2
truth 16:14 26:6
truthful 26:12
  38:1
try 8:14 19:5
  24:15 65:2
trying 7:10 27:6
  39:6 63:6

65:11 70:20
Tucker 49:21,21
turn 14:9 60:19
turned 58:18
twelve 48:9
twenty 46:6 57:5
  57:6
twenty-two
  68:22
twice 22:17,18
  34:21
two 11:9 32:17
  32:19 33:2,3
  42:7 44:4
  45:18 55:6,6,7
  55:9 72:17
T-a-i 40:2,3
T-i-g-h 40:1

---

**U**

U 1:12
uh-huh 19:6
uncles 21:8
  56:10
understand 9:1
  9:3 14:12
  15:10 37:21
  40:13,17,18
  43:21 45:1
  47:2,11 65:16
Understood
  8:21
UNITED 1:1
upped 57:16
usual 5:20

---

**V**

Valley 1:19 5:8
various 60:2
verbal 7:23
VFW 24:13
victim 72:7,8
vote 12:12
voting 12:11
  14:17

vs 1:8

**W**

wage 47:3
wages 44:7
wait 8:17 18:7
  60:8
waived 2:1,16
Walker 3:12
  6:19 12:14
  25:21 29:2
  38:20 45:20
  61:23 64:16
wall 33:18
want 7:17 12:18
  49:5,6 53:14
  67:18
wanted 28:1
  69:19
warrant 3:15
  51:1,2 52:5
  70:13 72:16
wasn't 32:18
  55:20 58:20
way 45:20 68:15
  71:2
WEBB 4:10
weeks 32:18,19
  33:2,3
went 6:21 32:13
  33:6 41:7
  66:15 67:2,8
  67:11,22 68:4
  69:2
we'll 27:10
  53:11
we're 7:2,13,14
  7:22 9:11
  29:17 61:6
  73:2
we've 43:10,17
  43:18 61:13
wife 26:21,22
wife's 19:18

Wilkerson 4:16
  14:3,7,22 18:9
  18:14
Willford 3:3,5
  4:11 5:21 6:2
  10:12 14:8
  25:12 33:11
  35:16 37:11
  46:22 48:21
  53:7,15 59:18
  59:22 61:1,11
  63:2 64:23
  66:2,10,15
  69:14 70:16
  72:20
Willie 17:5,15
  17:16,23
witness 1:23
  5:10 11:16
  13:20 14:15,18
  15:5 17:11
  18:11 30:1
  38:13 62:10
  72:21 74:13
woods 69:5,6
word 7:22,22
  41:8
words 12:18
work 11:20 44:9
worked 10:23
  11:3,21 47:14
  48:15
working 10:20
  46:9
worry 66:22
worse 54:3,6,9
  60:3,5,11,15
  61:22 62:6,9
  62:15 63:5
write 13:2
writing 50:15
  57:2 65:14
written 45:12
wrong 18:8

27:17 67:4
  70:21
wrote 57:4
  65:13

**X**

X 3:1,8
Xanax 36:22
  37:4 42:12,14
  43:6 55:20
  57:3,5,8 65:10
  65:12,14,18

**Y**

yeah 10:1,14
  13:16 16:5,9
  17:14 20:22
  24:22 31:10,14
  33:4,9,13
  34:14,17 36:13
  37:17 39:12,14
  40:19 41:5,11
  41:19 48:2
  50:8,11 55:1,5
  57:23 58:11
  59:2 64:17
  65:19 71:7,19
  71:22 72:2
year 32:16 35:4
  50:14
years 29:17
  48:10
Yep 50:15

**Z**

zip 6:10

**0**

04 32:3 34:20

**1**

1 3:10 28:23
  29:6 30:6
10s 36:22
10th 1:20

10-26-04 3:10
1030 4:6
11th 11:4
16th 4:6 53:16
  54:2
1991 11:4,15
  48:17

**2**

2:06-CV-0331...
  1:5
2004 29:4,22
  31:7 34:12
  53:16
2005 31:2,3,9
  38:7,22 39:20
  43:13
2008 1:20
26 29:4
2651 6:7
29 3:12

**3**

35205 4:7
35209 1:20 5:9
35549 6:10
36117 4:13
367 1:19 5:8
37 3:15 51:10
  66:7 67:8
37-38 49:13
378 74:22
38 3:16 49:8
  66:7 67:8

**4**

49 3:4,15,17

**5**

52 3:18
59 3:5

**6**

6 3:3
69 3:6

**7**

73 3:18 52:9,14
  66:7 67:8
7475 4:12
78 24:5,6

**9**

9:00 5:9
91 44:10 46:10
911 26:18,19,19
  27:14,20 28:5