FILED
2008 Jul-28 PM 05:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit H
# Call Activity Log regarding 02/16/04

| CASE # | UNIT | DATE | TIME | SIGNAL | TRANSACTION NOTES | USER |
|---|---|---|---|---|---|---|
| 0402 00788 | 318 | 02/16/04 | 01:44:40 | 10-84 |  | W909 |
| 0402 00788 | 318 | 02/16/04 | 01:51:43 | 10-23 |  | W909 |
| 0402 00788 | 318 | 02/16/04 | 02:06:06 | 10-15C | 1WM 10-84 TO CNTY JAIL | W906 |
| 0402 00788 | 318 | 02/16/04 | 02:16:17 | 10-18 | CAGE | W909 |
| 0402 00788 | 318 | 02/16/04 | 02:16:17 | 10-18 | BARRON BEATING HEAD ON BACK OF | W909 |
| 0402 00788 | 318 | 02/16/04 | 02:21:42 | 10-23 | AT CJ | W909 |
| 0402 00788 | 318 | 02/16/04 | 03:05:01 | 10-24 | X1 | W906 |

PRESS ANY KEY TO CONTINUE - ESC=EXIT