FILED
2008 Jul-28 PM 05:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit J
# Complaint of Tommy Barron a.k.a. Taz Burch, dated March 12, 2004

March 12, 2004

Walker County Civil Service Board
P.O. Box 493
Jasper, Alabama 35502 - 0493

Mr. Taz Day Burch, (Tommy Barron)



Complaint: Taz D. Burch (Tommy Barron)
Plaintiff
Honorable Walker County Sheriff/
Deputy Sheriff Derane Ingle
Defendant

Regarding: The brutality, excessive force, false accusations (made up by Deputy Derane Ingle), verbal harassment to my wife (Patsy Barron) by Derane Ingle, beating and breaking of Mr. Taz Burch fingers by Deputy Derane Ingle.

Deputy Ingle came into my home, woke me up, (after my wife telling him everything was all right, that I had been drinking when I made the call, but later, I lay down and went to sleep. She asked him not to bother me. Deputy Ingle screamed cursing words at my wife and told her to shut the (f word up). He woke me, handcuffed me, threw me around and pushed me into the floor (in front of my wife, while she was crying and begging him not to do me that way, and while he had me handcuffed. He forced me out of my trailer into the police car. On the way to the jail, he would hit the brakes real quick and fast, which threw me into the glass that separated the back from the front.

Deputy Ingle would burst into a big laugh. He did the quick stops 3 – 4 times with my hands in handcuffs. Each time my body would be thrown forward into the glass petition. Each time he would laugh about what he did. (This happened on the way to the jail from Carbon Hill to Jasper). Next, he stopped the car, got out of the car, opened the door took my fingers pulled them back, (I was hollering in pain, and begging him to stop). He broke my fingers. The doctor had to amputate part of my finger, and I might not be able to move the others at all.

My brother, Gene Barron, retired as a county sheriff in Walker County, left messages with Janet Butler, to get in touch with him about this situation. Honorable John Mark Tirey has not responded. Tommy Barron was handcuffed, disabled and helpless. Its time Deputy Ingle's abuse is stopped. Deputy Ingle worked in Carbon Hill as the chief of police for years, his in-laws and Taz Burch; (Tommy Barron) had several disputes over land adjoining each other. The Ingles made threats and harassed Taz Burch, (Tommy Barron) when he worked in Carbon Hill. He knows Taz Burch, (Tommy Barron) has mental problems and that he is disabled (use of one arm). I have lost a finger over this incident.

Page 2: Taz D. Burch (Tommy Barron) complaint.

I am making this complaint against the Walker County Sheriff Department. And against Deputy Sheriff Derane Ingle personally. I am asking that Deputy Ingle be removed from any type of law enforcement before he breaks someone's limbs or kills someone.

I am sending a copy of this complaint to the Walker County Civil Service Board, Alabama State Attorney General Office, Mr. Charles Baker, and Honorable Sheriff John Mark Tirey.

Respectfully yours,

*Mr. Taz days Burch (Tommy Barron)*

Taz D. Burch, (Tommy Barron)

April 6, 2004

*Judy Swindle*

My Commission Expires Oct. 17, 2006

RECEIVED 4-7-04
WALKER CO. CIVIL SERVICE
Meeting 4-12-04



CARBON HILL AL 35549-9998
APR -6 2004
USPS