# Exhibit K
# Arrest Report Case No.  040200788

**IDENTIFICATION**

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,6,4,0,0,0,0 | Walker Co. Sheriff Dept. | 0,4,0,2,0,0,7,8,8 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Barron Tommy Durand | |

| 7 SEX | 8 RACE | 9 HGT. | 10 HGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | |
|---|---|---|---|---|---|---|---|---|
| [X]M [2]F | [X]W [2]B [3]A [4]I | 6'2" | 195 | Blue | Bro | | [1]SCARS [2]MARKS [3]TATOOS [4]AMPUTATIONS | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Walker Al. | 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 | 06-21-57 | 46 | |

| 20 SID # | 21 FINGERPRINT CLASS KEY MAJOR PRIMARY SCDY. SUB-SECONDARY FINAL | 22 DL# | 23 ST |
|---|---|---|---|
| | HENRY CLASS | | |
| | NCIC CLASS | | |

| 24 FBI # | | 25 IDENTIFICATION COMMENTS |
|---|---|---|

| 26 [1] RESIDENT [2] NON—RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 2651 Leonards Chapel Rd. C'Hill | 924-0691 | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Disabled | | |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, COUNTY, STATE) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION [X] YES [ ] NO |
|---|---|---|
| 2651 Leonard's chapel Rd. C'Hill West | | [1] IN STATE [2] OUT STATE AGENCY |

| 36 CONDITION OF | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ARRESTEE: [X] DRUNK [2] SOBER [3] DRINKING [4] DRUGS | [X] YES [2] NO | [1] OFFICER [2] ARRESTEE [X] NONE | [1] Y [2] N | [1] HANDGUN [2] RIFLE [3] SHOTGUN [4] OTHER FIREARM [5] OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 04-21-04 | 2:06 [1] AM [2] PM [3] MIL. | [S]1 [M]2 [T]3 [W]4 [T]5 [F]6 [S]7 | [1] ON VIEW [2] ON CALL [3] WARRANT | [1] YES [2] NO [3] UNKNOWN |

| 46 CHARGE—1 [1] FEL [X] MISD | 47 UCR CODE | 48 CHARGE—2 [1] FEL [X] MISD | 49 UCR CODE |
|---|---|---|---|
| Disorderly Conduct | | Resisting Arrest | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 56 CHARGE—3 [1] FEL [2] MISD | 57 UCR CODE | 58 CHARGE—4 [1] FEL [2] MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION [X] HELD [2] BAIL [3] RELEASED [4] TOT—LE [5] OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | [ ] CONTINUED IN NARRATIVE |
|---|---|

| 82 JUVENILE DISPOSITION: [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY [5] REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

| 91 DATE AND TIME OF RELEASE M D Y | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| [1] AM [2] PM [3] MIL. | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

| | LOCAL USE |
|---|---|
| | STATE USE |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | |
|---|---|---|

| TIPLE ES ED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE [1] Y [2] N |
|---|---|---|---|---|---|---|---|

120 ADDITIONAL ARREST INFORMATION

I was dispatched through 911 to 2651 Leonardi Chapel Road to a domestic. When I arrived the female resident came to the door and I asked what was wrong. She stated that her husband was drunk and disorderly and had been cussing her. As I entered the residence there was food thrown in the floor, and she stated that he got mad and throwed the food in the floor. She stated that he was in the bed, and then Mr. Barron started cussing and asked what in the hell is going on. Mr. Barron came to the living room where I was and started cussing me and and asking why the hell was I at his house. Mr. Barron told me that I wasn't wanted at his house. Mr. Barron then stated that he was going to whip my ass and he was going to knock the hell out of me. I asked Mr. Barron to step back, he failed to do so. I sprayed Mr. Barron and then place him on the floor. I attempted to arrest Mr. Barron and he was resisting and failed to comply. Mr. Barron would placed his hands where I could see them. I placed the handcuffs on Mr. Barron in the front because of a bandage on his right hand. I had to force Mr. Barron to the car. Upon traveling to the County Jail, Mr. Barron became combative again and started hitting his head on the screen in the car. Mr. Barron was cussing and hollering. Mr. Barron stated that he would get out of this, that he would have my job. Upon arrival at the jail, Mr. Barron would not get out of the car, I had to take Mr. Barron out of the car. Mr. Barron was still threatning myself. Mr. Barron was arrested for Disorderly Conduct, Resisting Arrest.

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**