FILED
2008 Jul-28 PM 05:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit L
# Medical Screening Form

WALKER COUNTY SHERIFF'S OFFICE
02/16/2004    03:05:11        MEDICAL SCREENING FORM                       PAGE 1
==============================================================================
Booking No: 040000416  Date: 02/16/2004  Time: 02:28  Type: NORMAL
Agency to Bill: WALKER COUNTY              Facility: COUNTY JAIL

Inmate Name: BARRON TOMMY DURAND                    Race: W      Sex: M
    DOB: 06/21/1957 Age: 46  SSN: 420 84 2332  Height: 6'02"  Weight: 195
------------------------------------------------------------------------------

N  1. Is inmate unconscious?

N  2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

N  3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

N  4. Any signs of poor skin condition, vermin, rashes or needle marks?

Y  5. Does inmate appear to be under the influence of drugs or alcohol?

N  6. Any visible signs of alcohol or drug withdrawal?

N  7. Does inmate's behavior suggest the risk of suicide or assault?

N  8. Is inmate carrying any medication?

N  9. Does the inmate have any physical deformities?

N  10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

Y  a. Allergies        N  f. Fainting Spells    N  k. Seizures
Y  b. Arthritis        Y  g. Hearing Condition  N  l. Tuberculosis
N  c. Asthma           N  h. Hepatitis          N  m. Ulcers
N  d. Diabetes         Y  i. High Blood Pressure N  n. Venereal Disease
N  e. Epilepsy         N  j. Psychiatric Disorder Y  o. Other (Specify)

Other: Finger appears blue + swollen

12. For females only:

____ a. Are you pregnant?

____ b. Do you take birth control pills?

____ c. Have you recently delivered?

3/7/2005
TB#2

```
02/16/2004     03:05:11
```
WALKER COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM                                         PAGE 2
============================================================================
Booking No: 040000416  Date: 02/16/2004  Time: 02:28  Type: NORMAL
Agency to Bill: WALKER COUNTY              Facility: COUNTY JAIL

Inmate Name: BARRON TOMMY DURAND                Race: W       Sex: M
    DOB: 06/21/1957  Age: 46  SSN: 420 84 2332  Height: 6'02"  Weight: 195
----------------------------------------------------------------------------

__Y__ 13. Have you recently been hospitalized or treated by a doctor?

__Y__ 14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

__N__ 15. Are you allergic to any medication?

__Y__ 16. Do you have any handicaps or conditions that limit activity?

__Y__ 17. Have you ever attempted suicide or are you thinking about it now?

__Y__ 18. Do you regularly use alcohol or street drugs?

__N__ 19. Do you have any problems when you stop drinking or using drugs?

__N__ 20. Do you have a special diet prescribed by a physician?

__Y__ 21. Do you have any problems or pain with your teeth?

__Y__ 22. Do you have any other medical problems we should know about?

_Finger appears to be broken_

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _Tommy Barron_     DATE: _2-16-04_    TIME: _1037_

BOOK OFFICER: _____    DATE: _2-16-04_   TIME: _1037_

3/7/2005
TB #1