FILED

2008 Jul-28  PM 05:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit M
# Walker Baptist Medical Center Records dated 2/17/04

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

20

**WALKER**
BAPTIST MEDICAL CENTER

# EMERGENCY PHYSICIAN RECORD
Alleged Assault (5)

BARRON TOMMY
SOUTHERN MEDICAL GRO
MR:0246796 M W 046 02/17/04
PT: 9666031-1 DEB ED 27 M

TIME SEEN: 1115 ROOM: 5 EMS arrival
HISTORIAN: patient spouse paramedics
AGE 46 M / F
HX / EXAM LIMITED BY:

**HPI chief complaint:** Injury to

**occurred:** just PTA; today; yesterday; 4 days PTA

**where:** home; school; neighbor's; city park; work; street

**context:** fists; kicked; choking; pushed/thrown down; pushed/thrown against wall; struck with object(s):

[handwritten, illegible]

**location of pain/injuries:** head face mouth; neck chest abdomen; back upper mid- lower; radiating to R / L thigh / leg

right: shldr hip; arm thigh; elbow knee; f-arm leg; wrist ankle; hand foot

left: shldr hip; arm thigh; elbow knee; f-arm leg; wrist ankle; hand foot

**severity of pain:** mild; moderate; severe

**associated symptoms:** lost consciousness / dazed; duration:; remembers: impact coming to hospital; seizure

**ROS** all systems neg excpt as markd
- loss feeling/power arms/legs
- headache
- double vision / hearing loss
- trouble breathing / chest pain
- nausea / vomiting
- loss of bladder function
- skin laceration
- recent fever / illness

**SOCIAL HISTORY** recent ETOH; smoker; drug abuse

**PAST HISTORY** negative

[handwritten] c HTN

Meds- none / see nurses note
Allergies- NKDA / see nurses note

☐ Nurses note reviewed ☐ Tetanus immun. UTD ☐ Vital signs reviewed

**PHYSICAL EXAM** Alert; Lethargic; Anxious
Distress- NAD; mild; moderate; severe
Other- c-collar (PTA / in ED); back-board; IV; splint

**HEAD**
- no evidence of trauma
- see diagram
- Battle's sign / Raccoon Eyes

**NECK**
- non-tender
- painless ROM
- trachea midline
- see diagram
- vertebral point-tenderness
- muscle spasm / decreased ROM
- pain on movement of neck

**EYES**
- PERRL
- EOMI
- unequal pupils R- mm L- mm
- EOM entrapment / palsy
- subconjunctival hemorrhage

**ENT**
- nml external inspection
- no dental injury
- hemotympanum
- TM obscured by wax
- clotted nasal blood
- dental injury / malocclusion

**RESP & CVS**
- chest non-tender
- breath sounds nml
- heart sounds nml
- see diagram (on reverse)
- decreased breath sounds
- wheezing / rales
- splinting / paradoxical movements

**ABDOMEN**
- non-tender
- no organomegaly
- see diagram (on reverse)
- tenderness / guarding / rebound
- mass / organomegaly

**GENITAL / RECTAL**
- nml genital exam
- nml vaginal exam
- nml rectal exam
- heme negative stool
- perineal hematoma
- blood at urethral meatus
- decreased rectal tone

**NEURO / PSYCH**
- oriented x3
- mood & affect
- CN'S nml as tested
- sensation & motor nml
- confusion / disorientation
- EOM palsy / anisocoria
- facial asymmetry
- unsteady / ataxic gait
- sensory / motor deficit

Reflexes

**SKIN**
__intact
__warm, dry
__see diagram
__crepitus / diaphoresis

**BACK**
__no CVA tenderness
__no vertebral tenderness
__see diagram
__vertebral point-tenderness
__CVA tenderness
__muscle spasm / limited ROM

**EXTREMITIES**
__atraumatic
__pelvis stable
__hips non-tender
__no pedal edema
__nml ROM
__see diagram
__bony point-tenderness
__painful / unable to bear weight
__pulse deficit
*Joint Exam:*
__limited ROM / ligaments laxity / joint effusion

T=Tenderness
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion B=Burn
w/o=without m=mild
mod=moderate
sv=severe)
Tsv = Tenderness on palpation (severe)

L R L R

**PROGRESS:**

BARRON TOMMY
SOUTHERN MEDICAL GRO 02/17/04
MR: 0246796 M W 046 DOB: 06/21/1957
PT: 9666031-1 DEB ED 27 M

**XRAYS** ☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/radiologist

*C-Spine D-Spine LS-Spine*
__nml / NAD
__no fracture
__nml alignment
__soft tissues nml
__reversal / straightening of cerv. lordosis
__DJD / spondylosis / spurring

*CXR*
__nml / NAD
__no infiltrates
__nml heart size
__nml mediastinum
__rib fracture
__infiltrate / atelectasis

*OTHER* ☐ See separate report

**Wound Description/Repair**
**length** ____ cm **location** ____
__superficial __SQ __muscle __linear __*stellate __*irregular
__clean __contaminated *moderately / *heavily*
**distal NVT:** __neuro & vascular status intact __no tendon injury
**anesthesia:** __local __digital block ____ cc
__lidoc 1% 2% epi / bicarb __marcaine .25% .5% __LET
**prep:**
__Betadine / Peroxide / Saline
__irrigated / washed w/saline *extensively
__explored
__*debrided / undermined *extensively
__foreign material removed *minimal moderate *extensive*
**repair:** *Wound closed with: wound adhesive / steri-strips* ____
SKIN- # ____ ____-0 nylon / prolene / staples ____
*SUBCU- # ____ ____-0 vicryl / chromic ____
*may indicate intermediate repair *may indicate intermediate or complex repair

__Rx __Discussed with Dr. ____
*will see patient in: office / ED / hospital*
__Counseled patient / family regarding:
*lab results diagnosis need for follow-up*
__Admit orders written

__CRIT CARE- *30-74 min*
*75-104 min* ____ *min*
__Prior records ordered
__Additional history from:
*family caretaker paramedics*

## CLINICAL IMPRESSION: *Alleged Assault*

| contusion | | | | sprain / strain |
|---|---|---|---|---|
| head | | wrist | R / L | neck dorsal lumbar |
| face | | hand | R / L | |
| chest | | hip | R / L | |
| abdomen | | thigh | R / L | concussion |
| back | | knee | R / L | with LOC w/o LOC |
| shoulder | R / L | leg | R / L | |
| arm | R / L | ankle | R / L | laceration |
| elbow | R / L | foot | R / L | |
| forearm | R / L | | | |

Discharge Instructions ____

DISPOSITION- ☒ home ☐ admitted ☐ transferred
CONDITION- ☐ unchanged ☐ improved ☒ stable

138

____ NP / PA
____ MD / DO

*I have personally performed and participated in all the above services (including HPI and PE) and procedures. I have reviewed with the PA/NP the history and have confirmed the findings with the patient.*

☒ Template complete ☐ Progress Notes

138

(Scott Dixon)



## DISCHARGE INSTRUCTIONS

NAME BARRON TOMMY DATE 02/17/04 PT # 9666031-1

Discharge Instructions Given to Patient

- Fever
- Head Injury
- Cast/Splint
- Wound Care
- Crutch Training
- Other
- Back Pain
- Sprain/Strain
- Vomiting/Diarrhea
- UTI
- Food/Drug Interaction

1. Return if worse.
2. Read instruction sheet.
3. Have prescription(s) filled as soon as possible.
4. Special instructions:
5. Medication received in ER may hinder your ability to operate any vehicle or other type of machinery.
6. You should see Dr. ______ in ______ days.
   You should see Dr. ______ in ______ days.
   **Call for appointment,** phone number ______

Examination and treatment you have received in the Emergency Department is given as emergency care only. It is not indended to be a substitute for complete medical care. X-ray impressions made in the Emergency Department are subject to review. If the review indicates additional information, you or your physician will be contacted.

I acknowledge that I have received and understand these instructions.

Patient Signature ______ Date ______ Time ______

Nurse Signature ______

## SCHOOL / WORK EXCUSE

WALKER BAPTIST MEDICAL CENTER

Date 02/17/04 Patient Name BARRON TOMMY

May Return to Work / School Date ______

Restrictions: ☐ None ☐ Other ______

MD Signature ______

WALKER BAPTIST MEDICAL CENTER

Name BARRON TOMMY Date 02/17/04

2651 LEONARDS CHAPEL ROAD

Address CARBON HILL AL 355493450

## MEDICINE PRESCRIBED

| MEDICINE | SIG | DISP | REFILL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Fill All Medicines Prescribed

**DISPENSE AS WRITTEN** ______ MD DEA NO. ______

**PROD. SELECTION PERMITTED** ______ MD LICENSE NO. ______



WALKER BAPTIST MEDICAL CENTER

BARRON TOMMY
SOUTHERN MEDICAL GRO 02/17/04
MR:0246796 M W 046
PT: 9666031-1 DEB ED 27 M

## MEDICATION / TREATMENT / RESPONSE

| TIME | MEDICATION / TREATMENT | DOSE | ROUTE | SITE | INITIAL | TIME | PATIENT RESPONSE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| 1144 | Toradol | 60 | IM | | | 1435 | ↓ pain | |

## MD ORDERS

1419 Not in room.
1430 OCL splint applied to Right hand. ACE wrap applied to R + L knee. Verbal discharge instructions. Pt ambulated out.

## INTERVENTIONS/ORDERS

EXP/Lot No. ☐ B/P Monitoring ☐ IV ☐ Hep Lock ☐ Oxygen ☐ Pulse OX ☐ Telemetry

TD 0.5 Ml IM

## LABORATORY

TEST

☐ CBC WBC ___ HGB ___ PLT CT. ___ HCT ___ SEG ___ B ___
☐ Cardiac Enzymes CK ___ MB ___ CKMB% ___
☐ Troponin ___ ☐ CPK ___
☐ PT ___ PTT ___ INR ___
☐ BMP Na ___ K ___ Cl ___ CO2 ___ BUN ___ Creat ___ AG ___ Glucose ___ Ca ___ Osmo ___
☐ CMP: BMP (Above) + Hepatic Function Panel (Below)
☐ Hepatic Function Panel Albumin ___ Total Protein ___ Bilirubin ___ Bili Direct ___ Alk. Phos. ___ SGOT ___ SGGT
☐ Amylase ___ ☐ Lipase ___
☐ Theophylline ___ ☐ Dilantin ___
☐ Digoxin ___ ☐ Phenobarb ___
☐ UA, SPGR ___ WBC ___ RBC ___ Gluc ___ Ket ___ Bact ___ Nitrate ___
☐ Urine Culture ☐ Cath ☐ CCU ☐ Urine Pregnancy
☐ Urine Drug Screen ___ ☐ ETOH ___
☐ Serum Pregnancy ☐ Neg ☐ Pos ☐ Quant
☐ Rapid Strep ☐ Throat Culture ☐ Mono Spot
☐ Blood Culture x
☐
☐

## RADIOLOGY

Time To ___ Time From ___

## VITAL SIGNS

| TIME | TEMP | PULSE | RESP | B/P | PULSE OXIMETRY | NURSE SIGNATURE/TITLE |
|---|---|---|---|---|---|---|
| | | | | | | |

See Vital Signs Flow Sheet

## IV FLUIDS

| TIME | NO. | TYPE | AMT. | RATE | CATH | ROUTE/LOC | NO. OF STICKS | NURSE INIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## RESPIRATORY

☐ ABG PH ___ CO2 ___ PO2 ___ SAT ___
☐ Breathing Treatment: Medication ___
☐ EKG ☐ NSR Rate ___ ☐ ABNL ___
☐

NURSE DISCHARGE CHECKLIST: ☐ Tetanus Given ☐ IV Site Checked ☐ Valuables Checklist ☐ Antibiotic Given

CERTIFIED EMERGENCY: ☐ YES ☐ NO

DIAGNOSIS: ☐ SEE T-SHEET OTHER ___

DISPOSITION: ☑ Discharged ☐ 23 Hr. Obs ☐ Admit to Rm./Unit ___ ☐ Report to/Time ___ ☐ Transfer to Hosp./Fac ___ ☐ AMA

METHOD OF LEAVING ED: ☑ Ambulatory ☐ Stretcher ☐ Wheelchair ☐ Crutches ☐ Carried ☐ Amb./Helicopter

☐ OBSERVATION @ Time ___ ☐ Chest Pain Bed ☐ Stroke Bed ☐ Critical Care Bed ☐ ICU Bed ☐ Other ___

DISCHARGE INSTRUCTIONS:

☑ Return to Emergency Department as Needed ☐ F/U with MD in ___ or if needed.

PATIENT D/C INSTRUCTIONS GIVEN: ☐ Head Injury Sheet ☐ Wound Sheet ☐ Fever Sheet ☐ Crutch Precautions ☐ Sprain/Bruise Sheet ☐ Eye Patch Sheet ☐ Clear Liquid Sheet ☐ TAB Sheet ☑ Instructed Not to Drive Due to Sedation ☐ Instructed to Wait 15 Minutes After Injection / PO MED ☑ RX ☑ Written Patient Instructions ☐ See Nurse's Notes

DISCHARGE TIME: 1435

CONDITION AT DISCHARGE: ☐ GOOD ☐ POOR ☐ FAIR ☐ DECEASED

Physician's Signature: [signature]

Discharge Nurse's Signature: [signature]

# Emergency Department ORDER FORM





Walker Burch, TAZ D Encounter

**Addressograph**

# EMERGENCY DEPT. TRIAGE FORM

TRIAGE NAME: Barron | AGE: 46 | DATE: 2/17/4

ROOM #: 3 | TIME IN ROOM: 1120 | EMERG. | URGENT: ✓ | SEMI-URGENT | NON-URGENT | RECHECK: ☐ Scheduled ☐ Non-Scheduled

BARRON TOMMY
SOUTHERN MEDICAL GRO 02/17/04
MR: 0246796 M W 046
PT: 9666031-1 DEB ED 27 M

ACCOMPANIED ON ARRIVAL BY: ☐ SELF ☑ RELATIVE ☐ OTHER | ☐ TRANSFER FROM N/A HOSP. | NOTIFIED: Police ☐ Family ☐ Coroner ☐ Time N/A

MODE OF ARRIVAL: ☐ PRIVATE VEHICLE ☐ AMBULANCE ☐ POLICE ☐ OTHER | ☑ AMBULATORY ☐ WHEELCHAIR ☐ CARRIED ☐ CRUTCHES ☐ STRETCHER

FAMILY M.D.: Sitee | SIGN IN TIME: 1106 | Have you seen an M.D. in the last 24 hours? Y ☐ N ☑ | Call Light ☑ | Side Rail Up ☑ | Valuables ☐ Y ☑ N ☐ See Valuables Checklist

AREA ☐ MAIN ED ☐ TRAUMA ☐ Major ☐ Minor ☑ MEDICAL ☐ Cardiac ☑ Non-Cardiac ☐ FAST TRACK: ☐ GYN ☐ EENT ☐ ORTHO ☐ Other

CHIEF COMPLAINT: R) hand injury X 3 DAYS R/to Assault

**TREATMENT PRIOR TO ARRIVAL:** ☑ None
Medication: ______ Time ______
Other: ______

**Prehospital Care:**
☑ None ☐ Ice ☐ Elevate
☐ Spinal Immob. ☐ Splint
☐ C-Collar ☐ IV
☐ Dressing ☐ O2

**PAST MEDICAL HISTORY**
☐ Non-significant PMH ☑ AMI Date ☐ CHF
☑ HTN ☐ CABG ☐ CAD ☐ ASCVD ☐ Diabetes ☐ PUD
☐ CRF ☐ COPD ☐ Asthma ☐ Sz Disorder Use ☑ Arthritis ☐ Ca
☐ CVA ☐ Sickle Cell ☐ HIV ☐ Hepatitis ☐ Liver Disease
☐ Migraine ☐ Other:
Weight 205 ☑ Tobacco use 1PK ☐ Alcohol use Ø

ALLERGIC TO: DRUG ☐ YES ☑ NO LIST: | FOOD ☐ YES ☑ NO LIST:

**VITAL SIGNS**

| Time | Pulse | Resp. | B/P | Temp (T R O) | Pulse Ox |
|---|---|---|---|---|---|
| 1115 | 112 | 20 | 126/65 | 97.8 | 99% |

PRESENT MEDICATIONS: NONE ☐ SEE HOME MED SHEET ☐ SEE NURSING HOME LIST ☐ Did not bring

Tetanus ☐ U.T.D. ☑ unknown ☐ > 5 years

**ASSESSMENT**

**RESPIRATORY**
☐ Not applicable
☑ Normal bilateral
☐ labored
☐ rales/rhonchi
☐ wheezing R L
☐ retractions
☐ nasal flaring
☐ decreased R L
☐ Cough
☑ non-productive
☐ productive
☐ sputum color:
☐ airway clear
☐ part obstructed
☐ obstructed

**CARDIO-VASCULAR**
☐ Not applicable
☑ Pulse regular
☐ irregular
☑ Skin W & D
☐ cool & clammy
☑ Skin pink/normal
☐ pale
☐ cyanotic
☐ flushed
☐ jaundiced
☐ rash
☐ Cap refill <2 sec
☑ >2 sec
☑ Pulses intact
☐ Edema
☐ JVD

**GASTROINTESTINAL**
☑ Not applicable
☐ Bowel sounds present
Abdominal
☐ Soft ☐ Firm
☐ Nondistended ☐ Distended
Abdominal Tenderness
☐ Yes ☐ No
☐ Rebound Last BM
Diarrhea ☐ Yes ☐ No
Vomiting ☐ Yes ☐ No

**GENITOURINARY**
☑ Not applicable ☐ Dysuria
☐ Frequency ☐ Discharge
☐ Swelling
☐ Hx of Bleeding
☐ LMP

**HYDRATION STATUS**
☐ Not applicable
Mucous Membranes
☑ Moist ☐ Dry
Eyes
☑ Normal ☐ Sunken
Skin Turgor
☐ Poor ☑ Normal

**FONTANELLES** ☑ N/A > 19 mon
☐ flat ☐ bulging
☐ depressed

**GROWTH & DEVELOPMENT**
Personal-Social ☑ WNL nc
Fine Motor ☑ WNL nc
Language ☑ WNL nc
Gross Motor ☑ WNL nc

**PEDIATRIC IMMUNIZATION:**
☐ UTD
☐ NUTD*
Head Circum.:
☑ N/A > 36 mon
Birth Weight

**SKIN/EXTREMITY**
☐ Not Applicable
☑ Wound/Injury (Describe)
R) hand swollen & bruised

Fall Precaution: ☐ Yes ☑ No
Green Armband On: ☐ Yes ☑ No
At Risk for Skin Breakdown: ☐ Yes ☑ No
Advance Directive ☐ Yes ☑ No
DNR ☐ Yes ☑ No

**PAIN ASSESSMENT**
☐ NONE ☑ CURRENTLY HAVE PAIN ☐ PAIN IN LAST 6-8 WEEKS
LOCATION: R) hand
ONSET: 3DAYS QUALITY: Sharp ☐ CONSTANT ☐ INTERMITTENT
WHAT HAS RELIEVED YOUR PAIN? PAST: Norco CURRENT: Ø
CURRENT PAIN LEVEL: NEONATE (0-10) ____ INFANT/CHILD (0-5) ____ ADULT (0-10) 8

**Pain Intensity (VAS or FACES)**
0 NO HURT | 1 HURTS LITTLE BIT | 2 HURTS LITTLE MORE | 3 HURTS EVEN MORE | 4 HURTS WHOLE LOT | 5 HURTS WORST
VAS
Rate Pain and effectiveness on scale 0 = no pain & 10 = worst pain
0 1 2 3 4 5 6 7 8 9 10

**NUTRITION SCREEN**
☑ No Apparent Problem ☐ Teeth Intact ☐ Missing Teeth ☐ Toothless
☐ Poor Appetite ☐ Emaciated Appearance ☐ Obese Appearance ☐ Unintentional Weight Loss (>10 lbs. in last 3 months)
☐ Pregnancy ☐ Lactating ☐ Anemia ☐ Eating Disorder

**FUNCTIONAL SCREEN**
☐ Difficulty performing ADLS without assistance or special aids: Normal
☐ Problems with balance or mobility.
☐ Difficult speech, chewing or swallowing problems ☐ Visual Impairment

☐ SEE TRAUMA FLOW SHEET ☐ SEE CODE SHEET

Triage Sally Richards R.N.

WBMC-6300-02-WALLACE

## NEUROLOGICAL

- [ ] Not applicable
- [x] cooperative
  - [ ] uncooperative
  - [ ] agitated/combative
- [x] oriented
  - [ ] disoriented
  - [ ] inappropriate
- [ ] sleeping
- [ ] Reported LOC [ ] Y [x] N
- Min: ______
- [ ] alert/playful
  - [ ] crying
  - [ ] irritable

**Neck**

- [x] Not Applicable
- [x] Supple
- [ ] Other ______

**Pupils**

- [x] Not Applicable

Acuity

_____ R _____ L

_____ mm Size _____ mm

_____ Brisk _____

_____ Sluggish _____

_____ Fixed _____

**NEUROLOGICAL GLASGOW COMA SCALE**

Eyes 4

Verbal 5

Motor 6

TOTAL 15

**PUPILS (mm) KEY**

1 2 3 4 5 6 7 8

## ASSESSMENT KEY

| (GCS) GLASGOW COMA SCALE | | GLASGOW COMA SCALE | |
|---|---|---|---|
| SPONTANEOUS | 4 | SPONTANEOUS | 4 |
| TO SPEECH | 3 | TO VOICE | 3 |
| TO PAIN | 2 | TO PAIN | 2 |
| NONE | 1 | NONE | 1 |
| SMILES, INTERACTS | 5 | ORIENTED | 5 |
| CONSOLABLE | 4 | CONFUSED | 4 |
| CRIES TO PAIN | 3 | INAPPROPRIATE WORDS | 3 |
| MOANS TO PAIN | 2 | INCOMPREHENSIBLE WORDS | 2 |
| NONE | 1 | NONE | 1 |
| NORMAL, SPONT. MOVEMENT | 5 | OBEYS COMMAND | 6 |
| LOCALIZES PAIN | 5 | LOCALIZES PAIN | 5 |
| WITHDRAWS TO PAIN | 4 | WITHDRAWS TO PAIN | 4 |
| ABNORMAL FLEXION | 3 | FLEXION (PAIN) | 3 |
| ABNORMAL EXTENSION | 2 | EXTENSION (PAIN) | 2 |
| NONE | 1 | NONE | 1 |

## PSYCHOSOCIAL STATUS / EDUCATION

Are there any religious, traditional, ethical or cultural practices that need to be a part of your care?

[ ] Yes [x] No

Specify: ______

Are you being hit, hurt or frightened by anyone in your home life?

[ ] Yes [x] No

How do you learn best? [ ] Verbal [ ] Reading [x] Demonstration

What interferes with your learning? [ ] Physical [ ] Age Related [ ] Communication [ ] Language [ ] Spiritual [ ] Cultural [ ] Hearing [ ] Visual [x] None [ ] Religious

## INTERVENTIONS

- [ ] Tylenol ______ mg. Time ______
- [ ] Ibuprofen ______ mg. Time ______
- [ ] Wound Cleansed ______
- [ ] NPO - Explained at Triage
- [ ] C-Collar
- [ ] Dressing ______
- [ ] Ice & Elevation
- [ ] Immobilization
- [ ] Isolation Mask

## CONSENT AND AUTHORIZATION

I am presenting myself for diagnosis and treatment at the Walker Baptist Medical Center and I consent to the rendering of such care, including diagnostic procedures, surgical and medical equipment, and blood transfusions, by authorized members of the hospital medical staff or their designees, as may in their professional judgement be necessary. I acknowledge that no guarantees have been made to me as to the results of such examinations or treatment on my condition.

Undersigned hereby authorizes the Walker Baptist Medical Center and my Physician(s) to release to my insurors full information (including copies of records) relative to this hospitalization.

X Tommy Barron

PATIENT/PARENT/RESPONSIBLE PARTY SIGNATURE

______

RELATIONSHIP TO PATIENT





TOMMY
BARRON
02/17/04
SOUTHERN MEDICAL GRO
MR:0246796 M W 046
PT: 9666031-1 DEB
ED 27 M

(Addressograph)

WALKER
BAPTIST MEDICAL CENTER

## CONSENT FOR TREATMENT

**CONSENT OF HOSPITAL SERVICES:** Consent is given to Walker Baptist Medical Center, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia P.C., and Baptist Health Clinics, its contractors and its employees to provide hospital services and administer physician orders. Certain procedures may require separate consents. Physicians are responsible for explaining medical or surgical procedures, and patients may be called following their procedure for quality and continuum of care. The undersigned authorizes observers to be present during treatment/surgery for purposes of medical training and education.

**PHYSICIANS:** Physicians including, without limitation, Southern Medical Group Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia, P.C., and Baptist Health Clinics, and Inpatient Medical Services.

X Tommy Barron

Consent for treatment (by patient or authorized representative)

2-17-04

Date

[signature]

Witness

# WALKER BAPTIST MEDICAL CENTER

## EMERGENCY DEPARTMENT RECORD

| PATIENT NO. | DATE | TIME | CLINIC 1 | VERIFIED BY | ROOM NO. | TYPE | F/C | SPECIALTY | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| 9666031-1 | 02/17/04 | 11:04 | ERRM | | ED 27 | E | M | | DEB |

| AGE | BIRTHDATE | SEX | RACE | M/S | MOTHER'S MAIDEN NAME | SOCIAL SECURITY NO. | PHONE | COUNTY | MED. REC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| 046 | | M | W | D | HAGOOD | | | WALKER | 0246796 |

PATIENT NAME & ADDRESS: BARRON TOMMY

LAST VISIT DATE & TYPE: 01/05/04 ERRM0

ACCIDENT DATE/CAUSE: 02/15/04 POSSIBLE AS

W/C CONTACT

AUTH. NO.

GUARANTOR NAME & ADDRESS: BARRON ,TOMMY

SOC. SEC. NO

PHONE

ARRIVED VIA: CAR/PRIVATE

RECEIPT NO. & AMT.

EMPLOYMENT INFORMATION - ONE | REL | SOCIAL SECURITY # | PHONE | STAT.

EMPLOYMENT INFORMATION - TWO | REL | SOCIAL SECURITY # | PHONE | STAT

IN CASE OF EMERGENCY CONTACT (NAME & ADDRESS) | RELATIONSHIP | PHONE

PHYSICIANS' NUMBERS AND NAMES
1 999995 SOUTHERN MEDICAL GRO
2
3 027904 SILFEE DR SUSAN J RA
PCP PHYSICIAN

1. INSURANCE CODE & NAME: 1M60MEDICARE OUTPT | POLICY NO. | GROUP NO.
PRECERTIFICATION NO. | SUBSCRIBER NAME & BIRTHDATE: BARRON ,TOMMY

2. INSURANCE CODE & NAME | POLICY NO. | GROUP NO.
PRECERTIFICATION NO. | SUBSCRIBER NAME & BIRTHDATE

3. INSURANCE CODE & NAME | POLICY NO. | GROUP NO.
PRECERTIFICATION NO. | SUBSCRIBER NAME & BIRTHDATE

4. INSURANCE CODE & NAME | POLICY NO. | GROUP NO.
PRECERTIFICATION NO. | SUBSCRIBER NAME & BIRTHDATE

CHIEF COMPLAINT: FINGER/ELBOW/TAILBONE INJURY | CODES

COMMENTS

**RESULTS**

Monitor

EKG

Radiology

Laboratory

Other

Time Examining MD Notified: ______ Time Patient Examined: ______

Condition on Arrival: ☐ Satisf. ☐ Fair ☐ Poor ☐ Critical

Chief Complaint: ______

HPI ______

Provisional Diagnosis:

Disposition Time: ☐ Discharged ☐ Admitted ☐ Transferred ☐ AMA

Condition On Discharge: ☐ Satisf. ☐ Fair ☐ Improved ☐ Poor ☐ Critical

**Certified Emergency:** ☐ Yes ☐ No

| CONSULT | TIME NOTIFIED | RESPONDED | ARRIVED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

______ M.D.
Examining M.D. Signature

## WALKER BAPTIST MEDICAL CENTER

**Billing Form**

*For Financial Class:*

*M - MEDICARE*

Patient Name.................................. BARRON, TOMMY D.

Discharge Date.............. .... 02/17/2004

Admission Date. ............................ 02/17/2004

Date of Birth.. . . ............... .... [redacted]

Medical Record Number.................. W0246796

Sex........ ............ ............ Male

Age............................................ 46

Account Number........... ......... ...... W00096660311

| DX | Code | DX Description |
|---|---|---|
| 1 | 924.11 | Contusion of Knee |
| 2 | 923.20 | Contusion of Hand |
| 3 | E968.9 | Assault by Means NOS |
| 4 | 401.9 | Hypertension NOS |

| PR | Code | PR Description | Procedure Date | Surgeon |
|---|---|---|---|---|
| 1 | 93.54 | Application of Splint | 02/17/2004 | 142000 |

| CPT | Code | CPT Modifiers | | CPT Description | CPT Date | CPT Surgeon |
|---|---|---|---|---|---|---|
| 1 | 29125 | RT | | Appl Shortarm Splint, Static | 02/17/2004 | 142000 |
| | | **APC** | **PSI** | **Payment Rate** | **ASC Group** | **ASC Fee** |
| | | 0058 | S | 59.64 | 0 | 0.00 |

Attending Physician...................... dixon,scott ec

Consulting Physician.....................

Discharge Disposition.............. .... AHR - Routine Dsch

DRG =

Status.... ..................... ............... Y - Complete

Memo
DRG

MDC Weight AMLOS GMLOS LOS