FILED
2008 Jul-28 PM 05:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit N
# Walker Baptist Medical Center Records dated 2/23/04

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

| 09 | ✚ WALKER BAPTIST MEDICAL CENTER | 1543 | BARRON         TOMMY |
|---|---|---|---|
|   | EMERGENCY PHYSICIAN RECORD Hand or Wrist Injury (4) | | SOUTHERN MEDICAL GRO      02/23/04<br>MR: 0246796  M W 046<br>PT: 9667833-9   CAE    ED 30   L |

TIME SEEN: 1745   ROOM: C-2   ___ EMS Arrival
HISTORIAN: ✓patient  _spouse  _paramedics _____
AGE _46_  (M)/F
_HX / _EXAM LIMITED BY: _____

### HPI
chief complaint:   Injury to (right) / left
 _hand  ✓wrist  _forearm  _elbow  _arm
 _thumb  _index f.  _middle f.  _ring f.  _small f.

duration / occurred:
 _just prior to arrival
 _today_____
 _yesterday_____
 _5_ days PTA
 _2/17/04_

where:
 _home       _school
 _neighbor's _park
 _work       _street

context:  _fell  _blow  _incised  _crushed  _burn
pt. states he was assaulted
- seen in ED at the
time - states he doesn't know if
anything is
severity of pain:  _mild  ✓moderate  _severe   broken
ROS  _tingling/numbness distally  _suspected FB (skin lac)  in middle fing.
 _head / neck / other injuries _____  but states thumb
 ⊗ all other systems reviewed   is broken

PAST HISTORY:  _negative  _peptic ulcer ✓ R / L HANDED
 _prior injury  _other problems _____
 AMI
 HTN          (SH -) (+) smoker
Meds-  _none /  ✓see nurses note
Allergies-  ✓NKDA /  _see nurses note

T = Tenderness
S = Swelling
E = Ecchymosis

swelling
swelling

NEURO
 _sensation intact
 _motor intact
deficits
2° to old
trauma

 _digital nerve deficit_____
   decreased fine touch   abnml 2-point discrim.
 _median nerve deficit_____
   sensory deficit-  lat 3½ fingers / lat palm
   motor deficit-   pronation / thumb flexion
                    index & middle finger flexion
 _ulnar nerve deficit_____
   sensory deficit-  med. palm / med. 1½ fingers
   motor deficit-   thumb adduction / fingers adduct.
 _radial nerve deficit_____
   motor deficit-   wrist drop / thumb extension

VASCULAR
 ✓no vascular
   compromise

 _pallor / cool skin / abnml cap refill___
 _pulse deficit  radial  ulnar___

✓Nurses note reviewed  ☐ Tetanus immun. current  ✓Vital signs reviewed
### PHYSICAL EXAM   ✓Alert
Distress- ✓NAD   _mild  _moderate  _severe
HAND
 _nml inspection   ✓see diagram
 _non-tender       _tenderness  soft-tissue / bony
                   _swelling / ecchymosis___
                   _limited ROM___
                     due to:  pain / functional deficit
                   _deformity___
                   _nail injury___
                     complete / partial avulsion  subungal hematoma

WRIST
 ✓nml inspection   _see diagram___
 _non-tender       _tenderness  soft-tissue / bony
 _nml ROM          _tenderness in anatomical snuff box___
                   _wrist pain on axial thumb load___
                   _swelling / ecchymosis___
                   _limited ROM___
                   _deformity___

TENDONS
 _tendon function
  normal

 _tendon visualized / injury seen___
   extensor   flexor   complete   partial

 _deficit in tendon function___
   limited extension   limited flexion

## FOREARM / ELBOW / ARM
_ uninjured  _ see diagram
✓ above wrist  _ tenderness  soft-tissue / bony
  _ swelling
  _ ecchymosis
  _ deformity
  _ limited ROM

## SKIN
_ warm, dry  _ diaphoretic / cool / cyanotic  *erythema, edema,*
*bruising to R MF*

## HEAD / ENT
_ nml inspection  _ tenderness
_ pharynx nml  _ swelling / ecchymosis

## NECK / BACK
✓ nml inspection  _ tenderness
_ non-tender  _ swelling / ecchymosis

## CHEST
✓ no resp. distress  _ tenderness
_ non-tender  _ swelling / ecchymosis
_ breath snds nml

## ABDOMEN
_ non-tender  _ tenderness / guarding
_ no organomegaly

## WOUND DESCRIPTION/REPAIR
length____ cm   location_____
NVT  _ intact   _ see NVT exam (front side)
depth/shape/contamination
_ superficial  _ linear  _ stellate  _ contused tissue
_ SQ  _ irregular  _ nail avulsed
_ muscle  _ flap
_ clean  _ contaminated  minimally / moderately / *heavily
with_____

ANESTHESIA  _ LET / TAC  _ local  _ digital / metacarpal block
_ lidoc 1% 2% epi / bicarb   _ marcaine .25% .5% epi

WOUND PREP
_ Betadine / Peroxide / Saline   _ debrided
_ irrigated / washed with saline   minimal / *mod. / *extensive
   minimal / mod. / *extensive   _ undermined
_ wound explored   minimal / mod. / *extensive
_ foreign material removed   _ *wound margins revised
   partially  completely   _ *multiple flaps aligned

WOUND REPAIR
Wound closed with: wound adhesive / steri-strips____
SKIN- #____ ____-0 nylon / prolene / staples____
   _ interrupted  _ running  _ simple  _ mattress ( h / v )
NAIL BED #____ ____-0 vicryl____
   _ interrupted  _ running  _ simple  _ mattress ( h / v )
OTHER #____ ____-0 material____
   _ interrupted  _ running  _ simple  _ mattress ( h / v )

*may indicate intermediate repair   *may indicate intermediate or complex repair

PROGRESS:_____

## XRAYS  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/radiologist
(R)/L  hand  wrist  forearm  *3rd* finger
_ normal / NAD  _ DJD
_ no fracture  _ dislocation
_ nml alignment  _ soft-tissue swelling
_ no foreign body  _ foreign body
✓ fracture  *Fx + dislocation*

Other  study: _____

Rx given _____ *ortho*
✓ referred to / discussed with Dr. _____
   will see patient in:  office / ED / hospital

## CLINICAL IMPRESSION:   Fall   Alleged Assault

Contusion  (R) / L  wrist  hand
Hematoma  thumb  index  (middle f.)  ring f.  small f.
Laceration  MP  (PIP)  DIP joint  (unstable)
Sprain / Dislocation
(Fracture)  R / L  radius  distal / shaft / proximal
  ulna  prox / shaft / distal / styloid   Colles' fx
  metacarpal fx  # 5  4  3  2  1
  phalanx  # 5  4  (3)  2  thumb
    prox / middle / distal / tuft

*Fx (R) 3rd*

☐ See separate report

Discharge Instructions _____

## PROCEDURES:
✓ splint  Velcro  OCL / Ortho-glass / Plaster  (Aluminum-foam)
  Volar  Thumb spica  Ulnar  Wrist  Sugar-Tong  Cock-up  Colles
_ applied by ED Physician / Orthopedist / Tech
_ examined post splint application  NV intact  alignment good
_ fingers buddy-taped
_ digital block  lidocaine 1% ____ cc  marcaine 0.25%  0.5% ____ cc
_ subungal hematoma drained using electrocautery
_ foreign body removed  with forceps  with incision

*Closed Reduction (R) middle finger PIP (x 2). Reduction*
*failed to remain reduced d/t*
*due to associated*
*comminuted fx @ base.*

DISPOSITION- ☐ home ☐ admitted ☐ transferred
CONDITION- ☐ unchanged ☐ improved ☑ stable

_____ NP / (PA)
_____ #63 MD / DO

I have personally performed and participated in all the above services (including HPI
and PE) and procedures. I have reviewed with the PA/NP the history and have
confirmed the findings with the patient.

☐ Template complete   ☐ Progress Notes

Hand Injury - 09  Rev. 01/01



# WALKER BAPTIST MEDICAL CENTER
## DISCHARGE INSTRUCTIONS

NAME BARRON       TOMMY        DATE 02/23/04        PT # 9667833-9

Discharge Instructions Given to Patient

- Fever
- Head Injury
- Cast/Splint
- Wound Care
- Crutch Training
- Other _____

- Back Pain
- Sprain/Strain
- Vomiting/Diarrhea
- UTI
- Food/Drug Interaction

1. Return if worse.  2. Read instruction sheet.
3. Have prescription(s) filled as soon as possible.
4. Special instructions: _____
5. Medication received in ER may hinder your ability to operate any vehicle or other type of machinery.
6. You should see Dr. _____ in ____ days.
   You should see Dr. _____ in ____ days.
   Call for appointment, phone number _____

Examination and treatment you have received in the Emergency Department is given as emergency care only. It is not intended to be a substitute for complete medical care. X-ray impressions made in the Emergency Department are subject to review. If the review indicates additional information, you or your physician will be contacted.

I acknowledge that I have received and understand these instructions.

Patient Signature X _____  Date _____  Time _____
Nurse Signature _____

---

## SCHOOL / WORK EXCUSE

**WALKER BAPTIST MEDICAL CENTER**

Date 02/23/04        Patient Name BARRON      TOMMY

May Return to Work / School    Date _____

Restrictions: ☐ None   ☐ Other _____

MD Signature _____

---

Name BARRON       TOMMY        Date 02/23/04
2651 LEONARDS CHAPEL ROAD
Address CARBON HILL    AL    355493450

**WALKER BAPTIST MEDICAL CENTER**

### MEDICINE PRESCRIBED

| MEDICINE | SIG | DISP | REFILL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Fill All Medicines Prescribed

**DISPENSE AS WRITTEN** _____ MD    DEA NO. _____
**PROD. SELECTION PERMITTED** _____ MD    LICENSE NO. _____

 **WALKER BAPTIST MEDICAL CENTER**



BARRON TOMMY
SOUTHERN MEDICAL GRO  02/23/04
MR: 0246796  M W 046
PT: 9667833-9  CAE  ED 30  L  ph

## MEDICATION / TREATMENT / RESPONSE

| TIME | MEDICATION / TREATMENT | DOSE | ROUTE | SITE | INITIAL | TIME | PATIENT RESPONSE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### MD ORDERS

Volar + Thumb-Spica splint R hand

1843 Lidocaine + marcaine 3cc of each
Hold d/c until pain reduced

2000
(1) See Dr. Russell in clinic + your X-ray @ 1245 tomorrow
(2) Finger splint R middle finger
(3) Arm sling
(4) R thumb spica splint

### INTERVENTIONS/ORDERS

EXP/Lot. No.
- ☐ B/P Monitoring  ☐ IV  ☐ Hep Lock
- ☐ Oxygen  ☐ Pulse OX  ☐ Telemetry

ED 0.5 MI IM

### LABORATORY
TEST

- ☐ CBC: WBC___ HGB___ PLT CT___ HCT___ SEG___ B___
- ☐ Cardiac Enzymes: CK___ MB___ CKMB%___
- ☐ Troponin___ ☐ CPK___
- ☐ PT___ PTT___ INR___
- ☐ BMP: Na___ K___ Cl___ CO2___ BUN___ Creat___ AG___ Glucose___ Ca___ Osmo___
- ☐ CMP: BMP (Above) + Hepatic Function Panel (Below)
- ☐ Hepatic Function Panel   Albumin___ Total Protein___ Bilirubin___ Bili Direct___ Alk. Phos.___ SGOT___ SGGT___
- ☐ Amylase___ ☐ Lipase___
- ☐ Theophylline___ ☐ Dilantin___
- ☐ Digoxin___ ☐ Phenobarb___
- ☐ UA: SPGR___ WBC___ RBC___ Gluc___ Ket___ Bact___ Nitrate___
- ☐ Urine Culture  ☐ Cath  ☐ CCU  ☐ Urine Pregnancy
- ☐ Urine Drug Screen  ☐ ETOH
- ☐ Serum Pregnancy  ☐ Neg  ☐ Pos  ☐ Quant
- ☐ Rapid Strep  ☐ Throat Culture  ☐ Mono Spot
- ☐ Blood Culture x___

### RADIOLOGY
1935x  1912  1152
Time To 1132   Time From   807
R middle finger
R middle finger post reduct
Repeat AP+lat R middle finger post reduction

### VITAL SIGNS
See Vital Signs Flow Sheet

### IV FLUIDS

### RESPIRATORY
- ☐ ABG  PH___ CO2___ PO2___ SAT___
- ☐ Breathing Treatment: Medication___
- ☐ EKG  ☐ NSR Rate___ ☐ ABNL___

**NURSE DISCHARGE CHECKLIST:**  ☐ Tetanus Given  ☐ IV Site Checked  ☐ Valuables Checklist
☐ Antibiotic Given

CERTIFIED EMERGENCY ☒ YES ☐ NO
DIAGNOSIS ☒ SEE T-SHEET  OTHER:___
DISPOSITION: ☐ Discharged ☐ 23 Hr Obs. ☐ Admit to Rm./Unit:___ ☐ Report to/Time:___
☐ Transfer to Hosp./Fac.___
☐ OBSERVATION: @ time:___ ☐ Chest Pain Bed ☐ Stroke Bed ☐ Critical Care Bed ☐ ICU Bed ☐ Other___
DISCHARGE INSTRUCTIONS: Follow up with ortho this week  call tomorrow
Meds as directed (2)   for appt.

☐ Return to Emergency Department as Needed  ☐ F/U with MD in___ or if needed.
PATIENT D/C INSTRUCTIONS GIVEN: ☐ Head Injury Sheet ☐ Wound Sheet ☐ Fever Sheet
☐ Crutch Precautions ☐ Sprain/Bruise Sheet ☐ Eye Patch Sheet ☐ Clear Liquid Sheet ☐ TAB Sheet
☐ Instructed Not to Drive Due to Sedation   ☐ Instructed to Wait 15 Minutes After Injection / PO MED
☐ RX  ☐ Written Patient Instructions  ☒ See Nurse's Notes  DISCHARGE TIME: 2035

METHOD OF LEAVING ED:
☐ Ambulatory ☐ Stretcher ☐ Wheelchair ☐ Crutches
☒ AMA ☐ Carried ☐ Amb./Helicopter

CONDITION AT DISCHARGE: ☐ GOOD ☒ FAIR ☐ POOR ☐ DECEASED
Physician's Signature:___
Discharge Nurse's Signature:___

REV 4/01 WBMC-6300-03-PG/C-122041

## Emergency Department  ORDER FORM



# WALKER BAPTIST MEDICAL CENTER

**EMERGENCY DEPARTMENT RECORD**

BARRON TOMMY
SOUTHERN MEDICAL GRO 02/23/04
MR: 0246796  M W 046
PT: 9667833-9  CAE  ED 30  L

| PATIENT NO. | DATE | TIME | CLINIC 1 | VERIFIED BY | ROOM NO. | TYPE | F/C | SPECIALTY | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| 9667833-9 | 02/23/04 | 15:44 | ERRM | | ED 30 | E L | | | CAE |

## VITAL SIGNS

| TIME | T | P | R | BP |
|---|---|---|---|---|

## ORTHOSTATIC VITAL SIGNS

| BP ☍ | P | BP ♀ | P | O2 SAT / FIO2 |
|---|---|---|---|---|

### MONITOR
- Cardiac ____
- Fast Patch ____
- Pacer Pads ____
- Pulse Ox ____
- NIBP ____

### TREATMENT:
- O2 Device ____
- FIO2 ____
- ET Tube ____
- CO2 DET ____
- Tube Tamer ____
- Stylette ____
- Suction ____
- Yankauer ____
- Control Tip ____
- Oral Airway ____
- Nasal Airway ____
- NG Tube ____
- Lavacuator ____
- Foley ____
- OCL ____
- IN ____ FT ____
- Emesis Bag ____
- Sterile 4x4's ____
- Betadine Soak ____
- Pencil Cautery ____
- Other ____

- Eye Tray ____
- Irrigation Sol ____
- Morgan Lens ____
- Ear Tray ____
- Chest Tube Tray ____
- Chest Tube ____
- Blade ____
- Suture ____
- Xylocaine ____
- Thoraseal ____
- Trach Tray ____
- Trach Tube ____
- Vein Cutdown ____
- Triple Lumen ____
- Percut Introducer ____
- Open Chest ____
- Peritoneal Lavage ____
- Other ____

### NURSE'S NOTES

2005  Finger splint to thumb
 [illegible] splint applied.
 [illegible]
 given education on meds.
 provided. Pt verbalized
 [illegible] & cleared [illegible]

### IV FLUIDS

| TIME | # | TYPE | AMT | RATE | CATH | SITE | INIT |
|---|---|---|---|---|---|---|---|

### MD ORDERS

| TIME ORDERED | | TIME DONE/INIT |
|---|---|---|

ADVERSE REACTION TO MEDICATION ☐ Yes ☐ No
RX WITH WARNING GIVEN ☐ Yes ☐ No

☐ Admitted ☐ Discharged ☐ Transferred
Nurse Report Called To: ____ Time ____

Patient Condition on Discharge
☐ Stable ☐ Improved ☐ Unchanged
Time Discharged ____

RN Signature
1.
2.


**WALKER** BAPTIST MEDICAL CENTER



# Addressograph

# EMERGENCY DEPT. TRIAGE FORM

| TRIAGE NAME | Barron | AGE 46 | DATE 2/23/04 |

ROOM # C-2 | TIME IN ROOM 1635 | EMERG. | URGENT ✓ | SEMI-URGENT | NON-URGENT | RECHECK ☐ Scheduled ☐ Non-Scheduled

**BARRON TOMMY**
SOUTHERN MEDICAL GRO 02/23/04
MR: 0246796 M W 046
PT: 9667833-9 CAE ED 30 L

ACCOMPANIED ON ARRIVAL BY: ☐ SELF ☑ RELATIVE ☐ OTHER | TRANSFER FROM N/A HOSP. | NOTIFIED: Police ☐ Family ☐ Coroner ☐ Time N/A

MODE OF ARRIVAL: ☑ PRIVATE VEHICLE ☐ AMBULANCE ☐ POLICE ☐ OTHER | ☑ AMBULATORY ☐ WHEELCHAIR ☐ CARRIED ☐ CRUTCHES ☐ STRETCHER

FAMILY M.D.: Ø | SIGN IN TIME: 1543 | Have you seen an M.D. in the last 24 hours? Y ☐ N ☑ | Call Light ☑ | Side Rail Up ☑ | Valuables ☐ Y ☑ N ☐ See Valuables Checklist

AREA ☐ MAIN ED: ☐ TRAUMA ☐ Major ☐ Minor | ☑ MEDICAL ☐ Cardiac ☑ Non-Cardiac | ☐ FAST TRACK ☐ GYN ☐ EENT ☐ ORTHO ☐ Other

**CHIEF COMPLAINT**: R) hand injury X 8 days

**TREATMENT PRIOR TO ARRIVAL:** ☑ None
Medication: _____ Time _____
Other: _____
**Prehospital Care:**
☐ None ☐ Ice ☐ Elevate
☐ Spinal Immob. ☐ Splint
☐ C-Collar ☐ IV
☐ Dressing ☐ O₂

**PAST MEDICAL HISTORY**: ☐ Non-significant PMH ☑ AMI Date ___ ☐ CHF
☑ HTN ☐ CABG ☐ CAD ☐ ASCVD ☐ Diabetes ☐ PUD
☐ CRF ☐ COPD ☐ Asthma ☐ Sz Disorder Use ☐ Arthritis ☐ Ca
☐ CVA ☐ Sickle Cell ☐ HIV ☐ Hepatitis ☐ Liver Disease
☐ Migraine ☐ Other: ___
Weight 200 ☐ Tobacco use 1pk ☐ Alcohol use Ø
ALLERGIC TO: DRUG ☐ YES ☑ NO LIST: ___
FOOD ☐ YES ☑ NO LIST: ___

## VITAL SIGNS

| Time | Pulse | Resp. | B/P | Temp R/O | Pulse Ox |
|---|---|---|---|---|---|
| 1620 | 06 | 70 | 138/95 | 98.6 | N/A |

PRESENT MEDICATIONS: NONE ☐ SEE HOME MED SHEET ☐ SEE NURSING HOME LIST ☐ did not bring
Tetanus ☐ U.T.D. ☑ unknown ☐ > 5 years

## ASSESSMENT

**RESPIRATORY**
☐ Not applicable
☑ Normal bilateral
☐ labored
☐ rales/rhonchi
☐ wheezing R L
☐ retractions
☐ nasal flaring
☐ decreased R L
☑ Cough
☑ non-productive
☐ productive
☐ sputum color: ___
☑ airway clear
☐ part. obstructed
☐ obstructed

**CARDIO-VASCULAR**
☐ Not applicable
☑ Pulse regular
☐ irregular
☑ Skin W & D
☐ cool & clammy
☑ Skin pink/normal
☐ pale
☐ cyanotic
☐ flushed
☐ jaundiced
☐ rash
☐ Cap refill <2 sec.
☑ >2 sec
☑ Pulses intact
☐ Edema
☐ JVD

**GASTROINTESTINAL**
☐ Not applicable
☐ Bowel sounds present
Abdominal
☑ Soft ☐ Firm
☐ Nondistended ☐ Distended
Abdominal Tenderness
☐ Yes ☑ No
☐ Rebound Last BM 2/23
Diarrhea ☐ Yes ☑ No
Vomiting ☐ Yes ☑ No

**GENITOURINARY**
☑ Not applicable ☐ Dysuria
☐ Frequency ☐ Discharge
☐ Swelling
☐ Hx of Bleeding
☐ LMP

**HYDRATION STATUS**
☐ Not applicable
Mucous Membranes:
☑ Moist ☐ Dry
Eyes:
☑ Normal ☐ Sunken
Skin Turgor:
☐ Poor ☑ Normal

**FONTANELLES** ☑ N/A > 19 mon
☐ flat ☐ bulging
☐ depressed
**GROWTH & DEVELOPMENT**
Personal-Social ☑ WNL no
Fine Motor ☑ WNL no
Language ☑ WNL no
Gross Motor ☑ WNL no
**PEDIATRIC IMMUNIZATION:**
☐ UTD
☐ NUTD*
Head Circum.: ___
☑ N/A > 36 mon
Birth Weight: ___
**SKIN/EXTREMITY**
☐ Not Applicable
☐ Wound/Injury (Describe)
R) hand
3rd finger swollen

Fall Precaution: ☐ Yes ☑ No
Green Armband On: ☐ Yes ☑ No
At Risk for Skin Breakdown: ☐ Yes ☑ No
Advance Directive ☐ Yes ☑ No
DNR ☐ Yes ☑ No

## PAIN ASSESSMENT

☐ NONE ☑ CURRENTLY HAVE PAIN ☐ PAIN IN LAST 6-8 WEEKS
LOCATION: R) hand
ONSET: 8 days QUALITY: throb ☐ CONSTANT ☐ INTERMITTENT
WHAT HAS RELIEVED YOUR PAIN? PAST: Tylenol CURRENT: Ø
CURRENT PAIN LEVEL: NEONATE (0-10) ___ INFANT/CHILD (0-5) ___ ADULT (0-10) 7

Pain Intensity (VAS or FACES)
VAS 0 1 2 3 4 5
NO HURT | HURTS LITTLE BIT | HURTS LITTLE MORE | HURTS EVEN MORE | HURTS WHOLE LOT | HURTS WORST
Rate Pain and effectiveness on scale 0 = no pain & 10 = worst pain
0 1 2 3 4 5 6 7 8 9 10

## NUTRITION SCREEN

☑ No Apparent Problem ☐ Teeth Intact ☐ Missing Teeth ☐ Toothless
☐ Poor Appetite ☐ Emaciated Appearance ☐ Obese Appearance ☐ Unintentional Weight Loss
☐ Pregnancy ☐ Lactating ☐ Anemia ☐ Eating Disorder (>10 lbs. in last 3 months)

## FUNCTIONAL SCREEN

☐ Difficulty performing ADLS without assistance or special aid/s: Normal
☐ Problems with balance or mobility: ___
☐ Difficult speech; chewing or swallowing problems ☐ Visual Impairment

☐ SEE TRAUMA FLOW SHEET ☐ SEE CODE SHEET

Triage _Sally Richards_ R.N.

WBMC-6300-02-WALLACE

| NEUROLOGICAL | Neck | NEUROLOGICAL GLASGOW COMA SCALE | ASSESSMENT KEY | |
|---|---|---|---|---|
| ☐ Not applicable<br>☐ cooperative<br>☑ uncooperative<br>☐ agitated/combative<br>☐ oriented<br>☑ disoriented<br>☐ inappropriate<br>☐ sleeping<br>☐ Reported LOC ☐ Y ☑ N<br>Min: _____<br>☐ alert/playful<br>☐ crying<br>☐ irritable | ☐ Not Applicable<br>☑ Supple<br>☐ Other _____<br>**Pupils**<br>☑ Not Applicable<br>Acuity: _____<br>____ R ____ L<br>____ mm  Size ____ mm<br>____ Brisk ____<br>____ Sluggish ____<br>____ Fixed ____ | Eyes 4<br>Verbal 5<br>Motor 6<br>TOTAL 15<br><br>**PUPILS (mm) KEY**<br>• 1   ● 4   ● 7<br>● 2   ● 5   ● 8<br>● 3   ● 6 | **(GCS) GLASGOW COMA SCALE**<br>SPONTANEOUS 4<br>TO SPEECH 3<br>TO PAIN 2<br>NONE 1<br><br>SMILES, INTERACTS 5<br>CONSOLABLE 4<br>CRIES TO PAIN 3<br>MOANS TO PAIN 2<br>NONE 1<br><br>NORMAL, SPONT. MOVEMENT 6<br>LOCALIZES PAIN 5<br>WITHDRAWS TO PAIN 4<br>ABNORMAL FLEXION 3<br>ABNORMAL EXTENSION 2<br>NONE 1 | **GLASGOW COMA SCALE**<br>SPONTANEOUS 4<br>TO VOICE 3<br>TO PAIN 2<br>NONE 1<br><br>ORIENTED 5<br>CONFUSED 4<br>INAPPROPRIATE WORDS 3<br>INCOMPREHENSIBLE WORDS 2<br>NONE 1<br><br>OBEYS COMMAND 6<br>LOCALIZES PAIN 5<br>WITHDRAWS TO PAIN 4<br>FLEXION (PAIN) 3<br>EXTENSION (PAIN) 2<br>NONE 1 |

## PSYCHOSOCIAL STATUS / EDUCATION

Are there any religious, traditional, ethical or cultural practices that need to be a part of your care?
☐ Yes  ☑ No
Specify: _____

Are you being hit, hurt or frightened by anyone in your home life?
☐ Yes  ☑ No
How do you learn best?  ☐ Verbal  ☐ Reading  ☑ Demonstration
What interferes with your learning?  ☐ Physical  ☐ Age Related  ☐ Communication  ☐ Language
☐ Spiritual  ☐ Cultural  ☐ Hearing  ☐ Visual  ☑ None  ☐ Religious

## INTERVENTIONS

☐ Tylenol _____ mg. Time _____
☐ Ibuprofen _____ mg. Time _____
☐ Wound Cleansed _____

☐ NPO - Explained at Triage
☐ C-Collar

☐ Dressing _____

☐ Ice & Elevation
☐ Immobilization
☐ Isolation Mask

## CONSENT AND AUTHORIZATION

I am presenting myself for diagnosis and treatment at the Walker Baptist Medical Center and I consent to the rendering of such care, including diagnostic procedures, surgical and medical equipment, and blood transfusions, by authorized members of the hospital medical staff or their designees, as may in their professional judgement be necessary. I acknowledge that no guarantees have been made to me as to the results of such examinations or treatment on my condition.

Undersigned hereby authorizes the Walker Baptist Medical Center and my Physician(s) to release to my insurors full information (including copies of records) relative to this hospitalization.

X _____
PATIENT/PARENT/RESPONSIBLE PARTY SIGNATURE

_____
RELATIONSHIP TO PATIENT

# WALKER BAPTIST MEDICAL CENTER

**EMERGENCY DEPARTMENT RECORD**

| PATIENT NO. | DATE | TIME | CLINIC 1 | VERIFIED BY | ROOM NO. | TYPE | F/C | SPECIALTY | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| 9667833-9 | 02/23/04 | 15:44 | ERRM | | ED 30 | E | L | | CAE |

| AGE | BIRTHDATE | SEX | RACE | M/S | MOTHER'S MAIDEN NAME | SOCIAL SECURITY NO. | PHONE | COUNTY | MED. REC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| 046 | | M | W | M | HAG000 | | | WALKER | 0246796 |

**PATIENT NAME & ADDRESS**
BARRON   TOMMY

**LAST VISIT DATE & TYPE**
02/17/04 ERRM0

**ACCIDENT DATE/CAUSE**
02/15/04 POSS ASSAUL

W/C CONTACT

**GUARANTOR NAME & ADDRESS**
BARRON, TOMMY

SOC SEC. NO.
PHONE

AUTH. NO.

**ARRIVED VIA**
CAR/PRIVATE

RECEIPT NO. & AMT

EMPLOYMENT INFORMATION - ONE     REL     SOCIAL SECURITY #     EMPLOYMENT INFORMATION - TWO     REL     SOCIAL SECURITY #
PHONE     STAT     PHONE     STAT

IN CASE OF EMERGENCY CONTACT (NAME & ADDRESS)     RELATIONSHIP     PHYSICIANS' NUMBERS AND NAMES
NELDA NELSON/     999995    SOUTHERN MEDICAL GRO
JAN EDWARDS     PHONE     2
     3
     PCP PHYSICIAN

1. INSURANCE CODE & NAME     1M60 MEDICARE OUTPT     POLICY NO     GROUP NO
PRECERTIFICATION NO     SUBSCRIBER NAME & BIRTHDATE BURCH, TAZ

2. INSURANCE CODE & NAME     2K28 MEDICAID 2NDA     POLICY NO     GROUP NO
PRECERTIFICATION NO     SUBSCRIBER NAME & BIRTHDATE BARRON, TOMMY

3. INSURANCE CODE & NAME     POLICY NO     GROUP NO
PRECERTIFICATION NO     SUBSCRIBER NAME & BIRTHDATE

4. INSURANCE CODE & NAME     POLICY NO     GROUP NO
PRECERTIFICATION NO     SUBSCRIBER NAME & BIRTHDATE

**CHIEF COMPLAINT** HAND INJURY     CODES
COMMENTS

**RESULTS**
Monitor

Time Examining MD Notified: _____     Time Patient Examined: _____
Condition on Arrival: ☐ Satisf.  ☐ Fair  ☐ Poor  ☐ Critical _____
Chief Complaint: _____
HPI _____

EKG

Radiology

Laboratory

Other

Provisional Diagnosis: _____

Disposition Time: ☐ Discharged ☐ Admitted ☐ Transferred ☐ AMA
Condition On Discharge: ☐ Satisf. ☐ Fair ☐ Improved ☐ Poor ☐ Critical

**Certified Emergency:** ☐ Yes  ☐ No

| CONSULT | TIME NOTIFIED | RESPONDED | ARRIVED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

_____ M.D.
Examining M.D. Signature

BARRON  TOMMY
SOUTHERN MEDICAL GRO
MR: 0246796  M W 046  02/23/04
PT: 9667833-9        DOB: 06/21/1957
                CAE  ED 30  L

(Addressograph)



**CONSENT FOR TREATMENT**

**CONSENT OF HOSPITAL SERVICES:** Consent is given to Walker Baptist Medical Center, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia P.C., and Baptist Health Clinics, its contractors and its employees to provide hospital services and administer physician orders. Certain procedures may require separate consents. Physicians are responsible for explaining medical or surgical procedures, and patients may be called following their procedure for quality and continuum of care. The undersigned authorizes observers to be present during treatment/surgery for purposes of medical training and education.

**PHYSICIANS:** Physicians including, without limitation, Southern Medical Group Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia, P.C., and Baptist Health Clinics, and Inpatient Medical Services.

X _Tommy Barron_
Consent for treatment (by patient or authorized representative)

_2-23-04_
Date

_Helen Bland_
Witness

# WALKER BAPTIST MEDICAL CENTER

## Billing Form

*For Financial Class:*

*M - MEDICARE*

| | | |
|---|---|---|
| Patient Name | BARRON, TOMMY D. | |
| Admission Date | 02/23/2004 | |
| Medical Record Number | W0246796 | |
| Age | 46 | |
| Account Number | W00096678339 | |

| | |
|---|---|
| Discharge Date | 02/23/2004 |
| Date of Birth | ■■■ |
| Sex | Male |

| DX | Code | DX Description |
|---|---|---|
| 1 | 816.01 | Cl FX Middle/Proximal Phalanx/Phalanges Hand |
| 2 | E968.9 | Assault by Means NOS |
| 3 | 412 | Old Myocardial Infarction |
| 4 | 401.9 | Hypertension NOS |

| PR | Code | PR Description | Procedure Date | Surgeon |
|---|---|---|---|---|
| 1 | 93.54 | Application of Splint | 02/23/2004 | 025668 |

| CPT | Code | CPT Modifiers | CPT Description | CPT Date | CPT Surgeon |
|---|---|---|---|---|---|
| 1 | 29130 | F5 | Apply Finger Splint, Static | 02/23/2004 | 025668 |
| | | APC   PSI | Payment Rate | ASC Group | ASC Fee |
| | | 0058   S | 59.64 | 0 | 0.00 |

Attending Physician.......... SHIPMAN DR CHARLES E

Consulting Physician..........

Discharge Disposition.......... AHR - Routine Dsch

DRG =

Status.......... Y - Complete

Memo
DRG

MDC          Weight          AMLOS          GMLOS          LOS