FILED
2008 Jul-28 PM 05:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit P
# Dr. David M. Ostrowski Records

```
Demographics..........................................................

    Patient              : 707694 - BURCH, TAZ D
    Address              : ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                         : ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    Phone                : 2▓▓▓▓▓▓▓▓▓
    SSN                  : 4▓▓▓▓▓▓▓▓▓
    Gender               : Male
    Birthdate            : 06/21/1957
    Employer             : NONE
    Employer Phone       :
    Marital Status       :

    Responsible Party    : -
    Financial Class      : 1 - MEDICARE
    Status               :
    Account Type         : ESA COLLECTIONS
    Balance              : Total=0.00   Private=0.00   Ins-Pending=0.00
    Signature Date       : 03/01/2004

    Primary Physician    : 34 - DAVID OSTROWSKI, MD
    Refering Physician   : BUGG - THEODIS BUGGS, M.D.
                         : 722.10 - DISPLACEMENT LUMBAR INTERVERTEB
                         : 716.90 - ARTHROPATHY, UNSPECIFIED, SITE
                         : 719.41 - PAIN IN JOINT
    Allergies            : NONE

    Contact              : NONE LISTED
    First Visit          : 03/01/2004
    Employment Status    : 3
    Miscellaneous        : ,06/04/04/34-2C

#. IBG Ins#  Ins-Name......  Ins-Group...  Ins-ID#.....  Insured-Party.....  Rel
1  1   MC    MEDICARE PART B               ▓▓▓▓▓▓▓▓     BURCH TAZ D,2651 L
2  100 DME   CIGNA GOVERNMEN               ▓▓▓▓▓▓▓▓
3  4   5968  PATIENT 1ST                   ▓▓▓▓▓▓▓▓     ,,,,,,,11536
```

..............................................................................

ACCIDENT INFO | Were x-rays taken and where _____ | Injury Date _____

How and where was injury sustained?

What injuries were sustained?

I hereby authorize Orthopaedic Specialists of Alabama, P.C. to release any info
any insuror, government agency providing benefits, or to anyone for charges.

                                                        X signed _____

I hereby assign to and authorize payment directly to Orthopedic Specialists of A
terms of any insurance policy listed above, I realize the insurance, workman's c
all of the bill. I agree to pay the difference or the entire bill if necessary.
including collection fees, attorney's fee, court costs and waive my exemption un
a.

                                                        X signed _____

By signing below I acknowledge receipt of OSA's Privacy Notice effective April 1

1;4m_____0m
1;4m Hospital Dr 34  Recorded: 03152004 by 29 MWS.AR CFH         0m

707694
BURCH, TAZ (AKA TOMMY BARRON)
Brookwood Hospital Note                         03/05/2004

This patient had an amputation of the right long finger at the PIP
level at Brookwood Hospital on 03/05/04.

David M. Ostrowski, M.D./TL055/JOB#40991

1;4m_____0m
1;4m03182004 Current Visit Dr 34  Recorded: 03242004 by 24 MWS.AR KMM  0m

707694
BURCH,TAZ D              DOB: ▓▓▓▓▓▓▓       ▓▓▓▓▓▓▓
Brookwood Clinic Note                           03/18/2004

He is in today in followup for his right long finger amputation. He
is doing well. His wound is well healed. The sutures were removed.
The edema is down considerably. The plan will be to have him
continue edema wrapping and exercises and I will see him back in one
month.

David M. Ostrowski, M.D./TL055/JOB#44288
2CKMM

1;4m_____0m
1;4m03112004 Current Visit Dr 34  Recorded: 03182004 by 35 MWS.AR KMM  0m

707694
BURCH,TAZ D              DOB: ▓▓▓▓▓▓▓       ▓▓▓▓▓▓▓
Brookwood Clinic Note                           03/11/2004

CHIEF COMPLAINT: He is in today in follow-up for his right long
finger PIP level amputation.

HISTORY OF PRESENT ILLNESS: He is doing satisfactory.

PHYSICAL EXAMINATION: The wound is healing well and the edges are
well vascularized. There is moderate swelling. He is taking Lortab
10 for pain.

PLAN: We will have him see the hand therapist for edema control
management. I will see him back in one week for suture removal.

David M. Ostrowski, M.D./TL120/JOB#42452
2CKMM

1;4m_____0m
1;4m03012004 Current Visit Dr 34  Recorded: 03112004 by 22 MWS.AR KMM  0m

707694
BURCH, TAZ              DOB: ▓▓▓▓▓▓▓       ▓▓▓▓▓▓▓
Brookwood Clinic Note                           03/01/2004

CHIEF COMPLAINT: He is in today from Dr. THEODIS BUGGS for a

problem with his injury to his right long finger.

HISTORY OF PRESENT ILLNESS: He states, according to him, that he was assaulted by police officers who were trying to arrest him on February 16 of this year. He injured his long finger and his thumb. He says that he has been seen in the Emergency Room in Jasper on a couple of occasions. He had his finger anesthetized and attempts were made to reduce it. He has recently been seen by Dr. Buggs who referred him here. The patient interestingly has a long history of problems with his right arm and hand. He is actually on disability because of his preexisting injury. He had a high laceration to his arm above his elbow approximately ten years ago sustaining apparent nerve injury. It looks as though he had a fasciotomy and skin graft. He states that he has not had normal sensation in his radial fingers nor normal use. He said that he had some flexion of the long finger, but it is not normal and that he has pretty much bypassed the finger for many activities of daily living.

PAST MEDICAL HISTORY/SOCIAL HISTORY/FAMILY HISTORY/REVIEW OF SYSTEMS: As per the intake sheet.

PHYSICAL EXAMINATION: He is a gentleman in no distress. He was not wearing any splints or supports on his hand. His right long finger is slightly flexed and quite swollen. He has slight swelling in the IP area of his thumb but no significant pain and he has reasonable active flexion. The circulation appears to be intact in all of the fingers. However, his sensation is greater than 15 mm on the thumb, index, long and ring and 6/6 on the small. Range of motion is thumb active 50 degrees of the MP, 35 degrees of the PIP in his index and long and he had 90 and 60 degrees of flexion at the MP respectively. There is no active PIP or DIP. Ring and small have normal range. Semmes-Weinstein testing showed significant impairment on the long finger.

RADIOGRAPHS: The outside films were reviewed. They show a severe fracture and subluxation of the long finger with avulsion of the central slip, complete disruption of the articular surface of the middle phalanx. He also has a short oblique minimally displaced fracture of the thumb.

PLAN: I had a lengthy discussion with him about his situation and we had Linda, the therapist, present. The patient wants an amputation through the PIP joint. I discussed the range of outcomes with him for this type of injury, particularly when this is treated late. I told him that there is a very high likelihood that the finger will be stiff but I could not tell him that it would not have some function. He did understand that it would take a good bit of therapy. He states that he had great difficulty with transportation trying to get back and forth and that he needed to do something that was as simple as possible. He was desirous of having an amputation. We spent a great deal of time with him discussing the implications of that. I told him that I could not promise him that he would not have pain at the amputation site or sensitivity. We made sure that he understood that this was permanent. He did not want me to try to fix the fracture. I do think that his request is reasonable given his previous injury and his social circumstances. He does understand the permanence of the situation and the fact that I

cannot guarantee him that he will not have pain.

David M. Ostrowski, M.D./TL120/JOB#39452
2ckmm
cc:     THEODIS BUGGS, M.D.

1;4m_____0m
1;4m03012004 Letters Dr 34 Recorded: 03032004 by 48 MWS.AR CFH        0m

707694
03/01/2004


THEODIS BUGGS, M.D.
817 PRINCETON AVENUE S.W. P O B #II
BIRMINGHAM AL 352111399

RE:  Taz Burch
     MR#:   707694

Dear Dr. Buggs:

I saw Taz Burch in the office this afternoon for hand surgical consultation. Enclosed is a copy of my note.

I appreciate the opportunity to help you with this gentleman. If you have any questions, please do not hesitate to contact me.

Sincerely,


David M. Ostrowski, M.D./TL120/JOB#39452

1;4m_____0m
1;4m03172000 Current Visit Dr 25 Recorded: 03282000 by 12 MWS.AR TFT  0m

707694
TOMMY D. BARRON                        Age 42
St. Vincent's Clinic Note              03/17/2000      GEORGE M. HILL, M.D.

DIAGNOSIS: DDD L5-S1

HISTORY OF PRESENT ILLNESS:    Tommy returns today. His lower back problems persist.

X-RAYS:   Show a degenerative L5-S1

PLAN:    He needs a fusion. We have discussed this in the past, but he has been having Medicare problems and he says these are supposed to be worked out next month. I have refilled his Lortab 7.5 and Valium 5 #60 each with no refill and he will let us know when he gets to a place where he can proceed. Recheck PRN.
George M. Hill, M.D./lmk
1C TT
1;4m_____0m
1;4m12271999 Current Visit Dr 25 Recorded: 01032000 by 111 MWS.AR TFT 0m

707694
TOMMY D. BARRON                       Age 42
St. Vincent's Clinic Note    12/27/99        GEORGE M. HILL, M.D.

HISTORY OF PRESENT ILLNESS: Tommy returns today, he has had increased pain recently in the lumbosacral area. There has been no radiation to his legs. He has had two prior laminectomies.

PHYSICAL EXAMINATION: On exam today, he is tender in the lumbosacral area. SLR is mildly positive bilaterally. He has decreased ROM with pain, especially with extension.

X-RAYS: Show a degenerative L5-S1 with collapse.

PLAN: I am going to inject him with Depo-Medrol 60mg. We have discussed a fusion. At the present, he has no insurance. He is trying to get back on his Medicare and he is still trying to get his disability. He is not due for his meds today, so we will recheck him in 3 months with more x-rays of the lumbar spine.
George M. Hill, M.D./lmk
1C TT
1;4m_____0m
1;4m09271999 Current Visit Dr 25 Recorded: 10011999 by 56 MWS.AR TFT   0m

ORTHOPAEDIC SPECIALISTS OF ALABAMA, P.C.
ST. VINCENT'S CLINIC
LAKEWOOD CLINIC
TALLADEGA CLINIC

707694
TOMMY BARRON
Clinic Note 09/27/99    George M. Hill

Tommy is status post lam 1995 and 1996. He needs a refill on his meds today. Lortab 7, Soma and Valium. He still has pain as before. I have given him these meds with two refills. We will recheck in three months.

DIAGNOSIS:

Degenerative disc disease L5-S1.
GEORGE M. HILL, M.D./kat
1C TT

```
ORTHOPAEDIC SPECIALISTS OF ALABAMA           Printed 16:00:33 27 NOV 2007
48 MEDICAL PRK E DR STE 255                  By: 125 MWS.AR TAM
BIRMINGHAM, AL 35235
205-838-3454                                 TaxID#: 630574965


                    TAZ D BURCH      (707694)
                    ━━━━━━━━━━━━━━━━━━━━━━━━
                    ━━━━━━━━━━━━━━━━━━━━━━━━


--------------------------------------------------------------------------------
### Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
     1C1.1*707694 TAZ D BURCH                        *Closed*
 1   06/30/99 99203     OFFICE OR OTHE 725.40 722.52    78.00 TFTSTV01  1C1.1
11   01/31/00 3         CHECK PAYMENT  725.40           -5.00 111000FAB R3355.1
16   03/06/00 3         CHECK PAYMENT  725.40           -5.00 030600HVD R654.1*
27   07/31/00 8.17      BREIBART & ING 725.4          -68.00 073100OD  165967.
                        Balance:                        0.00

Primary: 0.00     Secondary: 0.00     Personal: -10.00  Adjustments: -68.00
     08/03/99 insur    ECS-MEDI                                        15663
     10/06/99 insur    ECS-MEDI                                        15663
--------------------------------------------------------------------------------
     1C2.1*707694 TAZ D BURCH                        *Closed*
 3   09/27/99 99213     OFFICE OR OTHE 725.40 722.52    50.00 111000FAB 1C2.1
                        Adjusting entry                -50.00
                        Balance:                        0.00

Primary: 0.00     Secondary: 0.00     Personal: 0.00    Adjustments: -50.00
     10/05/99 insur    ECS-MEDI                                        28741
     11/12/99 insur    MEDICARE                                        28741
--------------------------------------------------------------------------------
     1C3.1*707694 TAZ D BURCH                        *Closed*
 8   12/27/99 99213-25  OFFICE OR OTHE 725.40 722.52    50.00 TFTSTV280 1C3.1
28   07/31/00 8.17      BREIBART & ING 725.40          -50.00 073100OD  165967.
                        Balance:                        0.00

Primary: 0.00     Secondary: 0.00     Personal: 0.00    Adjustments: -50.00
--------------------------------------------------------------------------------
     1C3.2*707694 TAZ D BURCH                        *Closed*
 9   12/27/99 72100     RADIOLOGIC EXA 725.40 722.52    97.00 TFTSTV280 1C3.2
29   07/31/00 8.17      BREIBART & ING 725.40          -97.00 073100OD  165967.
                        Balance:                        0.00

Primary: 0.00     Secondary: 0.00     Personal: 0.00    Adjustments: -97.00
--------------------------------------------------------------------------------
     1C3.3*707694 TAZ D BURCH                        *Closed*
10   12/27/99 20550     INJECTION TEND 725.40 722.52    51.00 TFTSTV280 1C3.3
30   07/31/00 8.17      BREIBART & ING 725.40          -51.00 073100OD  165967.
                        Balance:                        0.00

Primary: 0.00     Secondary: 0.00     Personal: 0.00    Adjustments: -51.00
--------------------------------------------------------------------------------
     111758.1*707694 TAZ D BURCH                     *Closed*
13   02/25/00 LTR8      SUFFICIENT TIM 725.1            0.00 LTR8      111758.
                        Balance:                        0.00

Primary: 0.00     Secondary: 0.00     Personal: 0.00    Adjustments: 0.00
```

```
 ### Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
---------------------------------------------------------------------------------
    112352.1*707694 TAZ D BURCH                *Closed*
 14 02/25/00 LTR8    SUFFICIENT TIM 725.1              0.00 LTR8      112352.
                     Balance:                          0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
---------------------------------------------------------------------------------
    1C4.1*707694 TAZ D BURCH                   *Closed*
 17 03/17/00 99213   OFFICE OR OTHE 725.40 722.52    50.00 TFTSTV031  1C4.1
 31 07/31/00 8.17    BREIBART & ING 725.40           -50.00 073100OD  165967.
                     Balance:                          0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -50.00
---------------------------------------------------------------------------------
    1C4.2*707694 TAZ D BURCH                   *Closed*
 18 03/17/00 72100   RADIOLOGIC EXA 725.40 722.52    97.00 TFTSTV031  1C4.2
 32 07/31/00 8.17    BREIBART & ING 725.40           -47.00 073100OD  165967.
                     Balance:                          0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -47.00
---------------------------------------------------------------------------------
    4591.1*707694 TAZ D BURCH                  *Closed*
 22 04/27/00 2.1     CASH/COPAYMENT 725.40           -50.00 042000STV 4591.1
                     Balance:                          0.00

Primary: 0.00    Secondary: 0.00    Personal: -50.00  Adjustments: 0.00
---------------------------------------------------------------------------------
    146212.1*707694 TAZ D BURCH                *Closed*
 25 05/23/00 LTR8    SUFFICIENT TIM 725.4              0.00 ST        146212.
                     Balance:                          0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
---------------------------------------------------------------------------------
    159990.1*707694 TAZ D BURCH                *Closed*
 26 07/12/00 LTRPC   PRE-COLLECT LE 725.4              0.00 PC        159990.
                     Balance:                          0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
---------------------------------------------------------------------------------
    2C1.1*707694 TAZ D BURCH                   *Closed*
 33 03/01/04 99243   OFFICE OR OTHE 34.1   816.01   146.00 KMM030504  2C1.1
 57 05/20/04 5.01    MEDICARE PAYME 34.1            -90.29 ERM052004  r145562
 58 05/20/04 6.1     [42] MEDICARE  34.1            -33.14 ERM052004  r145562
 61 05/20/04 25      PATIENT RESP R 34.1              0.00 ERM052004  r145562
 88 10/26/04 8.227   FRANKLIN COLL. 34.1            -22.57 102504BB   119475.
                     Balance:                          0.00

Primary: -90.29  Secondary: 0.00    Personal: 0.00    Adjustments: -55.71
    03/18/04 insur    ECS-MEDI                                        526494
    03/19/04 insur    ECS-MEDI                                        526494
    03/22/04 insur    ECS-MEDI                                        526494
    03/23/04 insur    ECS-MEDI                                        526494
    05/06/04 insur    ECS-MEDI                                        526494
    05/16/04 insur    ECS-MEDI                                        526494
---------------------------------------------------------------------------------
    2C2.1*707694 TAZ D BURCH                   *Closed*
 34 03/05/04 26951   AMPUTATION FIN 34.1   816.01   649.00 KMM030904  2C2.1
 59 05/20/04 5.01    MEDICARE PAYME 34.1           -428.61 ERM052004  r145562
```

```
 ### Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
 60  05/20/04  6.1         [42] MEDICARE    34.1            -113.24 ERM052004 r145562
 62  05/20/04  25          PATIENT RESP R   34.1               0.00 ERM052004 r145562
 89  10/26/04  8.227       FRANKLIN COLL.   34.1            -107.15 102504BB  119475.
                           Balance:                            0.00

Primary: -428.61 Secondary: 0.00       Personal: 0.00     Adjustments: -220.39
    03/18/04 insur     ECS-MEDI                                         527217
    03/19/04 insur     ECS-MEDI                                         527217
    03/22/04 insur     ECS-MEDI                                         527217
    03/23/04 insur     ECS-MEDI                                         527217
    05/06/04 insur     ECS-MEDI                                         527217
    05/16/04 insur     ECS-MEDI                                         527217
---------------------------------------------------------------------------------
    3C1.1*707694 TAZ D BURCH                    *Closed*
 35  03/11/04  97003-GO  OCCUPATIONAL T 1079.10 V54.19       99.00 KMM031104 3C1.1
 82  09/24/04  5.01      MEDICARE PAYME 1079.1               -59.59 ERM092404 r114799
 83  09/24/04  6.1       [42] MEDICARE  1079.1               -24.51 ERM092404 r114799
 86  09/24/04  24        COINSURANCE -  1079.1                 0.00 ERM092404 r114799
 90  10/26/04  8.227     FRANKLIN COLL. 1079.1               -14.90 102504BB  119475.
                         Balance:                              0.00

Primary: -59.59 Secondary: 0.00       Personal: 0.00     Adjustments: -39.41
    03/19/04 insur     ECS-MEDI                                         527711
    03/22/04 insur     ECS-MEDI                                         527711
    07/13/04 insur     ECS-MEDI                                         527711
    09/01/04 insur     ECS-MEDI                                         527711
    09/10/04 insur     ECS-MEDI                                         527711
    10/26/04 insur     PALMETTO                                         527711
    11/24/04 insur     ECS-PALM                                         527711
---------------------------------------------------------------------------------
    3C1.2*707694 TAZ D BURCH                    *Closed*
 36  03/11/04  A9270     COBAN [99070-1 1034.10 V54.19        4.00 KMM031104 3C1.2
 95  12/03/04  5.9       MC-NON-COVERED 1034.10                0.00 120304OSA 100.1*7
 96  12/07/04  6.60      BELMINBAL      1034.10               -4.00 13491SBWO 146781.
                         Balance:                              0.00

Primary: 0.00  Secondary: 0.00       Personal: 0.00     Adjustments: -4.00
    03/19/04 insur     ECS-MEDI                                         527711
    03/22/04 insur     ECS-MEDI                                         527711
    07/13/04 insur     ECS-MEDI                                         527711
    09/01/04 insur     ECS-MEDI                                         527711
    09/10/04 insur     ECS-MEDI                                         527711
    10/26/04 insur     PALMETTO                                         527711
    11/24/04 insur     ECS-PALM                                         527711
---------------------------------------------------------------------------------
    D3C1.1*707694 TAZ D BURCH                   *Closed*
 37  03/11/04  L3928     [L3928-1] WRIS 1034.10 V54.19       45.00 KMM031104 D3C1.1
 76  09/10/04  5.9       MC-DUPLICATE A 1034.10                0.00 091004OSA 6.1*707
 78  09/22/04  5.01      MC MEDICARE PA 1034.10              -35.93 092204OSA 15.1*70
 79  09/22/04  10        $44.91 Allowed 1034.10                0.00 092204OSA 15.2*70
 80  09/22/04  6.1       MEDICARE NONAL 1034.10               -0.09 092204OSA 15.3*70
 81  09/22/04  25        $8.98 PATIENT  1034.10                0.00 092204OSA 15.4*70
 91  10/26/04  8.227     FRANKLIN COLL. 1034.10               -8.98 102504BB  119475.
                         Balance:                              0.00

Primary: -35.93 Secondary: 0.00       Personal: 0.00     Adjustments: -9.07
    03/22/04 insur     ECS-PALM                                         527712
    08/18/04 insur     PALMETTO                                         527712
```

```
###  Date....  Code....  Description...  DrFcl..  Dx....  Original Batch....  Ref....
     09/01/04  insur     ECS-PALM                                              527712
------------------------------------------------------------------------------------
     2C3.1*707694 TAZ D BURCH                    *Closed*
40   03/11/04  99024     POST-OPERATIVE  34.1    V54.19    0.00 KMM031104     2C3.1
                         Balance:                          0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
------------------------------------------------------------------------------------
     3C2.1*707694 TAZ D BURCH                    *Closed*
50   03/18/04  97535-GO  SELF CARE/HOME  1079.1  V54.19   31.00 KMM031804     3C2.1
84   09/24/04  5.01      MEDICARE PAYME  1079.1          -22.48 ERM092404     r114799
85   09/24/04  6.1       [42] MEDICARE   1079.1           -2.90 ERM092404     r114799
87   09/24/04  24        COINSURANCE -   1079.1            0.00 ERM092404     r114799
92   10/26/04  8.227     FRANKLIN COLL.  1079.1           -5.62 102504BB      119475.
                         Balance:                          0.00

Primary: -22.48   Secondary: 0.00    Personal: 0.00    Adjustments: -8.52
     03/26/04  insur     ECS-MEDI                                              530461
     07/13/04  insur     ECS-MEDI                                              530461
     09/01/04  insur     ECS-MEDI                                              530461
     09/10/04  insur     ECS-MEDI                                              530461
------------------------------------------------------------------------------------
     2C4.1*707694 TAZ D BURCH                    *Closed*
51   03/18/04  99024     POST-OPERATIVE  34.1    V54.19    0.00 KMM031804     2C4.1
                         Balance:                          0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
------------------------------------------------------------------------------------
     77258.1*707694 TAZ D BURCH                  *Closed*
69   08/24/04  LTR8      SUFFICIENT TIM  34.1              0.00 L082404       77258.1
                         Balance:                          0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
------------------------------------------------------------------------------------
     90986.1*707694 TAZ D BURCH                  *Closed*
77   09/14/04  LTRPC     PRE-COLLECT LE  34.1              0.00 PC091704      90986.1
                         Balance:                          0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
------------------------------------------------------------------------------------
     Statements for TAZ D BURCH                  *Closed*
7    12/28/99  98.1      STATEMENT SENT                    0.00               stmt
12   02/03/00  98.1      STATEMENT SENT                    0.00               stmt
15   03/05/00  98.1      STATEMENT SENT                    0.00               stmt
19   04/06/00  98.1      STATEMENT SENT                    0.00               stmt
21   05/03/00  98.1      STATEMENT SENT                    0.00               stmt
23   06/06/00  98.1      STATEMENT SENT                    0.00               stmt
24   07/06/00  98.1      STATEMENT SENT                    0.00               stmt
63   06/02/04  98.1      STATEMENT SENT                    0.00               stmt
64   07/01/04  98.1      STATEMENT SENT                    0.00               stmt
67   08/02/04  98.1      STATEMENT SENT                    0.00               stmt
73   09/03/04  98.1      STATEMENT SENT                    0.00               stmt
------------------------------------------------------------------------------------

     TOTAL : 0.00
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY D. BARRON, et al | * |
| Plaintiff, | * |
| VS. | * CASE NO. 2:06-cv-0331-KKOB |
| WALKER COUNTY, ALABAMA et al | * |
| Defendants. | * |

## QUALIFIED HIPAA PROTECTIVE ORDER

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of the court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), and any and all information relating to the past, present, or future medical condition of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.