FILED
2008 Jul-28 PM 05:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit Q
# Walker Baptist Medical Center Records dated 11/7/02

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**BARRON**     **TOMMY**
SOUTHERN MEDICAL GRO    11/07/02
MR: 0246796   M W 045   ~~67~~
PT: 9538163-8   KNC    ED 12   L

71

# ✝ WALKER
## BAPTIST MEDICAL CENTER
### EMERGENCY PHYSICIAN RECORD
### Alcohol / Drug Evaluation

TIME SEEN _1345_ ROOM: _0435_ __ EMS Arrival
HISTORIAN: ⊙patient __spouse __paramedics
AGE _45_ (M)/ F
__HX / __EXAM LIMITED BY: _____

**HPI** chief complaint(s) Agitated Hallucinating (Tremor)

started _Today_

(desires to detox alcohol) / drug dependence

referred by: _Dr Crump_
**severity** mild (moderate) severe

**context**
__situational problems
related to: spouse / parent / son / daughter / significant other
homeless / work / lost job / school / legal problems
(chronic alcohol) drug dependence
age abuse began: _teens_ duration: _____

### LIST OF SUBSTANCES INGESTED (if applicable)

| name | type | route / amount | frequency / duration | date of last use / amt | age of first use |
|------|------|----------------|----------------------|------------------------|------------------|
| ETOH |      |                |                      |                        |                  |
| Opioid |    |                |                      |                        |                  |
| Benzo |     |                |                      |                        |                  |
|       |     |                |                      |                        |                  |

**current/associated complaints**
__sweating _____ __restlessness / irritability_____
⊙shakes / chills_____ __depression_____
__rapid pulse_____ __suicidal/ homicidal thoughts___
__nausea_____ __confused / hallucinating_____
__vomiting_____ __pregnant_____
__diarrhea_____

(Recently seen/treated by doctor) _2y ago_
Date of last Detox _____ Where _____ x's at CMC ____
Date of last Hospitalization ____ Where ____
Diagnosis _____

__Currently enrolled in a Methadone Program?
Dosage_____ Program_____

**ROS**
**PULMONARY & CVS**
__cough_____
__trouble breathing_____
__chest pain_____

**GI**
(abdominal pain)
__constipation_____
last BM: _____
__black / bloody stools_____

**PAST HISTORY** __negative
__psychiatric problems_____
depression bipolar disorder
schizophrenia suicide attempts
(alcohol) drug dependence
failed outpt detox. delirium tremens
med's / trtmnt noncompliance
__blackouts_____
__seizures_____

__other problems_____

**NEURO & EYES**
__seizure_____
__headache_____
__visual disturbance___
__watery eyes_____

**URINARY**
__bloody / dark urine___
__frequent/painful urination___

**SKIN & LYMPH & MS**
__skin rash / swelling___
__joint pain_____

☑all systems neg. except as marked

__cardiac disease____
angina MI/ CHF
__stroke_____
__hypertension____
__diabetes insulin / oral / diet
__lung disease_____
__+HIV / AIDS_____
__GI bleeding_____
✓Pancreatitis_____
__Hepatorenal syndrome___
__Hepatitis_____
__Encephalopathy___

**Surgeries:**
__tonsillectomy_____ __appendectomy____
__cholecystectomy_____ __hysterectomy____
__other_____

Medications __none (see nurses note)
__oral birth control_____

**Allergies** __NKDA
__see nurses note
_PCM_

SOCIAL HX (smoker) _1 ppd_

marital status: __single __married children:____

☑ Nursing Assessment Reviewed.  ☑ BP, HR, RR, Temp reviewed.

**PHYSICAL EXAM**  _✓_ Alert  __ Lethargic  __ Obtunded  __ Tremors
Distress- __ NAD  __ mild  __ moderate  __ severe  __ Seizing / Apneic

**HEENT**
- _✓_ no apprnt trauma
- _✓_ ENT inspectn nml
- __ pharynx nml
- _✓_ airway intact

- __ scleral icterus / pale conjunctivae
- __ deprsd gag reflex / poor handling of secretns
- __ pharyngeal erythema / exudate
- __ TM erythema/dullness/blood
- __ tenderness/swelling/echymosis

**NEURO/PSYCH**
*higher functions*
- __ alert
- _✓_ oriented x3
- _✓_ mood/affect nml

- __ abnormal response to commands
  - no response  eyes open  slow  inappropriate
- __ abnormal response to pain
  - withdraws  flexor  extensor  none
- __ aphasic  expressive / receptive
- __ disoriented to  time / place / person

*cranial nerves-*
- _✓_ normal as tested
- __ pupils equal,
- _✓_ round, and reactive
- __ EOM's intact

- __ facial palsy (R / L)
  - forehead: involved  spared
- __ tongue deviation (to R / L)
- __ EOM palsy
- __ unequal pupils
  - R pupil __ mm  L pupil __ mm
- __ abnormal fundiscopic / papilledema

*cerebellar-*
- __ normal as tested

- __ abnormal Romberg / gait / finger-nose test

*peripheral exam-*
- __ no motor deficit
- __ no sensory deficit
- __ reflexes nml

- __ weakness / hemiparesis / hemiplegia / dyspraxia
- __ tremor
- (R) ulnar palsy, pos radial
- __ pronator drift ( RUE / LUE )
- __ altered light-touch / pin-prick / 2-pt discrimin.
- __ Babinski reflex ( R / L )
- __ asterixis

[Reflexes diagram]

**NECK**
- _✓_ supple
- __ non-tender

- __ cerv. lymphadenopathy
- __ stiff neck / meningismus
- __ carotid bruit

**RESPIRATORY**
- _✓_ no resp. distress
- _✓_ breath sounds nml

- __ resp. distress
- __ wheezing
- __ rales / rhonchi

**CVS**
- __ reg. rate, rhythm
- __ heart sounds nml

- __ tachycardia / bradycardia / irreg. irreg. rhythm
- __ JVD present
- __ murmur  grade __/6  sys / dias
- __ gallop ( S3 / S4 )
- __ decreased pulse(s)

**ABDOMEN**
- __ non-tender
- __ no organomegaly

- (guarding)
- (hepatomegaly) / splenomegaly / mass

**SKIN**
- _✓_ color nml, no rash
- _✓_ warm, dry

- __ cyanosis / diaphoresis / pallor
- __ skin rash

**EXTREMITIES**
- _✓_ non tender
- _✓_ normal ROM
- _✓_ no pedal edema

- __ pedal edema
- __ tenderness

Alcohol / Drug Evaluation - 71   Rev. 01/01

---

**LABS, XRAYS, and PROGRESS:**

**EKG MONITOR STRIP**  __ NSR  Rate _____

**EKG**  __ NML  ☐ Interp. by me.  ☐ Reviewed by me  Rate ___
__ NSR  __ nml intervals  __ nml axis  __ nml QRS  __ nml ST/T

not / changed from: _____

**CXR**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/radiologist.
__ nml/NAD  __ no infiltrates  __ nml heart size  __ nml mediastinm

not / changed from: _____

| CBC | Chemistries | ABG's | Toxicology |
|---|---|---|---|
| normal except | normal except | time: | normal except |
| WBC | Na 135 | | acetamin. |
| Hgb | K | | aspirin- |
| Hct 46.4 | Cl | pH | ETOH- |
| Platelets | CO2 | pCO2 | Triage™ urine |
| segs | BUN 4 | pO2 | drug screen- |
| bands | Creat | _ RA | serum / urine |
| lymphs | Gluc | _ O2 ___ L | preg pos/neg |
| monos | Anion Gap | | |

**Pulse Ox** ____% on RA / ___ L / ___ % at (time) _____
**Head CT** __ nml _____

**Treatment**   IV Fluids   Librium   Methadone   Thiamin   Folic Acid

Time _____ __ unchanged  __ improved  __ re-examined
C DSA opiates
GOT 40
Lipase 18  Amylase 62
EtOH Ø

Rx given _____
_✓_ Discussed with Dr. Bentley   __ CRIT CARE- 30-74 min
__ will see patient in: office / ED / hospital      75-104 min ___ min
_✓_ Counseled patient / family regarding:     __ Prior records ordered
  lab results  diagnosis  need for follow-up   __ Additional history from:
__ Admit orders written                         family  caretaker  paramedics

**CLINICAL IMPRESSION:**

Suffering from severe w/drawal
Intoxicated
Organic Medical Syndrome
Mood disorder
Violent /threatening to self / others
(Nature of substance abuse requires supervised withdrawal)
imminent danger of:
  Severe withdrawal
  Suffering related acute disorder
Poor nutrition compromises bodily function

Significant med sx related to substance use requires inpatient treatment
Unable to care for self
Unreliable family/ community support
Shows progressive dysfuction/ inability to utilize outpt treatment
Could not be treated in an outpt / day treatment program w/o worsening:
  Psychosocial dysfunctn
  Occupational dysfunction
  Medical dysfunction

_✓_ Voluntarily accepts detox _____
Discharge Instructions _____

DISPOSITION-  ☐ home  _✓_ admitted to detox unit  ☐ transferred
CONDITION-    ☐ unchanged  ☐ improved  ☐ stable

[signature]  _____ NP / PA
[signature]  _____ MD / DO

*I have personally performed and participated in all the above services (including HPI and PE) and procedures. I have reviewed with the PA/NP the history and have confirmed the findings with the patient.*

_✓_ Template complete     ☐ Progress Notes



# WALKER
## BAPTIST MEDICAL CENTER

**EMERGENCY DEPARTMENT RECORD**

| PATIENT NO. | DATE | TIME | CLINIC 1 | VERIFIED BY | ROOM NO. | TYPE | F/C | SPECIALTY | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| 9538163-8 | 11/07/02 | 13:12 | ERRM | | ED 12 | E | L | | KNC |

| AGE | BIRTHDATE | SEX | RACE | MS | MOTHER'S MAIDEN NAME | SOCIAL SECURITY NO. | PHONE | COUNTY | MED REC NO. |
|---|---|---|---|---|---|---|---|---|---|
| 045 | | M | W | M | HAGOOD | | | WALKER | 0246796 |

**PATIENT NAME & ADDRESS**
BARRON    TOMMY

LAST VISIT DATE & TYPE: 09/16/02 ERRM1
ACCIDENT DATE/CAUSE: 11/07/02 PT STATES "
W/C CONTACT:
AUTH. NO.:

**GUARANTOR NAME & ADDRESS**
BARRON, TOMMY

ARRIVED VIA: CAR/PRIVATE
RECEIPT NO. & AMT:

EMPLOYMENT INFORMATION - ONE
REL: 01 PATIENT
SOCIAL SECURITY #: 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

EMPLOYMENT INFORMATION - TWO
REL: 02 SPOUSE
STAT: 7

PHYSICIANS' NUMBERS AND NAMES
1 999995  SOUTHERN MEDICAL GRO
2
3 058123  CAMP DR NATH THOMPSO
PCP PHYSICIAN

1 INSURANCE CODE & NAME: 1M60 MEDICARE OUTPT
POLICY NO.:
SUBSCRIBER NAME & BIRTHDATE: BARRON, TOMMY

2 INSURANCE CODE & NAME: 2K28 MEDICAID 2NDA
POLICY NO.: 0004208423327
SUBSCRIBER NAME & BIRTHDATE: BARRON, TOMMY

**CHIEF COMPLAINT:** CONSULT

COMMENTS:

RESULTS
Monitor

Time Examining MD Notified: _____  Time Patient Examined: _____
Condition on Arrival: ☐ Satisf.  ☐ Fair  ☐ Poor  ☐ Critical
Chief Complaint:
HPI

EKG

Radiology

Laboratory

Other

Provisional Diagnosis:

Disposition Time:  ☐ Discharged  ☐ Admitted  ☐ Transferred  ☐ AMA
Condition On Discharge:  ☐ Satisf.  ☐ Fair  ☐ Improved  ☐ Poor  ☐ Critical

Certified Emergency: ☐ Yes  ☐ No

| CONSULT | TIME NOTIFIED | RESPONDED | ARRIVED |
|---|---|---|---|
| | | | |

_____ M.D.
Examining M.D. Signature


BARRON TOMMY 11/07/02
SOUTHERN MEDICAL GRO
MR: 0246796  M W 045  ED 12  L
PT: 9538163-8  KNC

PATIENT STATUS

A. (PATIENT ADMITTED)***DO NOT DISCHARGE***
1416

1 DIED

2 LAMA(LEFT AGAINST MEDICAL ADVICE)

3 TRANSFERRED

4 DISCHARGED

5 LEFT BEFORE SEEN

6 BMC NOT INSURANCE PROVIDER

Dr. Bentley
BMU Detox

BMU
1416

PHYSICIAN  Endfinger
DISCHARGE TIME
CERTIFIED EMERGENCY  (YES) OR NO
(MEDICAID ONLY)

CO-PAY OR EMERGENCY DEPARTMENT FEE DUE AT END OF VISIT



# WALKER BAPTIST MEDICAL CENTER

## Emergency Department
## ORDER FORM

BARRON  TOMMY
SOUTHERN MEDICAL GRO    11/07/02
MR: 0246796  M W 045
PT: 9538163-8   KNC   ED 12   L

OBS

### MEDICATION / TREATMENT / RESPONSE

| TIME | MEDICATION / TREATMENT | DOSE | ROUTE | SITE | INITIAL | TIME | PATIENT RESPONSE | INITIAL |
|------|------------------------|------|-------|------|---------|------|------------------|---------|
|      |                        |      |       |      |         |      |                  |         |
|      |                        |      |       |      |         |      |                  |         |
|      |                        |      |       |      |         |      |                  |         |

### MD ORDERS

Report called to Brill Dolley quietly c wife.

### INTERVENTIONS/ORDERS

EXP/Lot. No.
- [ ] B/P Monitoring  [ ] IV  [ ] Hep Lock
- [ ] Oxygen  [ ] Pulse OX  [ ] Telemetry

TD 0.5 ML IM

#### LABORATORY  1740 Bid to lab
TEST
- CBC: WBC ___ HGB ___ PLT. CT. ___
  HCT ___ SEG ___ B ___
- [ ] Cardiac Enzymes: CK ___ MB ___ CKMB% ___
- [ ] Troponin ___  [ ] CPK ___
- [ ] PT ___ PTT ___ INR ___
- [ ] BMP Na ___ K ___ Cl ___ CO2 ___ BUN ___
  Creat ___ AG ___ Glucose ___ Ca ___ Osmo ___
- CMP: BMP (Above) + Hepatic Function Panel (Below)
- [ ] Hepatic Function Panel  Albumin ___ Total Protein ___
  Bilirubin ___ Bili Direct ___ Alk. Phos. ___ SGOT ___ SGGT ___
- Amylase ___ Lipase ___
- [ ] Theophylline ___  [ ] Dilantin ___
- [ ] Digoxin ___  [ ] Phenobarb ___
- [ ] UA: SPGR ___ WBC ___ RBC ___ Gluc ___ Ket ___ Bact ___ Nitrate ___
- Urine Culture:  [ ] Cath  CCU  [ ] Urine Pregnancy
- Urine Drug Screen  ETOH
- [ ] Serum Pregnancy  [ ] Neg  [ ] Pos  [ ] Quant
- [ ] Rapid Strep  [ ] Throat Culture  [ ] Mono Spot
- [ ] Blood Culture x ___

### VITAL SIGNS

| TIME | TEMP | PULSE | RESP | B/P | PULSE OXIMETRY | NURSE SIGNATURE/TITLE |
|------|------|-------|------|-----|----------------|------------------------|

See Vital Signs Flow Sheet

### RADIOLOGY  Time To ___  Time From ___

### IV FLUIDS

| TIME | NO | TYPE | AMT | RATE | CATH | ROUTE/LOC | NO OF STICKS | NURSE INIT |
|------|----|----- |-----|------|------|-----------|--------------|------------|

### RESPIRATORY
- [ ] ABG  PH ___ CO2 ___ PO2 ___ SAT ___
- [ ] Breathing Treatment: Medication ___
- [ ] EKG  [ ] NSR Rate ___  [ ] ABNL ___

NURSE DISCHARGE CHECKLIST:  [ ] Tetanus Given  [ ] IV Site Checked  [ ] Valuables Checklist
[ ] Antibiotic Given

CERTIFIED EMERGENCY: [ ] YES [ ] NO     1416
DIAGNOSIS [x] SEE T-SHEET  OTHER: ___
DISPOSITION: [ ] Discharged [ ] 23 Hr Obs [x] Admit to Rm./Unit BMCU  Report to/Time: Christy
[ ] Transfer to Hosp./Fac.: ___   [ ] AMA
[ ] OBSERVATION: @ Time ___ [ ] Chest Pain Bed [ ] Stroke Bed [ ] Critical Care Bed [ ] ICU-Bed [ ] Other ___

METHOD OF LEAVING ED:
[ ] Ambulatory  [ ] Stretcher  [x] Wheelchair  [ ] Crutches
[ ] Carried  [ ] Amb./Helicopter
199664

DISCHARGE INSTRUCTIONS: ___

[ ] Return to Emergency Department as Needed  [ ] F/U with MD in ___ or if needed.
PATIENT D/C INSTRUCTIONS GIVEN: [ ] Head Injury Sheet [ ] Wound Sheet [ ] Fever Sheet
[ ] Crutch Precautions [ ] Sprain/Bruise Sheet [ ] Eye Patch Sheet [ ] Clear Liquid Sheet [ ] TAB Sheet
[ ] Instructed Not to Drive Due to Sedation   [ ] Instructed to Wait 15 Minutes After Injection / PO MED
[ ] RX  [ ] Written Patient Instructions  [ ] See Nurse's Notes   DISCHARGE TIME: 1715

CONDITION AT DISCHARGE: [ ] GOOD [ ] FAIR [ ] POOR [ ] DECEASED
Physician's Signature: ___
Discharge Nurse's Signature: ___

REV 4/01 WBMC-6300-03-PG/C-122041

Page 5 of 6

# EMERGENCY DEPT. TRIAGE FORM

**TRIAGE NAME:** Tommy Barron  **AGE:** 45  **DATE:** 11/07/02

**BARRON TOMMY**
SOUTHERN MEDICAL GRO    11/07/02
MR: 0246796   M W 045
PT: 9538163-8   KNC   ED 12  L

**ROOM #:** OBS   **TIME IN ROOM:** 1345   **EMERG:** ✗   URGENT / SEMI-URGENT / NON-URGENT   **RECHECK:** ☐ Scheduled ☐ Non-Scheduled

**ACCOMPANIED ON ARRIVAL BY:** ☐ SELF ☒ RELATIVE ☐ TRANSFER FROM _____  HOSP. _____   **NOTIFIED:** Police ☐ Family ☐ Coroner ☐ Time: _____

**MODE OF ARRIVAL:** ☒ PRIVATE VEHICLE ☐ AMBULANCE ☐ POLICE ☐ OTHER   ☒ AMBULATORY ☐ WHEELCHAIR ☐ CARRIED ☐ CRUTCHES ☐ STRETCHER

**FAMILY M.D.:** Kizziah / Camp   **SIGN IN TIME:** 1340
Have you seen an MD in the last 24 hours? Y☐ N☒   Call Light ☒   Side Rail Up ☒   Valuables ☐ Y ☒ N  See Valuables Checklist

**AREA:** ☐ MAIN ED ☐ TRAUMA (Major/Minor) ☒ MEDICAL (☐ Cardiac ☐ Non-Cardiac) ☐ FAST TRACK ☐ GYN ☐ EENT ☐ ORTHO ☐ Other

**CHIEF COMPLAINT:** Sent from Dr. Camp for evaluation / admit to BMU for alcohol detox. Stomach Cramps. (Last Beer was yesterday.) (4 day Beer binge this wk.)

**TREATMENT PRIOR TO ARRIVAL:** ☒ None
Medication: _____ Time: _____
Other: _____
**Prehospital Care:** 221-4850 / 4443
☐ None ☐ Ice ☐ Elevate ☐ Spinal Immob. ☐ Splint ☐ C-Collar ☐ IV ☐ Dressing ☐ O₂

**PAST MEDICAL HISTORY:** ☐ Non-significant PMH ☐ AMI Date ____ ☐ CHF
☒ HTN ☐ CABG ☐ CAD ☐ ASCVD ☐ Diabetes ☐ PUD
☐ CRF ☐ COPD ☐ Asthma ☐ Sz Disorder Use ☐ Arthritis ☐ Ca
☐ CVA ☐ Sickle Cell ☐ HIV ☐ Hepatitis ☐ Liver Disease
☐ Migraine ☐ Other: _____
Weight: 197   ☒ Tobacco use: 1ppd   ☒ Alcohol use: Daily

**ALLERGIC TO:** DRUG ☒ YES ☐ NO LIST: PCN    FOOD ☐ YES ☒ NO LIST: _____

## VITAL SIGNS

| Time | Pulse | Resp. | B/P | Temp T R O | Pulse Ox |
|---|---|---|---|---|---|
| 1345 | 83 | 18 | 141/92 | 97 | 100 |

**PRESENT MEDICATIONS:** NONE ☐  SEE HOME MED SHEET ☒ (See Back)  SEE NURSING HOME LIST ☐
**Tetanus:** ☒ UTD ☐ unknown ☒ > 5 years

## ASSESSMENT

**RESPIRATORY:** ☐ Not applicable ☒ Normal bilateral ...
**GASTROINTESTINAL:** ☐ Not applicable ☒ Bowel sounds present
Abdominal: ☒ Soft ☐ Firm  ☒ Nondistended ☐ Distended
Abdominal Tenderness: ☒ Yes ☐ No
☐ Rebound  Last BM: ___
Diarrhea ☐ Yes ☒ No  Vomiting ☐ Yes ☒ No
**GENITOURINARY:** ☒ Not applicable ☐ Dysuria ☐ Frequency ☐ Discharge ☐ Swelling ☐ Hx of Bleeding ☐ LMP
**HYDRATION STATUS:** ☒ Not applicable
Mucous Membranes: ☐ Moist ☐ Dry
Eyes: ☐ Normal ☐ Sunken
Skin Turgor: ☐ Poor ☐ Normal

**FONTANELLES:** ☐ N/A > 19 mon ☐ flat ☐ bulging ☐ depressed
**GROWTH & DEVELOPMENT:** Personal-Social ☐ WNL no / Fine Motor ☒ WNL no / Language ☐ WNL no / Gross Motor ☐ WNL no
**PEDIATRIC IMMUNIZATION:** ☐ UTD ☐ NUTD
Head Circum: _____  ☐ N/A > 36 mon  Birth Weight: _____
**SKIN/EXTREMITY:** ☒ Not Applicable ☐ Wound/Injury (Describe)

Full Precaution: ☐ Yes ☒ No
Green Armband On: ☐ Yes ☒ No
At Risk for Skin Breakdown: ☐ Yes ☒ No
Advance Directive: ☐ Yes ☒ No
DNR: ☐ Yes ☒ No

## PAIN ASSESSMENT

☐ NONE  ☒ CURRENTLY HAVE PAIN  ☐ PAIN IN LAST 6-8 WEEKS
LOCATION: abdomen
ONSET: chronic  QUALITY: severe  ☒ CONSTANT ☐ INTERMITTENT
WHAT HAS RELIEVED YOUR PAIN? PAST: ∅  CURRENT: ∅
CURRENT PAIN LEVEL: ADULT (0-10): 10

## NUTRITION SCREEN
☒ No Apparent Problem ☐ Teeth Intact ☐ Missing Teeth ☐ Toothless
☐ Poor Appetite ☐ Emaciated Appearance ☐ Obese Appearance ☐ Unintentional Weight Loss
☐ Pregnancy ☐ Lactating ☐ Anemia ☐ Eating Disorder

## FUNCTIONAL SCREEN
☐ Difficulty performing ADLs without assistance or special aides: denies deficit
☐ Problems with balance or mobility
☐ Difficult speech, chewing or swallowing problems  ☐ Visual Impairment

## NEUROLOGICAL / GLASGOW COMA SCALE
Eyes: 4  Verbal: 5  Motor: 6  TOTAL: 15

**NEUROLOGICAL:** ☐ Not applicable ☒ cooperative
**Neck:** ☒ Not Applicable ☐ Supple ☐ Other
**Pupils:** ☐ Not Applicable  Acuity: R __ L __

Triage: [signature] R.N.

## PSYCHOSOCIAL STATUS / EDUCATION

Are there any religious, traditional, ethical or cultural practices that need to be a part of your care?
- [ ] Yes  [x] No
Specify _____

Are you being hit, hurt or frightened by anyone in your home life?
- [ ] Yes  [x] No

How do you learn best?  [ ] Verbal  [ ] Reading  [ ] Demonstration
What interferes with your learning?  [ ] Physical  [ ] Age Related  [ ] Communication  [ ] Language
[ ] Spiritual  [ ] Cultural  [ ] Hearing  [ ] Visual  [x] None  [ ] Religious

## INTERVENTIONS

- [ ] Tylenol _____ mg. Time _____
- [ ] Ibuprofen _____ mg. Time _____
- [ ] Wound Cleansed _____
- [ ] NPO - Explained at Triage
- [ ] C-Collar
- [ ] Dressing _____
- [ ] Ice & Elevation
- [ ] Immobilization
- [ ] Isolation Mask

## CONSENT AND AUTHORIZATION

I am presenting myself for diagnosis and treatment at the Walker Baptist Medical Center and I consent to the rendering of such care, including diagnostic procedures, surgical and medical equipment, and blood transfusions, by authorized members of the hospital medical staff or their designees, as may in their professional judgement be necessary. I acknowledge that no guarantees have been made to me as to the results of such examinations or treatment on my condition.

Undersigned hereby authorizes the Walker Baptist Medical Center and my Physician(s) to release to my insurors full information (including copies of records) relative to this hospitalization.

X __Tommy Barron_____
PATIENT/PARENT/RESPONSIBLE PARTY SIGNATURE

_____
RELATIONSHIP TO PATIENT

Toprol 25mg
quinine ~~quinidine~~
altace
Klonopin 1mg
Trazodne 150mg

```
BARRON          TOMMY
SOUTHERN MEDICAL GRO    11/07/02
MR: 0246796   M W 045
PT: 9538163-8   KNC      FC: L    ED 12
```
(Addressograph)


**WALKER**
BAPTIST MEDICAL CENTER



## CONDITIONS OF ADMISSION
## CONSENT FOR TREATMENT
## AND FINANCIAL RESPONSIBILITY

**CONSENT FOR HOSPITAL SERVICES:** Consent is given to Walker Baptist Medical Center, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia P.C., and Baptist Health Clinics, its contractors and its employees to provide hospital services and administer physician orders. Certain procedures may require separate consents. Physicians are responsible for explaining medical or surgical procedures. The undersigned authorizes observers to be present during treatments/surgery for purposes of medical training and education.

**PERSONAL VALUABLES:** The Walker Baptist Medical Center is not responsible for money, jewelry, dentures, hearing aids, eye glasses, watches, credit cards, and such other items which are not deposited in the Hospital safe.

**AUTHORIZATION TO RELEASE INFORMATION:** The undersigned authorizes the Walker Baptist Medical Center and any physician rendering service, for example, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia, P.C., and Baptist Health Clinics, Inc., to release medical or other information about the patient which may be necessary for the completion of insurance claims, review of services, or receipt of benefits. Such information may include current medical records. The information may be released to third-party payors, including the third-party payor's agent and/or representative or anyone responsible for payment of hospital and/or physician charges.

**ASSIGNMENT OF BENEFITS:** The undersigned assigns to and authorizes direct payment of benefits (including insurance benefits, otherwise payable with respect to the patient) to the Walker Baptist Medical Center, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia P.C., and Baptist Health Clinics, Inc. The undersigned agrees to assist in processing claims for benefits.

**MEDICARE AUTHORIZATION:** I certify the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administrator or its Intermediaries or carriers any information needed for this or a related Medicare claim. I request payment of the authorized benefits be made on my behalf to the Walker Baptist Medical Center, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia P.C. and Baptist Health Clinics, Inc. or any physician rendering service during my treatment.

**PHYSICIANS:** Physicians including, without limitation, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia, P.C., and Baptist Health Clinics, and Inpatient Medical Services.

**FINANCIAL RESPONSIBILITY:** The undersigned agrees to pay for hospital services, accommodations and physician services rendered to patient and is hereby obligated to pay the account of the hospital. It is understood that in the event of obstetrics care the undersigned is obligated to pay the hospital account for mother and infants(s). It is understood and agreed that Walker Baptist Medical Centers charges not paid may be placed with an attorney or collection agency. It is understood and agreed that reasonable cost of collection including attorney fees, collection agency fees, and/or open account interest charges assessed are payable by the undersigned. To the extent not expressly prohibited by applicable law, the undersigned agrees to pay all hospital charges not paid in full to the hospital by a third-party payor. The Walker Baptist Medical Center accepts cash, MasterCard, Visa, Discover Card and Hospital Financial Assistance loan program as forms of payment.

The undersigned is aware that in some cases the patient's hospital bill may not be covered in full by the insurance company. The undersigned is aware of the fact the (patient/responsible party/guarantor) are responsible for any balance insurance does not pay. This balance due may include provisions set by your insurance company such as: co-payments, deductibles, and "usual and customary" allowances. Co-payments, and deductibles are due upon admission and must be paid prior to discharge.

**I ACKNOWLEDGE THAT I HAVE READ THIS FORM AND UNDERSTAND ITS PURPOSE AND CONTENT.**

X *Tommy Barron*
Guarantor (Agreement to Pay)

*Deb Jenk*
Witness (to Guarantor Signature)

11-07-02
Date

X *Tommy Berron*
Patient (or authorized Representative/Relationship to Patient)

*Deb Jenk*
Witness (if anyone other than patient signs)

11-07-02
Date

**CONDITIONS OF ADMISSION AND CONSENT FOR TREATMENT**