# Exhibit R
# Walker Baptist Medical Center Records dated 11/11/02

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

| 52 | ✝ **WALKER** BAPTIST MEDICAL CENTER | BARRON        TOMMY |
|---|---|---|
| | **EMERGENCY PHYSICIAN RECORD** Psych Disorder, Suicide Attempt, Overdose (5) | SOUTHERN MEDICAL GRO   11/11/02 MR: 0246796  M W 045  PT: 9539218-9    CAE    ED 02    L |

TIME SEEN: 2140      ROOM: _____ ___ EMS Arrival
HISTORIAN: (patient)  __spouse  (paramedics)_____
AGE ____ (M)/ F _____
__HX / __EXAM LIMITED BY: _____

## HPI  chief complaint(s):

| Suicidal Thoughts (Depression) | Suicide Attempt |
|---|---|
| Agitated    Hallucinating | Self-Injury |
| | Intentional Drug Overdose |
| Onset | Accidental Drug Ingestion |

attempted to shoot himself – shotgun
Worsened since- (toe is trigger) – blast went
**severity**-        to side of head –
mild  moderate  (severe)       When?
                    Could learn AD

**context**:          unknown
__situational problems _____
    related to: spouse / parent / son / daughter / significant other
    work / lost job / school / legal problems

_____

**current/associated complaints**:
__(depressed) / angry / frustrated / agitated / hostile / paranoid

__confused / hallucinating _____

__suicidal thoughts / specific plan / gesture or (attempt) _____

__ingestion (see list below) _____
(suicide attempt)  wanted to "escape"  accidental  will not answer

__incised / abraded wrist ( R / L ) _____

**timing**

### LIST OF SUBSTANCES INGESTED (if applicable)

| name | strength | # taken | when taken |
|---|---|---|---|
| acetaminophen  Y / N | | | |
| aspirin  Y / N | | | |
| (ethanol)  (Y) N | | | lo-to |
| | | | |
| | | | |

---

"RESCUE FACTOR" (if suicide attempt)-
How did ingestion/other acts come to attention? _____

Arrived by: __private car  (ambulance) (who called?)
            __police       patient  spouse _____
__Recently seen/treated by doctor _____

**ROS**
PULMONARY & CVS
__cough _____
__trouble breathing _____
__chest pain _____

NEURO & EYES
__headache _____
__visual disturbance _____

GI - GU
__abdominal pain _____
__nausea _____
__vomiting _____
__diarrhea _____
__problems urinating _____

SKIN & LYMPH & MS
__skin rash / swelling _____
__joint pain _____

☐ all systems neg. except as marked

**PAST HISTORY** __negative    See nurses note
__prior suicide attempt _____
                                      __cardiac disease _____
                                      __hypertension _____
__psychiatric problems _____     __diabetes  insulin / oral / diet
    depression   bipolar disorder     __lung disease _____
    schizophrenia   other             __+HIV / AIDS _____

__other problems _____

Surgeries:
__tonsillectomy ____N/C____  __appendectomy _____
__cholecystectomy _____  __hysterectomy _____

Medications __none  (see nurses note)    Allergies __NKDA
_____      (see nurses note)
_____

**SOCIAL HX**  (smoker) _____  drugs _____
(recent alcohol use) / binge drinking / (alcoholism) _____

marital status:  __single  __married  children: _____

☐ Nursing Assessment Reviewed.  ☑ BP, HR, RR, Temp reviewed.

## PHYSICAL EXAM  __Alert  ✓Lethargic  __Obtunded
Distress  __NAD  __mild  __moderate  __severe _luo*_
__uncooperative for exam  _odor etv_

**HEENT**
✓ nml ENT inspection  __depressed / absent gag reflex
✓ pharynx nml  __abnormal TM ( R / L )
*if obtunded:*  __dry mucosa
__nml gag reflex  __gag reflexed diminished / absent

**EYES**
✓ pupils equal, round  __nystagmus
  & reactive to light  __disconjugate gaze
✓ EOM's intact  __mydriasis / meiosis / anisocoria
  R Pupil _____ mm   L Pupil _____ mm

**NEURO/PSYCH**  __slow / no response to commands
*mental status*  __withdraws to pain  __no response to pain
__mood/affect nml  ⊙depressed affect
  ⊙tearful / hostile / non-communicative
  __suicidal ideation

```
For suicide attempts:  On direct query, patient ADMITS / DENIES
continued consideration of suicide as an option.
If denies, why? _____
```

*orientation*  __uncooperative / cannot determine
✓ normal x 3  __disoriented
  to:  day-of-week  day-of-month
       month  year  place  person

*cranial nerves*
*sensory, motor*
✓ CN's intact as tested  __facial droop / CN abnormality
✓ nml motor response  __motor/sensory deficit
__nml sensory response
__nml reflexes  __abnormal gait
__nml gait

**NECK/BACK**  __cerv. lymphadenopathy ( R / L )
✓ normal inspection  __thyromegaly / meningismus
__neck supple  _n nf_

**RESPIRATORY**  __wheezing
✓ no resp. distress  __rales / rhonchi
__breath sounds nml

**CVS**  __irregularly irregular rhythm
✓ regular rate, rhythm  __extrasystoles ( occasional / frequent )
__heart sounds normal  __tachycardia / bradycardia
  __JVD

**ABDOMEN**  __guarding
__non-tender  __hepatomegaly / splenomegaly
__nml bowel sounds
__no organomegaly
**SKIN**  __cyanosis / diaphoresis / pallor
✓ color nml, no rash  __skin rash
__warm, dry

**EXTREMITIES**  __laceration
✓ non-tender  __pedal edema
__normal ROM
__no signs of injury
__no pedal edema

```
PROCEDURES:   ☐ Restraints
☐ Intubated __by ED physician   nasal /oral   # ___ ET tube
  __breath sounds equal  __tube position confirmed w CXR
☐ Gastric Lavage  __pill fragments recovered
☐ Charcoal _____ gm given   Sorbitol _____ oz given
```

## LABS, XRAYS, and PROGRESS

```
EKG MONITOR STRIP   __NSR   Rate_____
EKG  __NML  ☐Interp. by me.  ☐Reviewed by me  Rate_____
 __NSR  __nml intervals  __nml axis  __nml QRS  __nml ST/T

not / changed from: _____

CXR  ☐Interp. by me  ☐Reviewed by me  ☐Discsd w/radiologist.
 __nml/NAD  __no infiltrates  __nml heart size  __nml mediastinum

not / changed from: _____
```

| CBC | Chemistries | ABG's | Toxicology |
|---|---|---|---|
| normal except | normal except | time: | normal except |
| WBC___ | Na___ | | acetamin.___ |
| Hgb___ | K___ | | aspirin-___ |
| Hct___ | Cl___ | pH___ | ETOH-___ |
| Platelets___ | CO2___ | pCO2___ | |
| segs___ | BUN___ | pO2___ | Triage™ urine |
| bands___ | Creat___ | _RA | drug screen- |
| lymphs___ | Gluc___ | _O2 ___ L | |
| monos___ | Anion Gap___ | | |
| Pulse Ox ____ % on RA / ____ L / ____ % at (time) |

Time_____ __unchanged  __improved  __re-examined_____

_GFL ??_

__Rx given_____

```
INTERVIEW WITH OTHER RESPONSIBLE ADULT:
Name: _____ Relationship: _____
Considers ongoing suicide risk:  high  low  uncertain
Capable / comfortable with observing patient at home?  Yes  No  N/A

MEDICAL CLEARANCE FOR PSYCHIATRIC REFERRAL (if needed)
Back-slash to indicate that diagnosis is unlikely based on H&P and, when needed, lab testing.
• Toxic (PCP, Amphetamines, Hallucinogens, Acetaminophen, ASA, ETOH, Other)
• Infectious (Meningitis, Encephalitis, Sepsis)
• Metabolic (Thyroid, Hypoglycemia, Drug Withdrawal, Hypoxemia, Electrolytes)
• CNS Vascular and Other (CVA, TIA, Seizure, Trauma)
• Other Unstable Comorbidities   ☐ cleared medically for psych referral
```

```
__Discussed with Dr. _____       __CRIT CARE- 30-74 min
 will see patient in: office / ED / hospital    75-104 min ___ min
__Counseled patient / family regarding:      __Prior records ordered
 lab results  diagnosis  need for follow-up   __Additional history from:
__Admit orders written                        family caretaker paramedics
```

## CLINICAL IMPRESSION:
⊙ Ethanol Intoxication         Psychosis   Schizophrenia- acute exac.
⊙ Depression                   Drug Overdose( Intentional/ accidental)
  major  manic                 ✓ Suicide Attempt / Ideation

Discharge Instructions _____

DISPOSITION-  ☐ home  ☑ admitted  ☐ transfer _____
CONDITION-    ☐ unchanged  ☐ improved  ☐ stable _____

_____ NP / PA

_[signature]_ MD / DO
*I have personally performed and participated in all the above services (including HPI and PE) and procedures. I have reviewed with the PA/NP the history and have confirmed the findings with the patient.*

☑ Template complete      ☐ Progress Notes

Psych Disorder; Overdose-52    Rev. 01/01

# WALKER BAPTIST MEDICAL CENTER

**EMERGENCY DEPARTMENT RECORD**

| PATIENT NO | DATE | TIME | CLINIC 1 | VERIFIED BY | ROOM NO | TYPE | F/C | SPECIALTY | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| 9539218-9 | 11/11/02 | 21:42 | ERRM | | ED 02 | E | L | | CAE |

| AGE | BIRTHDATE | SEX | RACE | M/S | MOTHER'S MAIDEN NAME | SOCIAL SECURITY NO. | PHONE | COUNTY | MED. REC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| 045 | | M | W | M | HAGOOD | | | WALKER | 0246796 |

**PATIENT NAME & ADDRESS:** BARRON, TOMMY

LAST VISIT DATE & TYPE: 11/07/02 INPT1
ACCIDENT DATE/CAUSE: 11/11/02 PT STATES "
W/C CONTACT:
AUTH NO:

**GUARANTOR NAME & ADDRESS:** BARRON, TOMMY

ARRIVED VIA: AMBULANCE-OT
RECEIPT NO. & AMT:

EMPLOYMENT INFORMATION - ONE
EMPLOYMENT INFORMATION - TWO
REL: 02 SPOUSE

IN CASE OF EMERGENCY CONTACT (NAME & ADDRESS):
DIANE MCCULLEN
JAN EDWARDS

PHYSICIANS' NUMBERS AND NAMES:
1. 999995 — SOUTHERN MEDICAL GRO
2. 000000 — NO FAMILY PHYSICIAN
PCP PHYSICIAN

1. INSURANCE CODE & NAME: 1M60 MEDICARE OUTPT
   SUBSCRIBER NAME & BIRTHDATE: BARRON, TOMMY
2. INSURANCE CODE & NAME: 2K28 MEDICAID 2NDA
   SUBSCRIBER NAME & BIRTHDATE: BARRON, TO

**CHIEF COMPLAINT:** MEDICAL

COMMENTS:

**RESULTS**
- Monitor
- EKG
- Radiology
- Laboratory
- Other

Time Examining MD Notified: _____
Time Patient Examined: _____
Condition on Arrival: ☐ Satisf. ☐ Fair ☐ Poor ☐ Critical
Chief Complaint: _____
HPI: _____

Provisional Diagnosis: _____

Disposition Time: ☐ Discharged ☐ Admitted ☐ Transferred ☐ AMA
Condition On Discharge: ☐ Satisf. ☐ Fair ☐ Improved ☐ Poor ☐ Critical
Certified Emergency: ☐ Yes ☐ No

| CONSULT | TIME NOTIFIED | RESPONDED | ARRIVED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

_____ M.D.
Examining M.D. Signature



# WALKER BAPTIST MEDICAL CENTER

## DISCHARGE INSTRUCTIONS

NAME BARRON          TOMMY                    DATE  11/11/02           PT # 9539218-9

Discharge Instructions
Given to Patient

- Fever
- Head Injury
- Cast/Splint
- Wound Care
- Crutch Training
- Other _____
- Back Pain
- Sprain/Strain
- Vomiting/Diarrhea
- UTI
- Food/Drug Interaction

1. Return if worse.   2. Read instruction sheet.
3. Have prescription(s) filled as soon as possible.
4. Special instructions: _____
5. Medication received in ER may hinder your ability to operate any vehicle or other type of machinery.
6. You should see Dr. _____ in _____ days.
   You should see Dr. _____ in _____ days.
   **Call for appointment**, phone number _____

Examination and treatment you have received in the Emergency Department is given as emergency care only. It is not intended to be a substitute for complete medical care. X-ray impressions made in the Emergency Department are subject to review. If the review indicates additional information, you or your physician will be contacted.

I acknowledge that I have received and understand these instructions.

Patient Signature _____   Date _____   Time _____
Nurse Signature _____

---

## SCHOOL / WORK EXCUSE

Date  11/11/02         Patient Name  BARRON          TOMMY

May Return to Work / School     Date _____

Restrictions:   ☐ None    ☐ Other _____

MD Signature _____

---

Name  BARRON          TOMMY                Date  11/11/02
      1012 N W 6TH STREET
Address  CARBON HILL    AL    355495002

### MEDICINE PRESCRIBED

| MEDICINE | SIG | DISP | REFILL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Fill All Medicines Prescribed

DISPENSE AS WRITTEN _____ MD    DEA NO. _____

PROD. SELECTION PERMITTED _____ MD   LICENSE NO. _____

PATIENT STATUS

A. PATIENT (ADMITTED)**DO NOT DISCHARGE**

1413

1 DIED

2 LAMA(LEFT AGAINST MEDICAL ADVICE)

3 TRANSFERRED

4 DISCHARGED

5 LEFT BEFORE SEEN

6 BMC NOT INSURANCE PROVIDER

*Bentley*

*Depressive Disorder*
*Alc Intoxication*

PHYSICIAN *Simmons*

DISCHARGE TIME

CERTIFIED EMERGENCY　(YES) OR NO

MEDICAID ONLY)

CO-PAY OR EMERGENCY DEPARTMENT FEE DUE AT END OF VISIT



Tuesday 12-November-2002 05:42:54 **Walker Baptist Medical Center**

| MARY BLACKMON | 9539237-9 | ED 16 |

## SNAPSHOT 25 mm/sec Adult/Pediatric



| Vital Signs Summary ||||
|---|---|---|---|
| Time | Sys / Dia ( Mean ) | HR/PR | SpO2 |
| HH:MM | -- mmHg (NIBP) -- | BPM | % |
| 05:15 | 145 / 74 ( 90 ) | 65 | 98 |
| 05:20 | 165 / 80 ( 96 ) | 67 | 99 |
| 05:25 | 138 / 77 ( 96 ) | 70 | 98 |
| 05:30 | 143 / 81 ( 96 ) | 89 | 100 |
| 05:35 | 136 / 74 ( 84 ) | 74 | 100 |
| 05:40 | 146 / 75 ( 90 ) | 70 | 97 |

| Comments |
|---|
|  |




# WALKER BAPTIST MEDICAL CENTER
## Emergency Department
### ORDER FORM

**BARRON** **TOMMY**
SOUTHERN MEDICAL GRO   11/11/02
MR: 0246796  M W 045
PT: 9539218-9   CAE   ED 02   L

### MEDICATION / TREATMENT / RESPONSE

| TIME | MEDICATION / TREATMENT | DOSE | ROUTE | SITE | INITIAL | TIME | PATIENT RESPONSE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| 0240 | Ativan | 2.5 mg | po | po | RC | | (pts own medicine) | |
| 0430 | Tylenol | 1 gm | po | po | RC | | r/c Dr Simmons | |

| TIME | MD ORDERS |
|---|---|
| 2335 | Recheck Blood alcohol at 0300 |

Blood to lab 0300

### INTERVENTIONS/ORDERS
- ☐ B/P Monitoring  ☐ IV  ☐ Hep Lock
- ☐ Oxygen  ☐ Pulse OX  ☐ Telemetry

### LABORATORY
**TEST**
- ☐ CBC: WBC___ HGB___ PLT. CT.___ HCT___ SEG___ B___
- ☐ Cardiac Enzymes: CK___ MB___ CKMB%___
- ☐ Troponin___ ☐ CPK___
- ☐ PT___ PTT___ INR___
- ☐ BMP: Na___ K___ Cl___ CO2___ BUN___ Creat___ AG___ Glucose___ Ca___ Osmo___
- ☐ CMP: BMP (Above) + Hepatic Function Panel (Below)
- ☐ Hepatic Function Panel: Albumin___ Total Protein___ Bilirubin___ Bili Direct___ Alk. Phos.___ SGOT___ SGGT___
- ☐ Amylase:___ ☐ Lipase:___
- ☐ Theophylline:___ ☐ Dilantin:___
- ☐ Digoxin:___ ☐ Phenobarb:___
- ☐ UA: SPGR___ WBC___ RBC___ Gluc___ Ket___ Bact___ Nitrate___
- ☑ Urine Culture  ☐ Cath  ☐ CCU  ☐ Urine Pregnancy
- ☑ Urine Drug Screen  ☐ ETOH
- ☑ Serum Pregnancy  ☐ Neg  ☐ Pos  ☐ Quant
- ☐ Rapid Strep  ☐ Throat Culture  ☐ Mono Spot
- ☑ Blood Culture x 2

### VITAL SIGNS

| TIME | TEMP | PULSE | RESP | B/P | PULSE OXIMETRY | NURSE SIGNATURE/TITLE |
|---|---|---|---|---|---|---|
| 0235 | — | 115 | 20 | 172/106 | | Cooksey |
| 0450 | | 92 | 20 | 147/77 | | Johnson |

See Vital Signs Flow Sheet

### RADIOLOGY  Time to ___  Time From ___

### IV FLUIDS

| TIME | NO | TYPE | AMT | RATE | CATH | ROUTE/LOC | NO. OF STICKS | NURSE INIT |
|---|---|---|---|---|---|---|---|---|

### RESPIRATORY
- ☐ ABG  PH___ CO2___ PO2___ SAT___
- ☐ Breathing Treatment: Medication___
- ☐ EKG  ☐ NSR Rate___  ☐ ABNL___

**NURSE DISCHARGE CHECKLIST:**  ☐ Tetanus Given  ☐ IV Site Checked  ☑ Valuables Checklist
☐ Antibiotic Given

CERTIFIED EMERGENCY: ☑ YES ☐ NO
DIAGNOSIS: ☑ SEE T-SHEET: OTHER: ___
DISPOSITION: ☐ Discharged ☐ 23 Hr. Obs. ☑ Admit to Rm./Unit 1413  ☐ Report to/Time: ___
☐ Transfer to Hosp./Fac. ___
☐ OBSERVATION: @ Time ___  ☐ Chest Pain Bed ☐ Stroke Bed ☐ Critical Care Bed ☐ ICU - Bed ☐ Other: ___

**METHOD OF LEAVING ED:** ☑ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Crutches  ☐ AMA  ☐ Carried  ☐ Amb./Helicopter

**DISCHARGE INSTRUCTIONS:** ___

☐ Return to Emergency Department as Needed  ☐ F/U with MD in ___ or if needed.
PATIENT D/C INSTRUCTIONS GIVEN: ☐ Head Injury Sheet ☐ Wound Sheet ☐ Fever Sheet
☐ Crutch Precautions ☐ Sprain/Bruise Sheet ☐ Eye Patch Sheet ☐ Clear Liquid Sheet ☐ TAB Sheet
☐ Instructed Not to Drive Due to Sedation  ☐ Instructed to Wait 15 Minutes After Injection / PO MED
☐ RX  ☐ Written Patient Instructions  ☑ See Nurse's Notes  DISCHARGE TIME: 0600

**CONDITION AT DISCHARGE:** ☐ GOOD ☐ POOR ☐ FAIR ☐ DECEASED
Physician's Signature: ___
Discharge Nurse Signature: Cooksey

REV 4/01 WBMC-6300-03-PG/C-122041



# WALKER BAPTIST MEDICAL CENTER

**EMERGENCY DEPARTMENT RECORD**

**BARRON TOMMY**
SOUTHERN MEDICAL GRO  11/11/02
MR: 0246796  M W 045
PT: 9539218-9  CAE  ED 02  L

| PATIENT NO. | DATE | TIME | CLINIC 1 | VERIFIED BY | ROOM NO. | TYPE | F/C | SPECIALTY | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| 9539218-9 | 11/11/02 | 21:42 | ERRM | | ED 02 | E | L | | CAE |

## VITAL SIGNS / ORTHOSTATIC VITAL SIGNS

| TIME | T | P | R | BP | BP ○ | P | BP ♀ | P | O2 SAT / FIO2 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**MONITOR**: Cardiac, Fast Patch, Pacer Pads, Pulse Ox, NIBP
**TREATMENT**: O2 Device, FIO2, ET Tube, CO2 DET, Tube Tamer, Stylette, Suction, Yankauer, Control Tip, Oral Airway, Nasal Airway, NG Tube, Lavacuator, Foley, OCL, IN__ FT__, Emesis Bag, Sterile 4x4's, Betadine Soak, Pencil Cautery, Other, Eye Tray, Irrigation Sol, Morgan Lens, Ear Tray, Chest Tube Tray, Chest Tube, Blade, Suture, Xylocaine, Thoraseal, Trach Tray, Trach Tube, Vein Cutdown, Triple Lumen, Percut Introducer, Open Chest, Peritoneal Lavage, Other

### NURSE'S NOTES

| TIME | Notes |
|---|---|
| 2145 | Urine spec [given] |
| 2155 | U.A. specimen coll[ected] sent to lab |
| 2200 | pt out to smoke c̄ Security |
| 2350 | pt unable to sleep after being moved to Exam 2 pt taken back to OBS room monitor on — RC |
| 0030 | pt out c̄ Security smoking — RC |
| 0230 | pt out c̄ Security |
| 0240 | pt c/o HA rx Tylenol [picture] ___ po rx Dr Simmons |
| 0340 | pt c/o needing to smoke pt smoking — RC |
| 0540 | pt resting quietly c̄ no complaints — RC |

### IV FLUIDS

| TIME | # | TYPE | AMT | RATE | CATH | SITE | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### MD ORDERS

| TIME ORDERED | | TIME DONE/INIT |
|---|---|---|
| | | |

ADVERSE REACTION TO MEDICATION ☐ Yes ☐ No
RX WITH WARNING GIVEN ☐ Yes ☐ No

☐ Admitted  ☐ Discharged  ☐ Transferred
Nurse Report Called To:  Time

Patient Condition on Discharge
☐ Stable  ☐ Improved  ☐ Unchanged
Time Discharged

RN Signature

# EMERGENCY DEPT. TRIAGE FORM

**TRIAGE NAME:** Barron, Tommy  **AGE:** 45  **DATE:** 11/11/02

**BARRON TOMMY**
SOUTHERN MEDICAL GRO    11/11/02
MR: 0246796  M W 045
PT: 9539218-9  CAE  ED 02  L

**FAMILY M.D.:** Bentley
**SIGN IN TIME:** 2135

- ROOM #: 
- TIME IN ROOM / EMERG. / URGENT / SEMI-URGENT / NON-URGENT / RECHECK
- ACCOMPANIED ON ARRIVAL BY: ☒ SELF ☐ RELATIVE ☐ OTHER ☐ TRANSFER FROM _____ HOSP.
- NOTIFIED: Police ☐ Family ☐ Coroner ☐ Time:
- MODE OF ARRIVAL: ☐ PRIVATE VEHICLE ☒ AMBULANCE ☐ POLICE ☐ OTHER ☐ AMBULATORY ☐ WHEELCHAIR ☐ CARRIED ☐ CRUTCHES ☒ STRETCHER
- Have you seen an M.D. in the last 24 hours? Y ☐ N ☐
- Call Light ☐  Side Rail Up ☐  Valuables ☐ Y ☐ N / See Valuables Checklist

**AREA:** ☐ MAIN ED  ☒ TRAUMA ☐ Major ☐ Minor  ☒ MEDICAL ☐ Cardiac ☒ Non-Cardiac  ☐ FAST TRACK: ☐ GYN ☐ EENT ☐ ORTHO ☐ Other

**CHIEF COMPLAINT:** c/o attempted suicide — tried gunshot. Admits to 6 beers tonite.

**TREATMENT PRIOR TO ARRIVAL:** ☒ None
- Medication: _____ Time: _____
- Other: _____

**Prehospital Care:**
☐ None ☐ Ice ☐ Elevate
☐ Spinal Immob. ☐ Splint
☐ C-Collar ☐ IV
☐ Dressing ☐ O₂

**PAST MEDICAL HISTORY:**
☐ Non-significant PMH ☐ AMI Date ___ ☐ CHF
☒ HTN ☐ CABG ☐ CAD ☐ ASCVD ☐ Diabetes ☐ PUD
☐ CRF ☐ COPD ☐ Asthma ☐ Sz Disorder Use ☐ Arthritis ☐ Ca
☐ CVA ☐ Sickle Cell ☐ HIV ☐ Hepatitis ☐ Liver Disease
☐ Migraine ☒ Other: Mental
Weight: 180  Tobacco use: 1ppd  Alcohol use: every day

**ALLERGIC TO:** DRUG ☐ YES ☒ NO LIST: ___  FOOD ☐ YES ☒ NO LIST: ___

## VITAL SIGNS

| Time | Pulse | Resp. | B/P | Temp T/R/O | Pulse Ox |
|---|---|---|---|---|---|
| | 123 | 20 | 176/113 | 98 | |

**PRESENT MEDICATIONS:** NONE ☐ SEE HOME MED SHEET ☐ SEE NURSING HOME LIST ☐

**Tetanus:** ☐ U.T.D. ☐ unknown ☒ > 5 years

## ASSESSMENT

**RESPIRATORY**
☐ Not applicable
☒ Normal bilateral
☐ labored
☐ rales/rhonchi
☐ wheezing R L
☐ retractions
☐ nasal flaring
☐ decreased R L
☒ Cough
☐ non-productive
☐ productive
☐ sputum color: ___
☒ airway clear
☐ part obstructed
☐ obstructed

**CARDIO-VASCULAR**
☒ Not applicable
☒ Pulse regular
☐ irregular
☒ Skin W & D
☐ cool & clammy
Skin pink/normal
☐ pale
☐ cyanotic
☐ flushed
☐ jaundiced
☐ rash
☒ Cap refill <2 sec.
☐ >2 sec
☒ Pulses intact
☐ Edema
☐ JVD

**NEUROLOGICAL**
☐ Not applicable
☒ cooperative
☐ uncooperative
☐ agitated/combative
☒ oriented
☐ disoriented
☒ inappropriate sleeping
Recorded LOC ☐ Y ☐ N
Min: ___
☐ alert/playful
☐ crying
☐ irritable

**GASTROINTESTINAL**
☐ Not applicable
☒ Bowel sounds present
Abdominal:
☒ Soft ☐ Firm
☐ Nondistended ☐ Distended
Abdominal Tenderness:
☐ Yes ☒ No
☐ Rebound  Last BM:
Diarrhea ☐ Yes ☒ No
Vomiting ☐ Yes ☒ No

**GENITOURINARY**
☐ Not applicable ☐ Dysuria
☐ Frequency ☐ Discharge
☐ Swelling
☐ Hx of bleeding
☐ LMP

**HYDRATION STATUS**
☐ Not applicable
Mucous Membranes:
☒ Moist ☐ Dry
Eyes:
☒ Normal ☐ Sunken
Skin Turgor:
☐ Poor ☒ Normal

**Neck**
☐ Not Applicable
☐ Supple
☐ Other

**Pupils**
☐ Not Applicable
Acuity R ___ L ___
mm Size mm
Brisk
Sluggish
Fixed

**FONTANELLES** ☒ N/A >19 mon
☐ flat ☐ bulging
☐ depressed

**GROWTH & DEVELOPMENT**
Personal-Social ☐ WNL N/A no
Fine Motor ☐ WNL N/A no
Language ☐ WNL N/A no
Gross Motor ☐ WNL no

**PEDIATRIC IMMUNIZATION:**
☐ UTD
☐ NUTD* N/A
Head Circum.:
☐ N/A >36 mon
Birth Weight: ___

**SKIN/EXTREMITY**
☒ Not Applicable
☐ Wound/Injury (Describe)

Fall Precaution: ☐ Yes ☒ No
Green Armband On: ☐ Yes ☒ No
At Risk for Skin Breakdown: ☐ Yes ☒ No
Advance Directive ☐ Yes ☒ No
DNR ☐ Yes ☒ No

**NEUROLOGICAL GLASGOW COMA SCALE**
Eyes: 4
Verbal: 5
Motor: 6
TOTAL: 15

**PUPILS (mm) KEY**
• 1  • 2  • 3  ● 4  ● 5  ● 6  ● 7  ● 8

## PAIN ASSESSMENT
☐ NONE ☒ CURRENTLY HAVE PAIN ☐ PAIN IN LAST 6-8 WEEKS
LOCATION: Back
ONSET: 1991  QUALITY: sharp  ☒ CONSTANT ☐ INTERMITTENT
WHAT HAS RELIEVED YOUR PAIN? PAST: ___  CURRENT: nothing
CURRENT PAIN LEVEL: NEONATE (0-10) ___ INFANT/CHILD (0-5) ___ ADULT (0-10) 8

Pain Intensity (VAS or FACES)
0 NO HURT / 1 HURTS LITTLE BIT / 2 HURTS LITTLE MORE / 3 HURTS EVEN MORE / 4 HURTS WHOLE LOT / 5 HURTS WORST

VAS: Rate Pain and effectiveness on scale 0 = no pain & 10 = worst pain
0 1 2 3 4 5 6 7 8 9 10

## NUTRITION SCREEN
☒ No Apparent Problem ☐ Teeth Intact ☐ Missing Teeth ☐ Toothless
☐ Poor Appetite ☐ Emaciated Appearance ☐ Obese Appearance ☐ Unintentional Weight Loss (>10 lbs. in last 3 months)
☐ Pregnancy ☐ Lactating ☐ Anemia ☐ Eating Disorder

## FUNCTIONAL SCREEN
☐ Difficulty performing ADLS without assistance or special aid/s: denies
☐ Problems with balance or mobility: denies
☐ Difficult speech, chewing or swallowing problems ☐ Visual Impairment

## ASSESSMENT KEY

| INFANT/TODDLER (GCS) GLASGOW COMA SCALE | | CHILDREN/ADULT GLASGOW COMA SCALE | |
|---|---|---|---|
| SPONTANEOUS | 4 | SPONTANEOUS | 4 |
| TO SPEECH | 3 | TO VOICE | 3 |
| TO PAIN | 2 | TO PAIN | 2 |
| NONE | 1 | NONE | 1 |
| SMILES, INTERACTS | 5 | ORIENTED | 5 |
| CONSOLABLE | 4 | CONFUSED | 4 |
| CRIES TO PAIN | 3 | INAPPROPRIATE WORDS | 3 |
| MOANS TO PAIN | 2 | INCOMPREHENSIBLE WORDS | 2 |
| NONE | 1 | NONE | 1 |
| NORMAL SPONT. MOVEMENT | 6 | OBEYS COMMAND | 6 |
| LOCALIZES PAIN | 5 | LOCALIZES PAIN | 5 |
| WITHDRAWS TO PAIN | 4 | WITHDRAWS TO PAIN | 4 |
| ABNORMAL FLEXION | 3 | FLEXION (PAIN) | 3 |
| ABNORMAL EXTENSION | 2 | EXTENSION (PAIN) | 2 |
| NONE | 1 | NONE | 1 |

☐ SEE TRAUMA FLOW SHEET  ☐ SEE CODE SHEET

Triage _____ R.N.

WBMC-6300-02-WALLACE

## PSYCHOSOCIAL STATUS / EDUCATION

Are there any religious, traditional, ethical or cultural practices that need to be a part of your care?
☐ Yes  ☒ No
Specify: _____

Are you being hit, hurt or frightened by anyone in your home life?
☐ Yes  ☒ No

How do you learn best?  ☒ Verbal  ☒ Reading  ☒ Demonstration
What interferes with your learning?  ☐ Physical  ☐ Age Related  ☐ Communication  ☐ Language
☐ Spiritual  ☐ Cultural  ☐ Hearing  ☐ Visual  ☐ None  ☐ Religious _____

## INTERVENTIONS

☐ Tylenol _____ mg. Time _____
☐ Ibuprofen _____ mg. Time _____
☐ Wound Cleansed _____

☐ NPO - Explained at Triage
☐ C-Collar

☐ Dressing _____
_____
_____

☐ Ice & Elevation
☐ Immobilization
☐ Isolation Mask

## CONSENT AND AUTHORIZATION

I am presenting myself for diagnosis and treatment at the Walker Baptist Medical Center and I consent to the rendering of such care, including diagnostic procedures, surgical and medical equipment, and blood transfusions, by authorized members of the hospital medical staff or their designees, as may in their professional judgement be necessary. I acknowledge that no guarantees have been made to me as to the results of such examinations or treatment on my condition.

Undersigned hereby authorizes the Walker Baptist Medical Center and my Physician(s) to release to my insurors full information (including copies of records) relative to this hospitalization.

X _____
PATIENT/PARENT/RESPONSIBLE PARTY SIGNATURE

_____
RELATIONSHIP TO PATIENT



**BARRON        TOMMY**
SOUTHERN MEDICAL GRO        11/11/02
MR: **0246796**  M W 045
PT: **9539218-9**    CAE         FC: L    ED 02

✝ **WALKER**
BAPTIST MEDICAL CENTER

**CONDITIONS OF ADMISSION**
**CONSENT FOR TREATMENT**
**AND FINANCIAL RESPONSIBILITY**

(Addressograph)

**CONSENT FOR HOSPITAL SERVICES:** Consent is given to Walker Baptist Medical Center, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia P.C., and Baptist Health Clinics, its contractors and its employees to provide hospital services and administer physician orders. Certain procedures may require separate consents. Physicians are responsible for explaining medical or surgical procedures. The undersigned authorizes observers to be present during treatments/surgery for purposes of medical training and education.

**PERSONAL VALUABLES:** The Walker Baptist Medical Center is not responsible for money, jewelry, dentures, hearing aids, eye glasses, watches, credit cards, and such other items which are not deposited in the Hospital safe.

**AUTHORIZATION TO RELEASE INFORMATION:** The undersigned authorizes the Walker Baptist Medical Center and any physician rendering service, for example, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia, P.C., and Baptist Health Clinics, Inc., to release medical or other information about the patient which may be necessary for the completion of insurance claims, review of services, or receipt of benefits. Such information may include current medical records. The information may be released to third-party payors, including the third-party payor's agent and/or representative or anyone responsible for payment of hospital and/or physician charges.

**ASSIGNMENT OF BENEFITS:** The undersigned assigns to and authorizes direct payment of benefits (including insurance benefits, otherwise payable with respect to the patient) to the Walker Baptist Medical Center, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia P.C., and Baptist Health Clinics, Inc. The undersigned agrees to assist in processing claims for benefits.

**MEDICARE AUTHORIZATION:** I certify the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administrator or its Intermediaries or carriers any information needed for this or a related Medicare claim. I request payment of the authorized benefits be made on my behalf to the Walker Baptist Medical Center, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia P.C. and Baptist Health Clinics, Inc. or any physician rendering service during my treatment.

**PHYSICIANS:** Physicians including, without limitation, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia, P.C., and Baptist Health Clinics, and Inpatient Medical Services.

**FINANCIAL RESPONSIBILITY:** The undersigned agrees to pay for hospital services, accommodations and physician services rendered to patient and is hereby obligated to pay the account of the hospital. It is understood that in the event of obstetrics care the undersigned is obligated to pay the hospital account for mother and infants(s). It is understood and agreed that Walker Baptist Medical Center's charges not paid may be placed with an attorney or collection agency. It is understood and agreed that reasonable cost of collection including attorney fees, collection agency fees, and/or open account interest charges assessed are payable by the undersigned. To the extent not expressly prohibited by applicable law, the undersigned agrees to pay all hospital charges not paid in full to the hospital by a third-party payor. The Walker Baptist Medical Center accepts cash, MasterCard, Visa, Discover Card and Hospital Financial Assistance loan program as forms of payment.

The undersigned is aware that in some cases the patient's hospital bill may not be covered in full by the insurance company. The undersigned is aware of the fact the (patient/responsible party/guarantor) are responsible for any balance insurance does not pay. This balance due may include provisions set by your insurance company such as: co-payments, deductibles, and "usual and customary" allowances. Co-payments, and deductibles are due upon admission and must be paid prior to discharge.

**I ACKNOWLEDGE THAT I HAVE READ THIS FORM AND UNDERSTAND ITS PURPOSE AND CONTENT.**

_____
Guarantor (Agreement to Pay)

_____
Witness (to Guarantor Signature)

_____
Date

*unable to sign due to condition*
Patient (or authorized Representative/Relationship to Patient)

_____
Witness (if anyone other than patient signs)

11/12/02
Date

**CONDITIONS OF ADMISSION AND CONSENT FOR TREATMENT**