FILED
2008 Jul-28 PM 05:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit S
# Walker Baptist Medical Center Records dated 7/25/03

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**WALKER BAPTIST MEDICAL CENTER**
52

**EMERGENCY PHYSICIAN RECORD**
Psych Disorder, Suicide Attempt, Overdose (5)

BARRON  TOMMY
SOUTHERN MEDICAL GRO   07/25/03
MR: 0246796  M W 046
PT: 9607510-6  ALK  ED 09  L

TIME SEEN: _____ ROOM: _____ __EMS Arrival
HISTORIAN: __patient __spouse __paramedics_____
AGE _____ M / F _____
__HX / __EXAM LIMITED BY: _____

**HPI chief complaint(s):**
(Suicidal Thoughts) Depression | Suicide Attempt
Agitated  Hallucinating | Self-Injury
 | Intentional Drug Overdose
Onset- 7 yr ago | Accidental Drug Ingestion
Worsened since- recent few days
**severity-**
mild  (moderate)  severe | When? _____

**context:** _____
√ situational problems_____
  related to: spouse / parent / son / daughter / significant other
  work / lost job / school / legal problems
no job or have to live in.
State has been living in woods
+ doesn't have a place to stay.

**current/associated complaints:** Drinks alcohol daily
√ depressed / angry / frustrated / (agitated) / hostile / paranoid

√ confused / hallucinating_____

(suicidal thoughts) / specific plan / gesture or attempt_____

__ingestion (see list below) _____
  suicide attempt  wanted to "escape"  accidental  will not answer

__incised / abraded wrist ( R / L )_____

**timing**

**LIST OF SUBSTANCES INGESTED** (if applicable)

| name | strength | # taken | when taken |
|---|---|---|---|
| acetaminophen Y / N | | | |
| aspirin Y / N | | | |
| ethanol Y / N | | | |
| | | | |
| | | | |

**"RESCUE FACTOR"** (if suicide attempt)-
How did ingestion/other acts come to attention?
_____

Arrived by: __private car  (ambulance) (who called?)
  __police   patient  spouse
__Recently seen/treated by doctor_____

**ROS**
**PULMONARY & CVS**
__cough
__trouble breathing
√ chest pain _aching all over_

**NEURO & EYES**
__headache
__visual disturbance

**GI / GU**
√ abdominal pain
__nausea
__vomiting
__diarrhea
__problems urinating

**SKIN & LYMPH & MS**
__skin rash / swelling
__joint pain

☑ all systems neg. except as marked

**PAST HISTORY**  __negative
__prior suicide attempt_____

__psychiatric problems_____
  depression  bipolar disorder
  schizophrenia  other

__other problems  GERD

__cardiac disease
__hypertension
__diabetes  insulin / oral / diet
__lung disease
__+HIV / AIDS

Surgeries: ® forearm lung
__tonsillectomy     __appendectomy
__cholecystectomy  __hysterectomy
Back Surg (Lumbar)

Medications __none __see nurses note
Allergies  (NKDA)
  __see nurses note

**SOCIAL HX** (smoker)_____ drugs_____
recent alcohol use / (binge drinking / alcoholism)
marital status: __single __married  children: _____

page 1 of 16

☐ Nursing Assessment Reviewed. ☑ BP, HR, RR, Temp reviewed.
**PHYSICAL EXAM** _Alert _Lethargic _Obtunded
Distress- _NAD _mild ✓moderate _severe
_uncooperative for exam _Eyes Blood shot_
**HEENT**
✓nml ENT inspection ___ depressed / absent gag reflex _smell of_
_pharynx nml ___ abnormal TM ( R / L ) _ETOH_
_if obtunded:_ ___ dry mucosa
_nml gag reflex ___ gag reflexed diminished / absent
**EYES**
✓pupils equal, round ___ nystagmus
  & reactive to light ___ disconjugate gaze
✓EOM's intact ___ mydriasis / meiosis / anisocoria
   R Pupil ___ mm  L Pupil ___ mm

**NEURO/PSYCH** ___ slow / no response to commands
_mental status_       withdraws to pain  no response to pain
_mood/affect nml ✓depressed affect
           ___ tearful / hostile / non-communicative
           ✓suicidal ideation

_For suicide attempts:_ On direct query, patient ADMITS / DENIES
continued consideration of suicide as an option.
_If denies, why?_ ___

orientation         ✓uncooperative / cannot determine
_normal x3          _disoriented
                    to: day-of-week day-of-month
                        month year place person

_cranial nerves_
_sensory, motor_
✓CN's intact as tested ___ facial droop / CN abnormality
✓nml motor response   ___ motor/sensory deficit
✓nml sensory response
_nml reflexes        ___ abnormal gait
_nml gait
**NECK/BACK**         ___ cerv. lymphadenopathy ( R / L )
✓normal inspection   ___ thyromegaly / meningismus
_neck supple         _clear lung sounds_
**RESPIRATORY**       ___ wheezing
✓no resp. distress   ___ rales / rhonchi
_breath sounds nml
**CVS**              ___ irregularly irregular rhythm
✓regular rate, rhythm ___ extrasystoles ( occasional / frequent )
✓heart sounds normal ___ tachycardia / bradycardia
                    ___ JVD

**ABDOMEN**          ___ guarding
_non-tender          ___ hepatomegaly / splenomegaly
✓nml bowel sounds
_no organomegaly
**SKIN**             ___ cyanosis / diaphoresis / pallor
✓color nml, no rash  ___ skin rash
✓warm, dry
**EXTREMITIES**      ___ laceration
_non-tender          ___ pedal edema
_normal ROM          _R abdomen surgical scars_
_no signs of injury
✓no pedal edema

**PROCEDURES:**  ☐ Restraints
☐ Intubated _by ED physician  nasal /oral  #___ ET tube
   _breath sounds equal  _tube position confirmed w CXR
☐ Gastric Lavage  _pill fragments recovered
☐ Charcoal ___ gm given  Sorbitol ___ oz given

Psych Disorder; Overdose-52  Rev. 01/01

**LABS, XRAYS, and PROGRESS**
EKG MONITOR STRIP  _NSR  Rate___
(EKG)  _NML  ✓interp. by me  ☐Reviewed by me  Rate _88_
 _NSR  _nml intervals  _nml axis  _nml QRS  _nml ST/T

_not / changed from:___
(CXR) ✓interp. by me  ☐Reviewed by me  ☐Discsd w/radiologist
✓nml/NAD ✓no infiltrates  _nml heart size  _nml mediastinum

_not / changed from:___
CBC          Chemistries        ABG's        Toxicology
normal except  normal except    time:___     normal except
WBC___       Na___                           acetamin___
Hgb___       K___     _CPK_                  aspirin___
Hct___       Cl___    _CKMB_   pH___         ETOH _299_
Platelets___ CO2___            pCO2 _neg_
segs___      BUN___            pO2___        Triage urine
bands___     Creat___           _RA_         drug screen-
lymphs___    Gluc___            _O2___
monos___     Anion Gap___       _L_
Pulse Ox ___ % on RA / ___ L / ___ % at (time)___
Time ___ _unchanged _improved _re-examined

___ Rx given___

**INTERVIEW WITH OTHER RESPONSIBLE ADULT:**
Name:___           Relationship:___
Considers ongoing suicide risk:  high  low  uncertain
Capable / comfortable with observing patient at home?  Yes No N/A
**MEDICAL CLEARANCE FOR PSYCHIATRIC REFERRAL (if needed)**
Back-slash to indicate that diagnosis is unlikely based on H&P and, when needed, lab testing.
•Toxic (PCP, Amphetamines, Hallucinogens, Acetaminophen, ASA, ETOH, Other)
•Infectious  (Meningitis, Encephalitis, Sepsis)
•Metabolic  (Thyroid, Hypoglycemia, Drug Withdrawal, Hypoxemia, Electrolytes)
•CNS Vascular and Other (CVA, TIA, Seizure, Trauma)
•Other Unstable Comorbidities   ☐cleared medically for psych referral

_Discussed with Dr.___          _CRIT CARE-  30-74 min
_will see patient in: office / ED / hospital   75-104 min ___ min
✓Counseled patient / family regarding:   _Prior records ordered
  lab results  diagnosis  need for follow-up  _Additional history from:
_Admit orders written                       family caretaker paramedics

**CLINICAL IMPRESSION:**
(Ethanol Intoxication)  Psychosis  Schizophrenia- acute exac.
(Depression)            Drug Overdose( Intentional/ accidental)
  major  manic         (Suicide)Attempt/(Ideation)
(1) _Chest pains_  (2) _myalgias_
Discharge Instructions ___

DISPOSITION-  ✓home  ☐admitted  ☐transfer___
CONDITION-    ☐unchanged  ☐improved  ☐stable

___ NP / PA
___ MD /DO
I have personally performed and participated in all the above services (including HPI
and PE) and procedures. I have reviewed with the PA/NP the history and have
confirmed the findings with the patient.
✓Template complete    ☐Progress Notes

# WALKER
### BAPTIST MEDICAL CENTER

## EMERGENCY DEPARTMENT RECORD

| PATIENT NO. | DATE | TIME | CLINIC 1 | VERIFIED BY | ROOM NO. | TYPE | F/C | SPECIALTY | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| 9607510-6 | 07/25/03 | 01:52 | ERRM | | ED 09 | E | L | | ALK |

| | | | | SOC. SECURITY NO. | PHONE | COUNTY | | MED. REC. NO. |
|---|---|---|---|---|---|---|---|---|
| AGE | BIRTHDATE | SEX RACE M/S | MOTHER'S MAIDEN NAME | | | WALKER | | 0246796 |
| 046 | | M W S | HAG000 | | | LAST VISIT DATE & TYPE | | |
| | | | | | | 05/23/03 ERRM0 | | |

PATIENT NAME & ADDRESS: BARRON TOMMY

ACCIDENT DATE/CAUSE: 07/24/03 ONSET OF SY

W/C CONTACT

AUTH. NO.

GUARANTOR NAME & ADDRESS: BARRON TOMMY

ARRIVED VIA: AMBULANCE-OT

RECEIPT NO. & AMT.

EMPLOYMENT INFORMATION - ONE | REL | SOCIAL SECURITY # | EMPLOYMENT INFORMATION - TWO | REL 02 SPOUSE | SOCIAL SECURITY #
PHONE | ST | | PHONE | 3 | STAT

IN CASE OF EMERGENCY CONTACT (NAME & ADDRESS): DIANE MCCULLEN / JAN EDWARDS

PHYSICIANS' NUMBERS AND NAMES
1. 999995  SOUTHERN MEDICAL GRO
2.
3. 000000  NO FAMILY PHYSICIAN
PCP PHYSICIAN

1. INSURANCE CODE & NAME: 1M60 MEDICARE OUTPT
   SUBSCRIBER NAME & BIRTHDATE: BARRON, TOMMY
2. INSURANCE CODE & NAME: 2K28 MEDICAID 2NDA
   SUBSCRIBER NAME & BIRTHDATE: BARRON, TO
3. INSURANCE CODE & NAME:
4. INSURANCE CODE & NAME:

CHIEF COMPLAINT: CONSULT

COMMENTS:

RESULTS
Monitor

Time Examining MD Notified: _____  Time Patient Examined: _____
Condition on Arrival: ☐ Satisf. ☐ Fair ☐ Poor ☐ Critical
Chief Complaint: _____
HPI: _____

EKG

Radiology

Laboratory

Other

Provisional Diagnosis:

Disposition Time: ☐ Discharged ☐ Admitted ☐ Transferred ☐ AMA
Condition On Discharge: ☐ Satisf. ☐ Fair ☐ Improved ☐ Poor ☐ Critical
Certified Emergency: ☐ Yes ☐ No

| CONSULT | TIME NOTIFIED | RESPONDED | ARRIVED |
|---|---|---|---|
| | | | |

Examining M.D. Signature

# WALKER BAPTIST MEDICAL CENTER

## DISCHARGE INSTRUCTIONS

NAME BARRON   TOMMY   DATE 07/25/03   PT # 9607510-6

Discharge Instructions
Given to Patient

- Fever
- Head Injury
- Cast/Splint
- Wound Care
- Crutch Training
- Other _____
- Back Pain
- Sprain/Strain
- Vomiting/Diarrhea
- UTI
- Food/Drug Interaction

1. Return if worse.   2. Read instruction sheet.
3. Have prescription(s) filled as soon as possible.
4. Special instructions: _____
5. Medication received in ER may hinder your ability to operate any vehicle or other type of machinery.
6. You should see Dr. _____ in _____ days.
   You should see Dr. _____ in _____ days.
   Call for appointment, phone number _____

Examination and treatment you have received in the Emergency Department is given as emergency care only. It is not indended to be a substitute for complete medical care. X-ray impressions made in the Emergency Department are subject to review. If the review indicates additional information, you or your physician will be contacted.

I acknowledge that I have received and understand these instructions.

Patient Signature _____   Date _____   Time _____
Nurse Signature _____

## SCHOOL / WORK EXCUSE

WALKER BAPTIST MEDICAL CENTER

Date 07/25/03   Patient Name BARRON   TOMMY

May Return to Work / School   Date _____

Restrictions:  ☐ None   ☐ Other _____

MD Signature _____

WALKER BAPTIST MEDICAL CENTER

Name BARRON   TOMMY   Date 07/25/03
2651 LEONARD CHAPEL ROAD
Address JASPER   AL   35503

## MEDICINE PRESCRIBED

| MEDICINE | SIG | DISP | REFILL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Fill All Medicines Prescribed

**DISPENSE AS WRITTEN** _____ MD   DEA NO. _____

**PROD. SELECTION PERMITTED** _____ MD   LICENSE NO. _____

```
BARRON          TOMMY
SOUTHERN MEDICAL GRO    07/25/03
MR:0246796  M W 046
PT: 9607510-6   ALK    ED 09   L
```

# WALKER

### PATIENT STATUS

A. PATIENT ADMITTED **DO NOT DISCHARGE**

1. DIED

2. (LAMA (LEFT AGAINST MEDICAL ADVICE))

3. TRANSFERRED

4. DISCHARGED

5. LEFT BEFORE SEEN

6. BMC NOT INSURANCE PROVIDER


PHYSICIAN _____/S/_____

DISCHARGE TIME _____ ○)○○ _____

CERTIFIED EMERGENCY (YES) OR  NO

(MEDICAID ONLY) _____


CO-PAY OR EMERGENCY DEPARTMENT FEE
DUE AT END OF VISIT

WC-02-5018 REV. 12/7/02  P





# WALKER BAPTIST MEDICAL CENTER

## Emergency Department
## ORDER FORM

BARRON TOMMY
SOUTHERN MEDICAL GRO
MR: 0246796  M W 046       07/25/03
PT: 9607510-6  ALK   ED 09  L

### MEDICATION / TREATMENT / RESPONSE

| TIME | MEDICATION / TREATMENT | DOSE | ROUTE | SITE | INITIAL | TIME | PATIENT RESPONSE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| 0607 | Toradol (v.o. dr Styn) | 60 | IM | L/Hip | BM | | | |

### MD ORDERS

(1) AM Breakfast tray
(2) notify social services to see if they can find a place for pt to stay
0630 (v/o) Decadron 20 mg IM

02:14 Bed to lot
04:20 pt moved to #20  BM
04:45 pt approacho states I want to go to BM   JDHBr
06:10 pt not in BM, pt returned w/coat 60-004

### VITAL SIGNS

| TIME | TEMP | PULSE | RESP | B/P | PULSE OXIMETRY | NURSE SIGNATURE/TITLE |
|---|---|---|---|---|---|---|
| 0430 | | 78 | 12 | 104/72 | | BM |
| 0540 | | 72 | 12 | 108/68 | | BM |

See Vital Signs Flow Sheet

### IV FLUIDS

| TIME | NO | TYPE | AMT | RATE | CATH | ROUTE/LOC | # OF STICKS | NURSE INIT |
|---|---|---|---|---|---|---|---|---|

### INTERVENTIONS/ORDERS

- ☐ B/P Monitoring  ☐ IV  ☐ Hep Lock
- ☐ Oxygen  ☐ Pulse OX  ☐ Telemetry

### LABORATORY

TEST
- ☐ CBC  WBC___ HGB___  PLT CT___
- ☐ HCT___ SEG___ B___
- (1) ☑ Cardiac Enzymes: CK___ MB___ CKMB%___
- (2) ☑ Troponin___ ☑ CPK
- ☐ PT___ PTT___ INR___
- ☐ BMP  Na___ K___ Cl___ CO2___ BUN___
- Creat___ AG___ Glucose___ Ca___ Osmo___
- (3) ☑ CMP - BMP (Above) + Hepatic Function Panel (Below)
- ☐ Hepatic Function Panel  Albumin___  Total Protein___
- Bilirubin___ Bili Direct.___ Alk. Phos.___ SGOT___ SGPT___
- ☐ Amylase___  ☐ Lipase___
- ☐ Theophylline___  ☐ Dilantin___
- ☐ Digoxin___  ☐ Phenobarb___
- ☐ UA  SPGR___ WBC___ RBC___ Gluc___ Ket___ Bact___ Nitrate___
- ☐ Urine Culture  ☐ Cath  ☐ CCU  ☐ Urine Pregnancy
- (4) ☑ Urine Drug Screen___ ☑ BTCH
- (5) ☐ Serum Pregnancy  ☐ Neg  ☐ Pos  ☐ Quant
- ☐ Rapid Strep  ☐ Throat Culture  ☐ Mono Spot
- ☐ Blood Culture

### RADIOLOGY
Time To___  Time From___
(6) PCXR (lue)

### RESPIRATORY

- ☐ ABG  PH___ CO2___ PO2___ SAT___
- ☐ Breathing Treatment / Medication___
- (7) ☑ EKG ___ ☐ NSR Rate___ ☐ ABNL___

NURSE DISCHARGE CHECKLIST:
☐ Tetanus Given  ☐ IV Site Check  ☐ Valuables Checklist
☐ Antibiotic Given

CERTIFIED EMERGENCY: ☑ YES ☐ NO
DIAGNOSIS: ☑ SEE T-SHEET  OTHER___
DISPOSITION: ☐ Discharged ☐ 23 Hr Obs ☐ Admit to Rm/Unit ___  ☐ Report to/Time___
☐ Transfer to Hosp/Fac___
☐ OBSERVATION: @ Time___ ☐ Chest Pain Bed ☐ Stroke Bed ☐ Critical Care Bed ☐ ICU-Bed ☐ Other___
DISCHARGE INSTRUCTIONS: Will be unable to consider for BMV admission
due to high alch of level (this will take 2 days to clear dm)
☐ Return to Emergency Department as Needed  1500 Brigh MD today if needed
PATIENT D/C INSTRUCTIONS GIVEN: ☐ Head Injury Sheet ☐ Wound Care Sheet ☐ Fever Sheet
☐ Crutch Precautions ☐ Sprain/Bruise Sheet ☑ Eye Patch Sheet ☐ Clear Liquid Sheet ☐ BRAT Sheet  UH
☐ Instructed Not to Drive Due to Sedation  ☐ Instructed to Wait 15 Minutes After Injection  ☐ PO MED
☐ RX  ☐ Written Patient Instructions  ☑ See Nurse's Notes  DISCHARGE TIME: 07__

METHOD OF LEAVING ED:  ☐ Ambulatory
☐ Stretcher  ☐ Wheelchair  ☐ Crutches
☐ AMA  ☐ Carried  ☐ Amb./Helicopter

CONDITION AT DISCHARGE:  ☐ GOOD  ☐ POOR  ☑ FAIR  ☐ DECEASED

Physician's Signature___
Discharge Nurse's Signature___

REV 4/01 WBMC 53-1C-03 PG/C 1220



# EMERGENCY DEPARTMENT RECORD

| PATIENT NO. 9607510-6 | DATE 07/25/03 | TIME 01:52 | CLINIC ERRM | VERIFIED BY | ROOM NO. ED 09 | TYPE E | F/C L | SPECIALTY | CLERK ALK |

## VITAL SIGNS

| TIME | T | P | R | BP |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## ORTHOSTATIC VITAL SIGNS

| BP ♂ | P | BP ♀ | P | O2 SAT / FIO2 |
|---|---|---|---|---|
| | | | | |

## MONITOR
- Cardiac
- Fast Patch
- Pacer Pads
- Pulse Ox
- NIBP

## TREATMENT:
- O2 Device
- FIO2
- ET Tube
- CO2 DET
- Tube Tamer
- Stylette
- Suction
- Yankauer
- Control Tip
- Oral Airway
- Nasal Airway
- NG Tube
- Lavacuator
- Foley
- OCL
- IN ___ FT ___
- Emesis Bag
- Sterile 4x4's
- Betadine Soak
- Pencil Cautery
- Other
- Eye Tray
- Irrigation Sol
- Morgan Lens
- Ear Tray
- Chest Tube Tray
- Chest Tube
- Blade
- Suture
- Xylocaine
- Thoraseal
- Trach Tray
- Trach Tube
- Vein Cutdown
- Triple Lumen
- Percut Introducer
- Open Chest
- Peritoneal Lavage
- Other

## NURSE'S NOTES

**0645** In to talk c pt. re: social service consult and alcohol detox. evaluation late today. Dr. Stugeon @ bedside. Pt refuses to go to BMC. States he's been there before and that he "wasn't crazy." States he just wants pain meds for his back. Instructed can't give pain meds c alcohol level. Pt using abusive language toward me & staff. Officer police dept. notified of abuse. Pt.

**0703** T/D in dept.

## IV FLUIDS

| TIME | # | TYPE | AMT | RATE | CATH | SITE | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## MD ORDERS

| TIME ORDERED | | TIME DONE/INIT |
|---|---|---|
| | | |

| ADVERSE REACTION TO MEDICATION ☐ Yes ☐ No | ☐ Admitted ☐ Discharged ☐ Transferred | Patient Condition on Discharge ☐ Stable ☐ Improved ☐ Unchanged | RN Signature 1. |
| RX WITH WARNING GIVEN ☐ Yes ☐ No | Nurse Report Called To: Time | Time Discharged | 2. |

Patient Name: BARRON ,TOMMY

Med.Rec.#: (8000)000246796
Patient#: 9607106
Age: 46 YRS   Sex: MALE
Physician: EMER ROOM STAFF PHYSICIAN
CHEST PAIN

Location:            EDW
Admission Date: 07/25/03

Date/Time: 07/25/03 0348

Page:   1

CHEMISTRY-ENZYMES

---

COLLECT DATE:   07/25/03
COLLECT TIME:      0245

UNITS    REFERENCE

----- CARDIAC PROFILE -----

```
TROPONIN              <0.010                                              ng/ml    (.000-.099)
TROPONIN (08/02/02 -- Current)
      0.010 - 0.030 - Healthy Reference Population
      0.060 - 0.099 - Borderline Range
                      Possible Minor Myocardial Damage (MMD).
      >0.100        - Suggestive of Myocardial injury (ACS / AMI )

                      Note: Patients with CRF/ESRD may have serum levels >0.100
                      without evidence of ACS / AMI.                      ng/ml    (.0-5.0)
CPK MB                <5
CPK MB (11/08/99 -- Current)
      0 - 3.1       - HEALTHY REFERENCE POPULATION
      3.4 - 4.99    - INTERMEDIATE (INDETERMINATE)
      >5            - SUGGESTIVE OF MYOCARDIAL INJURY                     %
CK-MB INDEX            0.0                                                U/L      (24-204)
CPK                  164
```

*** END OF REPORT ***

Patient Name:   BARRON ,TOMMY
Med.Rec.#:  (8000)000246796

EXPEDITE REPORT

Patient Name: BARRON ,TOMMY

Med.Rec.#: (8000)000246796  Location: EDW
Patient#: 96075106  Admission Date: 07/25/03
Age: 46 YRS  Sex: MALE
Physician: EMER ROOM STAFF PHYSICIAN  Date/Time: 07/25/03 0347
CHEST PAIN

Page: 1

THERAPEUTIC DRUG MONITORING & TOXICOLOGY

---

COLLECT DATE: 07/25/03
COLLECT TIME: 0245

UNITS  REFERENCE

----- Volatiles -----

ALCOHOL            298                                                    MG/DL
ALCOHOL (06/24/96 -- Current)
    NORMAL-NEGATIVE. FATAL CONCENTRATION IS ABOVE 450 MG/DL.
    COMATOSE LEVEL : 350-500 MG/DL.
    INDIVIDUALS WITH CONCENTRATIONS GREATER THAN 80 MG/DL ARE CONSIDERED TO BE
    UNDER THE INFLUENCE OF ALCOHOL.

*** END OF REPORT ***

Patient Name: BARRON ,TOMMY
Med.Rec.#: (8000)000246796

EXPEDITE REPORT

Patient Name: BARRON, TOMMY

Med.Rec.#: (8000)000246796  Location: EDW
Patient#: 96075106  Admission Date: 07/25/03
Age: 46 YRS   Sex: MALE
Physician: EMER ROOM STAFF PHYSICIAN  Date/Time: 07/25/03 0328
CHEST PAIN

Page: 1

CHEMISTRY-SURVEYS & PANELS

```
COLLECT DATE:    07/25/03
COLLECT TIME:    0245
                                              UNITS      REFERENCE
SODIUM            142                         mmol/L     (136-145)
POTASSIUM         4.3                         mmol/L     (3.5-5.1)
CHLORIDE          105                         mmol/L     (98-107)
CO2               24                          mmol/L     (23-29)
BUN               7                           mg/dl      (5-20)
CREATININE        1.0                         mg/dl      (0.9-1.5)
ANION GAP         13
GLUCOSE           88                          MG/DL      (70-104)
CALCIUM           9.5                         MG/DL      (8.8-10.2)
ALBUMIN           4.6                         g/dl       (3.5-5.0)
TOTAL PROTEIN     8.3                         g/dl       (6.3-8.3)
BILIRUBIN TOTAL   .6                          mg/dl      (.2-1.0)
OSMO (CALCU)      281                         MOS/KG     (253-306)
ALK PHOS          118                         U/L        (45-122)
SGOT              31                          U/L        (10-34)
SGPT              32                          U/L        (10-44)
```

CHEMISTRY-ENZYMES

```
COLLECT DATE:    07/25/03
COLLECT TIME:    0245
                                              UNITS      REFERENCE
CPK               164                         U/L        (24-204)
```

*** END OF REPORT ***

Patient Name: BARRON, TOMMY
Med.Rec.#: (8000)000246796

EXPEDITE REPORT

## WALKER BAPTIST MEDICAL CENTER

3400 HIGHWAY 78 EAST
JASPER, ALABAMA 35502

BARRON, TOMMY, 46Y
RAD NO:     246796
ORDER DR: SHIPMAN, CHARLES
ORDER NO: 90013
ATT DR:     ,
FAM DR:   NO FAMILY PHYSI,
PRIORITY: STAT
HISTORY/REASON: PAIN
COMMENTS: EX8

## RADIOLOGY REPORT

BARRON, TOMMY

ADM #:96075106 FINANCIAL CLASS:L
MED REC #: 246796
ORD FOR:   07/25/2003 02:17AM
CLINIC CODE: ERRM
DOB:
PATIENT CLASS: E
NS/ROOM #: ED  09
DISCH. DATE:

INTERPRETED BY: STEPHEN SANDERS, M.D.
ELECTRONICALLY SIGNED BY:  -

DIAGNOSIS: CONSULT
EXAMINATION:07/25/2003    CHEST SINGLE VIEW PORT        CPT CODE: 71010
PROCEDURE REASON:  PAIN

FINDINGS:
AP ONE VIEW CHEST, 07/25/03:

HISTORY: Pain.

There are old healed rib fractures on the right. The heart, lungs, vascularity and bony thorax show no acute or active disease.

IMPRESSION:
1.  Old, healed, right-sided rib fractures.
2.  No acute disease.

SGS/drr J: 15017

Dictated: 07/25/2003 09:23AM


INTERPRETED BY: STEPHEN SANDERS, M.D.
TRANSCRIPTIONIST: DRR - 07/25/2003 10:14AM

*PRELIMINARY*
UNSIGNED TRANSCRIPTIONS ARE PRELIMINARY REPORTS
AND DO NOT REPRESENT MEDICAL OR LEGAL DOCUMENTS

 , MD - SIGNED:

**CONFIDENTIAL HEALTH INFORMATION MAY BE ENCLOSED**
Health care information is personal and sensitive information related to a person's health care and is protected by federal and/or state privacy laws. Your unauthorized use or disclosure or failure to maintain the confidentiality of the attached information may subject you to criminal or civil penalties under applicable federal and/or state laws.

# EMERGENCY DEPT. TRIAGE FORM

**TRIAGE NAME:** BARRON TOMMY
SOUTHERN MEDICAL GRO
MR: 0246796  M W 046
PT: 9607510-6  ALK  ED 09  L
**DATE:** 07/25/03

**TIME IN ROOM:** 0207
**ROOM #:** 8
**TRIAGE:** Urgent ✓

**ACCOMPANIED BY ARRIVAL:** ☑ SELF
**MODE OF ARRIVAL:** ☑ AMBULANCE / STRETCHER

**FAMILY M.D.:** Camp

**AREA:** ☑ TRAUMA Major

**CHIEF COMPLAINT:** c/o Chest pain since 2200

**TREATMENT PRIOR TO ARRIVAL:** ☑ None

**PAST MEDICAL HISTORY:** ☑ AMI Date ___, Other: GERD, Thoracic surg
Tobacco use: yes   Alcohol use: yes

**ALLERGIC TO:** Drug ☑ NO, Food ☑ NO

## VITAL SIGNS
| Time | Pulse | Resp. | B/P | Temp | Pulse Ox |
|------|-------|-------|-----|------|----------|
| 0203 | 85 | 86 | 135/71 | 97.0 | |

**PRESENT MEDICATIONS:** at home
**Tetanus:** ☑ unknown

## ASSESSMENT

**RESPIRATORY:** ☑ Normal bilateral; airway clear
**GASTROINTESTINAL:** Bowel sounds present; Abdominal Soft, Nondistended; Abdominal Tenderness: No; Diarrhea: No; Vomiting: No
**GENITOURINARY:** Not applicable
**HYDRATION STATUS:** Mucous Membranes: Moist; Eyes: Normal
**CARDIO-VASCULAR:** Pulse regular; Skin pink/normal; Cap refill <2 sec; Pulses intact
**NEUROLOGICAL:** cooperative; oriented

## PAIN ASSESSMENT
☑ CURRENTLY HAVE PAIN
LOCATION: Chest
ONSET: tonight   QUALITY: moderate
VAS: 9/10

## NUTRITION SCREEN
☑ Poor Appetite

Triage _____ R.N.

## PSYCHOSOCIAL STATUS / EDUCATION

Are there any religious, traditional, ethical or cultural practices that need to be a part of your care?
- [ ] Yes  [x] No
Specify: _____

Are you being hit, hurt or frightened by anyone in your home life?
- [ ] Yes  [x] No

How do you learn best? [ ] Verbal  [x] Reading  [x] Demonstration
What interferes with your learning? [ ] Physical [ ] Age Related [x] Communication [ ] Language
[ ] Spiritual [ ] Cultural [ ] Hearing [ ] Visual [ ] None [ ] Religious

## INTERVENTIONS

- [ ] Tylenol _____ mg. Time _____
- [ ] Ibuprofen _____ mg. Time _____
- [ ] Wound Cleansed _____
- [ ] NPO - Explained at Triage
- [ ] C-Collar
- [ ] Dressing _____
- [ ] Ice & Elevation
- [ ] Immobilization
- [ ] Isolation Mask

## CONSENT AND AUTHORIZATION

I am presenting myself for diagnosis and treatment at the Walker Baptist Medical Center and I consent to the rendering of such care, including diagnostic procedures, surgical and medical equipment, and blood transfusions, by authorized members of the hospital medical staff or their designees, as may in their professional judgement be necessary. I acknowledge that no guarantees have been made to me as to the results of such examinations or treatment on my condition.

Undersigned hereby authorizes the Walker Baptist Medical Center and my Physician(s) to release to my insurors full information (including copies of records) relative to this hospitalization.

X _____
PATIENT/PARENT/RESPONSIBLE PARTY SIGNATURE

_____
RELATIONSHIP TO PATIENT

Nexium 40 mg qd
Lortab 10 mg As Needed
Altace 2.5 mg

BARRON TOMMY
SOUTHERN MEDICAL GRO  07/25/93
MR: 0246796  M W 046
PT: 9607510-6  FC: L  ED 09

(Addressograph)



**CONSENT FOR TREATMENT**

**CONSENT OF HOSPITAL SERVICES:** Consent is given to Walker Baptist Medical Center, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia P.C., and Baptist Health Clinics, its contractors and its employees to provide hospital services and administer physician orders. Certain procedures may require separate consents. Physicians are responsible for explaining medical or surgical procedures, and patients may be called following their procedure for quality and continuum of care. The undersigned authorizes observers to be present during treatment/surgery for purposes of medical training and education.

**PHYSICIANS:** Physicians including, without limitation, Southern Medical Group Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia, P.C., and Baptist Health Clinics, and Inpatient Medical Services.

_____
Consent for treatment (by patient or authorized representative)

7-24-93
_____
Date

_____
Witness


**WALKER**
BAPTIST MEDICAL CENTER

**BARRON     TOMMY**
SOUTHERN MEDICAL GRO         07/25/03
MR: 0246796   M W 046
PT: 9607510-6          FC: L     ED 09

(Addressograph)

## CONDITIONS OF ADMISSION
## PRIVACY NOTICE
## AND FINANCIAL RESPONSIBILITY

**PERSONAL VALUABLES:** The Walker Baptist Medical Center is not responsible for money, jewelry, dentures, hearing aids, eye glasses, watches, credit cards, and such other items which are not deposited in the Hospital safe.

**AUTHORIZATION TO RELEASE INFORMATION:** The undersigned authorizes the Walker Baptist Medical Center and any physician rendering service, for example, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia, P.C., and Baptist Health Clinics, Inc., to release medical or other information about the patient which may be necessary for the completion of insurance claims, review of services, or receipt of benefits. Such information may include current medical records. The information may be released to third-party payors, including the third-party payor's agent and/or representative or anyone responsible for payment of hospital and/or physician charges.

**ASSIGNMENT OF BENEFITS:** The undersigned assigns to and authorizes direct payments of benefits (including insurance benefits, otherwise payable with respect to the patient to the Walker Baptist Medical Center, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia P.C. and Baptist Health Clinics, Inc. The undersigned agrees to assist in processing claims for benefits.

**MEDICARE AUTHORIZATION:** I certify the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request payment of the authorized benefits be made on my behalf to the Walker Baptist Medical Center, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia P.C. and Baptist Health Clinics, Inc. or any physician rendering services during my treatment.

**FINANCIAL RESPONSIBILITY:** The undersigned agrees to pay for the hospital services, accommodations and physician services rendered to patient and is hereby obligated to pay the accounts of the hospital. It is understood that in the event of obstetrics care the undersigned is obligated to pay the hospital account for mother and infant(s). It is understood and agreed that Walker Baptist Medical Centers, charges not paid may be placed with any attorney or a collection agency. It is understood and agreed that reasonable cost of collection including attorney fees, collection agency fees, and/or open account interest charges assessed are payable by the undersigned. To the extent not expressly prohibited by applicable law, the undersigned agrees to pay all hospital charges not paid in full to the hospital by a third-party payor. The Walker Baptist Medical Center accepts cash, Mastercard, Visa, Discover Card.

The undersigned is aware that in some cases the patients hospital bill may not be covered in full by the insurance company. The undersigned is aware of the fact the (patient/responsible party/guarantor) are responsible for any balance insurance does not pay. This balance due may include provisions set by your insurance company such as: co-payments, deductibles, and "usual and customary" allowances. Co-payments, and deductibles are due upon admission and must be paid prior to discharge.

**I ACKNOWLEDGE THAT I HAVE READ THIS FORM AND UNDERSTAND ITS PURPOSE AND CONTENT.**

_Tommy Barron_
Guarantor (Agreement to Pay)

_Tommy Barron_                                             _____
I have received the BHS privacy notice                     Refused the privacy notice

_7-24-95_
Date

_[signature]_
Witness

**CONDITIONS OF ADMISSION AND PRIVACY ACKNOWLEDGMENT**