FILED
2008 Jul-28 PM 05:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit T
# Walker Baptist Medical Center Records dated 7/31/03

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**WALKER BAPTIST MEDICAL CENTER**
52

**EMERGENCY PHYSICIAN RECORD**
**Psych Disorder, Suicide Attempt, Overdose** (5)

BARRON TOMMY
SOUTHERN MEDICAL GRO    07/31/03
MR: 0246796  M W 046
PT: 9609149-1   JLP    ED 02  L

TIME SEEN: 0302  ROOM: _____  EMS Arrival
HISTORIAN: (✓) patient __ spouse __ paramedics
AGE _____  (M)/ F
__ HX / __ EXAM LIMITED BY: _____

**HPI** chief complaint(s): △MS
- (Suicidal Thoughts) (Depression)    Suicide Attempt
- Agitated    Hallucinating    Self-Injury
- (Intentional Drug Overdose) vs
- (Accidental Drug Ingestion)

Onset _____
Worsened since _____
**severity** —
mild  moderate  (severe)
When? _____

**context:**
(situational problems)
related to: spouse / parent / son / daughter / significant other
work / lost job / school / legal problems
No Job

**current/associated complaints:**
(depressed) / angry / (frustrated) / (agitated) / hostile / (paranoid)
(confused) / hallucinating
Ativan
(suicidal thoughts) / (specific plan) / gesture or attempt
(ingestion (see list below))
suicide attempt   wanted to "escape"   accidental   will not answer

__ incised / abraded wrist ( R / L ) _____

**timing**

**LIST OF SUBSTANCES INGESTED (if applicable)**

| name | strength | # taken | when taken |
|------|----------|---------|------------|
| acetaminophen  Y/N | | | |
| aspirin  Y/N | | | |
| ethanol  Y/N | | | |
| Alcohol | | | |
| XANAX  antidepressant | | | |
| | | | carbamazepine |

**"RESCUE FACTOR"** (if suicide attempt) —
How did ingestion/other acts come to attention?
Pt. Called Ambulance

Arrived by: __ private car  __ ambulance (who called?)
__ police   __ patient  __ spouse
(✓) recently seen/treated by doctor _____

**ROS**
PULMONARY & CVS
\ cough
\ trouble breathing
\ chest pain

NEURO & EYES
\ headache
\ visual disturbance

GI / GU
\ abdominal pain
\ nausea
\ vomiting
\ diarrhea
\ problems urinating

SKIN & LYMPH & MS
\ skin rash / swelling
\ joint pain

☐ all systems neg. except as marked

**PAST HISTORY**  __ negative
__ prior suicide attempt _____
(psychiatric problems)
(depression) bipolar disorder
schizophrenia   other
__ cardiac disease
(hypertension)
__ diabetes  insulin / oral / diet
__ lung disease
__ HIV / AIDS
GERD

__ other problems _____

Surgeries: N
\ tonsillectomy _____    __ appendectomy _____
\ cholecystectomy _____   __ hysterectomy _____

Medications __ none   __ see nurses note
Topamax
Prozac

Allergies (✓) NKDA
__ see nurses note

**SOCIAL HX**  smoker _____  drugs _____
recent alcohol use / binge drinking / alcoholism _____
marital status: (single)  __ married  children: _____

## PHYSICAL EXAM

☑ Nursing Assessment Reviewed.  ☐ BP, HR, RR, Temp reviewed.
**PHYSICAL EXAM** __Alert  ✓ Lethargic  __Obtunded
*Distress*  __NAD  __mild  ✓ moderate  __severe
__uncooperative for exam

**HEENT**
- ✓ nml ENT inspection
- ✓ pharynx nml
- *if obtunded:*
- ✓ nml gag reflex
- __depressed / absent gag reflex
- __abnormal TM ( R / L )
- __dry mucosa
- __gag reflexed diminished / absent

**EYES**
- ✓ pupils equal, round & reactive to light
- ✓ EOM's intact
- __nystagmus
- __disconjugate gaze
- __mydriasis / meiosis / anisocoria
- R Pupil ___ mm  L Pupil ___ mm

**NEURO/PSYCH**
*mental status*
- __mood/affect nml
- __slow / no response to commands
- __withdraws to pain  no response to pain
- __depressed affect
- __tearful / hostile / non-communicative
- __suicidal Ideation

*For suicide attempts:* On direct query, patient ADMITS / DENIES continued consideration of suicide as an option.
*If denies, why?* _____

*orientation*
- __normal x3
- __uncooperative / cannot determine
- __disoriented
  to: day-of-week  day-of-month
      month  year  place  person

*cranial nerves sensory, motor*
- ✓ CN's intact as tested
- ✓ nml motor response
- ✓ nml sensory response
- ✓ nml reflexes
- __nml gait
- __facial droop / CN abnormality
- __motor/sensory deficit
- __abnormal gait
- *Ataxic*

**NECK/BACK**
- ✓ normal inspection
- ✓ neck supple
- __cerv. lymphadenopathy ( R / L )
- __thyromegaly / meningismus

**RESPIRATORY**
- ✓ no resp. distress
- ✓ breath sounds nml
- __wheezing
- __rales / rhonchi

**CVS**
- ✓ regular rate, rhythm
- ✓ heart sounds normal
- __irregularly irregular rhythm
- __extrasystoles ( occasional / frequent )
- __tachycardia / bradycardia
- __JVD

**ABDOMEN**
- ✓ non-tender
- ✓ nml bowel sounds
- ✓ no organomegaly
- __guarding
- __hepatomegaly / splenomegaly

**SKIN**
- ✓ color nml, no rash
- ✓ warm, dry
- __cyanosis / diaphoresis / pallor
- __skin rash

**EXTREMITIES**
- ✓ non-tender
- ✓ normal ROM
- ✓ no signs of injury
- ✓ no pedal edema
- __laceration
- __pedal edema

**PROCEDURES:** ☐ Restraints
- ☐ Intubated __by ED physician  nasal /oral  #____ ET tube
  __breath sounds equal  __tube position confirmed w CXR
- ☐ Gastric Lavage  __pill fragments recovered
- ☐ Charcoal ____ gm given  Sorbitol ____ oz given

Psych Disorder; Overdose-52  Rev. 01/01

## LABS, XRAYS, and PROGRESS

**ECG MONITOR STRIP** __NSR  Rate____
**EKG** __NML  ☐ Interp. by me.  ☐ Reviewed by me  Rate____
__NSR  __nml intervals  __nml axis  __nml QRS  __nml ST/T

not / changed from: ____

**CXR**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Disc'sd w/radiologist
__nml/NAD  __no infiltrates  __nml heart size  __nml mediastinum

not / changed from: ____

| CBC | Chemistries | ABG's | Toxicology |
|---|---|---|---|
| normal except | normal except | time: | normal except |
| WBC___ | Na___ | | acetamin___ |
| Hgb___ | K___ | | aspirin-___ |
| Hct___ | Cl___ | pH___ | ETOH-___ |
| Platelets___ | CO2___ | pCO2___ | |
| segs___ | BUN___ | pO2___ | Triage™ urine drug screen- |
| bands___ | Creat___ | __ FiO2 | |
| lymphs___ | Gluc___ | __O2  L | |
| monos___ | Anion Gap___ | | |

**Pulse Ox** ___% on RA / ___L / ___% at (time)___
Time ___ __unchanged  __improved  __re-examined

*Progressively ↑ level of conc.*
*(EtOH 245), BP ↓ 80/ after*
*2L NS and 50g Narcan*
*Progressively more alert*
*Rx given: drugs - Acute alcohol intox*

**INTERVIEW WITH OTHER RESPONSIBLE ADULT:**  +) XANAX
Name:____ Relationship: OD
Considers ongoing suicide risk:  high  low  uncertain  3) Methadone
Capable / comfortable with observing patient at home?  Yes  No  N/A

**MEDICAL CLEARANCE FOR PSYCHIATRIC REFERRAL (if needed)**
Backlash to indicate that diagnosis is unlikely based on H&P and, when needed, lab testing.
- **Toxic** (PCP, Amphetamines, Hallucinogens, Acetaminophen, ASA, ETOH, Other)
- **Infectious** (Meningitis, Encephalitis, Sepsis)
- **Metabolic** (Thyroid, Hypoglycemia, Drug Withdrawal, Hypoxemia, Electrolytes)
- **CNS** Vascular and Other (CVA, TIA, Seizure, Trauma)
- **Other** Unstable Comorbidities  ☐ cleared medically for psych referral

- ✓ Discussed with Dr ____  __CRIT CARE-  30-74 min
- __will see patient in:  office / ED / hospital  75-104 min  ✓ 40 min
- ✓ Counseled patient / family  regarding:  ✓ Prior records ordered
  lab results  diagnosis  need for follow-up  __Additional history from:
- __Admit orders written  family  caretaker  paramedics

## CLINICAL IMPRESSION:

(Ethanol Intoxication)  (Psychosis)  Schizophrenia- acute exac.
(Depression)  (Drug Overdose) (Intentional/accidental)
(OCD)  manic  (Suicide Attempt/Ideation)

*Hypotension 2° Mixed*
Discharge Instructions: *Alcohol + Benzo OD*

**DISPOSITION-** ☑ home  ☐ admitted  ☐ transfer____
**CONDITION-** ☐ unchanged  ☐ improved  ☐ stable____

_____ NP /PA
_____ MD /DO
*I have personally performed and participated in all the above services (including HPI and PE) and procedures. I have reviewed with the PA/NP the history and have confirmed the findings with the patient.*

☑ Template complete  ☐ Progress Notes



# ✝ WALKER
BAPTIST MEDICAL CENTER

**EMERGENCY DEPARTMENT RECORD**

| PATIENT NO. | DATE | TIME | CLINIC 1 | VERIFIED BY | ROOM NO. | TYPE | F/C | SPECIALTY | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| 9609149-1 | 07/31/03 | 02:58 | ERRM | | ED 02 | E | L | | JLP |

| AGE | BIRTHDATE | SEX | RACE | M/S | MOTHER'S MAIDEN NAME | SOCIAL SECURITY NO | PHONE | COUNTY | MED. REC. NO |
|---|---|---|---|---|---|---|---|---|---|
| 046 | | M | W | M | HAGOOD | | | WALKER | 0246796 |

PATIENT NAME & ADDRESS: BARRON TOMMY

LAST VISIT DATE & TYPE: 07/25/03 ERRM0
ACCIDENT DATE/CAUSE: 07/31/03 PT STATES "
V/C CONTACT:

GUARANTOR NAME & ADDRESS: BARRON, TOMMY

SOC SEC. NO. 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
PHONE 205-924-0691
AUTH. NO.
ARRIVED VIA: AMBULANCE-OT
RECEIPT NO. & AMT.

EMPLOYMENT INFORMATION - ONE
REL: 01 PATIENT
SOCIAL SECURITY #
PHONE    STAT

EMPLOYMENT INFORMATION - TWO
REL: 02 SPOUSE    SOCIAL SECURITY # 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
PHONE    STAT 3

IN CASE OF EMERGENCY CONTACT (NAME & ADDRESS): DIANE MCCULLEN / JAN EDWARDS
RELATIONSHIP: FRIEN
PHONE:

PHYSICIANS' NUMBERS AND NAMES
1 999995    SOUTHERN MEDICAL GRO
2
3 000000    NO FAMILY PHYSICIAN
PCP PHYSICIAN

1. INSURANCE CODE & NAME: 1M60 MEDICARE OUTPT
POLICY NO.
SUBSCRIBER NAME & BIRTHDATE: BARRON, TOMMY
GROUP NO.

2. INSURANCE CODE & NAME: 2K28 MEDICAID 2NDA
PRECERTIFICATION NO.
POLICY NO.
SUBSCRIBER NAME & BIRTHDATE: BARRON, TOMMY
GROUP NO.

3. INSURANCE CODE & NAME
SUBSCRIBER NAME & BIRTHDATE
POLICY NO.
GROUP NO.

4. INSURANCE CODE & NAME
PRECERTIFICATION NO.
SUBSCRIBER NAME & BIRTHDATE

CHIEF COMPLAINT: CONSULT
CODES:

COMMENTS:

**RESULTS**

Monitor

Time Examining MD Notified: _____
Condition on Arrival: ☐ Satisf. ☐ Fair ☐ Poor ☐ Critical
Chief Complaint: _____
HPI _____

Time Patient Examined: _____

EKG

Radiology

Laboratory

Other

Provisional Diagnosis:

Disposition Time:  ☐ Discharged ☐ Admitted ☐ Transferred ☐ AMA
Condition On Discharge: ☐ Satisf ☐ Fair ☐ Improved ☐ Poor ☐ Critical
Certified Emergency: ☐ Yes ☐ No

| CONSULT | TIME NOTIFIED | RESPONDED | ARRIVED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

_____ M.D.
Examining M.D. Signature



BARRON TOMMY
SOUTHERN MEDICAL GRO
MR:0246796  M W 046   07/31/03
PT: 9609149-1
         JLP    ED 02    L
WALKER

# PATIENT STATUS

(A.) PATIENT ADMITTED**DO NOT DISCHARGE**

1. DIED

2. LAMA (LEFT AGAINST MEDICAL ADVICE)

3. TRANSFERRED

4. DISCHARGED

5. LEFT BEFORE SEEN

6. BMC NOT INSURANCE PROVIDER

*ICU - 1*
*Dr Chadhuri*
*alcohol + benzo OD*

PHYSICIAN _____

DISCHARGE TIME _____

CERTIFIED EMERGENCY   YES   OR   NO
(MEDICAID ONLY) _____

*N*
*N*
*G*

CO-PAY OR EMERGENCY DEPARTMENT FEE
DUE AT END OF VISIT

WC-02-5018 REV 12-7/02  P

## SNAPSHOT 25 mm/sec Adult/Pediatric

08:07:09  HR = 99  SpO2 = OFF  NIBP = 99/70 (80)  T1 = OFF  T2 = OFF  ΔT = OFF
II  1mV/cm

PACER DISPLAY OFF

08:07:16  HR = 100  SpO2 = OFF  NIBP = 99/70 (80)  T1 = OFF  T2 = OFF  ΔT = OFF
II  1mV/cm

PACER DISPLAY OFF

08:07:23  HR = 101  SpO2 = OFF  NIBP = 99/70 (80)  T1 = OFF  T2 = OFF  ΔT = OFF
II  1mV/cm

SNAPSHOT INITIATED

PACER DISPLAY OFF

| Vital Signs Summary | | | Comments |
|---|---|---|---|
| Time | Sys / Dia ( Mean ) | HR/PR | |
| HH:MM | -- mmHg (NIBP) -- | BPM | |
| 06:05 | 98 / 77 ( 85 ) | 87 | |
| 06:39 | 78 / 52 ( 61 ) | 87 | |
| 07:16 | 99 / 56 ( 67 ) | 87 | |
| 07:30 | 89 / 60 ( 68 ) | 91 | |
| 07:45 | 93 / 61 ( 75 ) | 94 | |
| 08:00 | 99 / 70 ( 80 ) | 100 | |



# WALKER BAPTIST MEDICAL CENTER

## Emergency Department
## ORDER FORM

BARRON   TOMMY
SOUTHERN MEDICAL GRO   07/31/03
MR: **0246796**   M W 046
PT: **9609149-1**   JLP   ED 02   L   18

### MEDICATION / TREATMENT / RESPONSE

| TIME | MEDICATION / TREATMENT | DOSE | ROUTE | SITE | INITIAL | TIME | PATIENT RESPONSE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| 0345 | Narcan | 2mg | IM | LGM | DMB | | | |
| 0346 | Thiamine | 100mg | IVP | IV | DMB | | | |
| 0345 | Romazicon | 0.3g | IV | IV | Br | with DCa/Br | |

### MD ORDERS

NS 2 liters

Narcan 2mg IM

Mag Sulfate 2 g IV

Thiamine 600 IV

Romazicon 0.2mg IVP, if no resp
5 min 0.3mg IVP

CXR to be

### INTERVENTIONS/ORDERS

- [ ] BP Monitoring  [x] IV  [ ] Hep Lock
- [ ] Oxygen  [ ] Pulse OX  [ ] Telemetry

### LABORATORY   Accucheck - DMB
TEST
- [x] CBC: WBC___ HGB___ PLT CT___
- [ ] HCT___ SEG___ B___
- [ ] Cardiac Enzymes: CK___ MI___ CKMB%___
- [ ] Troponin___   [ ] CPK___
- [ ] PT___ PTT___ INR___
- [ ] BMP: Na___ K___ Cl___ CO2___ BUN___
- [ ] Creat___ AG___ Glucose___ Ca___ Osmo___
- [x] CMP BMP (Above) + Hepatic Function Panel (Below)
- [ ] Hepatic Function Panel  Albumin___ Total Protein___
  Bilirubin___ Bili Direct___ Alk Phos___ SGOT___ SGGT___
- [ ] Amylase___  [ ] Lipase___
- [ ] Theophylline___  [ ] Dilantin___
- [ ] Digoxin___  [ ] Phenobarb___
- [ ] UA SPGR___ WBC___ RBC___ Gluc___ Ket___ Bact___ Nitrate___
- [ ] Urine Culture  [ ] Cath  [ ] Neg  [ ] Urine Pregnancy
- [x] Urine Drug Screen  [ ] Pos
- [ ] Serum Pregnancy  [ ] Neg  [ ] Pos  [ ] Quant
- [ ] Rapid Strep  [ ] Throat Culture  [ ] Mono Spot
- [ ] Blood Culture x___

### VITAL SIGNS

See Vital Signs Flow Sheet

### IV FLUIDS

| TIME | NO | TYPE | AMT | RATE | CATH | ROUTE/LOC | NO OF STICKS | NURSE INIT |
|---|---|---|---|---|---|---|---|---|
| 0330 | 1 | NS | 1 | WO | 20g | RA | 1 | DMB |
| | 2 | NS | 2 | WO | | | | |

### RADIOLOGY   Time To___ Time From___

### RESPIRATORY
- [ ] ABG PH___ CO2___ PO2___ SAT___
- [ ] Breathing Treatment Medication___
- [ ] EKG  [ ] NSR Rate___  [ ] ABNL___

NURSE DISCHARGE CHECKLIST:
- [ ] Tetanus Given  [x] Site Checked  [ ] Valuables Checklist
- [ ] Antibiotic Given

CERTIFIED EMERGENCY: [x] YES  [ ] NO
DIAGNOSIS: [x] SEE T SHEET  OTHER___
DISPOSITION: [x] Discharged  [ ] 23 Hr Obs  [x] Admit to Rm/Unit ICU  [x] Report to Time: Regina 0820
[ ] Transfer to Hosp Fac
METHOD OF LEAVING ED: [x] Stretcher  [ ] Wheelchair  [ ] Crutches  [ ] Ambulatory
[ ] AMA  [ ] Carried  [ ] Amb/Helicopter
[ ] OBSERVATION @ Time___  [ ] Chest Pain Bed  [ ] Stroke Bed  [ ] Critical Care Bed  [ ] ICU-Bed  [ ] Other___

DISCHARGE INSTRUCTIONS:___

[ ] Return to Emergency Department as Needed  [ ] F/U with MD in___ or if needed
PATIENT D/C INSTRUCTIONS GIVEN: [ ] Head Injury Sheet  [ ] Wound Sheet  [ ] Fever Sheet
[ ] Crutch Precautions  [ ] Sprain/Bruise Sheet  [ ] Eye Patch Sheet  [ ] Clear Liquid Sheet  [ ] TAB Sheet
[ ] Instructed Not to Drive Due to Sedation  [ ] Instructed to Wait 15 Minutes After Injection  [ ] PO MED
[ ] RX  [ ] Written Patient Instructions  [ ] See Nurse's Notes   DISCHARGE TIME: 8:30

CONDITION AT DISCHARGE:
[ ] GOOD  [ ] POOR  [ ] FAIR  [ ] DECEASED
Physician's Signature:___
Discharge Nurse's Signature:___

REV.4/01 WBMC-6300-03-PG/C-1/2041

# EMERGENCY DEPT. TRIAGE FORM

**TRIAGE NAME:** Barron, Tommy  **AGE:** 44  **DATE:** 7/31/03

**BARRON  TOMMY**
SOUTHERN MEDICAL GRO  07/31/03
MR: 0246796  M W 046
PT: 9609149-1  JLP  ED 02  L

| ROOM # | TIME IN ROOM | EMERG. | URGENT | SEMI-URGENT | NON-URGENT | RECHECK |
|---|---|---|---|---|---|---|
| 18 | 0852 | | ✓ | | | ☐ Scheduled ☐ Non-Scheduled |

**ACCOMPANIED ON ARRIVAL BY:** ☐ SELF ☐ RELATIVE ☐ OTHER  **TRANSFER FROM:** _____ HOSP  **NOTIFIED:** Police ☐ Family ☐  Coroner ☐ Time: ___

**MODE OF ARRIVAL:** ☐ PRIVATE VEHICLE ☐ AMBULANCE ☐ POLICE ☐ OTHER  ☐ AMBULATORY ☐ WHEELCHAIR ☐ CARRIED ☐ CRUTCHES ☑ STRETCHER

**FAMILY M.D.:** none  **SIGN IN TIME:** ___  **Have you seen an M.D. in the last 24 hours?** Y ☐ N ☐  **Call Light:** ☑  **Side Rail Up:** ☑  **Valuables:** ☐ Y ☐ N ☐ See Valuables Checklist

**AREA:** ☐ MAIN ED ☐ TRAUMA ☐ MEDICAL ☐ FAST TRACK
  ☐ Major ☐ Minor  ☐ Cardiac ☐ Non-Cardiac  ☐ GYN ☐ EENT ☐ ORTHO ☐ Other

**CHIEF COMPLAINT:** c/o "pain" states wants to admitted to Bruce

## TREATMENT PRIOR TO ARRIVAL: ☐ None
Medication: _____ Time: _____
Other: _____
**Prehospital Care:**
☐ None ☐ Ice ☐ Elevate
☐ Spinal Immob. ☐ Splint
☐ C-Collar ☐ IV
☐ Dressing ☐ O₂

## PAST MEDICAL HISTORY
☐ Non-significant PMH ☐ AMI Date ___ ☐ CHF
☐ HTN ☐ CABG ☐ CAD ☐ ASCVD ☐ Diabetes ☐ PUD
☐ CRF ☐ COPD ☐ Asthma ☐ Sz Disorder Use ☐ Arthritis ☐ Ca
☐ CVA ☐ Sickle Cell ☐ HIV ☐ Hepatitis ☐ Liver Disease
☐ Migraine ☑ Other: Back pain
Weight: ___  ☐ Tobacco use ___  ☐ Alcohol use ___

**ALLERGIC TO:** DRUG ☐ YES ☑ NO LIST: ___
FOOD ☐ YES ☑ NO LIST: ___

## VITAL SIGNS
| Time | Pulse | Resp. | B/P | Temp T R O | Pulse Ox |
|---|---|---|---|---|---|
| 0852 | 91 | 18 | 93/67 | 96° | 98 |

**PRESENT MEDICATIONS:** NONE ☑ SEE HOME MED SHEET ☐ SEE NURSING HOME LIST ☐

**Tetanus:** ☐ U.T.D. ☑ unknown ☐ > 5 years

## ASSESSMENT

**RESPIRATORY**
☐ Not applicable
☑ Normal bilateral
☐ labored
☐ rales/rhonchi
☐ wheezing R L
☐ retractions
☐ nasal flaring
☐ decreased R L
☐ Cough
 ☐ non-productive
 ☐ productive
 ☐ sputum color ___
☑ airway clear
 ☐ part. obstructed
 ☐ obstructed

**CARDIO-VASCULAR**
☑ Not applicable
☐ Pulse regular
 ☐ irregular
☐ Skin W & D
 ☐ cool & clammy
☐ Skin pink/normal
 ☐ pale
 ☐ cyanotic
 ☐ flushed
 ☐ jaundiced
 ☐ rash
☐ Cap refill <2 sec.
 ☐ >2 sec
☐ Pulses intact
☐ Edema
☐ JVD

**NEUROLOGICAL**
☐ Not applicable
☑ cooperative
☐ uncooperative
☐ agitated/combative
☐ oriented
☐ disoriented
☐ appropriate
☐ sleeping
☐ Reported LOC
☐ alert/awake
☐ cry
☐ irritable

**GASTROINTESTINAL**
☐ Not applicable
☑ Bowel sounds present
*Abdominal*
☑ Soft ☐ Firm
☐ Nondistended ☐ Distended
*Abdominal Tenderness*
☐ Yes ☑ No
☐ Rebound Last BM
*Diarrhea* ☐ Yes ☑ No
*Vomiting* ☐ Yes ☑ No

**GENITOURINARY**
☑ Not applicable ☐ Dysuria
☐ Frequency ☐ Discharge
☐ Swelling
☐ Hx of Bleeding
☐ LMP

**HYDRATION STATUS**
☐ Not applicable
*Mucous Membranes:*
☑ Moist ☐ Dry
*Eyes:*
☑ Normal ☐ Sunken
*Skin Turgor:*
☐ Poor ☑ Normal

**Neck**
☑ Not Applicable
☐ Supple
☐ Other

**Pupils**
☐ Not Applicable
Acuity R L
mm Size mm
Brisk
Sluggish
Fixed

**FONTANELLES** ☐ N/A > 19 mon
☐ flat ☐ bulging
☐ depressed

**GROWTH & DEVELOPMENT**
Personal-Social ☑ WNL no
Fine Motor ☑ WNL no
Language ☑ WNL no
Gross Motor ☑ WNL no

**PEDIATRIC IMMUNIZATION:**
☐ UTD
☐ NUTD*
Head Circum ___
☐ N/A > 36 mon
Birth Weight ___

**SKIN/EXTREMITY**
☐ Not Applicable
☐ Wound/Injury (Describe)

Fall Precaution: ☐ Yes ☑ No
Green Armband On: ☐ Yes ☑ No
At Risk for Skin Breakdown: ☐ Yes ☑ No
Advance Directive ☐ Yes ☑ No
DNR ☐ Yes ☑ No

**NEUROLOGICAL GLASGOW COMA SCALE**
Eyes ___
Verbal ___
Motor ___
TOTAL ___

PUPILS (mm) KEY
• 1  ● 4  ● 7
• 2  ● 5  ● 8
• 3  ● 6

## PAIN ASSESSMENT
☐ NONE  ☑ CURRENTLY HAVE PAIN  ☐ PAIN IN LAST 6-8 WEEKS
LOCATION: chronic back pain
ONSET: ___ QUALITY: ___ ☐ CONSTANT ☐ INTERMITTENT
WHAT HAS RELIEVED YOUR PAIN? PAST: ___ CURRENT: ___
CURRENT PAIN LEVEL: NEONATE (0-10) ___ INFANT/CHILD (0-5) ___ ADULT (0-10) 7

**Pain Intensity (VAS or FACES)**
VAS Rate Pain and effectiveness on scale
0 = no pain & 10 = worst pain
0 1 2 3 4 5 6 7 8 9 10
NO HURT | HURTS LITTLE BIT | HURTS LITTLE MORE | HURTS EVEN MORE | HURTS WHOLE LOT | HURTS WORST

## NUTRITION SCREEN
☐ No Apparent Problem ☐ Teeth Intact ☐ Missing Teeth ☐ Toothless
☐ Poor Appetite ☐ Emaciated Appearance ☐ Obese Appearance ☐ Unintentional Weight Loss
☐ Pregnancy ☐ Lactating ☐ Anemia ☐ Eating Disorder (>10 lbs in last 3 months)

## FUNCTIONAL SCREEN
☐ Difficulty performing ADLs without assistance or special aids: ___
☐ Problems with balance or mobility: ___
☐ Difficult speech, chewing or swallowing problems ☐ Visual Impairment

## ASSESSMENT KEY

| | INFANT / TODDLER (GCS) GLASGOW COMA SCALE | | CHILDREN / ADULT GLASGOW COMA SCALE | |
|---|---|---|---|---|
| **EYE OPENING** | SPONTANEOUS | 4 | SPONTANEOUS | 4 |
| | TO SPEECH | 3 | TO VOICE | 3 |
| | TO PAIN | 2 | TO PAIN | 2 |
| | NONE | 1 | NONE | 1 |
| **VERBAL RESPONSE** | SMILES, INTERACTS | 5 | ORIENTED | 5 |
| | CONSOLABLE | 4 | CONFUSED | 4 |
| | CRIES TO PAIN | 3 | INAPPROPRIATE WORDS | 3 |
| | MOANS TO PAIN | 2 | INCOMPREHENSIBLE WORDS | 2 |
| | NONE | 1 | NONE | 1 |
| **MOTOR RESPONSE** | NORMAL SPONT MOVEMENT | 5 | OBEYS COMMAND | 6 |
| | LOCALIZES PAIN | 5 | LOCALIZES PAIN | 5 |
| | WITHDRAWS TO PAIN | 4 | WITHDRAWS TO PAIN | 4 |
| | ABNORMAL FLEXION | 3 | FLEXION (PAIN) | 3 |
| | ABNORMAL EXTENSION | 2 | EXTENSION (PAIN) | 2 |
| | NONE | 1 | NONE | 1 |

☐ SEE TRAUMA FLOW SHEET ☐ SEE CODE SHEET

Triage _____ R.N.

WBMC 6300-02-WALLACE

## PSYCHOSOCIAL STATUS / EDUCATION

Are there any religious, traditional, ethical or cultural practices that need to be a part of your care?
☐ Yes  ☒ No
Specify: _____

Are you being hit, hurt or frightened by anyone in your home life?
☐ Yes  ☒ No

How do you learn best?  ☐ Verbal  ☐ Reading  ☒ Demonstration
What interferes with your learning?  ☐ Physical  ☐ Age Related  ☐ Communication  ☐ Language  ☐ Spiritual  ☐ Cultural  ☐ Hearing  ☐ Visual  ☒ None  ☐ Religious

## INTERVENTIONS

☐ Tylenol _____ mg. Time _____
☐ Ibuprofen _____ mg. Time _____
☐ Wound Cleansed _____
☐ NPO - Explained at Triage
☐ C-Collar

☐ Dressing _____
_____
_____
☐ Ice & Elevation
☐ Immobilization
☐ Isolation Mask

## CONSENT AND AUTHORIZATION

I am presenting myself for diagnosis and treatment at the Walker Baptist Medical Center and I consent to the rendering of such care, including diagnostic procedures, surgical and medical equipment, and blood transfusions, by authorized members of the hospital medical staff or their designees, as may in their professional judgement be necessary. I acknowledge that no guarantees have been made to me as to the results of such examinations or treatment on my condition.

Undersigned hereby authorizes the Walker Baptist Medical Center and my Physician(s) to release to my insurors full information (including copies of records) relative to this hospitalization.

X _____
PATIENT/PARENT/RESPONSIBLE PARTY SIGNATURE

_____
RELATIONSHIP TO PATIENT

**BARRON    TOMMY**
SOUTHERN MEDICAL GRO    07/31/03
MR: 0246796   M W 046
PT: 9609149-1    FC: L    ED 02

(Addressograph)



**CONSENT FOR TREATMENT**

**CONSENT OF HOSPITAL SERVICES:** Consent is given to Walker Baptist Medical Center, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia P.C., and Baptist Health Clinics, its contractors and its employees to provide hospital services and administer physician orders. Certain procedures may require separate consents. Physicians are responsible for explaining medical or surgical procedures, and patients may be called following their procedure for quality and continuum of care. The undersigned authorizes observers to be present during treatment/surgery for purposes of medical training and education.

**PHYSICIANS:** Physicians including, without limitation, Southern Medical Group Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia, P.C., and Baptist Health Clinics, and Inpatient Medical Services.

(P) Patient unable to sign
---
Consent for treatment (by patient or authorized representative)

7.31.03
---
Date

Amanda Kilpatrick
---
Witness

```
BARRON         TOMMY
SOUTHERN MEDICAL GRO      07/31/03
MR: 0246796  M W 046
PT: 9609149-1       FC: L   ED 02
```

(Addressograph)



## CONDITIONS OF ADMISSION
## PRIVACY NOTICE
## AND FINANCIAL RESPONSIBILITY

**PERSONAL VALUABLES:** The Walker Baptist Medical Center is not responsible for money, jewelry, dentures, hearing aids, eye glasses, watches, credit cards, and such other items which are not deposited in the Hospital safe.

**AUTHORIZATION TO RELEASE INFORMATION:** The undersigned authorizes the Walker Baptist Medical Center and any physician rendering service, for example, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia, P.C., and Baptist Health Clinics, Inc., to release medical or other information about the patient which may be necessary for the completion of insurance claims, review of services, or receipt of benefits. Such information may include current medical records. The information may be released to third-party payors, including the third-party payor's agent and/or representative or anyone responsible for payment of hospital and/or physician charges.

**ASSIGNMENT OF BENEFITS:** The undersigned assigns to and authorizes direct payments of benefits (including insurance benefits, otherwise payable with respect to the patient) to the Walker Baptist Medical Center, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia P.C. and Baptist Health Clinics, Inc. The undersigned agrees to assist in processing claims for benefits.

**MEDICARE AUTHORIZATION:** I certify the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request payment of the authorized benefits be made on my behalf to the Walker Baptist Medical Center, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia P.C. and Baptist Health Clinics, Inc. or any physician rendering services during my treatment.

**FINANCIAL RESPONSIBILITY:** The undersigned agrees to pay for the hospital services, accommodations and physician services rendered to patient and is hereby obligated to pay the accounts of the hospital. It is understood that in the event of obstetrics care the undersigned is obligated to pay the hospital account for mother and infant(s). It is understood and agreed that Walker Baptist Medical Centers, charges not paid may be placed with any attorney or a collection agency. It is understood and agreed that reasonable cost of collection including attorney fees, collection agency fees, and/or open account interest charges assessed are payable by the undersigned. To the extent not expressly prohibited by applicable law, the undersigned agrees to pay all hospital charges not paid in full to the hospital by a third-party payor. The Walker Baptist Medical Center accepts cash, Mastercard, Visa, Discover Card.

The undersigned is aware that in some cases the patients hospital bill may not be covered in full by the insurance company. The undersigned is aware of the fact the (patient/responsible party/guarantor) are responsible for any balance insurance does not pay. This balance due may include provisions set by your insurance company such as: co-payments, deductibles, and "usual and customary" allowances. Co-payments, and deductibles are due upon admission and must be paid prior to discharge.

**I ACKNOWLEDGE THAT I HAVE READ THIS FORM AND UNDERSTAND ITS PURPOSE AND CONTENT.**

(P) Patient unable to sign
_____
Guarantor (Agreement to Pay)

(P) _____        _____
I have received the BHS privacy notice     Refused the privacy notice

7.31.03
_____
Date

Amanda Kilpatrick
_____
Witness

**CONDITIONS OF ADMISSION AND PRIVACY ACKNOWLEDGMENT**