# Exhibit U
# Walker Baptist Medical Center Records dated 8/12/03

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

# WALKER
## BAPTIST MEDICAL CENTER
### EMERGENCY PHYSICIAN RECORD
### General Adult (5)

24 / ✓

BARRON  TOMMY  08/12/03
SOUTHERN MEDICAL GRO
MR: 0246796  M W 046
PT: 9612313-8  CFG  ED 09  L



TIME SEEN: ___  ROOM: ___  __ EMS Arrival
HISTORIAN: __patient __spouse __paramedics
AGE: ___  M / F
HX / EXAM LIMITED BY: _acute intoxication_
Chief complaint: _acute alcohol intoxication_
Started: _tonight_

| time course: | severity: | modifying factors: |
|---|---|---|
| ✓ still present | __mild | __none |
| __better | __moderate | _acutely intoxicated_ |
| __gone now | ✓ severe | |
| __worse | | |

_Presents too intoxicated_
_(him on balance) to him_
_too give a verbal_
_hx on why he is_
_here in the ER_

**ROS**
CONST.
__fever
  subjective / to ___°F
__chills
ENT
__sore throat
__nasal drainage / congestion

CHEST / CVS
__cough
__sputum
__trouble breathing
__chest pain

GI
__abdominal pain
__nausea / vomiting
__diarrhea
__black / bloody stools

URINARY
__problems urinating
__frequent urination

FEMALE GENITAL
__abnormal bleeding / discharge
LMP ___
__postmenopausal / hysterectomy

SKIN / Musculoskeletal
__skin rash
__back pain
__leg pain
__foot swelling

NEURO / EYES
__headache
__blackout
__lost feeling / power
  in arm leg face R / L
__difficulty walking
__difficulty with speech
__double vision
__confusion

☐ all systems neg. except as marked

**PAST HISTORY** __negative
__neurological problems
  CVA  seizure disorder

__cardiac disease
  heart attack (MI)  angina
  heart failure

✓ high blood pressure

__other problems

__lung disease
  asthma  emphysema

__diabetes
  insulin-dependent  diet-controlled
  oral hypoglycemic

__high cholesterol

__Similar symptoms previously

__Recently seen/treated by doctor

Medications  __none  ✓ see nurses note
__ASA  __NSAID  __acetaminophen

Allergies / NKDA
__see nurses note

**SOCIAL HX** ( smoker )  drugs ___
alcohol (occasional / frequent / recent)

**FAMILY HX**

☐ Nursing Assessment Reviewed.  ☐ BP, HR, RR, Temp reviewed

**PHYSICAL EXAM** ___ Alert ___ Anxious  IV _ethergic_
General Appearance: Distress- ✓ no acute ___ moderate ___ severe
_Eye flood that is slowed speech_

**HEENT**
✓ ENT inspection nml      __scleral icterus / pale conjunctivae
✓ pharynx nml              __purulent nasal drainage
                           __pharyngeal erythema / exudate

**NECK**
✓ nml inspection           __thyromegaly
✓ thyroid nml              __lymphadenopathy ( R / L )

**RESPIRATORY**
✓ no resp. distress        __see diagram
✓ breath sounds nml        __wheezing
✓ chest non-tender         __rales
                           __rhonchi

**CVS**
✓ regular rate, rhythm     __irregularly irregular rhythm
✓ no murmur                __extrasystoles ( occasional / frequent )
✓ no gallop                __tachycardia / bradycardia
                           __PMI displaced laterally
                           __JVD present
                           __murmur grade ___/6 sys / dias

                           __gallop ( S3 / S4 )
                           __friction rub

                           __decreased pulse(s)
                             R carotid___ fem___ dors ped___
                             L carotid___ fem___ dors ped___

T=tenderness
R=rebound
m=mild
mod=moderate
sv=severe
Example- Tsv
indicates severe
tenderness.

**ABDOMEN**
✓ non-tender               __tenderness
✓ no organomegaly          __guarding
✓ nml bowel sounds         __rebound
                           __abnormal bowel sounds
                             increased / decreased / absent
                           __hepatomegaly /splenomegaly / mass

**RECTAL**
__non-tender               __black / bloody / heme pos. stool
__heme neg stool           __tenderness / mass / nodule

**BACK**
✓ nml inspection           __CVA tenderness ( R / L )

**SKIN**
✓ color nml, no rash       __cyanosis / diaphoresis / pallor
✓ warm, dry                __skin rash

**EXTREMITIES**
✓ non-tender               __pedal edema
✓ full ROM                 __calf tenderness
✓ no pedal edema

**NEURO/PSYCH**
✓ oriented x3              __disoriented to person / place / time
✓ mood/affect nml          __depressed affect
✓ CN's nml (2-12)          __facial droop/EOM palsy/anisocoria
✓ no motor/sensory deficit __weakness / sensory loss

General Adult-24   Rev. 01/01

---

**EKG, LABS, XRAYS, and PROGRESS**

EKG MONITOR STRIP  __NSR  __Rate_____

EKG __NML  ☐Interp. by me.  ☐Reviewed by me  Rate_____
__NSR  __nml intervals  __nml axis  __nml QRS  __nml ST/T

not / changed from:_____

CXR  ☐Interp. by me  ☐Reviewed by me  ☐Discsd w/radiologist
__nml/NAD  __no infiltrates  __nml heart size  __nml mediastinum

not / changed from:_____
CBC          Chemistries              UA
normal except  normal except   CK____    normal except
WBC____      Na _134_         CKMB____  WBC____
Hgb____      K____            Troponin___ RBC's____
Hct____      Cl _97_                     bacteria____
Platelets____ CO2____         Ca++ 8.0   dip:____
segs____     BUN____          P____
bands____    Creat____        PT____     ETOH
lymphs____   Gluc____
monos____    Anion Gap____    Amylase____
eos____                       Lipase____
Time_____  __unchanged  __improved  __re-examined

_plan: will request Bradford_
_Counselor to come_
_+ interview pt for_
_treatment of ETOH abuse_

__Rx given_____

Discussed with Dr._____        CRIT CARE- 30-74 min
will see patient in: office / ED / hospital   75-104 min ___ min
✓ Counseled patient / family regarding:   __Prior records ordered
  lab results  diagnosis  need for follow-up  __Additional history from:
__Admit orders written                    family caretaker paramedics

**CLINICAL IMPRESSION:**
_Acute alcohol intoxication_
_alcohol dependency_

Discharge Instructions_____

DISPOSITION-  ✓ Home  ☐ admitted  ☐ transferred____
CONDITION-    ☐ unchanged  ☐ improved  ☐ stable____

_____ NP / PA

_[signature]_ MD / DO
I have personally performed and participated in all the above services (including HPI and PE) and procedures. I have reviewed with the PA/NP the history and have confirmed the findings with the patient.
✓ Template complete   ☐ Progress Notes

Page 3 of 18

# WALKER BAPTIST MEDICAL CENTER

**EMERGENCY DEPARTMENT RECORD**



| PATIENT NO. | DATE | TIME | CLINIC 1 | VERIFIED BY | ROOM NO. | TYPE | F/C | SPECIALTY | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| 9612313-8 | 08/12/03 | 01:54 | ERRM | | ED 09 | E | L | | CFG |

| AGE | BIRTHDATE | SEX | RACE | M/S | MOTHER'S MAIDEN NAME | SOCIAL SECURITY NO. | PHONE | COUNTY | MED. REC. NO. |
|---|---|---|---|---|---|---|---|---|---|
| 046 | | M | W | M | HAGOOD | | | WALKER | 0246796 |

**PATIENT NAME & ADDRESS:** BARRON TOMMY

LAST VISIT DATE & TYPE: 07/31/03 INPT0
ACCIDENT DATE/CAUSE: 08/11/03 ONSET OF SY
W/C CONTACT:
AUTH. NO.

**GUARANTOR NAME & ADDRESS:** BARRON, TOMMY

ARRIVED VIA: AMBULANCE-OT
RECEIPT NO. & AMT.

EMPLOYMENT INFORMATION - ONE  REL 01PATIENT  SOCIAL SECURITY #
EMPLOYMENT INFORMATION - TWO  REL 02SPOUSE  SOCIAL SECURITY # 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  STAT. 3

IN CASE OF EMERGENCY CONTACT: SARAH 205924069  JAN EDWARDS 9244019 FRIEN

PHYSICIANS' NUMBERS AND NAMES:
1 999995 SOUTHERN MEDICAL GRO
2
3 000000 NO FAMILY PHYSICIAN
PCP PHYSICIAN

1. INSURANCE CODE & NAME: 1M60 MEDICARE OUTPT
   SUBSCRIBER NAME & BIRTHDATE: BARRON, TOMMY
2. INSURANCE CODE & NAME: 2K28 MEDICAID 2NDA
   SUBSCRIBER NAME & BIRTHDATE: BARRON, TOMMY

**CHIEF COMPLAINT:** CONSULT

COMMENTS:

RESULTS:
- Monitor
- EKG
- Radiology
- Laboratory
- Other

Time Examining MD Notified: ___  Time Patient Examined: ___
Condition on Arrival: ☐ Satisf. ☐ Fair ☐ Poor ☐ Critical
Chief Complaint: ___
HPI: ___

Provisional Diagnosis: ___

Disposition Time: ☐ Discharged ☐ Admitted ☐ Transferred ☐ AMA
Condition On Discharge: ☐ Satisf. ☐ Fair ☐ Improved ☐ Poor ☐ Critical

**Certified Emergency:** ☐ Yes ☐ No

| CONSULT | TIME NOTIFIED | RESPONDED | ARRIVED |
|---|---|---|---|
| | | | |

Examining M.D. Signature ___ M.D.



# WALKER BAPTIST MEDICAL CENTER

## DISCHARGE INSTRUCTIONS

NAME BARRON  TOMMY    DATE 08/12/03    PT # 9612313-8

Discharge Instructions
Given to Patient:
- Fever
- Head Injury
- Cast/Splint
- Wound Care
- Crutch Training
- Other _____
- Back Pain
- Sprain/Strain
- Vomiting/Diarrhea
- UTI
- Food/Drug Interaction

1. Return if worse.  2. Read instruction sheet.
3. Have prescription(s) filled as soon as possible.
4. Special instructions: _____
5. Medication received in ER may hinder your ability to operate any vehicle or other type of machinery.
6. You should see Dr. _____ in ____ days.
   You should see Dr. _____ in ____ days.
   Call for appointment, phone number _____

Examination and treatment you have received in the Emergency Department is given as emergency care only. It is not indended to be a substitute for complete medical care. X-ray impressions made in the Emergency Department are subject to review. If the review indicates additional information, you or your physician will be contacted.

I acknowledge that I have received and understand these instructions.

Patient Signature _____  Date _____  Time _____
Nurse Signature _____

## SCHOOL / WORK EXCUSE

WALKER BAPTIST MEDICAL CENTER

Date 08/12/03    Patient Name BARRON    TOMMY

May Return to Work / School    Date _____

Restrictions:  ☐ None    ☐ Other _____

MD Signature _____

---

Name BARRON   TOMMY    Date 08/12/03
2651 LEONARDS CHAPEL ROAD
Address CARBON HILL   AL   355493450

WALKER BAPTIST MEDICAL CENTER

### MEDICINE PRESCRIBED

| MEDICINE | SIG | DISP | REFILL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Fill All Medicines Prescribed

DISPENSE AS WRITTEN _____ MD   DEA NO. _____

PROD. SELECTION PERMITTED _____ MD   LICENSE NO. _____


BARRON    TOMMY
SOUTHERN MEDICAL GRO    08/12/03
MR:0246796  M W 046
PT: 9612313-8   CFG   ED 09   L

# WALKER

## PATIENT STATUS

A. PATIENT ADMITTED**DO NOT DISCHARGE**

1. DIED

2. LAMA (LEFT AGAINST MEDICAL ADVICE)

3. TRANSFERRED

4. (DISCHARGED)

5. LEFT BEFORE SEEN

6. BMC NOT INSURANCE PROVIDER

PHYSICIAN Roberts

DISCHARGE TIME 1035

CERTIFIED EMERGENCY (YES   OR   NO

(MEDICAID ONLY) _____

CO-PAY OR EMERGENCY DEPARTMENT FEE
DUE AT END OF VISIT

WC 02 5018 REV 1/27/02  P


# WALKER
BAPTIST MEDICAL CENTER

**Emergency Department**
**ORDER FORM**

BARRON  TOMMY
SOUTHERN MEDICAL GRO   08/12/03
MR: 0246796  M W 046
PT: 9612313-8  CFG  ED 09  L



## MEDICATION / TREATMENT / RESPONSE

| TIME | MEDICATION / TREATMENT | DOSE | ROUTE | SITE | INITIAL | TIME | PATIENT RESPONSE | INITIAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## MD ORDERS / INTERVENTIONS/ORDERS

[handwritten illegible notes]

Foley [illegible] fluid [illegible] 3cc clear yellow [illegible]

Berora Bag v.o. Dr Shipman [illegible]

[illegible handwritten notes]
Approx 30cc urine emptied [illegible]
[illegible] verbalized understand of d/c instruct
[illegible] refused to sign d/c [illegible]

### LABORATORY TEST
- [ ] CBC  WBC ___ HGB ___ PLT CT ___
- HCT ___ SEG ___ B ___
- [ ] Cardiac Enzymes CK ___ MB ___ CKMB% ___
- [ ] Troponin ___  [ ] CPK ___
- [ ] PT ___ PTT ___ INR ___
- [ ] BMP Na ___ K ___ Cl ___ CO2 ___ BUN ___
- Creat ___ AG ___ Glucose ___ Ca ___ Osmo ___
- [ ] CMP: BMP (Above) + Hepatic Function Panel (Below)
- [ ] Hepatic Function Panel Albumin ___ Total Protein ___
- Bilirubin ___ Bili Direct ___ Alk Phos ___ SGOT ___ SGGT ___
- [ ] Amylase ___ [ ] Lipase ___
- [ ] Theophylline ___ [ ] Dilantin ___
- [ ] Digoxin ___ [ ] Phenobarb ___
- [ ] UA SPGR ___ WBC ___ RBC ___ Gluc ___ Ket ___ Bact ___ Nitrate ___
- [ ] Urine Culture  [ ] Cath  [ ] CCU  [ ] Urine Pregnancy
- [ ] Urine Drug Screen ___  (ETOH)
- [ ] Serum Pregnancy [ ] Neg [ ] Pos [ ] Quant
- [ ] Rapid Strep [ ] Throat Culture [ ] Mono Spot
- [ ] Blood Culture x ___

0843 Repeat BAL

### INTERVENTIONS
- [ ] B/P Monitoring  [ ] IV  [ ] Hep Lock
- [ ] Oxygen  [ ] Pulse OX  [ ] Telemetry

## VITAL SIGNS

| TIME | TEMP | PULSE | RESP | B/P | PULSE OXIMETRY | NURSE SIGNATURE/TITLE |
|---|---|---|---|---|---|---|
| 1034 | | 93 | 20 | 131/60 | | [illegible] |

See Vital Signs Flow Sheet

### RADIOLOGY  Time to ___ Time From ___

## IV FLUIDS

| TIME | NO | TYPE | AMT | RATE | CATH | ROUTE/LOC | NO OF STICKS | NURSE INIT |
|---|---|---|---|---|---|---|---|---|
| 0820 | 1 | Saline | 1L | 10h | 16g | LFA | 1 | J[illegible] |
| | | [illegible] | 1L | D.C. | " | " | " | " |
| 1330 | 2 | IV | | | | | | D3 |

### RESPIRATORY
- [ ] ABG  PH ___ CO2 ___ PO2 ___ SAT ___
- [ ] Breathing Treatment  Medication ___
- [ ] EKG  [ ] NSR Rate ___  [ ] ABNL ___

### NURSE DISCHARGE CHECKLIST
- [ ] Tetanus Given  [X] IV Site Checked  [ ] Valuables Checklist
- [ ] Antibiotic Given

CERTIFIED EMERGENCY: [X] YES [ ] NO
DIAGNOSIS: [X] SEE T SHEET  OTHER: ___
DISPOSITION: [ ] Discharged  [ ] 23 Hr Obs  [ ] Admit to Rm/Unit ___  [ ] Report to/Time ___
  [ ] Transfer to Hosp/Fac ___  [ ] AMA
[ ] OBSERVATION @ Time ___  [ ] Chest Pain Bed  [ ] Stroke Bed  [ ] Critical Care Bed  [ ] ICU Bed  [X] Other

METHOD OF LEAVING ED:
[X] Ambulatory  [ ] Stretcher  [ ] Wheelchair  [ ] Crutches  [ ] Carried  [ ] Amb/Helicopter

DISCHARGE INSTRUCTIONS: [illegible handwritten]
1) Stop [illegible]  2) See gyn Dr.

[ ] Return to Emergency Department as Needed  [ ] F/U with MD in ___ or if needed
PATIENT D/C INSTRUCTIONS GIVEN: [ ] Head Injury Sheet  [ ] Wound Sheet  [ ] Fever Sheet
[ ] Crutch Precautions  [ ] Sprain/Bruise Sheet  [ ] Eye Patch Sheet  [ ] Clear Liquid Sheet  [ ] TAB Sheet
[ ] Instructed Not to Drive Due to Sedation  [ ] Instructed to Wait 15 Minutes After Injection / PO MED
[ ] RX  [ ] Written Patient Instructions  [ ] See Nurse's Notes  DISCHARGE TIME 1135

CONDITION AT DISCHARGE: [X] GOOD [ ] FAIR [ ] POOR [ ] DECEASED

Physician's Signature: [signature] M.D.
Discharge Nurse Signature: [signature]

REV 4/01 WBMC 6300-03-PG/C-1 12/01

Patient Name: BARRON ,TOMMY

Med.Rec.#: (8000)000246796  Location:     EDW
Patient#: 96123138            Admission Date: 08/12/03
Age: 46 YRS   Sex: MALE
Physician: EMER ROOM STAFF PHYSICIAN  Date/Time: 08/12/03 0918
           ETOH PYSCH

Page:  1

THERAPEUTIC DRUG MONITORING & TOXICOLOGY

---

COLLECT DATE:   08/12/03
COLLECT TIME:   0850                                        UNITS   REFERENCE

----- Volatiles -----                                       MG/DL

ALCOHOL             170
ALCOHOL (06/24/96 -- Current)
    NORMAL-NEGATIVE. FATAL CONCENTRATION IS ABOVE 450 MG/DL.
    COMATOSE LEVEL : 350-500 MG/DL.
    INDIVIDUALS WITH CONCENTRATIONS GREATER THAN 80 MG/DL ARE CONSIDERED TO BE
    UNDER THE INFLUENCE OF ALCOHOL.

*** END OF REPORT ***

Patient Name:  BARRON ,TOMMY
Med.Rec.#:  (8000)000246796

EXPEDITE REPORT

Patient Name: BARRON ,TOMMY

Med.Rec.#: (8000)000246796  Location: EDW
Patient#: 96123138  Admission Date: 08/12/03
Age: 46 YRS   Sex: MALE
Physician: EMER ROOM STAFF PHYSICIAN  Date/Time: 08/12/03 0308
ETOH PYSCH

Page: 1

CHEMISTRY-SURVEYS & PANELS

---

COLLECT DATE:  08/12/03
COLLECT TIME:  0230

| Test | Result | | UNITS | REFERENCE |
|---|---|---|---|---|
| SODIUM | 132 | L | mmol/L | (136-145) |
| POTASSIUM | 3.8 | | mmol/L | (3.5-5.1) |
| CHLORIDE | 97 | L | mmol/L | (98-107) |
| CO2 | 27 | | mmol/L | (23-29) |
| BUN | 6 | | mg/dl | (5-20) |
| CREATININE | 1.0 | | mg/dl | (0.9-1.5) |
| ANION GAP | 8 | | | |
| GLUCOSE | 92 | | MG/DL | (70-104) |
| CALCIUM | 8.6 | L | MG/DL | (8.8-10.2) |
| ALBUMIN | 4.0 | | g/dl | (3.5-5.0) |
| TOTAL PROTEIN | 7.6 | | g/dl | (6.3-8.3) |
| BILIRUBIN TOTAL | .5 | | mg/dl | (.2-1.0) |
| OSMO (CALCU) | 262 | | MOS/KG | (253-306) |
| ALK PHOS | 103 | | U/L | (45-122) |
| SGOT | 32 | | U/L | (10-34) |
| SGPT | 27 | | U/L | (10-44) |

Footnotes

L = Low

*** END OF REPORT ***

Patient Name:  BARRON ,TOMMY
Med.Rec.#:  (8000)000246796

EXPEDITE REPORT

Patient Name: BARRON ,TOMMY

Med.Rec.#: (8000)000246796  Location:          EDW
Patient#: 96123138           Admission Date: 08/12/03
Age:  46 YRS   Sex: MALE
Physician: EMER ROOM STAFF PHYSICIAN  Date/Time: 08/12/03 0317
           ETOH PYSCH

Page:   1

DRUG   SCREENS

---

COLLECT DATE:   08/12/03
COLLECT TIME:     0245                                          UNITS    REFERENCE

BARBITURATE         NEG
BENZODIAZEPINE      NEG
CANNABINOIDS        NEG
COCAINE             NEG
PCP                 NEG
AMPHETAMINE         NEG
OPIATE              POS *
TRICYCLICS          NEG

Footnotes                    *** END OF REPORT ***
* = Abnormal
                             Patient Name:  BARRON ,TOMMY
                             Med.Rec.#:  (8000)000246796

EXPEDITE REPORT

Patient Name: BARRON ,TOMMY

Med.Rec.#: (8000)000246796  
Patient#: 96123138  
Age: 46 YRS   Sex: MALE  
Physician: EMER ROOM STAFF PHYSICIAN  
ETOH PYSCH

Location:           EDW  
Admission Date: 08/12/03  
Date/Time: 08/12/03 0306

Page:    1

## URINALYSIS

------------------------------------------------------------

COLLECT DATE:    08/12/03  
COLLECT TIME:     0245

UNITS    REFERENCE

----- Macroscopic Analysis -----

| | | UNITS | REFERENCE |
|---|---|---|---|
| COLOR | YELLOW | | (STRW/YEL) |
| APPEARANCE | CLEAR | | (CLEAR) |
| PH | 6.0 | | (5.0-8.0) |
| SPEC GRAVITY | 1.010 | | |

SPEC GRAVITY (12/04/98 -- Current)  
   NORMAL REFERENCE RANGE   1.005 - 1.030

| | | | |
|---|---|---|---|
| GLUCOSE | NORMAL | | (NEG) |
| BLOOD | NEGATIVE | | (NEG) |
| PROTEIN | NEGATIVE | | (NEG) |
| KETONES | NEGATIVE | | |
| UROBILINOGEN | NORMAL | | |

UROBILINOGEN (10/27/98 -- Current)  
   NORMAL REFERENCE RANGE  0.1 - 1.0 Eu/DL

| | | | |
|---|---|---|---|
| BILE | NEGATIVE | | (NEG) |
| LEUKOCYTE ESTER | NEGATIVE | | (NEG) |
| NITRATE | NEGATIVE | | (NEG) |

*** END OF REPORT ***

Patient Name:  BARRON ,TOMMY  
Med.Rec.#:  (8000)000246796

EXPEDITE REPORT

Patient Name: BARRON ,TOMMY

Med.Rec.#: (8000)000246796  Location: EDW
Patient#: 96123138  Admission Date: 08/12/03
Age: 46 YRS   Sex: MALE
Physician: EMER ROOM STAFF PHYSICIAN  Date/Time: 08/12/03 0256
ETOH PYSCH

Page: 1

THERAPEUTIC DRUG MONITORING & TOXICOLOGY

---

COLLECT DATE:  08/12/03
COLLECT TIME:   0230                                            UNITS    REFERENCE

----- Volatiles -----
                                                                MG/DL
ALCOHOL              261
ALCOHOL (06/24/96 -- Current)
    NORMAL-NEGATIVE. FATAL CONCENTRATION IS ABOVE 450 MG/DL.
    COMATOSE LEVEL : 350-500 MG/DL.
    INDIVIDUALS WITH CONCENTRATIONS GREATER THAN 80 MG/DL ARE CONSIDERED TO BE
    UNDER THE INFLUENCE OF ALCOHOL.

*** END OF REPORT ***

Patient Name: BARRON ,TOMMY
Med.Rec.#: (8000)000246796

EXPEDITE REPORT

Patient Name: BARRON ,TOMMY

Med.Rec.#: (8000)000246796  Location:  EDW
Patient#: 96123138  Admission Date: 08/12/03
Age: 46 YRS  Sex: MALE
Physician: EMER ROOM STAFF PHYSICIAN  Date/Time: 08/12/03 0247
ETOH PYSCH

Page: 1

HEMATOLOGY

---

COLLECT DATE: 08/12/03
COLLECT TIME: 0230

UNITS    REFERENCE

| | | | |
|---|---|---|---|
| WBC | 4.3 L | K/CMM | (5.4-10.9) |
| RBC | 4.50 | M/CMM | (3.90-5.30) |
| HGB | 14.8 | GM/DL | (11.7-16.4) |
| HCT | 43.1 | % | (34.0-45.9) |
| MCV | 95.8 H | fl | (79.5-93.5) |
| MCH | 32.9 | UUG | (27.8-33.1) |
| MCHC | 34.3 | % | (33.0-37.5) |
| RDW | 13.2 | fl | (10.9-16.3) |
| PLATELET | 177 | K/CMM | (138-297) |
| MEAN PLAT VOLUM | 9.6 | fl | (8.4-12.3) |

----- Differential, Manual -----

| | | | |
|---|---|---|---|
| SEGS | 51 | % | (38-84) |
| LYMPHOCYTE | 35 | % | (9-50) |
| MONOCYTE | 8 | % | (3-13) |
| EOSINOPHIL | 5 | % | (0-9) |
| BASOPHILS | 1 | % | (0-1) |

Footnotes
L = Low, H = High

*** END OF REPORT ***

Patient Name: BARRON ,TOMMY
Med.Rec.#: (8000)000246796

EXPEDITE REPORT



# EMERGENCY DEPARTMENT RECORD

| PATIENT NO. | DATE | TIME | CLINIC 1 | VERIFIED BY | ROOM NO. | TYPE | F/C | SPECIALTY | CLERK |
|---|---|---|---|---|---|---|---|---|---|
| 9612313-8 | 08/12/03 | 01:54 | ERRM | | ED 09 | E | L | | CFG |

## VITAL SIGNS

| TIME | T | P | R | BP |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## ORTHOSTATIC VITAL SIGNS

| BP ○ | P | BP ♀ | P | O2 SAT / FIO2 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**MONITOR**
- Cardiac
- Fast Patch
- Pacer Pads
- Pulse Ox
- NIBP

**TREATMENT:**
- O2 Device
- FIO2
- ET Tube
- CO2 DET
- Tube Tamer
- Stylette
- Suction
- Yankauer
- Control Tip
- Oral Airway
- Nasal Airway
- NG Tube
- Lavacuator
- Foley
- OGL
- IN ___ FT ___
- Emesis Bag
- Sterile 4x4's
- Betadine Soak
- Pencil Cautery
- Other
- Eye Tray
- Irrigation Sol
- Morgan Lens
- Ear Tray
- Chest Tube Tray
- Chest Tube
- Blade
- Suture
- Xylocaine
- Thoraseal
- Trach Tray
- Trach Tube
- Vein Cutdown
- Triple Lumen
- Percut Introducer
- Open Chest
- Peritoneal Lavage
- Other

## NURSE'S NOTES

**0205** — pt resting, eyes closed, easily aroused. Remains connected to bedside monitor, foley patent, draining [illegible]. IV infusing, site clear. — BM

**0708** — Pricilla from Bradford in 22 to evaluate pt. — BM

**0720** — Dr. Shipman & Bradford @ bedside. — BM

**0733** — pt resting, eyes closed easily aroused. VS per flow sheet. No needs voiced. — BM

**0814** — pt resting, eyes closed, unlabored. Connected to bedside monitor, foley patent. No c/o voiced. — BM

## IV FLUIDS

| TIME | # | TYPE | AMT | RATE | CATH | SITE | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## MD ORDERS

| TIME ORDERED | | TIME DONE/INIT |
|---|---|---|
| | | |

**ADVERSE REACTION TO MEDICATION** ☐ Yes ☐ No
**RX WITH WARNING GIVEN** ☐ Yes ☐ No

☐ Admitted ☐ Discharged ☐ Transferred
Nurse Report Called To: _____ Time _____

**Patient Condition on Discharge**
☐ Stable ☐ Improved ☐ Unchanged

Time Discharged _____

**RN Signature**
1. BM
2.

# EMERGENCY DEPT. TRIAGE FORM

| TRIAGE NAME | AGE | DATE |
|---|---|---|
| Tommy Barron | 46 | 8/12 |

**BARRON    TOMMY**
SOUTHERN MEDICAL GRO    08/12/03
MR: 0246796   M W 046
PT: 9612313-8   CFG    ED 09   L

| ROOM # | TIME IN ROOM | EMERG | URGENT | SEMI-URGENT | NON-URGENT | RECHECK |
|---|---|---|---|---|---|---|
| 20 | 045 | | X | | | ☐ Scheduled ☐ Non-Scheduled |

ACCOMPANIED ON ARRIVAL BY: ☐ SELF ☐ RELATIVE ☐ TRANSFER ☐ OTHER   FROM _____ HOSP.
NOTIFIED: Police ☐ Family ☐ Coroner ☐ Time: ____

MODE OF ARRIVAL: ☐ PRIVATE VEHICLE ☒ AMBULANCE ☐ POLICE ☐ OTHER   ☐ AMBULATORY ☐ WHEELCHAIR ☐ CARRIED ☐ CRUTCHES ☒ STRETCHER

FAMILY M.D. _____    SIGN IN TIME: 045
Have you seen an M.D. in the last 24 hours? Y ☐ N ☒    Call Light ✓    Side Rail Up ✓    Valuables ☐ Y ☐ N ☐ See Valuables Checklist

AREA: ☐ MAIN ED ☐ TRAUMA (Major/Minor) ☐ MEDICAL (Cardiac/Non-Cardiac) ☐ FAST TRACK (GYN/EENT/ORTHO/Other)

**CHIEF COMPLAINT**: Pooh evaluation ETOH

## TREATMENT PRIOR TO ARRIVAL: ☐ None
Medication: _____ Time _____
Other: _____
**Prehospital Care:**
☐ None ☐ Ice ☐ Elevate
☐ Spinal Immob. ☐ Splint _____
☐ C-Collar ☐ IV _____
☐ Dressing _____ ☐ O₂ _____

## PAST MEDICAL HISTORY
☐ Non-significant PMH ☐ AMI Date _____ ☐ CHF
☒ HTN ☐ CABG ☐ CAD ☐ ASCVD ☐ Diabetes ☐ PUD
☐ CRF ☐ COPD ☐ Asthma ☐ Sz Disorder Use ☐ Arthritis ☐ Ca
☐ CVA ☐ Sickle Cell ☐ HIV ☐ Hepatitis ☐ Liver Disease
☐ Migraine ☐ Other _____
Weight 160    ☐ Tobacco use 1-945    ☐ Alcohol use Yes

ALLERGIC TO:  DRUG ☐ YES ☒ NO  LIST: _____
FOOD ☐ YES ☐ NO  LIST: _____

## VITAL SIGNS
| Time | Pulse | Resp. | B/P | Temp | Pulse Ox |
|---|---|---|---|---|---|
| 0150 | 98 | 20 | 124/91 | 96.9 | |

PRESENT MEDICATIONS: NONE ☐   SEE HOME MED SHEET ☐   SEE NURSING HOME LIST ☐

Tetanus: ☐ U.T.D. ☐ unknown ☐ > 5 years

## ASSESSMENT

**RESPIRATORY**
☐ Not applicable
☒ Normal bilateral
☐ labored
☐ gasps/mouth
☐ wheezing R L
☐ retractions
☐ nasal flaring
☐ decreased R L
☐ Cough
☐ non-productive
☐ productive
☐ sputum color: _____
☐ airway clear
☐ part obstructed
☐ obstructed

**CARDIO-VASCULAR**
☐ Not applicable
☒ Pulse regular
☐ irregular
☐ Skin W & D
☐ cool & clammy
☒ Skin pink/normal
☐ pale
☐ cyanotic
☐ flushed
☐ jaundiced
☐ rash
☐ Cap refill <2 sec
☐ >2 sec
☐ Pulses intact
☐ Edema
☐ JVD

**NEUROLOGICAL**
☐ Not applicable
☐ co-operative
☐ uncooperative
☐ agitated/combative
☐ sedated
☐ disoriented
☐ inappropriate
☐ sleeping
☐ Repeated LOC ☐ Y ☐ N
☐ alert/playful
☐ crying
☐ irritable

**GASTROINTESTINAL**
☐ Not applicable
☐ Bowel sounds present
Abdominal:
☒ Soft ☐ Firm
☐ Nondistended ☐ Distended
Abdominal tenderness
☐ Yes ☐ No
☐ Rebound Last BM _____
Diarrhea ☐ Yes ☐ No
Vomiting ☐ Yes ☐ No

**GENITOURINARY**
☐ Not applicable ☐ Dysuria
☐ Frequency ☐ Discharge
☐ Swelling
☐ Hx of Bleeding
☐ LMP _____

**HYDRATION STATUS**
☐ Not applicable
Mucous Membranes:
☒ Moist ☐ Dry
Eyes:
☒ Normal ☐ Sunken
Skin Turgor:
☐ Poor ☒ Normal

**Neck**
☐ Not Applicable
☐ Supple
☐ Other _____

**Pupils**
☐ Not Applicable
Acuity _____
R ___ L ___

**FONTANELLES** ☐ N/A > 19 mon
☐ flat ☐ bulging
☐ depressed

**GROWTH & DEVELOPMENT**
Personal-Social ☒ WNL no
Fine Motor ☒ WNL no
Language ☒ WNL no
Gross Motor ☒ WNL no

**PEDIATRIC IMMUNIZATION:**
☐ UTD
☐ NUTD*
Head Circum. _____
☐ N/A > 36 mon
Birth Weight _____

**SKIN/EXTREMITY**
☐ Not Applicable
☐ Wound/Injury (Describe): _____

Fall Precaution: ☐ Yes ☒ No
Green Armband On: ☐ Yes ☒ No
At Risk for Skin Breakdown: ☐ Yes ☒ No
Advance Directive ☐ Yes ☒ No
DNR ☐ Yes ☒ No

**NEUROLOGICAL GLASGOW COMA SCALE**
Eyes: 4
Verbal: _____
Motor: _____
TOTAL: 14

PUPILS (mm) KEY

## PAIN ASSESSMENT
☐ NONE ☐ CURRENTLY HAVE PAIN ☐ PAIN IN LAST 6-8 WEEKS
LOCATION _____
ONSET _____ QUALITY _____   ☐ CONSTANT ☐ INTERMITTENT
WHAT HAS RELIEVED YOUR PAIN? PAST: _____ CURRENT: _____
CURRENT PAIN LEVEL NEONATE (0-10) ___ INFANT/CHILD (0-5) ___ ADULT (0-10) ___

Pain Intensity (VAS or FACES)
VAS: Rate Pain and effectiveness on scale 0 = no pain & 10 = worst pain
0 NO HURT | 1 HURTS LITTLE BIT | 2 HURTS LITTLE MORE | 3 HURTS EVEN MORE | 4 HURTS WHOLE LOT | 5 HURTS WORST
0 1 2 3 4 5 6 7 8 9 10

## NUTRITION SCREEN
☐ No Apparent Problem ☐ Teeth Intact ☐ Missing Teeth ☐ Toothless
☐ Poor Appetite ☐ Emaciated Appearance ☐ Obese Appearance ☐ Unintentional Weight Loss (>10 lbs. in last 3 months)
☐ Pregnancy ☐ Lactating ☐ Anemia ☐ Eating Disorder

## FUNCTIONAL SCREEN
☐ Difficulty performing ADLS without assistance or special aid's: _____
☐ Problems with balance or mobility: _____
☐ Difficult speech, chewing or swallowing problems ☐ Visual Impairment

## ASSESSMENT KEY

| INFANT / TODDLER (GCS) GLASGOW COMA SCALE | | CHILDREN /ADULT GLASGOW COMA SCALE | |
|---|---|---|---|
| **EYE OPENING** SPONTANEOUS | 4 | **EYE OPENING** SPONTANEOUS | 4 |
| TO SPEECH | 3 | TO VOICE | 3 |
| TO PAIN | 2 | TO PAIN | 2 |
| NONE | 1 | NONE | 1 |
| **VERBAL RESPONSE** SMILES/INTERACTS | 5 | **VERBAL RESPONSE** ORIENTED | 5 |
| CONSOLABLE | 4 | CONFUSED | 4 |
| CRIES TO PAIN | 3 | INAPPROPRIATE WORDS | 3 |
| MOANS TO PAIN | 2 | INCOMPREHENSIBLE WORDS | 2 |
| NONE | 1 | NONE | 1 |
| **MOTOR RESPONSE** NORMAL SPONT MOVEMENT | 6 | **MOTOR RESPONSE** OBEYS COMMAND | 6 |
| LOCALIZES PAIN | 5 | LOCALIZES PAIN | 5 |
| WITHDRAWS TO PAIN | 4 | WITHDRAWS TO PAIN | 4 |
| ABNORMAL FLEXION | 3 | FLEXION (PAIN) | 3 |
| ABNORMAL EXTENSION | 2 | EXTENSION (PAIN) | 2 |
| NONE | 1 | NONE | 1 |

☐ SEE TRAUMA FLOW SHEET ☐ SEE CODE SHEET

Triage _____ R.N.

WBMC 6300-02 WALLACE

## PSYCHOSOCIAL STATUS / EDUCATION

Are there any religious, traditional, ethical or cultural practices that need to be a part of your care?
☐ Yes  ☒ No
Specify: _____

Are you being hit, hurt or frightened by anyone in your home life?
☐ Yes  ☒ No

How do you learn best?  ☐ Verbal  ☐ Reading  ☐ Demonstration
What interferes with your learning?  ☐ Physical  ☐ Age Related  ☐ Communication  ☐ Language
☐ Spiritual  ☐ Cultural  ☐ Hearing  ☐ Visual  ☒ None  ☐ Religious

## INTERVENTIONS

☐ Tylenol _____ mg. Time _____
☐ Ibuprofen _____ mg. Time _____
☐ Wound Cleansed _____

☐ NPO - Explained at Triage
☐ C-Collar

☐ Dressing _____

☐ Ice & Elevation
☐ Immobilization
☐ Isolation Mask

## CONSENT AND AUTHORIZATION

I am presenting myself for diagnosis and treatment at the Walker Baptist Medical Center and I consent to the rendering of such care, including diagnostic procedures, surgical and medical equipment, and blood transfusions, by authorized members of the hospital medical staff or their designees, as may in their professional judgement be necessary. I acknowledge that no guarantees have been made to me as to the results of such examinations or treatment on my condition.

Undersigned hereby authorizes the Walker Baptist Medical Center and my Physician(s) to release to my insurors full information (including copies of records) relative to this hospitalization.

X _____
PATIENT/PARENT/RESPONSIBLE PARTY SIGNATURE

_____
RELATIONSHIP TO PATIENT



**BARRON        TOMMY**
SOUTHERN MEDICAL GRO        08/12/03
MR: **0246796**   M W 046
PT: **9612313-8**     FC: L    ED 09

(Addressograph)

**CONSENT FOR TREATMENT**

**CONSENT OF HOSPITAL SERVICES:** Consent is given to Walker Baptist Medical Center, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia P.C., and Baptist Health Clinics, its contractors and its employees to provide hospital services and administer physician orders. Certain procedures may require separate consents. Physicians are responsible for explaining medical or surgical procedures, and patients may be called following their procedure for quality and continuum of care. The undersigned authorizes observers to be present during treatment/surgery for purposes of medical training and education.

**PHYSICIANS:** Physicians including, without limitation, Southern Medical Group Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia, P.C., and Baptist Health Clinics, and Inpatient Medical Services.

*unconscienses due to Intoxication*
Consent for treatment (by patient or authorized representative)

7-12-03
Date

_[signature]_
Witness

```
BARRON          TOMMY
SOUTHERN MEDICAL GRO      08/12/03
MR: 0246796   M W 046
PT: 9612313-8        FC: L    ED 09
```



# CONDITIONS OF ADMISSION
# PRIVACY NOTICE
# AND FINANCIAL RESPONSIBILITY

(Addressograph)

**PERSONAL VALUABLES:** The Walker Baptist Medical Center is not responsible for money, jewelry, dentures, hearing aids, eye glasses, watches, credit cards, and such other items which are not deposited in the Hospital safe.

**AUTHORIZATION TO RELEASE INFORMATION:** The undersigned authorizes the Walker Baptist Medical Center and any physician rendering service, for example, Radiology Associates of North Alabama, P.C., Southern Medical Group, Inc., Foothills Anesthesia, P.C., and Baptist Health Clinics, Inc., to release medical or other information about the patient which may be necessary for the completion of insurance claims, review of services, or receipt of benefits. Such information may include current medical records. The information may be released to third-party payors, including the third-party payor's agent and/or representative or anyone responsible for payment of hospital and/or physician charges.

**ASSIGNMENT OF BENEFITS:** The undersigned assigns to and authorizes direct payments of benefits (including insurance benefits, otherwise payable with respect to the patient) to the Walker Baptist Medical Center, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia P.C. and Baptist Health Clinics, Inc. The undersigned agrees to assist in processing claims for benefits.

**MEDICARE AUTHORIZATION:** I certify the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request payment of the authorized benefits be made on my behalf to the Walker Baptist Medical Center, Southern Medical Group, Inc., Radiology Associates of North Alabama, P.C., Foothills Anesthesia P.C. and Baptist Health Clinics, Inc. or any physician rendering services during my treatment.

**FINANCIAL RESPONSIBILITY:** The undersigned agrees to pay for the hospital services, accommodations and physician services rendered to patient and is hereby obligated to pay the accounts of the hospital. It is understood that in the event of obstetrics care the undersigned is obligated to pay the hospital account for mother and infant(s). It is understood and agreed that Walker Baptist Medical Centers, charges not paid may be placed with any attorney or a collection agency. It is understood and agreed that reasonable cost of collection including attorney fees, collection agency fees, and/or open account interest charges assessed are payable by the undersigned. To the extent not expressly prohibited by applicable law, the undersigned agrees to pay all hospital charges not paid in full to the hospital by a third-party payor. The Walker Baptist Medical Center accepts cash, Mastercard, Visa, Discover Card.

The undersigned is aware that in some cases the patients hospital bill may not be covered in full by the insurance company. The undersigned is aware of the fact the (patient/responsible party/guarantor) are responsible for any balance insurance does not pay. This balance due may include provisions set by your insurance company such as: co-payments, deductibles, and "usual and customary" allowances. Co-payments, and deductibles are due upon admission and must be paid prior to discharge.

**I ACKNOWLEDGE THAT I HAVE READ THIS FORM AND UNDERSTAND ITS PURPOSE AND CONTENT.**

*Unconscienes due to intoxication*
Guarantor (Agreement to Pay)

_____          _____
I have received the BHS privacy notice          Refused the privacy notice

8-12-03
Date

_____
Witness


**CONDITIONS OF ADMISSION AND PRIVACY ACKNOWLEDGMENT**