**Exhibit W**
**Exhibits from Walker County Civil Service Board**
**Hearing Regarding Derane Ingle**

# SUBPOENA

## THE CIVIL SERVICE BOARD OF WALKER COUNTY, ALABAMA

To: Any Sheriff of the State of Alabama – Greeting:

You are hereby commanded to summon ___Derane Ingle___

___724 Old Flatwood Road Nauvoo, AL 35578___

personally, to be and appear before the CIVIL SERVICE BOARD OF WALKER

COUNTY at the Walker County Courthouse on the __12th__ day of ___July___,

200_2_, at _7:15 PM_ o'clock and until discharged by due course of law, and to

give evidence and truth to speak in the matter of __Taz Burch (Tommy Barron)__

Witness my hand this ___29th___ day of ___June___, 200_2_.

_Sharon Tucker_
Clerk, Civil Service Board of Walker County

I have executed this writ by leaving a copy of the within Subpoena with the within
witness.

This _____ day of _____, 200___.

_____, Sheriff

By:_____

| LN | CASE # | P SIG | S SIG | DATE | TIME | DAY | UNIT | DISPATCH ADDRESS |
|----|--------|-------|-------|------|------|-----|------|------------------|
| 01 | 0301 00767 | 67 | | 01/17/03 | 03:30:24 | FRI | 309 | |
| 02 | 0303 01266 | 38A | 38B | 03/23/03 | 23:37:22 | SUN | 311 | |
| 03 | 0307 01279 | 72 | | 07/25/03 | 00:47:20 | FRI | 325 | |
| 04 | 0308 01238 | 94 | | 08/25/03 | 11:10:17 | MON | 304 | |
| 05 | 0310 00274 | 32B | | 10/07/03 | 08:27:25 | TUE | 317 | |
| 06 | 0310 00646 | 97D | | 10/14/03 | 16:55:22 | TUE | 319 | |
| 07 | 0402 00788 | 97D | 15C | 02/16/04 | 01:41:04 | MON | 318 | |

/            72          12|27|00              1012 NW 6th st

                    7 CALLS          LN# OR ESC __

```
==============================================================================
 BOOKING# - 040000416                          STATUS  - RELEASED
                                               FACILITY- COUNTY JAIL
 INMATE    - BARRON TOMMY DURAND
 ALIAS     -                        DOB     -  ████████     AGE:  47
 ALIAS     -                        PLCE\BIR- WALKER CO          ST - AL
 ADDRESS   - ████████████████       RACE    - W        SEX- M
 CITY      - ██████████████         HEIGHT  - 6`02"
 ZIP       -  ████████████          WEIGHT  - 195
 HOME PH   - ██████████             HAIR    - BRO.
 M. STATUS- DIVORCED                EYES    - BLU
 RELIGION -                         COMPLEX - MED
 GANG AFF -
 SCARS/TAT- MUTIPLE SCARS ON LOWER RIGHT ARM
 ENEMIES   -
 REMARKS   -
------------------------------------------------------------------------------
 SSN       - 420 84 2332            SID     -
 DLN ST    -          DLN-          LOCID   - 08942
```

-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE    F12=INMATES CHARGES     ESC TO QUIT

==================================================================================
```
BOOKING# – 030000868                          STATUS  – RELEASED
INMATE   – BARRON TOMMY DURAND                FACILITY– COUNTY JAIL
BOOK-IN DATE– 04/02/2003
PROJ RELEASE– 00/00/0000
SSN          – 420 84 2332
HOLDS        – N
AGENCY   –                          REASON
AGENCY   –                          REASON
AGENCY   –                          REASON
AGENCY   –                          REASON
```
==================================================================================
```
RELEASE OFFICER– WILLIAMS              RELEASE DATE– 04/03/2003  TIME– 15:08
RELEASE TYPE   –
REMARKS – BOND PER 104 GENE BARRON SIGNED
REMARKS –
REMARKS –

ALERTS  – N
DETAILS –
DETAILS –
DETAILS –
-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE    F12=INMATES CHARGES    ESC TO QUIT
```

```
================================================================================
BOOKING# - 030000868                        STATUS  - RELEASED
INMATE   - BARRON TOMMY DURAND
================================================================================
                                FACILITY    - 01 COUNTY JAIL
                                TYPE BOOKING- N
ARREST DATE - 04/02/2003        BKNG AGENCY - 01
ARREST OFFCR- DUNN              BKNG OFFICER- WOODLEY
ARREST  DEPT- STATE             BOOKING DATE- 04/02/2003  TIME- 15:22
PROJ.RLSDATE- 00/00/0000        CLASS.      -
CELL ASGN   -                   WORK RELEASE- N      WEEKEND INMATE - N
SEARCH OFFCR- WOODLEY           INTOX RESULT-
TYPE SEARCH - UNDRESSED         SSA STATUS  - C  CONVICTED - 00/00/0000
--------------------------------------------------------------------------------
HOLDS- N      AGENCY-              REASON-
              AGENCY-              REASON-
              AGENCY-              REASON-
              AGENCY-              REASON-
NOTES -
NOTES -
NOTES -

-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE     F12=INMATES CHARGES     ESC TO QUIT
```

========================================================================
BOOKING# - 030000868                          STATUS   - RELEASED
INMATE    - BARRON TOMMY DURAND               FACILITY- COUNTY JAIL
========================================================================
PROPERTY
CASH -        $157.82        DESC-
ADD PROP - BALL CAP, BLUE JEANS, TENNIS SHOES
ADD PROP -
ADD PROP -
BIN #    - 218

VEH IMPND- YES
IMPND LOT- GORDON
REMARKS   - REFUSED BREATH MUST STAY 24 HRS
REMARKS   - CAN BOND AT 14:45 HRS 4/3/03
------------------------------------------------------------------------
COURT INFORMATION
COURT    -                        ATTORNEY -
JUDGE    -                        PHONE    - 000 000 0000
REMARKS  -
REMARKS  -

-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE     F12=INMATES CHARGES     ESC TO QUIT

```
635                ** JAIL - CONTACT/MED/EMPLOYER **        BOOKING SCREEN 2 OF 4
===============================================================================
BOOKING# - 030000868                             STATUS  - RELEASED
INMATE   - BARRON TOMMY DURAND                   FACILITY- COUNTY JAIL
===============================================================================
NEXTOFKIN- ALIJEAN BARRON            RELATION - BROTHER
STREETADD-                           PHONE    - 000 ████████
CITY- ███████████      ST- ██ ZIP-
REMARKS  -
-------------------------------------------------------------------------------
HANDICAP- Y    REQUIREMENTS- BREATHING MACHINE
GLASSES -      SMOKE    - Y
MED PROBLEMS/NEEDS- Y    PHYSICIAN- DR.CAMP                PH - 000 000 0000
NEEDS/PROBLEMS/CONCERNS- HEART ATTACK,LUNG COLAPSED,
REMARKS  - BREATHING PROBLEMS
REMARKS  -
REMARKS  -
-------------------------------------------------------------------------------
EMPLOYED - N
EMPLOYER -
ADDRESS  -
CITY-                    ST-    ZIP-
PHONE    - 000 000 0000
-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE    F12=INMATES CHARGES    ESC TO QUIT
```

=============================================================================

BOOKING# - 030000868                              STATUS   - RELEASED
                                                  FACILITY- COUNTY JAIL

INMATE    - BARRON TOMMY DURAND
ALIAS     -                              DOB      -                  AGE:  47
ALIAS     -                              PLCE\BIR- WALKER CO             ST - AL
ADDRESS   -                              RACE     - W             SEX- M
CITY      -                              HEIGHT   - 6`02"
ZIP       -                              WEIGHT   - 195
HOME PH   -                              HAIR     - BRO
M. STATUS- DIVORCED                      EYES     - BLU
RELIGION -                               COMPLEX  - MED
GANG AFF -
SCARS/TAT- MUTIPLE SCARS ON LOWER RIGHT ARM
ENEMIES   -
REMARKS   -
-----------------------------------------------------------------------------
SSN       - 420 84 2332                  SID      -
DLN ST    -        DLN-                   LOCID    - 08942


-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE    F12=INMATES CHARGES    ESC TO QUIT

```
=============================================================================
WARRANT NUM- LOC      98CC98180       SEX      - M      RACE    -
NAME         - BARRON TOMMY DURAND    BIRTH DTE-
ADDRESS      -                        HAIR     -             EYES    -
ADDRESS      -                        HEIGHT   - 6'03"      WEIGHT  - 000
CITY/STATE   -                    AL  SS NUMBER-
ZIP +4       -                        ALIAS    -
DL ST/DLN    -                        ALIAS    -

COMMENTS     - RECALLED PER BROTHERTON
-----------------------------------------------------------------------------
OFFNSE DATE- 00/00/0000               BOND AMT -     $10,000
ISSUE DATE - 11/16/1998               AGENCY   - THOMPSON
CHARGE     - ALIAS FTA UP PYROTECHNI  ST/CO/CI -
STATUTE    -                          PHONE #  -
TYPE       - VIO        KIND -        COURT DTE- 00/00/0000  TIME -   :
-----------------------------------------------------------------------------
STATUS     - R                        LOCATION -
STATUS DATE- 11/17/1998 LOCAL CODE -  OFFICER  - WEST
COMMENTS   -
COMMENTS   -
COMMENTS   -
-- PRESS ANY KEY WHEN FINISHED --
```

Arrest

```
==================================================================
WARRANT NUM- LOC      98CC98181        SEX      - M       RACE   -
NAME        - BARRON TOMMY             BIRTH DTE-
ADDRESS     -                          HAIR     -         EYES   -
ADDRESS     -                          HEIGHT   - 6'03"   WEIGHT - 000
CITY/STATE  -                    AL    SS NUMBER-
ZIP +4      -                          ALIAS    -
DL ST/DLN   -                          ALIAS    -

COMMENTS    - RECALLED PER BROTHERTON
------------------------------------------------------------------
OFFNSE DATE- 00/00/0000                BOND AMT -      $10,000
ISSUE DATE - 11/16/1998                AGENCY   - THOMPSON
CHARGE      - ALIAS FTA PUBLIC INTOXICA ST/CO/CI -
STATUTE     -                          PHONE #  -
TYPE        - VIO        KIND -        COURT DTE- 00/00/0000  TIME -   :
------------------------------------------------------------------
STATUS      - R                        LOCATION -
STATUS DATE- 11/17/1998 LOCAL CODE -   OFFICER  - WEST
COMMENTS    -
COMMENTS    -
COMMENTS    -
-- PRESS ANY KEY WHEN FINISHED --                           _
```

Arrest

```
==================================================================================
BOOKING# - 040000416                          STATUS  - RELEASED
INMATE   - BARRON TOMMY DURAND                FACILITY- COUNTY JAIL
==================================================================================
NEXTOFKIN- ALIJEAN BARRON              RELATION - BROTHER
STREETADD-                             PHONE    - 000 ███████
CITY- ███████████     ST- ██ ZIP-
REMARKS  -
----------------------------------------------------------------------------------
HANDICAP- Y    REQUIREMENTS- BREATHING MACHINE
GLASSES -       SMOKE   - Y
MED PROBLEMS/NEEDS- Y    PHYSICIAN- DR.CAMP          PH - 000 000 0000
NEEDS/PROBLEMS/CONCERNS- HEART ATTACK,LUNG COLAPSED,
REMARKS  - BREATHING PROBLEMS, BRACE ON RT ARM, BUSTED LIP
REMARKS  -
REMARKS  -
----------------------------------------------------------------------------------
EMPLOYED - N
EMPLOYER -
ADDRESS  -
CITY-                  ST-      ZIP-
PHONE    - 000 000 0000
-- MORE -- PRESS ANY KEY TO SEE NEXT PAGE    F12=INMATES CHARGES    ESC TO QUIT
```

CASE ACTION SUMMARY
DISTRICT CRIMINAL          CASE: DC 95 000541.00

IN THE DISTRICT COURT OF    WALKER    COUNTY                    JUDGE: LEL
STATE OF ALABAMA              VS    BARRON TOMMY D

CASE: DC 95 000541.00

DOB: ███████      RACE: W  SEX:   M        HT:  6 03  WT: 190  HR:  BRO  EYE: BLU
SSN: 4█████████      ALIAS NAMES:

CHARGE1: CARRYING CONCEALED W            CODE1: CCWE LIT: CARRYING CONCEA TYPE: M
CHARGE2:                                 CODE2:                            TYPE:
CHARGE3:                                 CODE3:                            TYPE:
MORE?:      OFFENSE DATE: 03/11/95   AGENCY/OFFICER:           BATEMON

DATE WAR/CAP ISS:                    DATE ARRESTED: 04/08/95
DATE    INDICTED:                    DATE    FILED: 04/11/95
DATE    RELEASED:                    DATE  HEARING:
        BOND AMOUNT:        $300.00                SURETIES:

DATE 1: 05/02/95  DESC:   TRAL        TIME:   0900 A
DATE 2:           DESC:   0000        TIME:   0000

DEF/ATY:                              TYPE:                        TYPE:
PROSECUTOR:

OTH CSE: 0000000000     CHK/TICKET NO: AST0100      GRAND JURY:
COURT REPORTER              SID NO: 000000000
DEF STATUS: BOND        DEMAND:                     OPID: DEC

| DATE | ACTION, JUDGMENTS, CASE NOTES |
| --- | --- |
| 5-1-95 | WRITTEN ORDER FILED |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

STATE OF ALABAMA,  　　　　　*　　IN THE DISTRICT COURT OF

　　　　PLAINTIFF,　　　　　　*　　WALKER COUNTY, ALABAMA

VS.　　　　　　　　　　　　　*　　CRIMINAL DIVISION

TOMMY D. BARRON,　　　　　*　　CASE NO.　DC-95-95-541

　　　　DEFENDANT.　　　　　　*


## ORDER


　　　　This cause coming on for hearing before this Court on
this date and it being made known to this Court that said
cause should be dismissed and upon consideration of the
same, it is,

　　　　THEREFORE, THE ORDER OF THIS COURT, That said cause
shall be and is hereby dismissed; DEFENDANT TO PAY COURT
COST BY JUNE 1, 1995.

　　　　DONE AND ORDERED, This the 1ST day of MAY, 1995.

_____
JUDGE/LARRY E. LAPKOVITCH

FILED

WALKER COUNTY, AL.
CIRCUIT CLERK
THOMPSON

95 — 1 PM 3 47

CASE ACTION SUMMARY
DISTRICT CRIMINAL            CASE: DC 95 000542.00

IN THE DISTRICT COURT OF     WALKER   COUNTY                    JUDGE: LEL
STATE  OF  ALABAMA            VS     BARRON TOMMY D

CASE: DC 95 000542.00

DOB:                RACE: W  SEX:   M        HT:  6 03  WT: 190  HR:  BRO  EYE: BLU
SSN:                ALIAS NAMES:

CHARGE1: PUBLIC INTOXICATION          CODE1: PINT LIT: PUBLIC INTOXICA  TYPE: V
CHARGE2:                              CODE2:                           TYPE:
CHARGE3:                              CODE3:                           TYPE:
MORE?:          OFFENSE DATE: 03/11/95  AGENCY/OFFICER:        BATEMON

DATE WAR/CAP ISS:                     DATE ARRESTED: 04/08/95
DATE    INDICTED:                     DATE    FILED: 04/11/95
DATE    RELEASED:                     DATE  HEARING:
     BOND AMOUNT:        $300.00               SURETIES:

DATE 1: 05/02/95 DESC:  TRAL          TIME:   0900 A
DATE 2:          DESC:  0000          TIME:   0000

DEF/ATY:                              TYPE:                          TYPE:
PROSECUTOR:

OTH CSE: 0000000000      CHK/TICKET NO: AST0100        GRAND JURY:
COURT REPORTER                  SID NO: 000000000
DEF STATUS: BOND         DEMAND:                       OPID: DEC

    DATE          ACTION, JUDGMENTS, CASE NOTES

          |     RETURN ON THIS COPY!
          |
          |     WRITTEN ORDER FILED
          |
          |
          |
          |
          |
          |
          |
          |
          |
          |
          |
          |
          |
          |
          |
          |
          |

STATE OF ALABAMA,       *     IN THE DISTRICT COURT OF

     PLAINTIFF,       *     WALKER COUNTY, ALABAMA

VS.       *     CRIMINAL DIVISION

TOMMY BARRON,       *     CASE NO. DC-95-542

     DEFENDANT.       *

## ORDER

     After full rights given by the Court, Defendant voluntarily and intelligently pleads guilty, Judgment guilty and Defendant fined $50.00, $25.00 Victim Crime Fee and Court Cost and Defendant not having presently paid fine, VCF and Court Cost,

     IT IS, THE ORDER OF THIS COURT, That imposition of sentence be and the same is hereby suspended for final payment through the CSO Office with disbursement to the Circuit Clerk's Office upon final payment.

     DONE AND ORDERED, This the 2ND day of MAY, 1995.

_____
JUDGE LARRY E. LAPKOVITCH

FILED
1995 JUN 15 PM 4: 08
MARSHALL THOMPSON
CIRCUIT CLERK
WALKER COUNTY, AL



CRIMINAL HISTORY INDEX

| | | | IDENT NO. | | F.P. CLASS. |
|---|---|---|---|---|---|

| LAST NAME | FIRST NAME | MIDDLE NAME | DRIVERS LICENSE NO. |
|---|---|---|---|
| Barron | Tommy | Durand | |

| ALIAS | SOCIAL SECURITY NO. | RACE | SEX | AGE |
|---|---|---|---|---|
| | | W | M | |

ADDRESS

| HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | MARITAL STATUS |
|---|---|---|---|---|---|
| 6'3 | 196 | Blu | BRo | Wed | Married |

OCCUPATION (OR SCHOOL ATTENDED)                    SCARS OR MARKS

| NEXT OF KIN | ADDRESS | PHONE NO. |
|---|---|---|

(SEE OTHER SIDE FOR ARREST RECORD)

Tommy Barron

| NUMBER | CHARGE | DISPOSITION |
|---|---|---|
| 24-22 CH-5 | Public Intox | Jailed |
| 95 CH-7 | DUI + PD | Jailed |
| 47 | Warning Hammlins 35 | Jailed |
| | H2 Fail to 4/9 73 | Jailed |
| 77 | 82 Zen 11-2-73 | |
| | 18.9 Public Intox | |
| | 1.8.74 2020 | |



| NAME / NUMBER | CHARGE | DISPOSITION |
|---|---|---|
| 7-25-72 Ch-5 | DUI & F... | Jailed |
| 6-22-98 Ch-7 | ... | Jailed |

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATIO

| Fingerprinted | R54 Completed |
|---|---|
| ① Yes | ① Yes |
| ② No | ② No |

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0.6.4.0.0.0.0 | Walker Co. Sheriff Dept. | 0.4.0.2.0.0.7.8.8 | |

**5 LAST, FIRST, MIDDLE NAME** Barron Tommy Durand

**6 ALIAS AKA**

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒M ☐F | ☒W ☐B ☐A | 6'2" | 195 | Blue | Bro | | |

☐1 SCARS  ☒2 MARKS  ☐3 TATOOS  ☐4 AMPUTATIONS

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Walker Al. | | | 46 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDY. | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☐1 RESIDENT ☒2 NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Disabled | | |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| | Welsh | ☐ IN STATE ☐ OUT OF STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☒1 DRUNK ☐2 SOBER ☐3 DRINKING ☐4 DRUGS | ☒ YES ☐ NO | ☒1 NONE ☐2 OFFICER ☐3 ARRESTEE | ☐1 Y ☒2 N | ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 04.21.96.04 | 2:06 ☒1 AM ☐2 PM ☐3 MIL. | S M ☐T W ☐1 ☐6 F ☐7 S | ☒1 ON VIEW ☐2 CALL ☐3 WARRANT | ☒1 YES ☐2 NO ☐3 UNKNOWN |

| 46 CHARGE—1 ☐1 FEL ☒2 MISD | 47 UCR CODE | 48 CHARGE—2 ☐1 FEL ☒2 MISD | 49 UCR CODE |
|---|---|---|---|
| Disorderly Conduct | | Resisting Arrest | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☐1 FEL ☐2 MISD | 57 UCR CODE | 58 CHARGE—4 ☐1 FEL ☐2 MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐2 BAIL ☐3 RELEASED ☐4 TOT—LE ☐5 OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐1 YES ☒2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**

☐ CONTINUED IN NARRATIVE

| 82 JUVENILE DISPOSITION: | ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT | ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY | ☐5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

| 91 DATE AND TIME OF RELEASE M D Y : ☐1 AM ☐2 PM ☐3 MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☒2 NO ☐3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)**

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|

20 ADDITIONAL ARREST INFORMATION

RECEIVED

I was dispatched through 911 to ▮▮▮▮▮▮ ▮▮▮▮▮ to a domestic. When I arrived the female resident came to the door and I asked what was wrong. She stated that her husband was drunk and disorderly and had been cussing her. As I entered the residence there was food thrown in the floor, and she stated that he got mad and threwed the food in the floor. She stated that he was in the bed, and then MR. Barron started cussing and asked what in the hell is going on. MR Barron came to the living room where I was and started cussing me and and asking why the hell was I at his house. MR Barron told me that I wasn't wanted at his house. MR Barron then stated that he was going to whip my ass and he was going to knock the hell out of me, I asked MR Barron to step back, he failed to do so, I sprayed MR. Barron and the place him on the floor. I attempted to arrest MR. Barron and he was resisting and failed to comply. MR Barron would placed his hands where I could see them, I placed the handcuffs on MR Barron in the front because of a bandage on his right hand. I had to force MR Barron to the car. Upon traveling to the County Jail, MR Barron became combative again and started hitting his head on the screen in the car, MR. Barron was cussing and hollering, MR. Barron stated that he would get out of this, that he would have my job. Upon arrival at the jail, MR Barron would not get out of the car, I had to take MR Barron out of the car, MR. Barron was still threatning myself. MR. Barron was arrested for Disorderly Conduct, Resisting Arrest.

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

March 12, 2004

Walker County Circuit Clerk Office
Walker County Court House Building
Downtown Jasper
Jasper, AL 35501

Attention: Mr. Charles Baker, (Walker County District Attorney)

Mr. Taz Day Burch, (Tommy Barron)          Complaint: Taz D. Burch (Tommy Barron)
                                        Plaintiff
                                           Honorable Walker County Sheriff/
                                           Deputy Sheriff Derane Ingle
                                                     Defendant

Regarding: The brutality, excessive force, false accusations (made up by Deputy Derane Ingle),
verbal harassment to my wife (Patsy Barron) by Derane Ingle, beating and breaking of Mr. Taz
Burch fingers by Deputy Derane Ingle.

Deputy Ingle came into my home, woke me up, (after my wife telling him everything was all
right, that I had been drinking when I made the call, but later, I lay down and went to sleep. She
asked him not to bother me. Deputy Ingle screamed cursing words at my wife and told her to
shut the (f word up). He woke me, handcuffed me, threw me around and pushed me into the floor
(in front of my wife, while she was crying and begging him not to do me that way, and while he
had me handcuffed. He forced me out of my trailer into the police car. On the way to the jail, he
would hit the brakes real quick and fast, which threw me into the glass that separated the back
from the front.

Deputy Ingle would burst into a big laugh. He did the quick stops 3 – 4 times with my hands in
handcuffs. Each time my body would be thrown forward into the glass petition. Each time he
would laugh about what he did. (This happened on the way to the jail from Carbon Hill to
Jasper). Next, he stopped the car, got out of the car, opened the door took my fingers pulled them
back, (I was hollering in pain, and begging him to stop). He broke my fingers. The doctor had to
amputate part of my finger, and I might not be able to move the others at all.

My brother, Gene Barron, retired as a county sheriff in Walker County, left messages with Janet
Butler, to get in touch with him about this situation. Honorable John Mark Tirey has not
responded. Tommy Barron was handcuffed, disabled and helpless. Its time Deputy Ingle's abuse
is stopped. Deputy Ingle worked in Carbon Hill as the chief of police for years, his in-laws and
Taz Burch; (Tommy Barron) had several disputes over land adjoining each other. The Ingles
made threats and harassed Taz Burch, (Tommy Barron) when he worked in Carbon Hill. He
knows Taz Burch, (Tommy Barron) has mental problems and that he is disabled (use of one arm).
I have lost a finger over this incident.

I am making this complaint against the Walker County Sheriff Department. And against Deputy Sheriff Derane Ingle personally. I am asking that Deputy Ingle be removed from any type of law enforcement before he breaks someone's limbs or kills someone.

I am sending a copy of this complaint to the Walker County Civil Service Board, Alabama State Attorney General Office, Mr. Charles Baker, and Honorable Sheriff John Mark Tirey.

Respectfully yours,

Taz D. Burch, (Tommy Barron)

************************* **Response 1 of 6** *************************

07/06/04 02:20
DR.ALOLN0000.AL0640001.
TXT
BARRON,TOMMY DURAND
███████████             ███████████. HGT/602. WGT/195. HAI/BRO. EYE/BLU.
OLN/3684829. OLT/OPERATOR. EXP/06302005. ████████████
NON-COMMERCIAL STATUS/SUSPENDED.   05/19/03 CLASS/DMV
COMMERCIAL STATUS/UNLICENSED  BOAT STATUS/VALID
REASON(S): 05/19/03-PER SE REFUSAL


NOTE: MORE NAMES TO FOLLOW WITH SOC NO ████████
SEQ # 0027 MRI # 014708


************************* **Response 2 of 6** *************************

07/06/04 02:20
DR.ALOLN0000.AL0640001.
TXT
BURCH,TAZ DAYS
███████████         ███████████.        ███████████
RAC/W. SEX/M. ███████████. HGT/601. WGT/200. HAI/BRO. EYE/BLU.
OLN/7643485. OLT/OPERATOR. EXP/04052008. ████████████
RSTR/  CORRECTIVE LENSES
*NON-COMMERCIAL STATUS/CURRENT. CLASS/D*
COMMERCIAL STATUS/UNLICENSED  BOAT STATUS/UNLICENSED

NOTE: END OF NAMES WITH SOC NO ███████████
SEQ # 0028 MRI # 014709


************************* **Response 3 of 6** *************************

07/06/2004 02:20
AL0640001

NO ACJIC PERSON WANTS NAM/BARRON,TOMMY DURAND DOB/06211957 SEX/M RAC/W
NO ACJIC PERSON WANTS OLN/3684829
NO ACJIC PERSON WANTS SOC/420842332
SEQ # 0029 MRI # 014711


************************* **Response 4 of 6** *************************

02:23 07/06/2004 014712

AL0640001

NO NCIC WANT SOC/420842332
NO NCIC WANT OLN/3684829
*NO NCIC WANT NAM/BARRON,TOMMY DURAND DOB/19570621 RAC/W SEX/M*

SEQ # 0030 MRI # 014712

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Response 5 of 6** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
07/06/2004 02:20
AL0640001

NO ACJIC PERSON WANTS NAM/BURCH,TAZ DAYS DOB/06211957 SEX/M RAC/W
NO ACJIC PERSON WANTS OLN/7643485
NO ACJIC PERSON WANTS SOC/███████████
SEQ # 0031 MRI # 014715
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Response 6 of 6** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
02:23 07/06/2004 014716

AL0640001

NO NCIC WANT SOC/420842332
NO NCIC WANT OLN/7643485
NO NCIC WANT NAM/BURCH,TAZ DAYS D███████████ RAC/W SEX/M

SEQ # 0032 MRI # 014716
```
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **End of Report** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| CASE # | UNIT | DATE | TIME | SIGNAL | TRANSACTION NOTES | USER |
|--------|------|------|------|--------|-------------------|------|
| 0402 00788 | 318 | 02/16/04 | 01:44:40 | 10-84 | | W909 |
| 0402 00788 | 318 | 02/16/04 | 01:51:43 | 10-23 | | W909 |
| 0402 00788 | 318 | 02/16/04 | 02:06:06 | 10-15C | 1WM 10-84 TO CNTY JAIL | W906 |
| 0402 00788 | 318 | 02/16/04 | 02:16:17 | 10-18 | CAGE | W909 |
| 0402 00788 | 318 | 02/16/04 | 02:16:17 | 10-18 | BARRON BEATING HEAD ON BACK OF | W909 |
| 0402 00788 | 318 | 02/16/04 | 02:21:42 | 10-23 | AT CJ | W909 |
| 0402 00788 | 318 | 02/16/04 | 03:05:01 | 10-24 | X1 | W906 |

PRESS ANY KEY TO CONTINUE - ESC=EXIT

```
   ** UNITS ON THIS CALL **
   -----  -----  -----  -----  -----  -----  -----  -----  -----  -----  |
   318                                                                   |
==============================================================================
CASE #: 040200788        RECEIVED: 02/16/04 01:41    ARRIVED: 02/16/04 01:51
OPER #: W909             DISPATCHED: 02/16/04 01:44  COMPLETED: 02/16/04 03:05
==============================================================================
P SIGNAL: 97D  CIVIL DISTURBANCE - DOMESTIC      SUP CASE#:
S SIGNAL: 15C  HAVE IN POSSESSION - PRISONER     SUP CASE#:

ADDRESS :                            COMPLNT: BARON TOMMY
CITY/ST :                      AL    PHONE  :
DESCRIPT: T BGE/BRO                  ADDRESS:
ZONE    : W                          CITY/ST:
NOTES   : HE IS DRUNK FIGHTING WITH WIFE PAT WILKERSON
NOTES   :
IN PROGRESS: Y  PRIORITY: H  METHOD RECVD: 9       DISPOSITION: N
------------------------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:    RACE:    SEX:
WEAPON INVOLVED :    DESCRIPTION:          HAZARDOUS MATERIALS:
OFFICER INJURY  :    SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                      ESC=EXIT
```

```
** UNITS ON THIS CALL **
----- ----- ----- ----- ----- ----- ----- ----- ----- -----
319
============================================================
CASE #: 031000646        RECEIVED: 10/14/03 16:55    ARRIVED: 10/14/03 17:28
OPER #: W908          DISPATCHED: 10/14/03 16:59  COMPLETED: 10/14/03 17:28
============================================================
P SIGNAL: 97D  CIVIL DISTURBANCE - DOMESTIC    SUP CASE#:
S SIGNAL:                                      SUP CASE#:

ADDRESS :                            COMPLNT: BARRON TOMMY
CITY/ST :                            PHONE  :
DESCRIPT: BRO/BEIGE M/H              ADDRESS:
ZONE    : W                          CITY/ST:
NOTES   :
NOTES   :
IN PROGRESS: Y  PRIORITY: H  METHOD RECVD:        DISPOSITION: A
------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:    RACE:    SEX:
WEAPON INVOLVED :    DESCRIPTION:         HAZARDOUS MATERIALS:
OFFICER INJURY  :    SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL              ESC=EXIT
```

| CASE # | UNIT | DATE | TIME | SIGNAL | TRANSACTION NOTES | USER |
|--------|------|------|------|--------|-------------------|------|
| 0310 00274 | 317 | 10/07/03 | 08:30:14 | 10-84 | ███████████████████████MAN WI | W909 |
| 0310 00274 | 317 | 10/07/03 | 09:04:07 | 10-23 | | W907 |
| 0310 00274 | 317 | 10/07/03 | 09:04:07 | 10-23 | TH 10-32B. | W907 |
| 0310 00274 | 317 | 10/07/03 | 09:46:59 | 10-24 | (32B)LEONARDS CHAPEL RD. | W907 |

PRESS ANY KEY TO CONTINUE - ESC=EXIT

```
 ** UNITS ON THIS CALL **
 _____  _____  _____  _____   _____  _____  _____  _____  _____  _____ |
 317                                                                   |
======================================================================
 CASE #: 031000274        RECEIVED: 10/07/03 08:27    ARRIVED: 10/07/03 09:04
 OPER #: W909           DISPATCHED: 10/07/03 08:30  COMPLETED: 10/07/03 09:46
======================================================================
 P SIGNAL: 32B  PERSON WITH GUN - RIFLE        SUP CASE#:
 S SIGNAL:                                      SUP CASE#:

 ADDRESS :  ██████████████████        COMPLNT: BARRON TOMMY
 CITY/ST :                        AL   PHONE  :    ██████████
 DESCRIPT: BEIGE/BRO TR                ADDRESS: ████████████      ██
 ZONE    : WEST                        CITY/ST: █
 NOTES   : TOLD 911 OP THAT HE HAD AN UZI AND WAS GOING TO START KILLIN
 NOTES   : G PEOPLE WITH IT
 IN PROGRESS: Y  PRIORITY: H  METHOD RECVD: 9        DISPOSITION: A
 --------------------------------------------------------------------
 PERSON INVOLVED :
 TYPE INVOLVEMENT:    RACE:   SEX:
 WEAPON INVOLVED :    DESCRIPTION:          HAZARDOUS MATERIALS:
 OFFICER INJURY  :    SUBJECT INJURY:

 A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL            ESC=EXIT
```

```
   ** UNITS ON THIS CALL **
  ----- ----- ----- ----- ----- ----- ----- ----- ----- |
  304                                                    |
 ======================================================= |
 CASE #: 030801238        RECEIVED: 08/25/03 11:10    ARRIVED: 08/25/03 11:38
 OPER #: W906           DISPATCHED: 08/25/03 11:17  COMPLETED: 08/25/03 11:57
 =======================================================
 P SIGNAL: 94   THEFT                    SUP CASE#:
 S SIGNAL:                               SUP CASE#:

 ADDRESS :  ██████████████████          COMPLNT: BARRON TOMMY
 CITY/ST :  ██████                       PHONE  :  9██████████
 DESCRIPT: BEIGE/LT BRO  MH              ADDRESS: █████████████████
 ZONE    : W                             CITY/ST: █████████
 NOTES   : PISTOL STOLEN-  38 DERRINGER SER D139478
 NOTES   : BLUE CAR IN YARD   CLOSE TO INT WITH PROSPECT RD
 IN PROGRESS: Y  PRIORITY: H  METHOD RECVD: P        DISPOSITION: R
 -----------------------------------------------------------------------
 PERSON INVOLVED :
 TYPE INVOLVEMENT:    RACE:   SEX:
 WEAPON INVOLVED :    DESCRIPTION:         HAZARDOUS MATERIALS:
 OFFICER INJURY  :    SUBJECT INJURY:

 A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL              ESC=EXIT
```

```
** UNITS ON THIS CALL **
----- ----- ----- ----- ----- ----- ----- ----- ----- ----- |
325                                                          |
============================================================
CASE #: 030701279          RECEIVED: 07/25/03 00:47   ARRIVED: 07/25/03 01:05
OPER #: W904             DISPATCHED: 07/25/03 00:49 COMPLETED: 07/25/03 01:20
============================================================
P SIGNAL: 72   MEET COMPLAINANT              SUP CASE#:
S SIGNAL:                                    SUP CASE#:
------------------------------------------------------------
ADDRESS :                            COMPLNT: BARON TOMMY
CITY/ST :                            PHONE  :
DESCRIPT: BGE/BRO MH                 ADDRESS:               
ZONE    : W                          CITY/ST:
NOTES   : CALLED WANTING AMBULANCE BECAUSE HE IS HAVING CHEST PAINS
NOTES   : RPS REQUESTS DEPUTY BECAUSE HE MENTIONED GUNS
IN PROGRESS: Y  PRIORITY: L  METHOD RECVD: 9        DISPOSITION: A
------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:      RACE:    SEX:
WEAPON INVOLVED :      DESCRIPTION:         HAZARDOUS MATERIALS:
OFFICER INJURY  :      SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                  ESC=EXIT
```

```
 ** UNITS ON THIS CALL **
 _____  _____  _____  _____  _____  _____  _____  _____  _____  _____  |
 311                                                                    |
====================================================================================
CASE #: 030301266        RECEIVED: 03/23/03 23:37    ARRIVED: 03/24/03 00:13
OPER #: W903             DISPATCHED: 03/23/03 23:53  COMPLETED: 03/24/03 00:25
====================================================================================
P SIGNAL: 38A  INVESTIGATE - VEHICLE          SUP CASE#:
S SIGNAL: 38B  INVESTIGATE - PERSON           SUP CASE#:

ADDRESS :  ███████████████████           COMPLNT: BARRON TOMMY
CITY/ST :  ████████████       AL  PHONE  :
DESCRIPT: 2 TONE BGE TR/OFF THE RD        ADDRESS: ███████████████████  ██
ZONE    : W                               CITY/ST: ██
NOTES   : REPORTED FEAMLE IN RED MUSTANG IN HIS YD //YELLED AT HIM
NOTES   : APPEARED TO BE 10-79 OR 10-56
IN PROGRESS: Y  PRIORITY: M  METHOD RECVD: 9        DISPOSITION: A
------------------------------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:    RACE:   SEX:
WEAPON INVOLVED :    DESCRIPTION:        HAZARDOUS MATERIALS:
OFFICER INJURY  :    SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                    ESC=EXIT
```

```
** UNITS ON THIS CALL **
----- ----- ---- ----- ----- ----- ----- ----- ----- -----
309
=============================================================================
CASE #: 030100767        RECEIVED: 01/17/03 03:30    ARRIVED: 01/17/03 04:00
OPER #: W910            DISPATCHED: 01/17/03 03:40  COMPLETED: 01/17/03 04:01
=============================================================================
P SIGNAL: 67   PROWLER REPORT              SUP CASE#:
S SIGNAL:                                  SUP CASE#:
              *** ADDITIONAL NOTES - PRESS F12 TO VIEW ***
ADDRESS :                          COMPLNT: BARRON TOMMY
CITY/ST :                          PHONE  :
DESCRIPT: CREAM COLOR SINGLE WIDE  ADDRESS:
ZONE    : W                        CITY/ST:
NOTES   : 4 OR 5 WITH FLASHLIGHTS AT END OF HIS DRIVE WHEN CAR GOES BY
NOTES   : TURN OFF LIGHTS JUMP IN DITCH 2 ARE BY HIS MAIL BOX HE HAS
IN PROGRESS: Y  PRIORITY: M  METHOD RECVD: 9        DISPOSITION: M
-----------------------------------------------------------------------------
PERSON INVOLVED :
TYPE INVOLVEMENT:    RACE:    SEX:
WEAPON INVOLVED :    DESCRIPTION:          HAZARDOUS MATERIALS:
OFFICER INJURY  :    SUBJECT INJURY:

A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                    ESC=EXIT
```

```
  ** UNITS ON THIS CALL **
 _____   _____   _____   _____   _____   _____   _____   _____   _____   _____  |
 309                                                                           |
================================================================================
 CASE #: 030100767          RECEIVED: 01/17/03 03:30    ARRIVED: 01/17/03 04:00
 OPER #: W910             DISPATCHED: 01/17/03 03:40  COMPLETED: 01/17/03 04:01
================================================================================
 P SIGNAL: 67   PROWLER REPORT                 SUP CASE#:
 S S ┌───────────────────── ADDITIONAL NOTES ──────────────────────┐
     │                                                              │
 ADD │NOTES: 10-32A 38 I ADVISED HIM TO PUT IT UP                   │
 CIT │NOTES:                                                        │
 DES │NOTES:                                                        │
 ZON │NOTES:                                                        │ AL
 NOT │NOTES:                                                        │
 NOT │                                                              │
 IN  │                                                              │
 --- │                                                              │ _____
 PER │              PRESS ANY KEY TO CONTINUE                       │
 TYP └──────────────────────────────────────────────────────────────┘
 WEAPON INVOLVED :    DESCRIPTION:          HAZARDOUS MATERIALS:
 OFFICER INJURY  :    SUBJECT INJURY:

 A=ACTIVITY, H=ADDRESS HISTORY, P=PRINT CALL                      ESC=EXIT
```

5510          C O D E S   A N D   T E X T
ACT:    CODE: DISO    PARA: A CITE: 13A-011-007              TYPE: M CLASS: C
LIT: DISORDERLY CONDUCT              AUTHORIZATION:
CAT: GP RULE 20:                                                    COM:
FINE: 0000000000    BOND: 0000000000 0000000000    CFR:    DATE: 12202000
DID ON OR ABOUT _____, INTENTIONALLY ENGAGE IN DISORDERLY
CONDUCT WITH INTENT TO CAUSE PUBLIC INCONVENIENCE, ANNOYANCE OR ALARM OR
RECKLESSLY CREATED A RISK THEREOF BY:
( ) ENGAGING IN FIGHTING OR IN VIOLENT, TUMULTUOUS OR THREATENING BEHAVIOR,
( ) IN A PUBLIC PLACE, TO-WIT:_____USING ABUSIVE
    OR OBSCENE LANGUAGE OR GESTURES, TO-WIT:_____,
( ) WITHOUT LAWFUL AUTHORITY, DISTURBING A LAWFUL ASSEMBLY OR MEETING OF
    PERSONS TO-WIT:_____,
( ) OBSTRUCTING VEHICULAR OR PEDESTRIAN TRAFFIC, TO-WIT: _____,
( ) CONGREGATING WITH _____ IN A PUBLIC PLACE, TO-WIT:
    _____AND REFUSING TO COMPLY WITH A LAWFUL
    ORDER TO DISBURSE OR,
( ) MAKES UNREASONABLE NOISE,

========================================================================

Booking No: 040000416  Date: 02/16/2004  Time: 02:28  Type: NORMAL
Agency to Bill: WALKER COUNTY              Facility: COUNTY JAIL
------------------------------------------------------------------------

Inmate Name: BARRON TOMMY DURAND                    Race: W      Sex: M
        DOB: ■■■■■■■■  Age: 46  SSN: ■■■■■■■■■  Height: 6'02"  Weight: 195
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*N* 1.  Is inmate unconscious?

*N* 2.  Does inmate have any visible signs of trauma, illness, obvious pain
        and bleeding, requiring immediate emergency or doctor's care?

*N* 3.  Is there obvious fever, swollen lymph nodes, jaundice or other
        evidence of infection that might spread through the facility?

*N* 4.  Any signs of poor skin condition, vermin, rashes or needle marks?

*Y* 5.  Does inmate appear to be under the influence of drugs or alcohol?

*N* 6.  Any visible signs of alcohol or drug withdrawal?

*N* 7.  Does inmate's behavior suggest the risk of suicide or assault?

*N* 8.  Is inmate carrying any medication?

*N* 9.  Does the inmate have any physical deformities?

*N* 10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

*Y* a. Allergies      *N* f. Fainting Spells      *N* k. Seizures

*Y* b. Arthritis      *Y* g. Hearing Condition    *N* l. Tuberculosis

*N* c. Asthma         *N* h. Hepatitis            *N* m. Ulcers

*N* d. Diabetes       *Y* i. High Blood Pressure  *N* n. Venereal Disease

*N* e. Epilepsy       *N* j. Psychiatric Disorder *Y* o. Other (Specify)

Other: Finger appears blue + swollen

_____

_____


12. For females only:

    _____ a. Are you pregnant?

    _____ b. Do you take birth control pills?

    _____ c. Have you recently delivered?

3/7/2005
TB#2

Booking No: 040000416  Date: 02/16/2004  Time: 02:28  Type: NORMAL
Agency to Bill: WALKER COUNTY                Facility: COUNTY JAIL

Inmate Name: BARRON TOMMY DURAND                      Race: W        Sex: M
        DOB: ███████     Age:   46   SSN: ███████     Height: 6'02"  Weight: 195
-------------------------------------------------------------------------------

Y  13.  Have you recently been hospitalized or treated by a doctor?

Y  14.  Do you currently take any non-prescription medication or medication
        prescribed by a doctor?

N  15.  Are you allergic to any medication?

Y  16.  Do you have any handicaps or conditions that limit activity?

Y  17.  Have you ever attempted suicide or are you thinking about it now?

Y  18.  Do you regularly use alcohol or street drugs?

N  19.  Do you have any problems when you stop drinking or using drugs?

N  20.  Do you have a special diet prescribed by a physician?

Y  21.  Do you have any problems or pain with your teeth?

Y  22.  Do you have any other medical problems we should know about?

   _Finger appears to be broken_____

   _____

   _____

   _____

   _____

   _____

   _____


HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
RUE AND ACCURATE.

INMATE: _Tommy Barron_____    DATE: _2-16-04_    TIME: _1037_

BOOK OFFICER: _____    DATE: _2-16-04_    TIME: _1037_

                                                    3|7|2005
                                                    TR#1