# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TOMMY D. BARRON, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-0331-KOB |
| ) | |
| WALKER COUNTY, ALABAMA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, Tommy D. Barron (now Taz D. Burch) and Patsy Barron and submit their Motion for Summary Judgment pursuant to Rule 56c of the Federal Rules of Civil Procedure, and moves the Court to enter an Order granting them summary judgment in their favor as a matter of law. And as grounds therefore state that based upon the attached exhibits, pleadings, depositions, answers to interrogatories, and admissions on file, Civil Service Board transcripts, hospital records, and affidavits, there are no genuine issues of material facts and that the Plaintiffs are entitled to Judgment as a matter of law.

WHEREFORE PREMISES CONSIDERED, Plaintiffs respectfully move this Honorable Court to enter Order of Judgment in their favor as a matter of law, based upon the attached exhibits, pleadings, depositions, answers to interrogatories, and

admissions on file, Civil Service Board transcripts, hospital records, and affidavits attached hereto and made a part hereof.

/s/ Anthony Piazza
Anthony Piazza (PIA001)
ASB-6593-A47A
Attorney for the Plaintiffs
P. O. Box 550217
Birmingham, AL  35255-0217
Office (205) 933-1155
Fax (205) 323-2720
Cell (205) 617-6211

## CERTIFICATION OF SERVICE

This is to certify that I have this day, the 28th day of July, 2008 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participants:

Gary L. Willford, Jr., Esquire
Daryl L. Masters, Esquire
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
P. O. Box 240909
Montgomery, AL  36116

/s/ Anthony Piazza
Anthony Piazza