FILED
2008 Jul-28 PM 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

Medical Records Subpoenaed from Northwest Medical Center, Winfield, Alabama

Tommy D. Barron, Emergency Room, February 15, 2004.

STATE OF ALABAMA )

COUNTY OF MARION )

## CERTIFICATE OF CUSTODIAN OF MEDICAL RECORDS

I, Vicky Finch hereby certify and affirm that I am the Medical Records Technician of Northwest Medical Center, a hospital organized or operated pursuant to or under the Laws of Alabama, located at Winfield, Marion County Alabama, that I am custodian of the hospital records of said hospital and that the within copy of said hospital records are an exact, full, true and correct copy of said hospital records pertaining to Tommy Barrow AKA Taz Days Barrow

I, Vicky Finch further certify that I am the custodian of said medical records, that the original of said hospital records were made and kept in the usual and regular course of business of the hospital to make and keep such records and that the records were made at the time such acts, transactions, occurrences, or events therein referred to occurred or arose or were made or within a reasonable time thereafter.

_Vicky Finch_

Sworn to subscribed before me this the 5 day of December, 2007.

_Janice Davis_
NOTARY PUBLIC

My commission expires: 3-20-11

# NORTHWEST MEDICAL CENTER
## CONSENT FOR TREATMENT - CONDITIONS FOR ADMISSION

Patient Name _____  Case Number _____

**Consent for Hospital Services:** I am presenting myself for diagnoses and treatment at the Northwest Medical Center. I consent to the rendering of care, including but not limited to urine and blood tests, diagnostic procedures, x-rays, surgical and medical treatment, and blood transfusions, by authorized members of the hospital staff, employees, resident and staff physicians. I acknowledge that no guarantees have been made to me as to the effect of such examinations or treatment on my condition.

**Personal Valuables:** The Northwest Medical Center is not responsible for money, jewelry, dentures, hearing aids, eye glasses, watches, credit cards, and other items which are not deposited in the Hospital safe.

**Authorization to Release Information:** I authorized Northwest Medical Center to release medical records, related medical information and charge information of this hospital visit for the purpose of determining insurance coverage and medical payment owed to the hospital for all or part of the hospital's charges, including but not limited to hospital or medical service companies, insurance companies, worker's compensation carriers, or welfare funds and for purpose of continunity of care. I certify that the information given by me in applying for payment under Title XVIII and XIX of the Social Security Act is correct. I authorize any holder of medical information about me to release to the Social Security Administration or its intermediaries or the Medicaid Agency or its intermediaries any information needed for the Medicare or Medicaid claim. I consent to the release of information including psychiatric, drug, alcohol and substance abuse records.

**Assignment of Benefits:** I assign to Northwest Medical Center my right to payment under any policy of insurance providing coverage for such charges and direct that payment be made directly to the hospital. This authorization is given for all insurance benefits to which I may be entitled, whether designated as primary or secondary. I agree to cooperate fully with the hospital's efforts to obtain payment under any such policy and will execute any additional documents my insurance company may require in order to process the hospital's claim. In the event of any overpayment of insurance benefits (as where two policies are subject to coordination of benefits) I authorize the hospital to refund to the company making such overpayment.

**Financial Responsibility:** The undersigned patient/guarantor is ultimately responsible for payment of all charges regardless of whether the charges are or should have been covered by insurance. Payment in full is due at time of discharge as Northwest Medical Center does not extend credit for its services. Payment may be made by check, cash, money order, MasterCard or Visa. In the event payment is not received, this hospital bill may be placed with an attorney for collection in which case you shall be responsible for attorney's fees, costs and also interest on the unpaid balance at the legal rate. By signing this instrument you agree to waive all rights of exemption under Alabama law and any statute of the United States.

**Physicians:** Physicians including, without limitation, Emergency Room Physicians, Pathologists and Radiology Associates of North Alabama render services in our facilities. Their fees are not included in any hospital charges you may incur. You will be billed seperately for their services.

_____     _____
Date                         Patient's Signature

_____     _____
Date                         Guarantor of Account and/or Insured

_____     _____
Date                         Witness

ORIGINAL-MEDICAL RECORDS    YELLOW-BUSINESS OFFICE    PINK-DOCTOR OFFICE

FORM 7400/REVISED 11/2002 NORTHWEST MEDICAL CENTER

Northwest Medical Center
1530 Hwy 43, Winfield, AL 35594, (205) 487-7000

| | | | |
|---|---|---|---|
| BARRON,TOMMY DURAN | Adm Date: 02/15/04 | Status: REG ER | Unit No: WW00020348 |
| WW0000260457 | Adm Time: 1434 | Arrival: CAR | Rm/Bed: |
| | Adm Source: EMERGENCY ROOM | Ser/Loc: EMERGENCY DEPT. | FC: 01 |

### PATIENT
Address:
2651 LEONARD CHAPEL RD
CARBON HILL, AL 35549

Phone: 205-924-0691
County:

Soc Sec No
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

DOB: 06/21/57  Age: 46
Employer: DISABLED

Sex: M  MS: M  Race: W  Religion:

### GUARANTOR
BARRON,TOMMY DURAN
Address: 2651 LEONARD CHAPEL RD
CARBON HILL, AL 35549
Home Ph: 205-924-0691
Relationship to Patient: PATIENT

SS#: 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
County:

**GUARANTOR EMPLOYER**
DISABLED

Work Phone:
Occupation:

### PERSON TO NOTIFY
BARRON,PATRICIA
2651 LEONARD CHAPEL RD
CARBON HILL, AL 35549
Home Phone: 205-924-0691
Relationship to Patient: SPOUSE

Work Phone:

### INTAKE INFORMATION
Reason for Visit: FELL HURT RIGHT THUMB
Comments:

Admit Diagnosis: admit.diagnosis_____
Admitted by: WWADPWK

### ACCIDENT INFORMATION
Nature of: FELL

OTJ: N   Where: HOME

Date: 02/14/04   Time: 1445

### INSURANCE#1
MEDICARE A & B
PO BOX 830139
BIRMINGHAM AL 35283
1434

Policy #: 420842332A
Group: NONE - MEDICARE
Phone:

Insured DOB: 06/21/57

Subscriber: BARRON,TOMMY DURAN
Rel to Pt: PATIENT
Contact:

### INSURANCE#2
Policy #:
Group:
Phone:

Insured DOB:

Subscriber:
Rel to Pt:
Contact:

### INSURANCE#3
Policy #:
Group:
Phone:

Insured DOB:

Subscriber:
Rel to Pt:
Contact:

### PRINCIPAL DIAGNOSIS

### SECONDARY DIAGNOSIS

Principal Operation/Procedure

Secondary Operation/Procedure

### DISCHARGE INFORMATION
Date: _____   Disposition: _____
Time: _____

### PHYSICIANS
ER Physician: McBride,Douglas   HCIS
Admitting Physician   HCIS
Family Physician   HCIS

Signature of Attending Physician: _____   Date: _____

# NORTHWEST MEDICAL CENTER
## Emergency Department
## Nursing Assessment and Flow Sheet

| | | |
|---|---|---|
| Emergent | Cat 1 ___ | Arrival Mode: ___ Car |
| Urgent | Cat 2 ___ | ___ EMS |
| NonUrgent | Cat 3 ___ | ___ Stretcher |
| | | ___ Other |

Prehospital Care by:
IV ___ Site ___ Rate ___ cc remaining

Date: 2/1/14  Triage Time: 1420

Patient Number: ___
Accompanied by: wife
Patient Name: Barron Tommy
Primary Physician: none
Allergies: NKDA

**Chief Triage Note:** c/o injury (R) thumb, states fell yesterday, swelling noted

Triage Nurses Signature: R. ___  Disposition: 3  Time: 1430

**Medications:**
Ded x
Procardia
Altace 2.5 g daily
Dorca 10/325

Medication List attached to Chart:  Yes ___  No ___
Last Tetanus ___ Last Flu Vaccine Oct 2013  Last Pneumonia Vaccine Oct 2013
Current on Immunizations per parents?  Yes ___  No ___

**Vital Signs:**
| Time | BP | HR | RR | Temp. | SPO2 | Smoker? Yes / No | How much per day? 1PPD |
|---|---|---|---|---|---|---|---|
| 1420 | 146/99 | 98 | 18 | | | Weight 205 | Last Meal? |
| | | | | | | Height 6'2" | Last BM? |
| | | | | | | LMP | |

**Physician's Orders:**


**PHYSICIAN'S SIGNATURE:**

# ED Nursing Assessment and Flow Sheet

## Nursing Assessment and Review of Systems

| Respiratory | Cardiovascular | Gastrointestinal | Genitourinary | Pupils | Motor |
|---|---|---|---|---|---|
| ✓ Adequate | ✓ Normal | ✓ Normal | ✓ Normal | ✓ PEARL | ✓ Moves all Ext |
| ___ Shallow | ___ Abn Sounds | ___ BS | ___ Frequency | R___L___ Pinpoint | Unable to move |
| ___ Labored | ___ Irreg. Pulse | ___ Absent BS | ___ Urgency | R___L___ Midposition | ___ L Arm |
| ___ Hypervent | ___ JVD | ___ Tender | ___ Discharge | R___L___ Dilated | ___ R Arm |
| ___ Abd GS | ___ Edema | ___ Rigid | ___ Dysuria | R___L___ Fixed | ___ L Leg |
| ___ SOB | ___ Pain | ___ Distended | ___ Burning | | ___ R Leg |
| ___ Cough | | ___ Pain | ___ Inconti. | | ___ Impaired Speech |
| ___ Prod. | | ___ N V | ___ Retention | | ___ Impaired Vision |
| ___ Non-Prod | | ___ Diarrhea | | | ___ Impaired Hearing |
| ___ Sputum | | ___ Constipation | | | |
| Color___ | | | | | |

| Mental Status | Emot. Status | Skin Color | Skin Moisture | Barriers that could effect learning | |
|---|---|---|---|---|---|
| ✓ Conscious | ___ Calm | ✓ Normal | ✓ Normal | ✓ None | ___ Language Barr. |
| ___ Lethargic | ✓ Anxious | ___ Cyanotic | ___ Dry | ___ Vision | ___ Notify Translator |
| ___ Confused | ___ Silent | ___ Pale | ___ Moist | ___ Hearing | If Non-English speaking |
| ___ Unconscious | ___ Hysteric | ___ Ashen | ___ Diaph | ___ Speech | |
| ___ Oriented | ___ Hostile | ___ Flushed | **Turgor** | ___ Weakness | **Self Care** |
| ___ GS SCORE | ___ Crying | ___ Jaundiced | ✓ Normal | ___ Confusion | ✓ Independent |
| | | | ___ Decre. | ___ Fractures | ___ Needs help with baths, meals, dress |

| OutPatient Screening | Functional Screening | Abuse Screen |
|---|---|---|
| ___ Emaciated Appearance | ___ Pt has new onset impaired | ___ Yes ✓ No Patient a victim of abuse? |
| ___ Pt has major Trauma | mobility/balance affecting ADL | ___ Yes ___ No Signs of symptoms of abuse? |
| ___ Pt has daily alcohol intake | and patient is without home resources | Describe: |
| ___ Pt has major/chronic GI Dx | to assist | |
| ___ Pt has poor appetite >7 days | | ✓ Yes ___ No Do you feel safe at home? |

| Social/Discharge Planning Screen | TB Screening | |
|---|---|---|
| ___ Pt with a lack of financial resources | ___ Persistent Cough | ___ TB Skin Test (+) Pt or family |
| to meet care requirements | ___ Bloody Sputum | ***If item 1-8 checked or Item 7 alone |
| ___ Pt unable to actively understand | ___ Unexpected or Unintentional | notify infection control or MD |
| and participate in healthcare needs | weight loss | |
| and does not have home/family | ___ Night Sweats | |
| resources | ___ Fever | ✓ None identified |

Discipline Consulted:_____ Dietary_____ Rehab (MD must order consult)_____ Social Services

### Pain Assessment

Do you have pain now? ✓ Yes ___ No    Pain in Recent past? ✓ Yes ___ No    Explain if yes.
Pain Scale: __8__ 0-10 FLACC_____ Wong Baker_____ Worst Pain Gets? _10_ Best Pain Gets? _5_
Describe Location of pain _L thumb_____ Onset of pain _yesterday_ Duration of pain _constant_
What is an acceptable level of pain? _1-2_ Quality of pain? ___ Sharp ___ Dull ___ Cramping ___ Aching
What are your Pain Expectations? _____ What Relieves or Worsens your Pain? _Movement_
Are you Currently taking medications for pain? ___ Yes ✓ No  Does it help? ___ Yes ✓ No
Pain Interferes with Activity/Movement ✓ Yes ___ No    Accompanying Symptoms ___ Yes ✓ No
Patient Educational Material Provided ✓ Yes ___ No    Instructed to Report Pain to Nurse ✓ Yes ___ No

### Glascow Coma Scale

| | | | | | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys Commands | 6 |
| To Voice | 3 | Confused | 4 | Localized Pain | 5 |
| To Pain | 2 | InApp Words | 3 | Withdraws to Pain | 4 |
| None | 1 | InComp Words | 2 | Flexion to Pain | 3 |
| | | None | 1 | Extension to Pain | 2 |
| Total GCS___ | | | | None | 1 |

## IV FLUIDS

| Time | IVF | Rate | Size | Site | Initial |
|------|-----|------|------|------|---------|
| Time |     |      |      |      |         |
| Time |     |      |      |      |         |
| Time |     |      |      |      |         |
| Time |     |      |      |      |         |

## IV MEDICATIONS:

| Time | Medications | | Dose | S/R |
|------|-------------|---|------|-----|
| Time |             |   |      |     |
| Time |             |   |      |     |
| Time |             |   |      |     |
| Time |             |   |      |     |

## PO/IM/SQ Medications

| Time | Medication | Route | S/R | Initial |
|------|------------|-------|-----|---------|
| Time |            |       |     |         |
| Time |            |       |     |         |
| Time |            |       |     |         |
| Time |            |       |     |         |
| Time |            |       |     |         |
| Time |            |       |     |         |
| Time |            |       |     |         |
| Time |            |       |     |         |

## PO/IM/SQ Medications Continued

| Time | Medication | | Route | S/R | Initials |
|------|------------|---|-------|-----|----------|
| Time |            |   |       |     |          |
| Time |            |   |       |     |          |
| Time |            |   |       |     |          |
| Time |            |   |       |     |          |
| Time |            |   |       |     |          |
| Time |            |   |       |     |          |
| Time |            |   |       |     |          |
| Time |            |   |       |     |          |

## Nursing Documentation

| Time | Remarks - Medications - Signature |
|------|-----------------------------------|
| 230  | To X-ray — [signature] |
| 1440 | MD to BS — [initials] |
| 310  | MD to review X-ray — [initials] |
| 340  | Splint + ace applied — [initials] |
| 350  | D/C home — [initials] |

| TIME | REMARKS - MEDICATIONS SIGNATURE | |
|---|---|---|
| | | |

| Admitted To: | Transferred To: | |
|---|---|---|
| Room # | Room # | |
| Valuables with?  Patient  Family | Report Called to: | |
| Locked in Safe    None | Accepting MD: | |
| Report to: | Family aware of transfer?  Yes  No | |
| Time of D/C  350p | Discharged with?  Self  (Family)  EMS | |
| D/c'd to:  ~~Home~~  Expired | Body Released to: | Funeral Home |
| Nurse Signature: *RDurre* | Discharge Instruction Sheet?  (Yes)  No | |
| Discharged with instructions for follow-up care, Patient verbalizes Understanding of Said Instructions:  Verbal  Written  (Both) | | (Yes)  No |
| Condition At Discharge:  Critical  Guarded  (Stable) | RX Given | (Yes)  No |
| | Driver | (Yes)  No |
| Patient Signature: *Tommy Barron* | Work Excuse | Yes  (No) |

# 

| # | |
|---|---|
| Name | [handwritten] |
| Date | 2/15/04   Age 47 |

TIME SEEN: 1400   ROOM: 2   _____ EMS Arrival
☐ SEEN (ALSO) BY NP / PA _____
HISTORIAN:   __patient  __spouse  __paramedics _____
__HX / __EXAM LIMITED BY: _____

**HPI**   **chief complaint:**   Injury to  right / left
  hand   wrist   forearm   elbow   arm
  thumb   index f.   middle f.   ring f.   small f.

**duration / occurred:**
__just prior to arrival
__today _____
__yesterday _____ [pm]
_____ days PTA

**where:**
__home    __school
__neighbor's   __park
__work    __street

**context:**   __fell   __blow   __incised   __crushed   __burn
_____
_____

**severity of pain:**   __mild  __moderate  __severe
**pain level:**   current: ____/10   max: ____/10
**location of injury:**  _____
R: UE   hand   palm   fingers
L: UE   hand   palm   fingers

**ROS**   __tingling / numbness distally   __suspected FB in skin lac
__painful / unable to bear weight   __recent illness _____

**PAST HX**   __negative   R / L HANDED   __prior injury
__other problems _____
_____

Meds- __none / __see nurses note
Allergies- __NKDA / __see nurses note

☐ Nursing Assessment Reviewed  ☐ Tetanus immun. UTD
☐ BP, HR, RR, Temp reviewed

## PHYSICAL EXAM   __Alert _____

Distress- __NAD   __mild  __moderate  __severe
**HAND**   __see diagram _____
__nml inspection   __tenderness  soft-tissue / bony _____
__non-tender   __swelling / ecchymosis _____
  __limited ROM _____
    due to:   pain / functional deficit
  __deformity _____
  __nail injury _____
    complete / partial avulsion   subungal hematoma

**WRIST**   __see diagram _____
__nml inspection   __tenderness  soft-tissue / bony _____
__non-tender   __tenderness in anatomical snuff box _____
__nml ROM   __wrist pain on axial thumb load _____
  __swelling / ecchymosis _____
  __limited ROM _____
  __deformity _____

---

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**09**   Northwest Medical Center
**EMERGENCY PHYSICIAN RECORD**
**Hand or Wrist Injury**   (4)

T = Tenderness
S = Swelling
E = Ecchymosis

**NEURO**
__digital nerve deficit _____
__sensation intact   decreased fine touch   abnml 2-point discrim.
__motor intact   __median nerve deficit _____
  sensory deficit-   lat. 3 ½ fingers / lat palm
  motor deficit-   pronation / thumb flexion
     index & middle finger flexion
__ulnar nerve deficit _____
  sensory deficit-   med. palm / med. 1 ½ fingers
  motor deficit-   thumb adduction / fingers adduct.
__radial nerve deficit _____
  motor deficit-   wrist drop / thumb extension

**VASCULAR**
__no vascular
  compromise
__pallor / cool skin / abnml cap refill _____
__pulse deficit  radial  ulnar _____

**TENDONS**
__tendon function
  normal
__tendon visualized / injury seen _____
  extensor   flexor   complete   partial
__deficit in tendon function _____
  limited extension   limited flexion

## FOREARM / ELBOW / ARM
_ uninjured    __ see diagram_____
_ above wrist    __ tenderness  *soft-tissue / bony* _____
     __ swelling _____
     __ ecchymosis _____
     __ deformity _____
     __ limited ROM _____

## SKIN
_ warm, dry    __ diaphoretic / cool / cyanotic _____

## HEAD / ENT
_ nml inspection    __ tenderness _____
_ pharynx nml    __ swelling / ecchymosis _____

## NECK / BACK
_ nml inspection    __ tenderness _____
_ non-tender    __ swelling / ecchymosis _____

## CHEST
_ no resp. distress    __ tenderness _____
_ non-tender    __ swelling / ecchymosis _____
_ breath snds nml

## ABDOMEN
_ non-tender    __ tenderness / guarding _____
_ no organomegaly

---

**XRAYS**   ☐ Interp. by me   ☒ Reviewed by me   ☐ Discsd w/ radiologist

**R / L**   hand   wrist   forearm  _____  **finger**

_ normal / NAD    __ DJD _____
_ no fracture    __ dislocation _____
_ nml alignment    __ soft-tissue swelling _____
_ no foreign body    __ foreign body _____
   __ fracture _____

*(illegible handwriting: R Fx MP 1 Dgt?)*

**Other**   study: _____

☐ See separate report

## PROCEDURES and PROGRESS:
_ splint   *Velcro   OCL / Ortho-glass / Plaster   Aluminum-foam*_____
   *Volar   Thumb spica   Ulnar   Wrist   Sugar-Tong   Cock-up   Colles*
   *splint & swathe*_____
_ applied by ED Physician / Orthopedist / Tech _____
_ examined post splint application   *NV intact   alignment good*
_ fingers buddy-taped _____
_ digital block   *lidocaine 1%*___cc   *marcaine 0.25%  0.5%*___cc
_ subungal hematoma drained using electrocautery
_ foreign body removed   *with forceps   with incision*

---

## Wound Description / Repair
length_____ cm   location_____
NVT __ intact   __ see NVT exam (front side)
depth/shape/contamination
_ superficial   __ linear   __ stellate   __ contused tissue
_ SQ   __ irregular   __ nail avulsed
_ muscle   __ flap
_ clean   __ contaminated *minimally / moderately / *heavily*
   with _____

**ANESTHESIA**   __ LET / TAC   __ local   __ digital / metacarpal block
_ lidoc 1% 2% epi / bicarb   __ marcaine .25% .5% epi

**WOUND PREP**
_ Betadine    __ debrided
_ irrigated / washed w/ saline    *minimal / *mod. / *extensive*
   *minimal / mod. / *extensive*    __ undermined
_ wound explored    *minimal / mod. / *extensive*
_ foreign material removed    __ *wound margins revised
   *partially  completely*    __ *multiple flaps aligned

**WOUND REPAIR**
   Wound closed with: wound adhesive / steri-strips_____
   SKIN- #____   ____-0 nylon / prolene / staples_____
     __ interrupted   __ running   __ simple   __ mattress ( h / v )
   NAIL BED #____   ____-0 vicryl_____
     __ interrupted   __ running   __ simple   __ mattress ( h / v )
   OTHER #____   ____-0 material_____
     __ interrupted   __ running   __ simple   __ mattress ( h / v )

*may indicate intermediate repair   ^may indicate intermediate or complex repair

Time_____   __ unchanged   __ improved   __ re-examined
_____
_____
_____
_____
_____

_ Rx given_____
_ referred to / discussed with Dr._____
  will see patient in:   office / ED / hospital in _____ days

## CLINICAL IMPRESSION:   Fall   Alleged Assault

Contusion    R / L    wrist   hand
Hematoma           thumb   index f.   middle f.   ring f.   small f.
Laceration          MP   PIP   DIP joint
Sprain / Strain / Dislocation
(Fracture)    R / L    radius *distal / shaft / proximal*
             ulna *prox / shaft / distal / styloid*    Colles' fx
             metacarpal fx   # 5 4 3 2 1
             phalanx # 5 4 3 2 (thumb)
               *prox / middle / distal / tuft*

_____

**CONDITION-**   ☐ stable   ☐ improved   ☐ unchanged_____
**DISPOSITION-**   ☐ home   ☐ admitted   ☐ transferred_____

☒ Nursing assessment reviewed

*PHYSICIAN SIGNATURE-*_____
☐ Template complete

---

Hand Injury - 09

# NORTHWEST MEDICAL CENTER

U.S. Highway 43 P.O. Box 130
Winfield, AL 35594
205-487-7000

## NORTHWEST MEDICAL CENTER
## PATIENT RIGHTS AND RESPONSIBILITIES/ADVANCE DIRECTIVES ACKNOWLEDGMENT FORM

The Federal Government through the Patient Self-Determination Act 42 U.S.C. 1995 cc (F) of 1990 requires all hospitals to provide information and document in the medical record of each patient if they have executed a "Living Will".

The definition of a "Living Will" or Advance Directive is a declaration of your wishes with regard to providing or withholding various medical treatments in the event you should become in an incurable or irreversible mental or physical condition with no reasonable expectation of recovery and you are unable to make treatment decisions on your own behalf.

I acknowledge that I have received the Notice of Privacy Practices for **Northwest Medical Center** and understand that my individually identifiable health information may be used and disclosed to carry out treatment, payment, or health care operations.

\_\_\_\_ NO    I have already received a copy of the Notice of Privacy Practices and do **not** want another copy at this time.

Check here ✓ if you prefer to make your name, room #, general condition **available** for release to any Persons asking for you by name.

Check here \_\_\_\_ if you prefer that your health information, including your name, room #, and general condition be **withheld** from the facility directory

\_\_\_\_ YES    My name may be given to clergy if they ask for me by name. My specific religious preference is _____. I understand that visitation by a clergy member of this denomination is not guaranteed.

✓ YES    I would like to appoint Patricia Barron as a personal representative who is authorized to make decisions about the use and disclosure of my Health Information.

\_\_\_\_ NO    I do not want to appoint a personal representative to make decisions about the use and disclosure of my Health Information.

X _____    Date 2-15-_ _
Signature of Patient/Guardian

_____    Date 2-15-_ _
Witness

```
                    Diagnostic Imaging Report
Northwest Medical Cen -     1530 HWY 43         -          P.O. Box 130
Phone #: (205)487-7748                           Fax #: (205)487-7199
------------------------------------------------|-----------------------
Name: BARRON,TOMMY DURAN         Loc: WW.ER     Radiology No: 00010025

Dob: 06/21/1957 Age: 46    Sex: M Status: DEP ER  Unit No: WW00020348

Phys: MCCDO - McCurdy,Donald              Acct: WW0000260457

Reason For Exam:  INJURY TO (r) THUMB            Exam Date: 02/15/2004
------------------------------------------------|-----------------------
```

**Exams:**                                        CPT::
000011722 HAND RT, AP/LAT/OBL                     73130

   Right Thumb
   Indication:  Injury to right thumb

   Findings:
   Two views of the right thumb were performed.  A vertical fracture line
   is seen along the ulnar aspect of the proximal thumb phalanx distally.
   The frature line extends to the articular surface of the IP joint.
   Minimal displacement is noted at the fracture site although I see no
   evidence of off-set along the articular surface.  Also noted is a
   linear lucency seen along the lateral aspect of the distal radius
   which appears to extend just below the cortical margin of the distal
   radial articular surface.  I see no evidence of off-set along the
   articular surface of the radius.  Also noted is diffuse osteopenia
   involving the hand.  No radiopaque foreign body is identified.

   **IMPRESSION:**
   1.  **ACUTE FRACTURE INVOLVING THE THUMB, PROXIMAL PHALANX AS DESCRIBED
       ABOVE WITH INTRARTICULAR EXTENSION.**
   2.  **POSSIBLE FRACTURE ALONG THE STYLOID PROCESS OF THE RADIUS.
       CLINICAL CORRELATION AND DEDICATED WRIST VIEWS ARE RECOMMENDED.**


     ** Electronically Signed by William Abbott on 02/16/2004 at 1646 **
             Reported by: WILLIAM B. ABBOTT, III, M.D.
             Signed by:   Abbott,William



Cc: Douglas McBride; Donald McCurdy; RAD BILLING COMPANY

Technologist: SHERRI BROOKS, RT
Transcribed Date/Time: 02/16/2004 (1128)
Transcriptionist: WWRDJWS
Printed Date/Time: 02/16/2004 (1647)   Batch No: N/A


PAGE 1                 CHART COPY

# NORTHWEST MEDICAL CENTER

## DISCHARGE INSTRUCTION SHEET

**NAME:** Jimmy Barron  **PATIENT'S NUMBER:** _____  **DATE:** 2/15/04

NOTE: The examination and treatment you received in the Emergency Service Department has been rendered on an emergency basis only and is not intended to be a substitute for or an effort to provide complete medical care. Often additional treatment is necessary and should be provided by your family doctor or the physician to whom you have been referred. (A copy of your records and test reports will be sent to the physician.) Report to the physician any new or remaining problems because it is possible that all elements of the injury or illness may not be recognized and treated in a single visit.

Meanwhile, FOLLOW THE INSTRUCTIONS BELOW as indicated for you.

### WOUND / SUTURE CARE

- [x] Keep wound clean and dry.
- [ ] Report to your doctor if swelling, pus, foul smell, numbness, fever or discoloration develops.
- [ ] Keep wound covered with sterile bandage.
- [ ] If dressing needs to be changed,
  - [ ] Reapply sterile dressing.
  - [ ] Return to the ED within 2 days.
- [ ] Stitches / steri strips to be removed in _____ days.

### SPRAIN, FRACTURE AND BRUISE CARE

- [x] Apply ice pack every 3 hrs. for 15 mins., during first 24 hours.
- [x] Apply heat every 4 hrs. for 15 mins., after 24 hrs. of ice.
- [x] Keep injured part elevated and at rest.
- [ ] Keep cast clean and dry.
- [ ] Move finger/toes every hour while awake.
- [ ] Report to your doctor immediately if swelling, bleeding, pus, foul smell, numbness, fever or discoloration develops.
- [ ] You may walk on the cast after _____ hrs.
- [ ] Use crutches for _____ days.
- [ ] Ace wrap until pain free.
- [ ] Gait training given and performed.
- [ ] Wear sling/splint for _____ days.

### HEAD INJURY CARE

- [ ] Rest for _____ hrs.
- [ ] Drink only liquids for _____ hrs.
- [ ] When given rest for _____ days.
- [ ] Report to your doctor immediately if any of the following occur:
  - Loss of consciousness
  - Bleeding from the mouth or fluid drains from nose or ears.
  - Persistent severe headache.
  - Pulse rate becomes irregular.
  - Convulsions or seizures.
  - Persistent vomiting.
  - Unusual drowsiness or inability to awaken (every 2 hrs. for 24 hrs.)

ALL X-RAYS ARE REVIEWED BY A RADIOLOGIST. YOU WILL BE NOTIFIED IF THEIR INTERPRETATIONS DIFFER FROM THE INTERPRETATIONS OF THE EMERGENCY PHYSICIAN WHO TREATED YOU. PLEASE PROVIDE A NUMBER WHERE YOU CAN BE REACHED.

I acknowledge that I have been informed of and understand all of the instructions given to me and have received a copy thereof. I have been instructed to contact a physician as soon as possible for continuing care of my problem and also if indicated. I do not have any more questions at this time, but understand I may call the Emergency Department at any time should I have any further questions regarding my continuing follow-up care.

**PATIENT'S SIGNATURE:** Jimmy Barron

### PEDIATRICS

- [ ] Infants and small children, with fever, vomiting and diarrhea can become dehydrated (dried-out) quickly and require extra fluids.
  - (A). Jello
  - (B). Soda pop - let it go "flat" first.
  - (C). Clear juices (gatorade).
  - (D). Popsicles.
  - (E). Water.
- [ ] Do not drink milk until diarrhea stops, then dilute milk (½ skim and ½ water).
- [ ] Small amounts of cola soft drinks (Cokes, Pepsi, R.C., etc.) with the fizz out, may be frequently given to the child with persistent vomiting. Give small amounts every 15 - 20 minutes.
- [ ] For fever, you may give your child _____ every _____ hours.
- [ ] If the fever rises to 103°F orally or 104°F rectally, the temperature should be brought down with a sponge bath using moderately warm water. Do not use alcohol or cold water.
- [ ] Use light clothing and covers to allow body heat to escape. If the child complains about being chilly, he may have another blanket or two, but remove extra covers when the chills have passed.
- [ ] If any problems arise, notify your family doctor. If you are unable to reach him or in doubt, feel free to call the Emergency Department.

### MEDICATIONS

- [ ] PRESCRIPTIONS GIVEN AND WHEN TO TAKE THEM: Darvocet N 100

### FOLLOW-UP APPOINTMENTS

- [x] Follow-up with your family physician.
- [ ] Return for wound check in _____ days.
- [ ] Return to the Emergency Department for suture removal in _____ days.
- [ ] Follow-up with family physician for suture removal in _____ days.

### ADDITIONAL INSTRUCTIONS

### WORK/SCHOOL STATEMENT

- [ ] Able to work/Go to school/Resume previous activities.
- [ ] Limit activity _____ days
- Able to return to work/Atten school: ___/___/___

**Nurse Signature:** _____
**Physician Signature:** _____