FILED
2008 Jul-28 PM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

Deposition of Huey Derane Ingle, and Plaintiffs' Exhibits 1 through 72 and Defendant's Exhibits 1 and 2 thereto, dated July 9, 2008.