
FILED
2008 Jul-28 PM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

Deposition of Taz Burch, with Defendant's Exhibits 1 and Plaintiff's Exhibits 37, 38, and 73, dated July 10, 2008.