

# EXHIBIT G

Transcript of Patsy Barron RebuttalTestimony, March 7, 2005, Civil Service
Board Hearing, Pages 41-43.

<u>REBUTTAL</u>

<u>PATRICIA WILKERSON BARRON</u>

recalled on behalf of the grievant, having been previously duly sworn, was examined and testified further as follows:

<u>DIRECT EXAMINATION</u>

<u>BY MR. PIAZZA:</u>

Q.  Ms. Barron, you've heard the testimony and you've heard the tape.  In fact, you were present when your husband made the 911 call.

A.  Yes.

Q.  And you were present when you heard him say to Officer Shugart that it was you that broke his thumb?

A.  No, I didn't hear that.

Q.  You didn't hear that?

A.  No.

Q.  Did you hear it on the tape a minute ago?

A.  Not really.

Q.  Would you like for me to play it for you?

A.  No.  I don't want to hear that again, please.

Q.  Well, I'll just ask you:  Did your husband break your thumb?

A.  Did I break -- no.

Q.  Excuse me.  Did you break his thumb?

1        A.   No, I didn't break his thumb, no.  I didn't

2  break anything.

3        Q.   Okay.  So you did not break his thumb?

4        A.   No.

5        Q.   How did he break his thumb?

6        A.   That had happened the week before, like this

7  was on Sunday, he got up Sunday morning and he said my

8  thumb is throbbing and still hurting.  And I said,

9  "Well, I'll just take you to the emergency room and

10  we'll get it x-rayed and see if it's broken."  And I'm

11  not absolutely sure how it happened.  But we did go to

12  the hospital, and he did have a little fracture and they

13  did put something on it.

14        MR. PIAZZA:    I have nothing further for

15  her.

16                CROSS-EXAMINATION

17  BY MR. WILLFORD:

18        Q.   So if he said on the tape to the 911

19  dispatcher that you broke his thumb, he was lying; is

20  that right?

21        A.   I guess so.

22        MR. WILLFORD:   That's all I have.

23        THE COURT:      You can come down.

24        MR. PIAZZA:    I would like to ask Mr.

25    Burch to return to the witness stand as a

1    rebuttal.

2              THE COURT:       You're still under oath.

3                         TAZ DAY BURCH

4         the grievant, recalled on his own behalf, having

5    been previously duly sworn by the Judge, was examined

6    and testified further as follows:

7                       DIRECT EXAMINATION

8    BY MR. PIAZZA:

9         Q.   Taz, how did you break your -- was your

10   thumb broken?

11        A.   Fractured.

12        Q.   How did you fracture your thumb?

13        A.   Well, I nearly fell trying to catch myself

14   on the kitchen sink, like that (indicating), and it

15   fractured this joint here.  And I done it like on Friday

16   or Saturday before this other mess happened, and it got

17   to hurting me so I got Patty to take me to Winfield, and

18   I have copies of it.

19        Q.   Why did you tell the 911 dispatcher that she

20   broke your thumb?

21        A.   I couldn't tell you how that got on there

22   but she didn't break my thumb.

23        Q.   But you heard your --

24        A.   I heard it on that tape, but like I said,

25   she didn't break my thumb.  I hurt my thumb.