FILED
2008 Jul-28 PM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H

Transcript of Taz Burch RebuttalTestimony, March 7, 2005, Civil Service Board Hearing, Pages 43-54.

rebuttal.

THE COURT: You're still under oath.

TAZ DAY BURCH

the grievant, recalled on his own behalf, having been previously duly sworn by the Judge, was examined and testified further as follows:

DIRECT EXAMINATION

BY MR. PIAZZA:

Q. Taz, how did you break your -- was your thumb broken?

A. Fractured.

Q. How did you fracture your thumb?

A. Well, I nearly fell trying to catch myself on the kitchen sink, like that (indicating), and it fractured this joint here. And I done it like on Friday or Saturday before this other mess happened, and it got to hurting me so I got Patty to take me to Winfield, and I have copies of it.

Q. Why did you tell the 911 dispatcher that she broke your thumb?

A. I couldn't tell you how that got on there but she didn't break my thumb.

Q. But you heard your --

A. I heard it on that tape, but like I said, she didn't break my thumb. I hurt my thumb.

Q. Did you hear yourself on the tape?

A. I went to -- yes.

Q. Was that your voice?

A. Yes.

Q. Do you recall saying that?

A. I didn't do good in school. I stayed two or three years in the same class. I had problems. I didn't even know they drew a check on me. I had to quit and go to work when I was 16. I had problems all the time, but I used to go play with him and stuff but --

Q. It's just something that you said that you regret saying?

A. Yes. I said two things in there that I -- I don't know. I can't even remember saying them.

Q. Was it one that said you were going to beat her up?

A. No, I wouldn't hurt her.

Q. Have you ever laid a hand on her?

A. Never have and never will.

Q. And the other thing was that --

A. Probably just running my mouth. That's all. I don't remember what all I said.

MR. PIAZZA: That's all I have.

CROSS-EXAMINATION

BY MR. WILLFORD:

Q. Mr. Burch, didn't you tell this panel when you testified before that you broke your thumb on a water heater?

A. Well, hot water heater went out. The fuse blowed to it, but it didn't happen -- I thought that might be what had happened, but I've got a step up about this high, had on the little kitchen floor where I had to have overlaid and you would stumble if you ain't careful.

Q. So now it's your testimony that you fell, and that's how you broke it?

A. Well, I was having hot water heater troubles. The hot element went out on it and couldn't seem to do nothing to fix it and I might have banged it in there, but I did stumble over the kitchen and my thumb went like that pretty hard, but this happened like a Friday, back up on the 16th. It happened like a Friday and I got Patsy to take me to Winfield on the 15th, that Sunday, and he put a little splint on it and gauze, wrapped where I could take it off and on.

Q. Well, I'm not asking you about what they did to fix it. I'm just confused here. I'm trying to figure out did you break it on a water heater or did you

break it when you fell?

A. Well, like I say, I was having hot water heater troubles, and I -- where that element goes at, the hot water heater element that goes in there, and I'm trying to get -- I had a chance to go one side or the other. I was afraid to mess with it. I called my brother and told him about it, and he said, "Well, don't mess with it."

Q. Mr. Burch, do you understand my question?

A. When I came back into the living room, I was going to the kitchen to get me a -- I can't remember what I was going in the kitchen for, but my toe got hung on that step up about that high and then I fell, so I tried to catch myself and I don't --

Q. Stop.

(Short interruption.)

THE COURT: Mr. Burch, just listen to his question and just answer the best you can.

A. All right.

Q. I think I understand it now. You did break it when you fell; is that right?

A. I don't know if I hurt it trying to mess around with the hot water heater. I ain't for sure if it was there or I tripped and fell and tried to catch myself. I hurt my thumb. Patsy did not hurt my thumb.

Q. Okay.

A. That's on that tape. I don't know how it got on there.

Q. Well, did you say it or didn't you?

A. If I did, I don't know what I said, because like I said, I took my medicine, go to sleep, and I know I didn't have but beers left in the frig because it was Sunday. You don't get no more till Monday till the store -- but I had four beers in the refrigerator for Sunday, and I took my medicine. I drank them four beers, and I left Gene's house about 10:00 o'clock. I got home and drank them four beers and took my medicine, and it hit me and I wasn't completely right upstairs when I did make the phone call to 911, but my wife has never hit me and she didn't break my finger. Between the hot water heater and me tripping and falling -- I nearly fell. I tried to catch myself. I hurt my own thumb, but wasn't nothing matter with my middle finger here. I mean, there wasn't nothing wrong with it.

Q. That's not what I'm asking about right now. Do you remember telling this panel before that you didn't threaten your wife that night?

A. Like I say, I took my medicine first and then I drank those four beers on top of it. You could

tell I wasn't -- when I got hurt in '91, I had a speech problem because I nearly bled to death and they said I had a little brain damage to go with it. I bled to death, I went through a bunch of -- I don't know what all I went through, but they said I could have slight brain damage and some slur speech and stuff.

Q. Does that affect your memory?

A. It has affect. I can remember some things and some things I can't remember.

Q. Do you ever remember things that never happened?

A. I can remember everything that happened. I can pretty well go back all the way, you know, about 90 percent on everything since -- I do have these memory lapse sorts of like -- like I can't remember right now but will come to me after while sometimes.

Q. Do you remember also telling this panel that you didn't take your medication that night?

A. I don't know if I told them I took my medication, but I took my medication.

Q. It's your recollection now that you took your medication?

A. Medication.

Q. Along with the beer that you drank that night?

A. Because my nerves was messed up all over this business here, and I figured it would help me sleep.

Q. But this business here hadn't happened yet.

A. I mean from the Carbon Hill business, all the trouble of getting run out of town.

Q. Did you drink beer that night?

A. I drank four. That was all that was in the refrigerator.

Q. You drank four beers?

A. Yes.

Q. You took your medication?

A. I did.

Q. That night?

A. And it started affecting me, and I actually shouldn't have called 911 at all.

MR. WILLFORD: Okay. I have no further questions.

REDIRECT EXAMINATION

BY MR. PIAZZA:

Q. Your recollection is pretty clear about what happened to you that night?

A. I can remember everything that was happening to me that night. I mean, I couldn't see it but I could remember it.

Q. And you didn't threaten your wife that night?

A. She asked me if someone was on the phone. I wouldn't hurt her for nothing in the world.

Q. Prior to your getting on the phone, you didn't threaten her?

A. Well, just goofing off. Well, what do you call it --

Q. Did you threaten her or did you threaten to hurt her or harm her or anything like that, Taz, do you recall?

A. I just wanted her to stay up with me a little bit longer and she wanted to go to bed. I said, "You going, I'm going too." And I took my medicine and I drank about four beers.

Q. Do you regret making that 911 call?

A. Yes. I should have not ever called. I wasn't in my right mind calling. I didn't need them. I didn't need an officer. We wasn't fussing at each other. I just said, if she's going to bed, I'm going to bed too. I took my medicine with beer, and beer and medicine and went to bed. I don't know why I called 911 but I did, because I had -- I been having problems for a long time.

MR. PIAZZA: That's all.

THE COURT: I believe that's all. You can come down.

MR. PIAZZA: I need to ask him one more question.

Q. Mr. Burch, when you were being booked, do you recall being asked a series of questions?

A. Yes, sir.

Q. Were you responsive to those questions?

A. I thought I had a right to remain silent so I was remaining silent.

Q. Did you respond to any of the questions?

A. I think I responded to, you know, a few.

Q. A few of them?

A. Uh-huh.

Q. Do you recall responding to a question: "Do you have any other medical problems we should know about?"

A. Well, I told -- I think the nurse came by.

Q. Just answer the question. Do you recall telling them about any other medical problem you had when you were being booked?

A. My index finger was swollen up real big. They thought it -- it was swollen up real big and my elbows was busted, bruises all over it and on my back and my hips.

Q. But you specifically mentioned your finger?

A. Yes. I asked him would they not -- could they take me to the emergency room, and I didn't get no medical attention. My brother Gene, he called down there trying to get somebody that worked down there to have --

Q. Specifically --

A. -- John Mark call him back, because he heard that --

Q. Specifically when you were being booked, you told them about your finger, your middle finger?

A. When they came by, I was hurting and in pain, hurting like in terrible pain, busted elbow. Had to have fluid drained --

MR. PIAZZA: That's enough. I would like to enter these into the record if they're not already entered. This is the -- and you can tell me if they're in or not. I believe they are. This is all the jail records, but specifically I would like this one perhaps reentered if it's not already entered. It's the booking questionnaire, which indicates and it's handwritten in that a finger appears to be blue and swollen and finger appears to be broken.

THE COURT: Is this something that came in response to some of the subpoenas?

MR. PIAZZA: Yes, sir.

THE COURT: Any objection to this?

MR. WILLFORD: No.

THE COURT: Mr. Willford, anything else?

MR. WILLFORD: No, sir.

THE COURT: These will go in without objection.

What's your pleasure about a short closing?

MR. PIAZZA: I'm not sure if the panel wants to hear a closing. They've probably have heard enough.

MR. WILLFORD: I think they have probably heard enough.

THE COURT: All right. With that then we will conclude.

Anything for the Board? Anybody got a question?

MR. WILLFORD: The tape needs to be entered as well.

THE COURT: Okay. Any objection to that?

MR. PIAZZA: No objection.

THE COURT: The hearing is concluded.

C E R T I F I C A T E

STATE OF ALABAMA )
WALKER COUNTY )

I hereby certify that the above and foregoing proceeding was taken down by me by stenographic means, and that the questions and answers therein were produced in transcript form by computer aid, and that the foregoing represents a true and correct transcript of the proceedings occurring on said date.

I further certify that I am not of counsel, nor related to any of the parties to this action; nor am I in anywise interested in the result of said cause.

RHONDA G. WOODS

Notary Public, State of Alabama at Large
My commission expires December 21, 2008.