# EXHIBIT I

X-Ray of Tommy D. Barron Right Hand, dated February 15, 2004, Northwest Alabama Medical Center, Winfield, Alabama.

