## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMY D. BARRON, et al., | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | |
| v. | ] | CV-06-BE-0331-S |
| | ] | |
| WALKER COUNTY, ALABAMA, et al., | ] | |
| | ] | |
| **Defendants.** | ] | |

### ORDER STRIKING MOTIONS FOR SUMMARY JUDGMENT

The court has received (1) Defendant's Motion for Summary Judgment (doc. 68) and supporting brief and exhibits (docs. 69-71); and (2) Plaintiffs' Motion for Summary Judgment (doc. 72) and supporting exhibits (docs. 72-73).  The court hereby STRIKES all submissions.

All requirements for summary judgment motions, supporting briefs, and evidentiary materials are set forth in Appendix II to the Uniform Initial Order (doc. 10), appropriately entitled "Summary Judgment Requirements."  The court expects strict compliance with Appendix II unless otherwise ordered.

As relevant to the current submissions, Appendix II states that "[t]he parties' submissions in support of and opposition to summary judgment motions **must** consist of: (1) **a brief** containing, in separately identified sections, (I) a statement of allegedly undisputed relevant material facts and (ii) a discussion of relevant legal authorities; and (2) copies of any evidentiary materials upon which the party relies." *See* doc. 10, at p. 14 (emphasis added).  "Initial and response briefs are limited to **thirty pages**." *Id.*

Neither Defendant's submission nor Plaintiff's submission complies with these requirements.  Specifically, Defendant's brief (doc. 69) consists of **thirty-five** pages, excluding

the cover page, table of contents, and certificate of service.  Plaintiff's submission, on the other

hand, includes **no** brief whatsoever.  According, both parties' submissions fail to comply with

Appendix II, and this court therefore STRIKES docs. 68 through 73.  However, the court will

give both parties until **noon** on **Wednesday, July 30, 2008**, to file motions, briefs, and

evidentiary material[1] that complies with all requirements in Appendix II.  The court will <u>not</u>

accept motions for extension of that deadline or for leave to exceed page limits.

      DONE and ORDERED this 29th day of July, 2008.

 

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

[1] Although the court did not examine the parties' evidentiary materials for compliance with Appendix II, the parties should ensure compliance before resubmitting evidentiary materials.